# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | |
|---|---|
| RETHINK35, SAVE OUR SPRINGS ALLIANCE, AUSTIN JUSTICE COALITION, PEOPLE ORGANIZED IN DEFENSE OF EARTH AND HER RESOURCES (PODER), DOWNTOWN AUSTIN NEIGHBORHOOD ASSOCIATION, PARENTS' CLIMATE COMMUNITY, EAST TOWN LAKE CITIZENS NEIGHBORHOOD ASSOCIATION, SOUTHEAST AUSTIN NEIGHBORS AND RESIDENTS ORGANIZED FOR ENVIRONMENTAL JUSTICE (SANAR), HANCOCK NEIGHBORHOOD ASSOCIATION, MUELLER NEIGHBORHOOD ASSOCIATION, FRIENDS OF AUSTIN NEIGHBORHOODS, FRIENDS OF HYDE PARK, SUNRISE MOVEMENT AUSTIN, ENVIRONMENT TEXAS, TEXAS PUBLIC INFORMATION RESEARCH GROUP, and CELIA ISRAEL, <br><br> *Plaintiffs*, <br><br> v. <br><br> TEXAS DEPARTMENT OF TRANSPORTATION (TXDOT), MARC WILLIAMS, in his official capacity as Executive Director of TXDOT, UNITED STATES DEPARTMENT OF TRANSPORTATION (USDOT), PETE BUTTIGIEG, in his official capacity as Secretary of USDOT, UNITED STATES FEDERAL HIGHWAY ADMINISTRATION (FHWA), and SHAILEN BHATT, in his official capacity as Administrator of FHWA, <br><br> *Defendants*. | Civ. Case No. 1:24-CV-00092 -DII |

## NOTICE OF APPEARANCE OF COUNSEL FOR FEDERAL DEFENDANTS

To the Clerk of Court:

Please enter the appearance of Emily A. Davis as counsel in the above-captioned case for Federal Defendants United States Department of Transportation (USDOT), Pete Buttigieg, in his official capacity as Secretary of USDOT, United States Federal Highway Administration (FHWA), and Shailen Bhatt, in his official capacity as Administrator of the FHWA.

Service of all papers other than those filed through the Court's ECF system should be addressed to:

>Emily A. Davis
>United States Department of Justice
>Environment & Natural Resources Division
>Natural Resources Section
>P.O. Box 7611
>Washington, D.C. 20044-7611

Overnight and hand deliveries should be addressed:

>Emily A. Davis
>United States Department of Justice
>Environment & Natural Resources Division
>Natural Resources Section
>150 M St. N.E.
>Washington, D.C. 20002

Electronic service should be addressed to:

>Emily.Davis@usdoj.gov

Dated: February 13, 2024

>Respectfully submitted,
>
>TODD KIM
>Assistant Attorney General
>Environment & Natural Resources Division
>
>*/s/ Emily A. Davis*
>EMILY A. DAVIS
>Trial Attorney
>District of Columbia Bar No. 90017602
>United States Department of Justice
>Environment & Natural Resources Division

Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: (202) 305-0482
Facsimile: (202) 305-0275
Emily.Davis@usdoj.gov

*Attorney for Federal Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 13, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically notify via email all counsel of record.

        */s/ Emily A. Davis*
        EMILY A. DAVIS
        Trial Attorney
        District of Columbia Bar No. 90017602
        United States Department of Justice
        Environment & Natural Resources Division
        Natural Resources Section
        P.O. Box 7611
        Washington, D.C. 20044-7611
        Telephone: (202) 305-0482
        Facsimile: (202) 305-0275
        Emily.Davis@usdoj.gov