IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| RETHINK35, SAVE OUR SPRINGS ALLIANCE, AUSTIN JUSTICE COALITION, PEOPLE ORGANIZED IN DEFENSE OF EARTH AND HER RESOURCES (PODER), DOWNTOWN AUSTIN NEIGHBORHOOD ASSOCIATION, PARENTS' CLIMATE COMMUNITY, EAST TOWN LAKE CITIZENS NEIGHBORHOOD ASSOCIATION, SOUTHEAST AUSTIN NEIGHBORS AND RESIDENTS ORGANIZED FOR ENVIRONMENTAL JUSTICE (SANAR), HANCOCK NEIGHBORHOOD ASSOCIATION, MUELLER NEIGHBORHOOD ASSOCIATION, FRIENDS OF AUSTIN NEIGHBORHOODS, FRIENDS OF HYDE PARK, SUNRISE MOVEMENT AUSTIN, ENVIRONMENT TEXAS, TEXAS PUBLIC INFORMATION RESEARCH GROUP, and CELIA ISRAEL, <br><br>     *Plaintiffs*, <br><br>v. <br><br>TEXAS DEPARTMENT OF TRANSPORTATION (TXDOT), MARC WILLIAMS, in his official capacity as Executive Director of TXDOT, UNITED STATES DEPARTMENT OF TRANSPORTATION (USDOT), PETE BUTTIGIEG, in his official capacity as Secretary of USDOT, UNITED STATES FEDERAL HIGHWAY ADMINISTRATION (FHWA), and SHAILEN BHATT, in his official capacity as Administrator of FHWA, <br><br>     *Defendants*. | §§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§ <br><br> CIVIL ACTION NO. 1:24-CV-00092-DII |

**ORDER GRANTING 12(b)(5) MOTION TO DISMISS FOR FAILURE TO SERVE**

After considering Defendant's 12(b)(5) Motion to Dismiss for Failure to Serve, Dkt. No. 11, the Court:

GRANTS the motion, and

DISMISSES all claims against Marc Williams.

SIGNED on _____, 202\_\_\_\_\_.

_____
UNITED STATES DISTRICT JUDGE