IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| RETHINK35 et al., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 1:24-CV-92-DII |
| | § | |
| TEXAS DEPARTMENT OF | § | |
| TRANSPORTATION (TXDOT), MARC | § | |
| WILLIAMS *in his official capacity*, UNITED | § | |
| STATES DEPARTMENT OF | § | |
| TRANSPORTATION (USDOT), PETE | § | |
| BUTTIGIEG *in his official capacity*, UNITED | § | |
| STATES FEDERAL HIGHWAY | § | |
| ADMINISTRATION (FHWA), and SHAILEN | § | |
| BHATT *in his official capacity*, | § | |
| | § | |
| Defendants. | § | |

## **ORDER**

On April 12, 2024, Plaintiffs and Defendants United States Department of Transportation ("USDOT"), and Secretary Pete Buttigieg in his official capacity as Secretary of the USDOT (collectively, "USDOT Defendants"); the United States Federal Highway Administration ("FHWA"), and Shailen Bhatt in his official capacity as Administrator of the FHWA (collectively, "FHWA Defendants"); and the Texas Department Of Transportation ("TxDOT") dismissed without prejudice all claims asserted by Plaintiffs against the USDOT Defendants and the FHWA Defendants in this case by joint stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Dkt. 53). "Stipulated dismissals under Rule 41(a)(1)(A)(ii) . . . require no judicial action or approval and are effective automatically upon filing." *Yesh Music v. Lakewood Church*, 727 F.3d 356, 362 (5th Cir. 2013).

**IT IS ORDERED** that Defendants USDOT, Secretary Buttigieg, FHWA, and Bhatt are **TERMINATED** as parties in this case.

**SIGNED** on April 15, 2024.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE