UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| RETHINK35, *et al.*,<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>TEXAS DEPARTMENT OF<br>TRANSPORTATION (TXDOT), *et al.*,<br><br>　　　　　　　　　　Defendants. | Civ. Case No. 1:24-CV-00092 |

**NOTICE OF DISMISSAL**

Plaintiffs hereby dismiss Claim II (LWCF Act and APA) of the complaint without prejudice as to all Defendants. Each party to bear its own costs, expenses, and attorney's fees. Defendants have stipulated to this dismissal pursuant to Federal Rule of Civil Procedure, Rule 41 (a)(1).

Plaintiffs further dismiss the entire action without prejudice as to MARC WILLIAMS, in his official capacity as Executive Director of TXDOT, based upon his attorneys' representation that Mr. WILLIAMS is not a necessary party to this suit. Each party to bear its own costs, expenses, and attorney's fees. Defendant has stipulated to this dismissal pursuant to Federal Rule of Civil Procedure, Rule 41 (a)(1).

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/　　　Robert Levinski
　　　　　　　　　　　　　　　　　　　　Robert J. Levinski
　　　　　　　　　　　　　　　　　　　　State Bar No. 24097993
　　　　　　　　　　　　　　　　　　　　bobby@sosalliance.org

　　　　　　　　　　　　　　　　　　　　/s/　　　William Bunch
　　　　　　　　　　　　　　　　　　　　William G. Bunch
　　　　　　　　　　　　　　　　　　　　Texas Bar No. 0334520
　　　　　　　　　　　　　　　　　　　　bill@sosalliance.org

SAVE OUR SPRINGS ALLIANCE
4701 Westgate Blvd, Ste. D-401
Austin, Texas 78745

/s/      Rachel S. Doughty
GREENFIRE LAW, PC
2748 Adeline Street, Suite A
Berkeley, CA 94703
T: 510.900.9502 x 706
F: 510.900.9502
rdoughty@greenfirelaw.com
*Admission to This Court Pending*

*Attorney for Plaintiffs*

CERTIFICATE OF SERVICE

     I hereby certify that on May 6, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically notify via email all counsel of record.

                                                                                           _____
                                                                                           Jessica San Luis