UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| RETHINK35, SAVE OUR SPRINGS ALLIANCE, AUSTIN JUSTICE COALITION, PEOPLE ORGANIZED IN DEFENSE OF EARTH AND HER RESOURCES (PODER), DOWNTOWN AUSTIN NEIGHBORHOOD ASSOCIATION, PARENTS' CLIMATE COMMUNITY, EAST TOWN LAKE CITIZENS NEIGHBORHOOD ASSOCIATION, SOUTHEAST AUSTIN NEIGHBORS AND RESIDENTS ORGANIZED FOR ENVIRONMENTAL JUSTICE (SANAR), HANCOCK NEIGHBORHOOD ASSOCIATION, MUELLER NEIGHBORHOOD ASSOCIATION, FRIENDS OF AUSTIN NEIGHBORHOODS, FRIENDS OF HYDE PARK, SUNRISE MOVEMENT AUSTIN, ENVIRONMENT TEXAS, TEXAS PUBLIC INFORMATION RESEARCH GROUP, and CELIA ISRAEL,<br><br>        **Plaintiffs,**<br><br>v.<br><br>TEXAS DEPARTMENT OF TRANSPORTATION (TXDOT),<br><br>        **Defendants.** | **Civ. Case No. 1:24-CV-00092** |

## ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT

After considering Plaintiffs' Motion for Leave to File First Amended Complaint, the Court, it is hereby ORDERED that Plaintiffs' Motion is GRANTED on this \_\_\_\_ day of _____, 2024.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE