UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| RETHINK35, <br> *Plaintiffs* <br><br> v. <br><br> TEXAS DEPARTMENT OF TRANSPORTATION, <br> *Defendants* | No. 1-24-CV-00092-DII |

## ORDER

Defendants Texas Department of Transportation filed its Motion to Dismiss on April 22, 2024. Dkt. 22. Contrary to this Court's local rules, the parties have not yet submitted a proposed scheduling order. *See* W.D. Tex. Loc. R. CV-16(c) (requiring that the parties to a case submit a proposed scheduling order to the court no later than 60 days after any appearance of any defendant).

Accordingly, **IT IS ORDERED** that the parties consult the website for the United States District Court for the Western District of Texas (www.txwd.uscourts.gov), the "Judge's Info" tab, "Standing Orders," "Austin Division," and submit a joint proposed scheduling order using District **Judge Robert Pitman's** form on or before **August 20, 2024**.

**SIGNED** August 13, 2024.

DUSTIN M. HOWELL
UNITED STATES MAGISTRATE JUDGE