IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| RETHINK35, et al., | § § § | |
|       *Plaintiffs*, | § § | |
| v. | § § | CIVIL ACTION NO. 1:24-CV-00092-DII |
| TEXAS DEPARTMENT OF TRANSPORTATION, | § § § § | |
|       *Defendant*. | § § | |

**NOTICE OF LODGING OF SUPPLEMENTAL ADMINISTRATIVE RECORD**

Defendant hereby lodges with the Court the Supplemental Administrative Record for the Texas Department of Transportation's decision regarding the I-35 Capital Express Central Project from US 290 East to State Highway 71/Ben White Boulevard ("CapEx Central" or "Project"). The Supplemental Administrative Record for the Project consists of 399 pages (Bates numbered TxDOT-AR052463 through TxDOT-AR052861) contained on one flash drive. This Supplemental Administrative Record supplements TxDOT's original Administrative Record as lodged with the Court and served on the Plaintiffs on June 11, 2024. The Declaration of Doug Booher ("Declaration") certifying the Supplemental Administrative Record is attached to this notice. An index of the Supplemental Administrative Record is attached to the Declaration as Exhibit 1.

TxDOT's voluntary supplementation of the administrative record responds to Plaintiffs' request that TxDOT include in the administrative record (i) the March 2023 Environmental Guide: Volume 2 Activity Instructions and (ii) comment letters and emails and related attachments received during the Project's environmental review process. TxDOT originally agreed to

supplement the administrative record to include the second requested category as well, but it determined, upon further review of its administrative record as originally submitted, that no supplementation is required to encompass the second category, as the requested items are already located in the original administrative record. For ease of reference for Plaintiffs and the Court, those items, along with their locations in the original administrative record, are as follows:

- Virtual Public Scoping Meeting #1 Documentation: PDF C-AR062, pages AR01570-AR03775
- Virtual Public Scoping Meeting #2 Documentation: PDF C-AR070, pages AR04049-AR05793
- Public Meeting Documentation: PDF C-AR083, pages AR07884-AR10757
- Public Hearing Documentation: PDF C-AR164, pages AR26373-AR29408

On September 4, 2024, the Supplemental Administrative Record for the Project contained on a flash drive was served on counsel for Plaintiffs, Save Our Springs Alliance, ATTN: Robert J. Levinski, 4701 Westgate Blvd., Ste. D-401, Austin, Texas 78745, phone: (512) 477-2320, ext. 105, and on Rachel S. Doughty, Esq., Greenfire Law, PC, 2748 Adeline Street, Suite A, Berkeley, CA 94703, phone: (510) 900-9502, ext. 706. Two courtesy copies of the Supplemental Administrative Record on flash drives have also been delivered to the United States District Court for the Western District of Texas, U.S. District Clerk's Office, ATTN: Alicia Davis, Divisional Office Manager, 501 West Fifth Street, Suite 1100, Austin, Texas 78701, phone: (512) 916-5896, one for use by the Clerk and one for delivery to the assigned Judge's chambers.

Dated this 4th day of September 2024.

> Respectfully submitted,
>
> KEN PAXTON
> Attorney General of Texas
>
> BRENT WEBSTER
> First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

JAMES LLOYD
Deputy Attorney General for Civil Litigation

NANETTE M. DINUNZIO
Chief, Transportation Division

/s/ Lisa McClain Mitchell
LISA MCCLAIN MITCHELL
Attorney in Charge
Texas Bar No. 90001724
Email: lisa.mitchell@oag.texas.gov
MATT GAMBOA-LUTZ
*Admitted Pro Hac Vice*
Texas Bar No. 24136835
Email: matt.gamboa-lutz@oag.texas.gov
AIDAN READ
*Admitted Pro Hac Vice*
Texas Bar No. 24138747
Email: aidan.read@oag.texas.gov
Assistant Attorneys General
Transportation Division
P.O. Box 12548
Austin, Texas 78711-2548
Telephone: (512) 936-1431
Facsimile: (512) 936-0888

RYAN P. BATES
Texas Bar No. 24055152
Bates PLLC
919 Congress Avenue, Suite 1305
Austin, Texas 78701
Telephone: (512) 694-5268
Email: rbates@batespllc.com

*Attorneys for Defendant,*
*Texas Department of Transportation*

## CERTIFICATE OF SERVICE

I hereby certify that on September 4, 2024, I electronically filed the foregoing Notice of Lodging of Supplemental Administrative Record with the Clerk of the Court using the CM/ECF system, which will send notification to registered users.

Two flash drives containing the Supplemental Administrative Record of the Texas Department of Transportation were sent overnight for delivery today to:

| | |
|---|---|
| United States District Court for the<br>Western District of Texas<br>U.S. District Clerk's Office<br>ATTN: Alicia Davis, Divisional<br>Office Manager<br>501 West Fifth Street, Suite 1100<br>Austin, Texas 78701<br>Phone: (512) 916-5896 | *Via Fed Ex: 7783 4088 4253* |

In addition, a flash drive containing the Supplemental Administrative Record of the Texas Department of Transportation was sent overnight for delivery today to:

| | |
|---|---|
| Save Our Springs Alliance<br>ATTN: Robert J. Levinski<br>4701 West Gate Blvd., D-401<br>Austin, TX 78745<br>Phone: 512-477-2320, ext. 105 | *Via Fed Ex: 7783 4261 3957* |
| Rachel S. Doughty, Esq.<br>Greenfire Law, PC<br>2748 Adeline Street, Suite A<br>Berkeley, CA 94703<br>Phone: (510) 900-9502, ext. 706 | *Via Fed Ex: 7783 3978 4533* |

*Attorneys for ReThink 35, et al.*

/s/ Lisa McClain Mitchell
LISA MCCLAIN MITCHELL
Assistant Attorney General