# Exhibit 1

# TxDOT Index of the Supplemental Administrative Record #1
# I-35 Capital Express - Central Project

| Doc No. | Admin Rec No. | Doc Date | Doc Type | From/ Author(s) | To/* With | Source | Description CC:* Attachments/Enclosures (A/E)* |
|---|---|---|---|---|---|---|---|
| C-AR246 | AR52463-AR52861 | 2/13/2023 | Guidance | TxDOT | N/A | TxDOT | Environmental Guide: Volume 2 Activity Instructions |

*Note: To, CC, and Attachments will be listed if applicable    Index of TxDOT I-35 Capital Express Central Supplemental Administrative Record #1

Page 1 of 1