RECEIVED
SEP 4 2024
CLERK, U.S DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

FILED
2024 SEP -4 PM 2:31
CLERK, US DISTRICT COURT
WESTERN DISTRICT OF TEXAS



**KEN PAXTON**
ATTORNEY GENERAL OF TEXAS

September 4, 2024

*Via Federal Express No. 7783 4088 4253*
United States District Court for the Western District of Texas
U.S. District Clerk's Office
ATTN: Alicia Davis, Divisional Office Manager
501 West Fifth Street, Suite 1100
Austin, Texas 78701
Phone: (512) 916-5896

    Re:  Case No. 1:24-CV-00092-DII; *ReThink35, et al. v. Texas Department of Transportation*; Filed in the United States District Court for the Western District of Texas, Austin Division

Dear Ms. Davis:

    Enclosed please find two (2) identical flash drives each containing an electronic copy of the Texas Department of Transportation's Supplemental Administrative Record for the I-35 Capital Express Central Project, the project that is the subject of this litigation. The Notice of Lodging TxDOT's Supplemental Administrative Record is being filed today via CM/ECF. Please retain one flash drive for your reference, and please forward one of the flash drives to the assigned Judge's chambers as a courtesy copy for the Court's use.

    Should you have any questions, please feel free to email or call.

                    Respectfully,

                    *Lisa Mitchell*

                    Lisa McClain Mitchell
                    Assistant Attorney General
                    lisa.mitchell@oag.texas.gov
                    Transportation Division
                    (512) 936-1431 / (512) 936-0888 - Fax






```
ORIGIN ID:EFDA    (512) 936-1444        SHIP DATE: 03SEP24
LINDA MOALES                            ACTWGT: 0.50 LB
TEXAS ATTORNEY GENERAL                  CAD: 101456777/INET4535
300 W 15TH ST 14TH FLOOR

AUSTIN, TX 78701                        BILL SENDER
UNITED STATES US

TO  ALICIA DAVIS, DIVISIONAL OFC MGR
    U. S. DISTRICT CLERK'S OFFICE
    501 WEST FIFTH STREET, SUITE 1100

    AUSTIN TX 78701
(512) 916-5896          REF:
INV: 243819539
PO: ENTER CASE # OR N/A BELOW        DEPT: 10045
```

FedEx Express

WED - 04 SEP 10:30A
PRIORITY OVERNIGHT

TRK# 7783 4088 4253
0201

44 EFDA        78701
       TX-US   AUS

RT 139  FZ 131  1 12:00  B  4253 09.04



Envelope
Recycle me.