UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| RETHINK35, et al., <br><br> Plaintiffs, <br><br> v. <br><br> TEXAS DEPARTMENT OF TRANSPORTATION (TXDOT), <br><br> Defendants. | Civ. Case No. 1:24-CV-00092 |

**PLAINTIFFS' MOTION TO COMPLETE AND SUPPLEMENT THE ADMINISTRATIVE RECORD AND, IN THE ALTERNATIVE, REQUEST FOR JUDICIAL NOTICE**

PLAINTIFFS hereby move for an order to complete and supplement the administrative record and/or, in the alternative, granting judicial notice. The documents to be included in the record or judicial noticed, and the grounds therefor, are set forth fully in the accompanying Memorandum in Support of Plaintiffs' Motion to Complete and Supplement the Administrative Record and Request for Judicial Notice filed herewith.

DATED: October 10, 2024              Respectfully Submitted,

/s/ Rachel S. Doughty
Rachel S. Doughty
GREENFIRE LAW, PC
2748 Adeline Street, Suite A
Berkeley, CA 94703
rdoughty@greenfirelaw.com
Attorney for Plaintiffs

/s/ Robert Levinski
Robert J. Levinski
State Bar No. 24097993
bobby@sosalliance.org
Admission to This Court Pending

1

*/s/ Victoria Rose*
Victoria Rose
Texas Bar No. 24131088
Victoria@sosalliance.org

*/s/ William Bunch*
William G. Bunch
Texas Bar No. 0334520
bill@sosalliance.org
SAVE OUR SPRINGS ALLIANCE
4701 Westgate Blvd, Ste. D-401
Austin, Texas 78745