Figure 4.2    **Bicycle and Pedestrian Networks**



Activity centers and corridors illustrated on the Growth Concept Map are pedestrian-friendly, walkable, and bikable areas. Urban trails serve recreation and transportation functions, including biking and hiking, and also provide important environmental benefits by creating open space linkages and expanding the City's green infrastructure network.

Figure 4.3        **Transit Networks**



The future transit network includes the existing Capital MetroRail Red Line, regional rail, commuter rail, urban rail, and bus rapid transit. Local bus routes are an essential element of the transit network; however, due to route changes and for the sake of a more understandable map, local bus service is not illustrated on this map.

Figure 4.4    **Roadway Networks**



The future roadway networks includes existing roads, planned extensions, new arterial roads, and capacity improvements such as creating additional travel lanes.

Figure 4.5     **Growth Concept Map**



**Legend**

**Regional Center**
**Town Center**
**Neighborhood Center**
**Activity Corridor**
**Activity Centers for Redevelopment in Sensitive Environmental Areas**
**Job Center**
**Current Open Space**
**Future Open Space**
**Barton Springs Contributing Zone**
**Barton Springs Recharge Zone**
**College / University**

**Transportation**
**High Capacity Transit Stop**
**Proposed High Capacity Transit Stop**
**High Capacity Transit**
**Highway**
**Other Streets**

**Boundaries**
**City Limits**
**ETJ**
**County Boundaries**

Downtown Regional Center and Neighborhood Planning Areas

**Map Disclaimers:** A comprehensive plan shall not constitute zoning regulations or establish zoning district boundaries. This product is for informational purposes and may not have been prepared for or be suitable for legal, engineering, or surveying purposes. It does not represent an on-the-ground survey and represents only the approximate relative location of property boundaries. This product has been produced by the gra for the sole purpose of geographic reference. No warranty is made by the City of Austin regarding specific accuracy or completeness.

## Growth Concept Map Definitions

### Activity Centers and Corridors

The Growth Concept Map assembles compact and walkable activity centers and corridors, as well as job centers, and coordinates them with future transportation improvements. These centers and corridors allow people to reside, work, shop, access services, people watch, recreate, and hang out without traveling far distances. Within them, the design and scale of buildings and the design and availability of parks and gathering spaces will welcome people of all ages and abilities. They will be walkable, bikable, and connected to one another, the rest of the city, and the region by roads, transit, bicycle routes and lanes, and trails.

The activity centers and corridors included on this map identify locations for additional people and jobs above what currently exists on the ground. Unlike more detailed small-area plan maps, the Growth Concept Map provides broad direction for future growth and is not parcel specific. Centers that are already established by existing small-area plans, such as those for East Riverside Drive or Highland Mall, are drawn to reflect those plans. Centers without small-area plans are simply shown with a circle, indicating scale and general location. Specifying boundaries for these centers may occur through small-area plans or general guidelines for implementing this plan.

Centers are generally focused on one or more major transit stops. The greatest density of people and activity will be located around these stops. Surrounding these dense hubs, centers will feature a mix of retail, offices, open space and parks, public uses and services such as libraries and government offices, and a variety of housing choices. Because of their generally compact nature, it will be a quick trip to travel from one side of a center to the other by foot, bicycle, transit, or automobile. There are three types of activity centers — regional, town, and neighborhood.

While a corridor may feature the same variety of uses as a center, its linear nature spreads uses along a roadway. Walking may be suitable for shorter trips; however, longer ones along a corridor can be made by bicycling, transit, or automobile. Just as there are different types of centers, a corridor's character will depend on factors such as road width, traffic volume, the size and configuration of lots, and existing uses. Along different segments of these corridors, there may be multi-story mixed-use buildings, apartment buildings, shops, public uses, or offices, as well as townhouses, row houses, duplexes, and single-family houses. Rules for developing within the activity centers and corridors should be carefully designed to achieve their intent. In particular, new development in these areas will need to consider two aspects of Austin's affordability problem: providing market-rate housing and preserving existing, as well as creating new affordable housing.

 ### Regional Centers

Regional centers are the most urban places in the region. These centers are and will become the retail, cultural, recreational, and entertainment destinations for Central Texas. These are the places where the greatest density of people and jobs and the tallest buildings in the region will

be located. Housing in regional centers will mostly consist of low to high-rise apartments, mixed use buildings, row houses, and townhouses. However, other housing types, such as single-family units, may be included depending on the location and character of the center.

The densities, buildings heights, and overall character of a center will depend on its location. The central regional center encompassing Downtown, the University of Texas, the Concordia University redevelopment, and West Campus is the most urban. It includes low-to high-rise residential and office buildings; local, state, and federal government office buildings; the Texas State Capitol building; cultural offerings and several entertainment districts; shopping; and single-family neighborhoods. Other, future regional centers, like Robinson Ranch or Southside (at the intersection of toll road State Highway 45 and Interstate 35) will likely have a dense central hub surrounded by well-connected, but lower-density development.

Regional centers will range in size between approximately 25,000-45,000 people and 5,000-25,000 jobs.

## Town Centers

Although less intense than regional centers, town centers are also where many people will live and work. Town centers will have large and small employers, although fewer than in regional centers. These employers will have regional customer and employee bases, and provide goods and services for the center as well as the surrounding areas. The buildings found in a town center will range in size from one-to three-story houses, duplexes, townhouses, and row houses, to low-to midrise apartments, mixed use buildings, and office buildings. These centers will also be important hubs in the transit system.

The Mueller redevelopment in Central Austin is an example of an emerging town center. Presently at Mueller, there are local and regional-serving retail establishments, the Dell Children's Medical Center of Central Texas, and Seton Healthcare Family offices. Upon build-out, Mueller expects to include 4.2 million square feet of retail, offices, medical space, and film production, as well as 10,000 residents.

Town centers will range in size between approximately 10,000-30,000 people and 5,000-20,000 jobs.

## Neighborhood Centers

The smallest and least intense of the three mixed-use centers are neighborhood centers. As with the regional and town centers, neighborhood centers are walkable, bikable, and supported by transit. The greatest density of people and activities in neighborhood centers will likely be concentrated on several blocks or around one or two intersections. However, depending on local-ized conditions, different neighborhood centers can be very different places.  If a neighborhood center is designated on an existing commercial area, such as a shopping center or mall, it could represent redevelopment or the addition of housing.  A new neighborhood center may be focused on a dense, mixed-use core surrounded by a mix of housing.  In other instances, new or redevel-

opment may occur incrementally and concentrate people and activities along several blocks or around one or two intersections. Neighborhood centers will be more locally focused than either a regional or a town center. Businesses and services—grocery and department stores, doctors and dentists, shops, branch libraries, dry cleaners, hair salons, schools, restaurants, and other small and local businesses—will generally serve the center and surrounding neighborhoods.

Neighborhood centers range in size between approximately 5,000-10,000 people and 2,500-7,000 jobs.

 ### Activity Centers for Redevelopment in Sensitive Environmental Areas

Five centers are located over the recharge or contributing zones of the Barton Springs Zone of the Edwards Aquifer or within water-supply watersheds. These centers are located on already developed areas and, in some instances, provide opportunities to address long-standing water quality issues and provide walkable areas in and near existing neighborhoods. State-of-the-art development practices will be required of any redevelopment to improve stormwater retention and the water quality flowing into the aquifer or other drinking water sources. These centers should also be carefully evaluated to fit within their infrastructural and environmental context. One of the Land Use and Transportation policies, LUT P21 (p. 120), clarifies the intent, "Ensure that redevelopment in the Edwards Aquifer's recharge and contributing zones maintains the quantity and quality of recharge of the aquifer."

 ### Corridors

Activity corridors have a dual nature. They are the connections that link activity centers and other key destinations to one another and allow people to travel throughout the city and region by bicycle, transit, or automobile. Corridors are also characterized by a variety of activities and types of buildings located along the roadway — shopping, restaurants and cafés, parks, schools, single-family houses, apartments, public buildings, houses of worship, mixed-use buildings, and offices. Along many corridors, there will be both large and small redevelopment sites. These redevelopment opportunities may be continuous along stretches of the corridor. There may also be a series of small neighborhood centers, connected by the roadway. Other corridors may have fewer redevelopment opportunities, but already have a mixture of uses, and could provide critical transportation connections. As a corridor evolves, sites that do not redevelop may transition from one use to another, such as a service station becoming a restaurant or a large retail space being divided into several storefronts. To improve mobility along an activity corridor, new and redevelopment should reduce per capita car use and increase walking, bicycling, and transit use. Intensity of land use should correspond to the availability of quality transit, public space, and walkable destinations. Site design should use building arrangement and open space to reduce walking distance to transit and destinations, achieve safety and comfort, and draw people outdoors.


### Job Centers

Job centers accommodate those businesses not well-suited for residential or environmentally-sensitive areas. These centers take advantage of existing transportation infrastructure such as arterial roadways, freeways, or the Austin-Bergstrom International Airport. Job centers will mostly contain office parks, manufacturing, warehouses, logistics, and other businesses with similar demands and operating characteristics. They should nevertheless become more pedestrian and bicycle friendly, in part by better accommodating services for the people who work in those centers. While many of these centers are currently best served by car, the Growth Concept Map offers transportation choices such as light rail and bus rapid transit to increase commuter options.

### Other Development within City Limits

While most new development will be absorbed by centers and corridors, development will happen in other areas within the city limits to serve neighborhood needs and create complete communities. Infill development can occur as redevelopment of obsolete office, retail, or residential sites or as new development on vacant land within largely developed areas. The type of infill housing will vary with site locations, small-area plans, and development regulations, and include single-family houses, duplexes, secondary apartments, townhouses, row houses, and smaller-scaled apartments. New commercial, office, larger apartments, and institutional uses such as schools and churches, may also be located in areas outside of centers and corridors. The design of new development should be sensitive to and complement its context. It should also be connected by sidewalks, bicycle lanes, and transit to the surrounding area and the rest of the city. Not all land within the city limits will be developed. Some may remain or enter into agricultural production; continue as single-family houses, duplexes, and apartments; or become part of the planned open space network. The Growth Concept Map not only guides where Austin may accommodate new residents and jobs but also reflects the community intent to direct growth away from environmentally sensitive areas including, but not limited to, the recharge and contributing zones of the Barton Springs segment of the Edwards Aquifer, and to protect the character of neighborhoods by directing growth to areas identified by small area plans.  This intent can be found in the building block policies:

- "Protect Austin's natural resources and environmental systems by limiting land use and transportation development in sensitive environmental areas and preserving areas of open space." (LUT P22)

- "Protect neighborhood character by directing growth to areas of change and ensuring context sensitive infill in such locations as designated redevelopment areas, corridors, and infill sites." (HN P11)

### Other Development within the Austin Extraterritorial Jurisdiction

The extraterritorial jurisdiction is the unincorporated land within five miles of Austin's city limits that is not within the extraterritorial jurisdiction or municipal limits of another city. It is where only Austin is authorized to annex land. The City of Austin in collaboration with Travis County (and, to a lesser extent, Williamson and Hays counties) regulates land subdivision, water quality regulations, and site plans. While it is able to engage in long-range planning efforts, the county cannot zone land. Well-planned future development can minimize sprawl when the City collaborates with county governments. Targeted infrastructure investments and other incentives to manage development in an organized and thoughtful manner will be necessary to meet the contingencies of continued growth in the extraterritorial jurisdiction. Wherever possible, new development should be directed to centers and corridors designated on the Growth Concept Map, or occur in or adjacent to areas of existing development, and should serve to complete communities at Austin's edge. In addition, it should, when and where feasible, be connected by transit, sidewalks, and bicycle lanes to existing and planned development.

### Open Space Network

The open space network includes existing and future open space. Elements of the open space network include parks, greenways, nature preserves, agricultural land, and environmentally sensitive land. Areas within floodplains, on steep slopes, or with significant environmental features, such as sinkholes, caves, or significant wildlife habitat, are classified as environmentally sensitive.

### High-Capacity Transit and Transit Stops

High-capacity transit and transit stops include the existing Capital MetroRail Red Line and stops and planned transit routes and new stops. High-capacity transit includes regional rail, commuter rail, urban rail, and bus rapid transit. Regular bus routes are not illustrated on the Growth Concept Map. Where final locations have not been determined, transit stops are identified as "proposed." As more detailed planning occurs, these may move. When this happens, the associated activity center should move as well.

### Highways and Other Streets

This feature of the Growth Concept Map illustrates existing roads, planned extensions, new arterial roads, and capacity improvements such as additional travel lanes.

# TRANSITIONS BETWEEN LAND USES

### Harmonious + People-oriented

Creating the compact and connected city envisioned by this plan requires establishing harmonious transitions between different types of land uses, such as retail and residential areas or buildings of different heights and scales. New and redevelopment along corridors and at the edges of centers should complement existing development such as adjacent neighborhoods.



Creating these transitions requires addressing:
- Local context
- Land uses
- Accessibility and transportation needs
- Building setbacks, building heights
- Design elements such as:
  ○ planting
  ○ building massing
  ○ lighting
  ○ location of parking
- Building orientation

[3] More detail on existing trends and issues for each building block can be found in Chapter 2 and in the Austin Community Inventory http://www.imagineaustin.net/inventory.htm.

## COMPREHENSIVE PLAN BUILDING BLOCKS

The Comprehensive Plan building blocks are the backbone of *Imagine Austin*. Each building block includes a summary of key issues and challenges for the future, policies to address those challenges, and selected best practices.[3] The building block policies were developed through public input from community forums and surveys, as well as input from the Comprehensive Plan Citizens Advisory Task Force and City of Austin departments.

Many of *Imagine Austin's* policies cut across building blocks. This overlap creates synergistic opportunities to make a greater impact by implementing one program or project that responds to several policies. The interrelationships are highlighted in blue with a reference that directs the reader to a similar policy from one of the other building blocks.

The synergies also play out in the core principles for action (introduced in Chapter 1) and the complete communities concept (introduced in Chapter 2). At the beginning of each building block, icons represent how the policies within that building block relate to Austin's vision for a city of complete communities. A solid color icon means that the policies strongly connect with a particular complete community element.  A grayscale icon means that there is a lesser, secondary connection between the policies and a particular complete community element.  While not every policy links directly to every complete community element, all of the policies work together to achieve Austin's vision.



The Neighborhood Plan Contact Teams review a draft Growth Concept Map for consistency with the neighborhood plans' Future Land Use Maps at a meeting on January 6, 2011. Changes to the Growth Concept Map were made based on input from this meeting.



The Growth Concept Map illustrates how Austin plans to accommodate new residents, jobs, mixed-use areas, open space, and transportation infrastructure in the next 30 years. As Austin grows, the Growth Concept Map directs new and redevelopment to focused centers of varying sizes. Most centers are connected by activity corridors, which serve a dual purpose of enhancing mobility and concentrating development, maintaining neighborhood character and better accommodating walking, bicycling, taking transit, and driving.

See pages 104-106 for a full description of activity centers and corridors.

The illustration shows how the centers and activity corridors in the Growth Concept Map relate to one another, while fitting into the overall fabric of the city. The photographs are representative of some of the ways these centers and corridors may develop.

Regional Center



Town Center



Neighborhood Center





Activity Corridor



Activity Corridor

# ACTIVITY CENTERS AND CORRIDORS



Activity Corridor

Town Center

Regional Center

Activity Corridor

Neighborhood Center

Activity Corridor

Activity Corridor

Neighborhood Center

Town Center

Open space network



**BUILDING**BLOCK
# LUT

## LAND USE AND TRANSPORTATION

Complete Community Matrix


LIVABLE


NATURAL AND
SUSTAINABLE


CREATIVE


EDUCATED


PROSPEROUS


MOBILE AND
INTERCONNECTED


VALUES AND
RESPECTS PEOPLE

Austin experienced significant growth during the last half of the 20th century. Between 1960 and 2010, the land area expanded by more than 400 percent, from almost 56 square miles to more than 300 square miles. During the last decade, our land area increased by nearly 20 percent. Austin and its extraterritorial jurisdiction represent an area of about 620 square miles. This is more than double the size of Chicago. Although 38 percent of Austin's land area is considered undeveloped, much of it is environmentally sensitive and less suitable for development.

The range of transportation options available can profoundly affect the development of a city. For example, a new high-speed road may spur low-density commercial and residential development, which does not support high-quality public transit. This is what happened during the last decades of the 20th century as the extension of the city's freeway and highway system allowed development to spread north and south of Austin's city limits. However, further in Austin's past we can see how transportation investments affected our city's evolution. Our first suburb, the compact and walkable Hyde Park (now an inner-city neighborhood), was designed to be served by transit which allowed residents to live removed from the bustle of the central city and commute to Downtown in the relative comfort of an electrified trolley. Recent Capital Metropolitan Transportation Authority and City of Austin transit plans for rail and high-capacity bus lines seek to provide  transportation options which will have a greater influence on where residents choose to live and work. Several recent planning initiatives, such as East Riverside Drive, Airport Boulevard, and North Burnet/Gateway, concentrate on creating places to provide these choices. A retooled transportation system will lead to the compact and walkable places envisioned in this plan.

**KEY ISSUES AND TRENDS**

• Over the last century, Austin has experienced increasing population, urbanization, and outward expansion.

• Modest infill and redevelopment have occurred in older areas of Austin, though at a much slower pace than lower-density suburban development.

• While Austin remains the largest jurisdiction in the five-county Austin region, the city's share of population and employment is decreasing.

• Complex policies and regulations have greatly impacted land use and development in Austin.

• Areas located along a north-south axis of the city and in the North Burnet/Gateway planning area and Robinson Ranch in the northern portion of the city are identified as most likely to develop or redevelop.

Austin's historic assets include neighborhoods, buildings, and sites reflecting Austin's cultural, ethnic, social, economic, political, and architectural history, many of which lack formal historic designation. Designated historic resources include National Register properties and districts, Texas Historic Landmarks, Austin's Historic Landmark designation, and Local Historic Districts. In addition, Austin has many cultural resources lacking formal historic designation—public art, cultural centers, museums, institutions, buildings, landscapes, and iconic businesses and buildings. Austin is also home to a number of museums and research libraries.

Austin has an active historic preservation program. The City of Austin Historic Preservation Office mission is to protect and enhance historic resources. Austin's Historic Landmark Commission meets monthly to review historic zoning cases, review some demolition permits, and maintains the Austin survey of cultural resources.

Austin is consistently ranked as a desirable community in which to live and work by a number of "Best Of" lists. Managing the success of our city's increasing popularity and overcoming the results of the last half century of growth presents us with significant challenges and opportunities. We must change the way we allow our city to be built. Instead of sprawling retail centers, office parks, and subdivisions accessed by freeways, we must create an efficient transportation network to serve a city of complete communities, activity centers and corridors. In the face of this change, we also need to preserve our unique places, open space, and environmentally sensitive areas.

## KEY CHALLENGES FOR THE FUTURE

• Counteracting the prevailing trend of sprawling development that consumes vacant land and natural resources, reduces air and water quality, contributes to global warming, and diminishes the natural environment.

Commuters at the MLK Transit Station.



- Preserving our natural resources and systems by limiting development in sensitive environmental areas, floodplains, creeks, and riparian areas, and maintaining and protecting open space.

- Increasing the supply and variety of housing in and near employment centers to allow more people to live closer to their jobs.

- Meeting the housing and employment needs of a rapidly growing and demographically changing population in a sustainable manner.

- Promoting regional planning and increased coordination between local governments, especially Travis County, agencies, districts, and the State of Texas to address major land use, infrastructure, and transportation challenges.

- Coordinating land use, transportation, environmental, and economic development policies to address the inefficiency of infrastructure having to keep up with greenfield development and incentivize infill and redevelopment.

- Improving land development regulations in place for the extraterritorial jurisdiction to improve clarity, increase certainty, and produce outcomes in alignment with *Imagine Austin*.

- Increasing coordination between local governments to promote more efficient land use and transportation policies and investments. Coordinating on infrastructure is particularly important within Austin's extraterritorial jurisdiction.

- Maintaining historic neighborhood character and preserving historic resources — especially in the urban core — as the city continues to grow.

- Providing more shopping opportunities, healthy food choices, and services in areas of Austin underserved by these daily necessities.

- Implementing climate change solutions through more proactive regional cooperation.

**FROM THE VISION STATEMENT - AUSTIN IS LIVABLE:**

One of Austin's foundations is its safe, well-maintained, stable, and attractive neighborhoods and places whose character and history are preserved. Economically mixed and diverse neighborhoods across all parts of the city have a range of affordable housing options. All residents have a variety of urban, suburban, and semi-rural lifestyle choices with access to quality schools, libraries, parks and recreation, health and human services, and other outstanding public facilities.

**BEST PRACTICE: LAND DEVELOPMENT CODE REVISION | RALEIGH, NC**

Raleigh revised its development code as a priority action identified in the City's new comprehensive plan. Approximately 150 action items — including strategies for mixed use and transit-oriented development, affordable housing, and green building design — were either explicitly proscribed or hindered by existing regulations. Moreover, the development code, amended in a piecemeal fashion across different decades, had become overly complicated and difficult to understand. The process resulted in a draft unified development ordinance that consolidates all development-related regulations (zoning, subdivision, site development, planting, historic preservation, sidewalks and streets, environmental, and so on) into a single user-friendly document. The draft code includes new zoning, design, and development standards, plus graphics and charts to illustrate desired outcomes. It supports comprehensive plan implementation, responds to current market trends, and provides greater predictability for developers, public, and decision-makers. City Council approval of the draft code is anticipated in 2012. *Reference: City of Raleigh, NC.*

**FROM THE VISION STATEMENT - AUSTIN IS MOBILE AND INTERCONNECTED**

Austin is accessible. Our transportation network provides a wide variety of options that are efficient, reliable, and cost-effective to serve the diverse needs and capabilities of our citizens. Public and private sectors work together to improve our air quality and reduce congestion in a collaborative and creative manner.

The City operates with "efficient, clear, predictable planning goals and processes."

Community Forum Series #1 Participant

## LAND USE AND TRANSPORTATION POLICIES

**LUT P1.** Align land use and transportation planning and decision-making to achieve a compact and connected city in line with the Growth Concept Map. (See also CFS P1, CFS P21)

**LUT P2.** Promote regional planning and increased coordination between municipalities and county governments to address major land use and transportation challenges.

(See also E P14, CE P5, CE P6, CE P16)

**LUT P3.** Promote development in compact centers, communities, or along corridors that are connected by roads and transit, are designed to encourage walking and bicycling, and reduce healthcare, housing and transportation costs. (See also HN P4, S P3, C P9)

**LUT P4.** Protect neighborhood character by directing growth to areas of change that include designated redevelopment areas, corridors, and infill sites. Recognize that different neighborhoods have different characteristics, and infill and new development should be sensitive to the predominant character of these

communities. (See also HN P11, HN P15)

**LUT P5.** Create healthy and family-friendly communities through development that includes a mix of land uses and housing types, affords realistic opportunities for transit, bicycle, and pedestrian travel, and provides community gathering spaces, neighborhood gardens and family farms, parks, and safe outdoor play areas for children. (See also HN P1, HN P5, HN P10, CFS P37, CFS P40, S P3, S P12, S P21, S P29, C P14 )

**LUT P6.** Ensure that neighborhoods of modest means have a mix of local-serving retail, employment opportunities, and residential uses. (See also HN P4)

**LUT P7.** Encourage infill and redevelopment opportunities that place residential, work, and retail land uses in proximity to each other to maximize walking, bicycling, and transit opportunities. (See also HN P7, HN P11, S P11)

**LUT P8.** Develop land development regulations and standards that are clear and predictable and support the intent and goals of the *Imagine Austin Comprehensive Plan*.

**BEST PRACTICE: IMPROVED COMPATIBILITY AND NEIGHBORHOOD TRANSITIONS, MIAMI 21, MIAMI, FL**

Miami's building boom resulted in high-rise condominiums, parking garages, and commercial buildings that exposed weaknesses in the City's zoning ordinance. Existing codes did not consider building context, height limits, design requirements, and access. Miami became the first major city to adopt a citywide form-based code, known as "Miami 21." The new code divides the city into different zones that focus on building form, design, and relationships between neighboring properties, rather than land use. Transitions between commercial areas and adjacent neighborhoods received special consideration through moderate-intensity uses and design standards intended to "step down" intensity. One of the most critical pieces of the code is the concept of "successional zoning." This allows rezoning only to the next most intense zone if the property abuts a more intense zone. This promotes a controlled evolution of the built environment and minimizes opportunities for developers to acquire a property and request a rezoning to a dramatically different intensity or use.

(See also E P6)

**LUT P9.** Develop and maintain consistent fiscal policies to direct public investments associated with growth and development to implement *Imagine Austin*.

**LUT P10.** Direct housing and employment growth to activity centers and corridors, preserving and integrating existing affordable housing where possible. (See also HN P2, HN P3)

**LUT P11.** Promote complete street[4] design that includes features such as traffic calming elements, street trees, wide sidewalks, and pedestrian, bicycle, and transit access throughout Austin, considering the safety needs of people of all ages and abilities. (See also C P17)

**LUT P12.** Achieve the goals of area transit plans through effective planning, sufficient funding, and continued partnerships between the City of Austin, Capital Metro, and other area transportation providers. (See also HN P4, S P25)

**LUT P13.** Coordinate with area school districts in the placement of schools and facilities. (See also E P10, E P11, S P17, S P19, S P23, S P28)

**LUT P14.** Promote safer routes to schools for students of all ages. (See also S P25)

**LUT P15.** Incorporate provisions for bicycles and pedestrians into all roads such as freeways, toll roads, arterial roadways, and to and from transit stations and stops, and major activity centers. (See also HN P13, CFS P42, S P25)

**LUT P16.** Educate the public on the long-range need for commitment to a community fully served by a range of transportation options and the benefits of each one.

**LUT P17.** Develop intermediate transit solutions that allow the City to reach the ultimate goal of a complete transit network over the long-term.

**LUT P18.** Continue efforts to implement future intercity rail and High Speed Rail in the Austin region. (See also E P16)

**LUT P19.** Reduce traffic congestion, increase transit use, and encourage alternative transportation modes through such practices as Transportation Demand Management which includes car pooling, flex time work schedules, and subsidizing transit costs for employees. (See also E P16, CE P10)

**LUT P20.** Locate industry, warehousing,

*"Build new neighborhoods where grocery stores, shopping and dining options, and community services (such as post offices, libraries, healthcare, government offices) are easily accessed from nearby neighborhoods via bicycle and pedestrian traffic. Limit 'sprawl' and commutes all over town to access these types of services "*

Community Forum Series #1 Participant

---

[4] Roads that are designed to safely accommodate necessary street functions for all users, including pedestrians, bicyclists, drivers, and transit riders.

**BEST PRACTICE: URBAN DESIGN GUIDELINES | ROANOKE RESIDENTIAL PATTERN BOOK, ROANOKE, VA**
In 2008, Roanoke, Virginia, adopted a residential pattern book to preserve and enhance the character and quality of its residential neighborhoods. It serves as an aid for new construction and renovation of existing buildings. The pattern book provides a dictionary of architectural styles found in different types of neighborhoods (downtown, inner-city, suburban areas) and illustrates the characteristics of each housing type. Recommendations for appropriate renovations, materials, paint colors, new construction and additions, landscape, and "green building" practices that will improve and maintain the character of each neighborhood are included.
*Reference: http://www.roanokeva.gov/ Photo Courtesy of Roanoke, Virginia.*



*"We need more 'live here, work here' multi-use development resulting in less vehicular traffic, a greater sense of community, and parks/ped-friendly facilities."*

Community Forum Series #1 Participant

logistics, manufacturing, and other freight-intensive uses in proximity to adequate transportation and utility infrastructure. (See also E P16)

**LUT P21.** Ensure that redevelopment in the Edwards Aquifer's recharge and contributing zones maintains the quantity and quality of recharge of the aquifer. (See also CE P2, CFS P12)

**LUT P22.** Protect Austin's natural resources and environmental systems by limiting land use and transportation development in sensitive environmental areas and preserving areas of open space. (See also CFS P45)

**LUT P23.** Integrate citywide and regional green infrastructure, to including such elements as preserves and parks, trails, stream corridors, green streets, greenways, agricultural lands, and the trail system, into the urban environment and the transportation network. (See also CE P3, CE P4, CFS P47)

**LUT P24.** Direct hazardous materials/cargo that are being transported through Austin away from heavily populated or environmental sensitive areas.

**LUT P25.** Develop a comprehensive network of evacuation routes for all areas of Austin.

**LUT P26.** Reduce noise pollution from transportation, construction, and other sources.

**LUT P27.** Decrease light pollution from apartments and single-family houses, signage, commercial buildings, parking lot lights, and street lights.

**LUT P28.** Evaluate and make needed revisions to parking regulations to ensure they balance the needs of various transportation options with creating good urban form.

## URBAN DESIGN POLICIES

**LUT P29.** Develop accessible community gathering places such as plazas, parks, farmers' markets, sidewalks, and streets in all parts of Austin, especially within activity centers and along activity corridors including

**BEST PRACTICE: COMPLETE STREETS POLICIES**

In the U.S., 28 percent of all trips are less than a mile. While many people are willing to walk or bike short distances, there are few places where it is safe and enjoyable. Complete streets seek to remedy this situation by making it safe and inviting for all users to share public roads. Complete streets should accommodate, but also encourage people to use alternative modes of transportation.

The complete street movement is growing as cities and states across the nation adopt policies and design guidelines. The National Complete Street Coalition provides resources including model state legislation. A policy must routinely "design and operate the entire right of way to enable safe access for all users, regardless of age, ability, or mode of transportation." Cities and states are adopting legislation and design guidelines for streets. There is no one-size fits all design. Each street will vary based on the local context and need. In this Portland, Oregon, image, buses, cars, bicyclists, and pedestrians are safely accommodated.



*Reference: National Complete Street Coalition; Complete Streets in NJ, Alan M. Voorhees Transportation Center at Rutgers University, August 2010. www.njbikeped.org; National Complete Streets Coalition; Photo Courtesy of Kimley-Horn Associates.*

| LUT | HN | E | CE | CFS | S | C |

Downtown, future Transit Oriented Developments, in denser, mixed use communities, and other redevelopment areas, that encourage interaction and provide places for people of all ages to visit and relax. (See also CFS P40, CFS P41, S P3, S P29)

**LUT P30.** Protect and enhance the unique qualities of Austin's treasured public spaces and places such as parks, plazas, and streetscapes; and, where needed, enrich those areas lacking distinctive visual character or where the character has faded. (See also HN P12)

**LUT P31.** Define the community's goals for new public and private developments using principles and design guidelines that capture the distinctive, diverse local character of Austin. (See also C P17)

**LUT P32.** Assure that new development is walkable and bikable and preserves the positive characteristics of existing pedestrian-friendly environments. (See also HN P12, CFS P40, CFS P41, S P43)

**LUT P33.** Apply high standards of urban design to ensure that "complete streets" are safe and accessible for all users. Encourage people to use alternative forms of transportation that are sensitive to the demands of the Central Texas climate.

**LUT P34.** Integrate green infrastructure elements such as the urban forest, gardens, green buildings, stormwater treatment and infiltration facilities, and green streets into the urban design of the city through "green" development practices and regulations. (See also CE P3, CE P4, CE P11, CFS P47)



Public art was incorporated into the recent Cesar Chavez sidewalk reconstruction.

**LUT P35.** Infuse public art into Austin's urban fabric in streetscapes along roadways and in such places as parks, plazas, and other public gathering places. (See also CFS P44, C P16)

**LUT P36.** Transform all major streets into vibrant, multi-functional, pedestrian-friendly corridors. (See also S P3)

### HISTORIC PRESERVATION POLICIES

**LUT P37.** Promote historic, arts, culture, and heritage-based tourism and events. (See also E P37)

**LUT P38.** Preserve and interpret historic resources (those objects, buildings, structures, sites, places, or districts with historic, cultural, or aesthetic significance) in Austin for residents and visitors. (See also C P12, C P13)

**LUT P39.** Maintain and update inventories of historic resources, including locally significant historic properties not listed on national or state registries, archeological sites, etc.

**LUT P40.** Increase opportunities for historic and cultural learning at the City's public libraries.

**LUT P41.** Protect historic buildings, structures, sites, places, and districts in neighborhoods throughout the City.

**LUT P42.** Retain the character of National Register and local Historic Districts and ensure that development and redevelopment is compatible with historic resources and character. (See also C P18)

**LUT P43.** Continue to protect and enhance important view corridors such as those of the Texas State Capitol District, Lady Bird Lake, and other public waterways.

**LUT P44.** Preserve and restore historic parks and recreational areas.

**LUT P45.** The City commits itself to eliminating transportation related deaths and serious injuries through a holistic Vision Zero approach. Improving safety through land use, urban design, transportation engineering, education and enforcement is foundation to Austin becoming a city of complete communities. Safety is the top priority for the transportation system and requires a collaborative, multipronged approach using the guiding principles of Vision Zero:

–Traffic deaths and injuries are a preventable public health issue. Any death is too many.

–People will make mistakes; the transportation system should be designed so those mistakes aren't fatal.

–Safety should be the primary consideration in transportation decision-making.

–Traffic safety solutions must be addressed holistically through:

  •Education and culture change,
  •Enforcement and prosecution, and
  •Land use and transportation engineering.

---

**BEST PRACTICE: HISTORIC REHABILITATION BUILDING CODES: NEW JERSEY REHABILITATION SUBCODE | STATE OF NEW JERSEY**

In many states, building codes are designed solely for new construction leading to expensive retrofits for existing buildings. In an effort to reduce barriers to building renovation and adaptive reuse, New Jersey adopted a "Rehab Code" in 1999. The code requires structural and safety regulations that work with an existing building's height, area, and fire resistance ratings. In the first year of implementation, the amount of money dedicated to renovation in New Jersey increased by 41 percent. The code has resulted in reduced costs for building owners and increased historic preservation efforts in many older cities across the state. *Reference: http://www.state.nj.us/ dca/divisions/codes/offices/rehab.html; Photo Courtesy of NJ Dept. of Community Affairs.*





Constructed in 1893, Elizabet Ney's Formosa studio in the Hyde Park neighborhood is now known as the Elizabet Ney Museum. It is home to a collection of her sculptures and busts, including those of Sam Houston and Stephen F. Austin. In addition to being a local landmark, it is in the National Register of Historic Places.

Figure 4.6      **Combined Future Land Use Map**



The neighborhood planning process has created a number of future land use maps that depict an individual community's aspirations for their neighborhood on a parcel-level basis.   These maps directly contributed to the development the Growth Concept Map.