Working Group Priority Actions are highlighted

| Society / Building Block 6 | | | |
|---|---|---|---|
| Label | Actions | Action Type | Priority Program(s) |
| S A25 | Coordinate between all the organizations providing services to the homeless community to maximize the efficacy of limited resources. | Coordination, Program | |
| S A26 | Promote the development of housing opportunities that support persons transitioning from homelessness and other barriers to housing stability. | Program | • Develop household affordability throughout Austin. |
| S A27 | Support social services that provide financial support to families who are losing their homes and encourage public/private partnerships that create and implement solutions to this issue. | Program | • Develop household affordability throughout Austin. |
| S A28 | Locate supportive housing (i.e., housing with supportive services such as financial counseling, medical facilities, and child care) for families with children in areas of the city with under-enrolled schools. | Program | • Develop household affordability throughout Austin. |
| S A29 | Investigate the feasibility of creating a program of city-owned housing, including but not limited to, cooperative, affordable and permanent supportive housing. | Analysis | • Develop household affordability throughout Austin. |
| S A30 | Regulate the geographic distribution and operation of group homes for the disabled, homeless, and other individuals needing supportive housing. | Program | • Develop household affordability throughout Austin. |
| S A31 | Expand mentoring and tutoring programs to help school-aged children improve their academic performance and develop essential life skills. | Program | • Continue to grow Austin's economy by investing in our workforce, education systems, entrepreneurs, and local businesses.<br><br>• Grow and invest in Austin's creative economy. |
| S A32 | Work with educational and business partners to expand the availability of early childhood education and childcare services and programs for all residents, especially for middle and low income households and for those with children with disabilities, and fund through a modest fee or sliding-fee structure. | Program | • Continue to grow Austin's economy by investing in our workforce, education systems, entrepreneurs, and local businesses.<br><br>• Grow and invest in Austin's creative economy. |
| S A33 | Collaborate with school districts to allow public and private sector use of underutilized schools and other public facilities for child care, educational programs, healthy living programs, and neighborhood activities. | Coordination, Program | • Continue to grow Austin's economy by investing in our workforce, education systems, entrepreneurs, and local businesses.<br><br>• Create a Healthy Austin Program.<br><br>• Grow and invest in Austin's creative economy. |
| S A34 | Work with child care providers, school districts, local businesses, government agencies and non-profits to make affordable and accessible child care, early education, preschool, afterschool, and summer programs widely available throughout Austin and its extraterritorial jurisdiction (ETJ). | Coordination, Program | • Continue to grow Austin's economy by investing in our workforce, education systems, entrepreneurs, and local businesses.<br><br>• Grow and invest in Austin's creative economy. |

Working Group Priority Actions are highlighted

| Society / Building Block 6 | | | |
|---|---|---|---|
| Label | Actions | Action Type | Priority Program(s) |
| S A35 | Partner with businesses to offer incentives to childcare, early education and preschool programs that locate in underserved areas and near employment centers. | Incentives, Coordination | • Continue to grow Austin's economy by investing in our workforce, education systems, entrepreneurs, and local businesses.<br><br>• Grow and invest in Austin's creative economy. |
| S A36 | Explore funding opportunities to offer financial assistance or scholarships to low and moderate income families for early childhood education and childcare. | Program | • Grow and invest in Austin's creative economy.<br><br>• Continue to grow Austin's economy by investing in its workforce and education system. |
| S A37 | Create opportunities for public-private partnerships to increase direct involvement by city departments, such as Parks and Recreation, in childcare and afterschool programming. | Coordination, Program | • Continue to grow Austin's economy by investing in our workforce, education systems, entrepreneurs, and local businesses.<br><br>• Grow and invest in Austin's creative economy. |
| S A38 | Partner with local school districts, colleges, universities, and vocational schools to expand the availability of evening and weekend continuing education and higher education classes. | Coordination, Program | • Continue to grow Austin's economy by investing in our workforce, education systems, entrepreneurs, and local businesses.<br><br>• Grow and invest in Austin's creative economy. |
| S A39 | Develop a youth student leadership program that involves students in community planning and implementation. | Program | • Grow and invest in Austin's creative economy.<br><br>• Continue to grow Austin's economy by investing in our workforce, education systems, entrepreneurs, and local businesses. |
| S A40 | Collaborate with educational and business partners in developing a comprehensive education program for all ages that focuses on the range of skills (i.e., literacy, interpersonal skills, and vocational skills) needed to for gainful employment. | Coordination, Program | • Continue to grow Austin's economy by investing in our workforce, education systems, entrepreneurs, and local businesses.<br><br>• Grow and invest in Austin's creative economy. |
| S A41 | Develop programs to aid children transitioning out of the foster care system. | Program | |
| S A42 | Make programs available for children and adult immigrants regardless of their legal status. | Program | |
| S A43 | Collaborate with educational and business partners in expanding educational opportunities to meet the needs of current and emerging industries, the safety needs of the public sector, as well as those of the skilled trades. | Coordination, Program | • Continue to grow Austin's economy by investing in our workforce, education systems, entrepreneurs, and local businesses.<br><br>• Grow and invest in Austin's creative economy. |
| S A44 | Partner with the colleges and universities when designing community-based education programs. | Coordination, Program | • Continue to grow Austin's economy by investing in our workforce, education systems, entrepreneurs, and local businesses.<br><br>• Grow and invest in Austin's creative economy. |
| S A45 | Explore leasing and cost-sharing agreements between the Austin Independent School District and the City of Austin to facilitate under-capacity schools and under-funded programs to remain open and in operation. | Coordination, Program | • Continue to grow Austin's economy by investing in our workforce, education systems, entrepreneurs, and local businesses.<br><br>• Grow and invest in Austin's creative economy. |

Working Group Priority Actions are highlighted

| Society / Building Block 6 | | | |
|---|---|---|---|
| Label | Actions | Action Type | Priority Program(s) |
| S A46 | Create the capacity within the City of Austin to partner with school districts, community organizations, and the private sector to increase collaboration at school campuses. | Coordination, Program | • Continue to grow Austin's economy by investing in our workforce, education systems, entrepreneurs, and local businesses.<br><br>• Grow and invest in Austin's creative economy. |
| S A47 | Develop seamless, coordinated relationships between school districts, community colleges, other higher education institutions, to integrate and minimize lack of funding for better educational community opportunities. | Coordination | • Continue to grow Austin's economy by investing in our workforce, education systems, entrepreneurs, and local businesses.<br><br>• Grow and invest in Austin's creative economy. |
| S A48 | Support better integration of education from pre-kindergarten through higher education. | Coordination | • Continue to grow Austin's economy by investing in our workforce, education systems, entrepreneurs, and local businesses.<br><br>• Grow and invest in Austin's creative economy. |
| S A49 | Develop educational and public information programs focusing on promoting nutrition, healthy food, and local food sources. | Program | • Create a Healthy Austin Program. |
| S A50 | Work with local school districts to use locally-grown produce and increase the quality and nutritional value of food served to school aged young people. | Coordination, Program | • Create a Healthy Austin Program. |
| S A51 | Work with local health providers to develop educational materials and programs for use in schools and the community about the dangers of tobacco use and promote available cessation resources. | Coordination, Program | • Create a Healthy Austin Program. |
| S A52 | Promote tobacco free multifamily housing which share common walls, such as apartments, duplexes, townhouses, row houses, and condominiums. | Program | • Create a Healthy Austin Program. |
| S A53 | Promote tobacco-free environments and tobacco-free living. | Program | • Create a Healthy Austin Program. |
| S A54 | Create more opportunities for outdoor play, recreational activities, healthy eating, and other activities and programs that address obesity. | Program | • Create a Healthy Austin Program. |
| S A55 | Help children between ages 0-5 achieve success in school by implementing the School Readiness Action Plan which seeks to ensure that:<br>–families have access to and use the necessary resources that support nuturing their children;<br>–children and families have access to high quality early learning environments;<br>–children receive early and developmental screenings;<br>–children have access to health care;<br>–and public and private sectors in Austin and Travis County work together to ensure that the community has the resources and infrastructure to deliver services to children and their families | Program | • Create a Healthy Austin Program. |
| S A56 | Develop an age-friendly action plan for Austin to include the elements of outdoor spaces and buildings, transportation, social participation, respect and social inclusion, civic participation and employment, communication and information, and health services. | | |



Working Group Priority Actions are highlighted

| Creativity / Building Block 7 | | | |
|---|---|---|---|
| Label | Actions | Action Type | Priority Program(s) |
| C A1 | Create a City of Austin function to oversee all arts, creative, and heritage programs, such as: <br><br> - identifying funding sources for the arts <br><br> - promoting the economic impact of arts and creativity <br><br> - publicizing best practice success stories <br><br> - developing an advertising program and a website to promote local talent <br><br> - creating an annual awards program for local artists <br><br> - developing a branding campaign for arts and creativity in Austin <br><br> - developing a mapping and wayfinding system for arts, creative, cultural, and historic resources <br><br> - developing an arts exchange program to market local artists regionally, nationally, and internationally <br><br> - developing impromptu and non-traditional venues for art exhibits and installations and performances <br><br> - facilitating the inclusion of public art. | Program, Analysis | • Grow and invest in Austin's creative economy. |
| C A2 | Incorporate the arts and cultural preservation themes and elements into small area plans, such as neighborhood and corridor plans. | Program | • Grow and invest in Austin's creative economy. |
| C A3 | Create incentives, and programs to promote the inclusion of public art into new development. | Incentives, Program | • Grow and invest in Austin's creative economy. |
| C A4 | Cultivate cultural and heritage education and tourism by marketing and promoting Austin's museums, libraries, historic sites and venues, and providing education and training to frontline tourism workers. | Program | • Grow and invest in Austin's creative economy. |
| C A5 | Promote the use of non-traditional venues (such as parks, schools, streets, and vacant buildings) for impromptu and small scale performances and events, such as jugglers, dancers, mimes, actors, storytellers, poets, and performance artists. | Program | • Grow and invest in Austin's creative economy. |
| C A6 | Collaborate with sponsoring organizations, sponsors, and transportation companies to develop special event transportation plans to mitigate traffic congestion associated with these events. | Coordination, Program | • Grow and invest in Austin's creative economy. |
| C A7 | Promote the development and expansion of arts space, facilities and programming, including libraries, museums, parks, performing art venues and community centers by identifying existing facilities and conducting a needs assessment. | Assessment | • Grow and invest in Austin's creative economy. |

Working Group Priority Actions are highlighted

## Creativity / Building Block 7

| Label | Actions | Action Type | Priority Program(s) |
|---|---|---|---|
| C A8 | Develop programs to promote Austin's diverse cultural heritage:<br><br>- Cultural events and venues<br><br>- A city-wide multi-cultural festival<br><br>- Culture-based tourism<br><br>- Educational materials | Program | • Grow and invest in Austin's creative economy. |
| C A9 | Develop and invest in intergenerational art education partnerships and programming between schools, artists, and arts organizations, libraries, neighborhood associations, and senior programs to provide life-long exposure to the arts | Coordination, Program | • Grow and invest in Austin's creative economy. |
| C A10 | Develop regulations to mitigate the sound from live music venues through a collaborative process that includes the City of Austin, musicians, venue operators, property owners, and residents. | Regulation, Coordination | • Grow and invest in Austin's creative economy. |
| C A11 | Create incentives and programs to preserve iconic and established music venues and performance spaces throughout Austin and its extraterritorial jurisdiction (ETJ). | Incentives, Program | • Grow and invest in Austin's creative economy. |
| C A12 | Increase funding sources (grants, private and public funding programs) and non-financial support (business recruitment, business expansion and retention, workforce development) to sustain and expand the creative industry sector. | Program, Coordination | • Grow and invest in Austin's creative economy. |
| C A13 | Establish incentives and regulations to promote the creation of artists' live/work space in residential areas that allow for limited gallery space. | Regulation & Incentives | • Grow and invest in Austin's creative economy.<br><br>• Develop and maintain household affordability throughout Austin. |
| C A14 | Develop programs and incentives to provide flexible, affordable work space and housing throughout Austin, with an emphasis placed on locations well-served by transit, Downtown, and activity centers and corridors for entrepreneurs, small and local businesses, artists, and creative professionals.  Programs and incentives should address live-work space, home-based businesses, and temporary lease agreements in multi-use venues such as schools, vacant buildings, and warehouses. | Program, Regulation | • Revise Austin's development regulations and processes to promote a compact and connected city.<br><br>• Invest in a compact and connected Austin.<br><br>• Grow and invest in Austin's creative economy.<br><br>• Develop and maintain household affordability throughout Austin. |
| Creativity / Building Block 7 | | | |

Working Group Priority Actions are highlighted

| Label | Actions | Action Type | Priority Program(s) |
|-------|---------|-------------|---------------------|
| C A15 | Create programs and incentives and develop partnerships between the City of Austin, artists and members of the creative community, businesses, developers, and arts education institutions to provide more public and private exhibition space for local artists, students' exhibitions, and cultural events at such places as parks, public buildings, plazas, office and commercial buildings, as well as vacant buildings. | Program, Incentives | • Grow and invest in Austin's creative economy. |
| C A16 | Support programs to engage the business development community to assist creative economy start-ups and to develop business and management skills. | Program | • Grow and invest in Austin's creative economy.<br><br>• Continue to grow Austin's economy by investing in our workforce, education systems, entrepreneurs, and local businesses. |
| C A17 | Expand existing programs and identify funding sources to provide affordable physical and mental health care, housing and other support services for artists, musicians and others in the creative community. | Program | • Grow and invest in Austin's creative economy.<br><br>• Create a Healthy Austin Program. |
| C A18 | Coordinate with the different creative industry job sectors and area school districts, trade and vocational schools, colleges, and universities to develop and expand educational curricula to support the creative industries. | Coordination, Program | • Continue to grow Austin's economy by investing in our workforce, education systems, entrepreneurs, and local businesses.<br><br>• Grow and invest in Austin's creative economy. |
| C A19 | Facilitate partnerships to connect artists with artist residency opportunities to provide workforce support for the creative community. | Coordination, Program | • Grow and invest in Austin's creative economy.<br><br>• Continue to grow Austin's economy by investing in our workforce, education systems, entrepreneurs, and local businesses. |



I imagine Austin...
Culturally diverse...
Continue supporting
local business.
· Me loves austin.

## APPENDICES

A. Charter Requirements

B. Shaping Imagine Austin: the Community Process

C. Glossary

D. Growth Concept Map

E. Framework for Decision-Making

F. Related Regional Planning Initiatives

G. Attached Plans



# APPENDIX A. CHARTER REQUIREMENTS

**APPENDIX A**

## CITY CHARTER REQUIREMENTS

Comprehensive Plan Building Blocks and Elements

Austin's City Charter requires that the Comprehensive Plan include the City Council's policies for growth, development, and beautification of land within the corporate limits and the extraterritorial jurisdiction of the city, or for geographic portions thereof including neighborhood, community, or area-wide plans. According to the Charter, the comprehensive plan shall include the following elements:

1) Future Land Use;

2) Traffic Circulation and Mass Transit;

3) Wastewater, Solid Waste, Drainage, and Potable Water;

4) Conservation and Environmental Resources;

5) Recreation and Open Space;

6) Housing;

7) Public Services and Facilities, which shall include but not be limited to a capital improvement program;

8) Public Buildings and Related Facilities;

9) Economic element for commercial and industrial development and redevelopment; and

10) Health and Human Services.

The Austin City Council endorsed the inclusion of new elements not required by the Charter but established through the public input process:

• Historic and Cultural Preservation

• Children, Families, and Education

• Arts, Culture, and Creativity

• Urban Design

These elements have been grouped into the "Building Blocks" of the Imagine Austin Comprehensive Plan. The plan's seven building blocks are:

• Land Use and Transportation

• Housing and Neighborhoods

• Economy

• Conservation and Environmental Resources

• City Facilities and Services

• Society

• Creativity



# APPENDIX B. SHAPING IMAGINE AUSTIN: THE COMMUNITY PROCESS

The Imagine Austin process was designed to engage all members of the Austin community in developing a vision for the city's future. Beginning in 2009, the City solicited public input on existing challenges and opportunities and how the City should respond to them as it prepares for a future whose only certainty will be its difference from today.

With the help of the Comprehensive Plan Citizens Advisory Task Force, whose 38 members were appointed by the Austin City Council and Travis County Commissioners Court, Imagine Austin engaged thousands of Austinites in setting direction for the future. The process was built on two fundamental ideas. First, give as many people as possible the opportunity to participate, in whatever venue, with as much time as they had to give. Second, work iteratively, so that each phase of participation took up where the last left off, building on prior work.

The public's first opportunity to shape Imagine Austin was an August 2009 public participation workshop. More than 70 Austinites identified key communities that should be involved as well as the steps necessary to engage them. Six principles were developed from that meeting and shaped *Making Austin: Public Participation in a new Comprehensive Plan:*

• Open to all

• Community engagement

• Transparency

• Enthusiastic and vibrant

• Engaging the underrepresented

• Fun

Developing the public participation plan itself set out an important step in Imagine Austin's approach to community input: monitor who was participating and find ways of connecting to communities not represented. In the case of the participation workshop, as in many other community engagement efforts, people of color and people with less than a Bachelor's degree were underrepresented. Two focus groups were held to test the principles with people in these groups.



Austinites attending the public participation workshop.



The Citizens Advisory Task Force was appointed by the City Council to provide guidance and help City of Austin staff and the consultant team engage the community. The task force met over 100 times and provided important recommendations that lead to the adoption of Imagine Austin.



Participants at the Asian American Cultural Center conduct a meeting-in-a-box exercise as part of Community Forum Series #1.

## SHAPING THE PLAN

Telling people about the plan is only the beginning. Actually engaging Austinites in shaping the plan is the ultimate goal of public participation. Mindful of the many competing demands on the public's time, the Imagine Austin team sought to provide as many ways in to the process as possible, while always striving to balance input from our most engaged citizens, able to provide countless hours and detailed comments, with the briefer contacts from the rest of the community.

Public input was organized into five steps, interspersed with major plan milestones that were reviewed by the Citizens Advisory Task Force, Planning Commission, and City Council.

Four of these steps were structured as Community Forum Series, with each series consisting of multiple public meetings, surveys, and other tools. The other step consisted of a several-months-long Working Groups process. Each of these steps and milestones are recounted below.

## TOOLS FOR ENGAGEMENT

A number of tools were used at different times throughout the process. The questions asked of the public were tailored in each step to match the tool being used.

- **Public meetings** were held in different parts of the city and different times of day throughout the process. Meetings were structured to encourage or require participants to engage with one another directly by working in small groups or indirectly by posting responses during the course of the meeting.

- **Online and paper survey**s accompanied every step in the process, allowing Austinites to participate at their convenience. While most survey respondents completed surveys online, paper surveys were distributed through a number of mechanisms: at libraries and public events and, in some cases, inclusion in the Austin-American Statesman or Austin Chronicle.

- **Online forums and comments** offered a less structured way for Austinites to communicate with staff and with one another.

- **Traveling teams** visited high-traffic areas such as football games, farmers markets, and festivals to promote the process, distribute surveys, and directly engage passersby.

- **Meetings-in-a-Box** allowed community groups, businesses, and individuals to host their own meetings at their convenience.

- A **Speakers Bureau** that allowed community groups to host a presentation from City staff and provide comments.

Imagine Austin was overseen monthly by a Citizens Advisory Task Force and a committee of Planning Commission, and less frequently by a committee of the City Council. As public meetings, each of these allowed for citizen communication, as well as direct public engagement with staff, Task Force members, Planning Commissioners, and Council members.

## DEMOGRAPHICS

The demographics of participants were monitored throughout the process. As gaps were identified, additional outreach was developed to overcome them.

The results below show the total demographics from the first three Community Forum Series. While some gaps remain, being aware of them allowed planners and Task Force members to understand who the public input represented and to rely on other avenues to complement public input. This could take the form of formal and informal communication with community leaders or reliance on previous planning efforts, such as the Hispanic Quality of Life Study and its community oversight team.

Demographics of Community Forum Participants



Education and Income Levels of Community Forum Participants



Geography of Community Forum Participants



## PHASES & MILESTONES

The *Imagine Austin* process was structured around two principles: repeated public engagement, with each round building on the previous round, and repeated check-ins with Planning Commission and City Council.

### Community Forum Series #1

(5,892 participants)

The first Community Forum Series was organized around three questions:

• What are Austin's strengths?

• What are our challenges?

• How can the city be improved on its 200th anniversary, 2039?

Starting with an October 2009 Open House at the Austin Convention Center, Community Forum Series #1 ran for seven months, with six public meetings and an online and paper survey. The Meeting-in-a-Box was also introduced at this time.

### Community Forum Series #2

(4,211 participants)

The second Community Forum Series consisted of two parts. The first part developed and refined components of a vision statement. Creating the vision began with Community Forum Series #1, when the public was asked about Austin's strengths and weaknesses and what the city should be like in 2039. The Task Force reviewed preliminary results and incorporated key ideas into a draft vision.

During Community Forum Series #2, a second round of surveys and Meetings-in-a-Box meetings further developed components of the vision statement. Speak Week, in which traveling teams visited 42 events and 31 locations throughout the city, also generated input for the vision statement. This round of input also included a statistically valid survey of 1,100 Austinites to develop the vision components. The public reviewed components of the vision at Community Forum Series #2. Using those results, the Task Force prepared a final vision statement, included as Chapter 3 in this plan, which was endorsed by City Council in August 2010.

The second part of Community Forum Series #2 was an interactive chip exercise, where participants worked together to allocate Austin's future growth across the city and in different forms. Four public meetings featuring the chip exercises were followed by eight community-sponsored and hosted chip exercises, to produce 63 total maps.

**Community Forum Series #3** (4,761 participants)

Using the chip exercise maps and current trends, five alternate future scenarios were created, each illustrating a different way that Austin could grow in the future. The future scenarios were assessed on a range of sustainability indicators. In the third Community Forum Series, the public reviewed and rated these scenarios at nine open house meetings, in community conversation kits, at traveling team booths, and by paper and online surveys.

**Planning Framework & Preferred Scenario**

The Plan Framework and Preferred Scenario set out key strategic directions for the City to take to achieve the vision. The Plan Framework contains policy guidance, while the Preferred Scenario shows the spatial patterns of growth that support the vision. They were developed with the Citizens Advisory Task Force and reviewed by 19 City Boards and Commissions, Planning Commission, and City Council. In March 2011, City Council forwarded the Plan Framework and Preferred Scenario to the Working Groups for more detailed work. The strategic directions are incorporated into this plan as Building Block Policies; the Preferred Growth Scenario was the basis for the Growth Concept Map.

**Working Groups**

Hundreds of Austin residents and leaders joined seven Building Block Working Groups to develop actions to implement the directions included in the Plan Framework. These seven Working Groups met on 22 occasions throughout spring and summer 2011 and took two surveys. The actions and priorities they developed are included in Chapter 5.



**Community Forum Series #4** (2,979 participants)

The last round of public input was structured around review of the initial draft compre-hensive plan. Beginning at the Release Party in October 2011, Austinites weighed in on the plan's priorities, as well as on the draft plan itself. The plan was also presented to 19 Boards and Commissions. Staff, consultants, and members of the Citizens Advisory Task Force and Planning Commission reviewed all public comments on the plan for inclusion in the adoption draft.




# OUTREACH AND EDUCATION

Throughout its two years, Imagine Austin used a number of different venues for spreading the word and engaging the public: coverage by local media, advertising, booths and tables as public events, speaking engagements, and direct outreach by email, social media, and utility bills. Businesses, community groups, churches, and neighborhood associations were also directly engaged and encouraged to spread the word to their members and employees. Through this process, Imagine Austin built a contact list of thousands of individuals and hundreds of organizations. Neighborhood and community listservs amplified these messaging, spreading the word about Imagine Austin to many more stakeholders.

## Stakeholder Interviews

Annual Austin Economic Forecast Event
Asian American Cultural Center
Austin Board of Realtors
Austin Chamber of Commerce
Austin City Council & Planning Commission
Austin Community College
Austin Convention and Visitor's Bureau
Austin Independent Business Alliance
Austin Independent School District
Austin Neighborhood Council
Austin Urban Coalition
Capital Area Council of Governments
Capital Area Metropolitan Planning Organization
Capital Metro Transportation Authority (CapMetro)
Concordia University
Downtown Austin Alliance
Del Valle Independent School District
Hill Country Conservancy
Immigrant Services Network
Leadership Austin
Lower Colorado River Authority
Meals on Wheels and More
Real Estate Council of Austin
St David's Community Health Foundation
Texas Nature Conservancy
Travis County Health and Human Services
UT Sustainability Center

## Public Meetings

Participation Workshop

Community Forum Series #1
• 6 meetings plus the Kick-Off Open House

Community Forum Series #2
• 4 public meetings, plus 8 follow-on meetings

Community Forum Series #3
• 9 public meetings

Working Groups
• 32 public meetings

Community Forum Series #4
• 2 public meetings

Neighborhoods engagement
• 5 meetings throughout the process related to Neighborhood Plans or Contact Teams

Business engagement
• 19 briefings for Community Forum Series #4

*Live Music! 7 Meetings featured one or more Austin acts!*

### Boards & Commissions

Two visits at key points to 19 City Boards & Commissions

All City Boards & Commissions were also notified by email of each major round of public input.

*Best Of! Imagine Austin was a featured case study or best practice by 5 organizations, and counting!*

### Engaging today's students for tomorrow's Austin

As opportunities arose throughout the process, staff engaged AISD teachers and students in different phases of the process, as well as students at the University of Texas and Huston-Tillotson College.

### City Council & Planning Commission

City Council and Planning Commission oversaw key milestones throughout the process:

- Selecting a consultant
- Scope and budget
- Participation Plan, schedule, and Task Force
- Vision
- Plan Framework & Preferred Scenario
- Bond Election Advisory Task Force to be guided by Imagine Austin Vision

In addition to these major milestones, three bodies routinely oversaw the process:

- Citizens Advisory Task Force
- Comprehensive Plan Committee of Planning Commission
- Comprehensive Planning & Transportation Subcommittee of City Council

### Notification

The first step in involving the public is making them aware of the process.

- City utility bills included Imagine Austin materials 3 times, touching 400,000 customers
- Speakers Bureaus presented to 136 gatherings, reaching an estimated 2,700 people
- Direct contact to 751 churches, neighborhood associations, professional organizations, and community associations, which had a reach of many thousand Austinites
- 240,000 surveys, newsletters, and flyer distributed
- Community events, where staff and volunteers engaged passersby: farmers markets, football games, public meetings and forums, school events, fairs, and festivals
- Paid advertisements:
  - Radio
  - Television
  - Print
  - Online
  - Taxicabs
  - Street banners

## Lectures and Discussions

Six Imagine Austin panel discussions hosted by the Citizens Advisory Task Force. Other community also hosted planning discussions throughout the two-year process:

- University of Texas City Forums series and Center for Sustainable Development
- Livable City
- Congress for the New Urbanism
- American Institute of Architects
- HousingWorks
- Envision Central Texas
- League of Bicycling Voters
- What is Austin? Open House and Futures Fair
- Leadership Austin
- City of Austin Affordable Housing Forums
- Urban Land Institute

## Media Coverage

The following media outlets covered the Imagine Austin process:

- Austin American-Statesman
- Austin Business Journal
- Austin Chronicle
- Austin Times
- Community Impact
- ahora sí
- Fox 7
- KXAN
- Daily Texan
- KUT
- KOOP
- Austinist
- CultureMap
- Republic of Texas
- Austin Post
- KVUE
- KLBJ 590
- Oak Hill Gazette
- InFact Daily
- Metropolis Magazine
- Latina Lista
- Hispanic Today "Live"
- YNN
- La Voz
- Telefuturo
- KVET
- KEYE
- Univision
- Do512
- El Mundo de Mando
- The Austin Grid
- The Thread Austin

*Public Service Announcements carried by Time Warner & Grande.*

## Repeat contact

Email: 2,535
Facebook: 2,275
Twitter: 1,198
Austinites were also able to subscribe to the *Imagine Austin* blog. The Community Registry was also used throughout the process.



# APPENDIX C. GLOSSARY

**A P P E N D I X**

**accessibility** – The ability of people (including the elderly, disabled, those with young children, and those encumbered with luggage or shopping) to move around an area and reach destinations and facilities.

**accessory dwelling unit** – These are residential buildings located on single-family lots; are smaller than the primary house; and are generally located toward the rear of the lot. Also know as garage apartments, mother-in-law apartments, or granny flats.

**action** – Recommendations to implement Imagine Austin policies.

**activity center** – Areas identified on the Growth Concept Map where an increased concentration of people, jobs, businesses, and services will be located. There are three types of activity centers—regional, town, and neighborhood.

**activity corridor** – Similar to an activity center, it is an area identified on the Growth Concept Map where an increased density of people, jobs, businesses, and services will be located. However, due to its linear nature the people, jobs, and services will be located along the length of the corridor. A corridor's character will depend on factors such as road width, traffic volume, the size and configuration of lots, and existing uses. Along different segments of these corridors, there may be multi-story mixed-use buildings, apartment buildings, shops, public uses, offices, as well as townhouses, row houses, duplexes, and single-family houses. For more detailed information on activity corridors, see p. 104 and 106 of the plan.

**adaptive reuse** – Modifying existing structures for uses other than what they were originally intended.

**affordable housing** – Dwelling units for sale or rent that are deemed affordable for lower or middle income households. It is also housing that does not create an economic burden for a household and allows residents to meet other basic needs on a sustainable basis.

**alternative energy** – Energy derived from sources that do not use up natural resources or harm the environment.

**alternative transportation** – Means of travel other than private cars and includes walking, bicycling, rollerblading, carpooling and transit.

**annexation (full purpose)** – The process by which cities extend full municipal services, full voting privileges, and full regulatory and taxing authority to new territory.

**annexation (limited purpose)** – Extends the City's ordinances and regulations, including building and zoning codes, and allows residents to vote in City Council and Charter elections but not bond referenda. The City collects no property taxes in limited purpose areas and is not required to provide full municipal services. In some limited purpose areas, a

municipality will provide health and safety inspection and enforcement services. Services such as public safety, road maintenance, and parks are provided by other agencies, such as the county.

**aquifer** – A geologic formation that stores, transmits, and yields significant quantities of water into wells and springs.

**aquifer contributing zone** – The area where runoff from precipitation flows to the recharge zone of an aquifer. Streams in the contributing zone flow downstream into the recharge zone and "contribute" water to the aquifer.

**aquifer recharge zone** – The area or feature where water flows directly into an aquifer.

**arterial** – High-capacity road or thoroughfare with the primary function of delivering traffic from collector roads to freeways, and between activity centers.

**Austin-Round Rock Metropolitan Statistic Area (MSA)** – Bastrop, Caldwell, Hays, Travis, and Williamson Counties.

**biodiversity** – The degree of variation of life (plants and animals of different species) within a given area.

**blueway** – A water path or trail that contains launch points for canoes, kayaks, rafts, or tubes; provides camping locations and points of interest. They are typically developed by state, county or local municipalities to encourage family recreation, ecological education, and preservation of wildlife resources.

**brownfield** – Abandoned, idled, or under-utilized industrial and commercial facilities where expansion or redevelopment is complicated by environmental contamination.

**building block** – A set of policies to implement Imagine Austin covering a range of subject areas.

**built environment** – The urban environment consisting of buildings, roads, fixtures, parks, and all other improvements that form the physical character of a city.

**bus rapid transit (BRT)** – A type of bus transit that provides faster, more efficient service than an ordinary bus line. This higher level of services is achieved by making improvements to existing infrastructure, vehicles, and scheduling. The goal of these systems is to approach the service levels of rail transit at lower costs and the flexibility of bus transit.

**car share** – A model of car rental where people rent cars for short periods of time, often by the hour. They are attractive to customers who make only occasional use of a vehicle, as well as others who would like occasional access to a vehicle of a different type than they use day-to-day.

**Capital Improvement Program (CIP)** – A community's plan for financing large-scale improvements—such as repairing or building roads, water and sewer mains.

**character** – The image and perception of a community as defined by its people, history, built environment, and natural features.

**child-friendly** – Those policies, amenities, and practices that support children at every stage of their development.

**clean energy** – The provision of energy that meets the needs of the present without compromising the ability of future generations to meet their needs. Clean energy sources include hydroelectricity, solar energy, wind energy, wave power, geothermal energy, and tidal power.

**commercial** – A land use designation characterized by activities associated with commerce.

**community garden** – Single piece of land gardened collectively by a group of people.

**commuter rail** – Trains that operate on railroad tracks and carry riders to and from work in a region: typically used to travel from suburbs to central cities.

**compact community** – A community in which housing, services, retail, jobs, entertainment, health care, schools, parks, and other daily needs are within a convenient walk or bicycle ride of one another. A compact community is supported by a complete transportation system, encourages healthier lifestyles and community interaction, and allows for more efficient delivery of public services.

**complete community** – Areas that provide amenities, transportation, services, and opportunities that fulfill all residents material, social, and economic needs. For more detailed information on complete communities, see p. 88 of the plan.

**complete streets** – Roadways designed and operated to enable safe, attractive, and comfortable access and travel for all users, including pedestrians, bicyclists, motorists and public transport users of all ages and abilities.

**comprehensive plan** – A document or series of documents for guiding the future development of a city or county and is based upon the stated long-term goals and objectives of that community. It provides guidance for making land use decisions, preparation for implementing ordinances, preparations for capital investments, and the location for future growth.

**connected** - Having the parts or elements of an area (city, county, subdivision, etc.) logically linked together by roads, transit, trails and paths, sidewalks, and bicycle routes and lanes.

**conservation** – The management of natural resources to prevent waste, depletion, destruction, or neglect.

**core principle for action** – The six underlying principles to realize the future posited by Imagine Austin. For more detailed information on core principles for action, see p. 10 of the plan.

**corridor** – The area that includes an arterial or major roadway, the right-of-way such as a sidewalk, and the adjacent property.

**corridor plan** – A small area plan that addresses the area along and adjacent to a roadway that addresses land use, urban design, infrastructure, transportation, and, on occasion, the economic development issues associated with a corridor.

**cost burdened** – Households whose costs of housing, transportation, and utilities reduces their ability to afford other necessities, such as food, medical care, or child care. Typically, households are considered cost burdened if their housing costs exceeds 30 percent of their income or if their combined housing and transportation costs exceeds 45 percent of their income.

**creative community** – People engaged in a broad range of artistic and knowledge-based pursuits and those contributing to the creative economy.

**creative economy** – A wide range of economic activities which focus on the generation of knowledge and innovation, including fields such as advertising, architecture, culinary arts, design, fashion, software and computer game development, electronic publishing, music, film, performing arts, visual arts, publishing, television and radio.

**cultural heritage** – The legacy inherited from previous generations which people want to preserve in order to maintain a sense of history, community, and personal identity.

**demographics** – The measurement and study over time of a population and its subgroups.

**density** – The number of families, persons, or housing units per unit of land.

**developed parkland buffers** – The pedestrian shed surrounding urban parks, defined by a ¼ mile radius within the urban core and a ½ mile radius outside the urban core.

**diversity** – The character of a community where people of different ethnic groups, religions, ages, political beliefs, families, sexual orientations, and socio-economic status live and work along side each other.

**ethnicity/race** – Of or relating to large groups of people classed according to common

racial, national, tribal, religious, linguistic, or cultural origins or backgrounds.

**extraterritorial jurisdiction (ETJ)** – The unincorporated land located within a given distance (dependant upon its population) of a city's municipal boundaries that is not within the city limits or the extraterritorial jurisdiction of another city and is the territory where a city is authorized to annex land.

**family** – Two or more people residing together who are related by birth, marriage, or adoption.

**family-friendly** – Considered welcoming to all kinds of families and includes housing and neighborhoods designed to meet family needs (safe, accessible, child friendly, adequate lighting, safe crosswalks, road maintenance, sidewalks, etc.).

**future land use map (FLUM)** – A land use plan that serves as a blueprint for future development.

**floodplain** – An area that is subject to natural flooding from an adjoining waterway.

**gentrification** – The process of neighborhood change that results in the replacement of lower income residents with higher income ones.

**green building** – Refers to a structure and the process that is environmentally responsible and resource-efficient.

**green infrastructure** – Strategically planned and managed networks of natural lands, parks, working landscapes, other open spaces that conserve ecosystems and functions, and provide associated benefits to human populations.

**green streets** – An area that incorporates stormwater management design features into the right of way to reduce demand for expensive stormwater infrastructure, control flooding, and reduce stormwater runoff. Green street elements include trees, permeable pavers, drought tolerant plants, rain overflow drains, and underground cisterns.

**greenfield development** – New development on previously undeveloped land.

**greenhouse gas** – Any of the atmospheric gases that contribute to the greenhouse effect by absorbing infrared radiation produced by solar warming of the Earth's surface. They include carbon dioxide ($CO2$), methane ($CH4$), nitrous oxide ($NO2$), and water vapor.

**greenspace** – Wooded and grassy areas that provide sites for recreation and enjoyment of nature, often located in the midst of urban areas that are otherwise occupied by buildings and paved areas: or any natural area, landscaped area, yard, garden or park accessible to the public.

**greenway** – A corridor of undeveloped land preserved for recreational use or environ-

mental protection.

**greyfields** – previously developed properties such as strip centers or malls that are not contaminated.

**graywater** – Wastewater generated from domestic activities such as laundry, dishwashing, and bathing, which can be recycled on-site for uses such as landscape irrigation and constructed wetlands. Graywater differs from water from the toilets which is designated as sewage or blackwater to indicate it contains human waste.

**gross domestic product (GDP)** – Refers to the market value of all goods and services produced within a given geography in a given period.

**growth concept map** – Applies the vision statement to the city's physical development pattern. Generated through a public scenario building process, defines how we plan to accommodate new residents, jobs, mixed-use areas, open space, and transportation infrastructure in the next 30 years. For more detailed information on the growth concept map, see p. 96 of the plan and p. 103, for the growth concept map Figure 4.5.

**heritage tree** – In Austin, this refers a tree that has a diameter of 24 inches or more, when measured four and one-half feet above natural grade, and is listed as one of the follow-ing species: Texas Ash, Bald Cypress, American Elm, Cedar Elm, Texas Madrone, Bigtooth Maple,all Oaks, Pecan, Arizona Walnut, and Eastern Black Walnut. All these trees listed above, and that are 24 inches or more, as measured four and one-half feet above natural grade, need a permit to be removed.

**high capacity bus** – See bus rapid transit.

**high capacity transit** – A form of transit that has a greater level service and capacity than typical local bus service. It can be rail (regional, commuter and urban rail) or bus rapid transit. High capacity transit has one or both of the following characteristics—dedicated lanes/right-of-way for at least a portion of its route and the ability to change traffic signals to facilitate faster travel times.

**household** – Consists of all the people who occupy a housing unit.

**housing affordability** – The ability of a household to afford its housing and associated costs, including rent or mortgage, transportation, and utilities.

**hydrology** – The movement, distribution, and quality of water.

**impact fee** – Charge imposed on land developers to cover the cost of infrastructure and related services that will have to be provided by the local government.

**impervious cover** – Surfaces or structures that prevents rainwater from soaking into the ground and includes roads, sidewalks, driveways, parking lots, swimming pools, and build-ings.

**indicators** – Established measures to track change over time.

**industrial** – Anything related to the business of manufacturing products; excludes utility, transportation, and financial companies.

**infill development** – Development of vacant or underutilized land within areas that are already largely developed.

**infrastructure** – Facilities and services needed to sustain industry, residential, commercial, and all other land-use activities and include water, sewer lines, and other utilities, streets and roads, communications, transmission lines, and public facilities such as fire stations, parks, schools, etc.

**job centers** – Areas indicated on the Growth Concept Map that can accommodate those businesses not well-suited for residential or environmentally-sensitive areas. For more detailed information on job centers, see the p. 107 of the plan.

**land banking** – The practice of acquiring land and holding it for future use.

**land development code** – Set of regulations that govern how land is developed and include zoning regulations, criteria manuals, and subdivision regulations.

**land use** – The type of activity or development that occupies a parcel of land. Common land uses include residential, retail, industrial, recreation, and institutional.

**livability** – Refers to the suitability of a place (town, city, or neighborhood) to support a high quality of life that contributes to the health and happiness of its residents.

**live/work space** – Buildings or spaces within buildings that are used jointly for commercial and residential purposes where the residential use of the space is secondary or accessory to the primary use as a place of work.

**local business** – Locally-owned independent business, nonprofit, or farm.

**local economy** – The system of production, distribution and consumption of a community.

**master plan** – A plan giving comprehensive guidance or instruction. In the context of local government it can relate to services such as solid waste disposal and recycling; elements of infrastructure such as the roadway and bicycle networks; or guidance for the preservation or development of a given geographic area.

**metropolitan statistical area (MSA)** – A geographic entity defined by the U.S. Office of Management and Budget for use by Federal statistical agencies in collecting, tabulating, and publishing Federal statistics.

**mixed-use** – The use of a building, set of buildings, or areas for more than one type of land use such as a mix of commercial, civic, office, and residential uses.

**multicultural** – Of, relating to, reflecting, or adapted to diverse cultures.

**multigenerational** – Of or relating to several generations.

**multilingual** – The ability to speak more than one language.

**multi-modal** – Term applied to the movement of passengers and cargo by more than one method of transport.

**neighborhood** – A district or area with distinctive people and characteristics.

**neighborhood center** – The smallest and least intense of the three types of activity centers outlined in the Growth Concept Map. Of the three, these will have a more local focus. Businesses and services—doctors and dentists, shops, branch libraries, dry cleaners, hair salons, coffee shops, restaurants, and other small and local businesses—will generally serve the center and surrounding neighborhoods. For more detailed information on neighborhood centers, see p. 105 of the plan.

**neighborhood planning** – As a function of the City of Austin it is a process that:

- Creates a plan that represents the views of all the stakeholders that make a up a community
- Identifies neighborhood strengths and assets
- Identifies neighborhood needs and concerns
- Establishes goals and objectives for improving the neighborhood
- Proposes specific recommendations to reach those goals
- Guides future development and policy/financial decisions by elected and appointed officials.

For more detailed information on neighborhood plans, see p. 217 of the plan.

**open space** – A parcel of land in a predominantly open and undeveloped condition that is suitable for natural areas; wildlife and native plant habitat, wetlands or watershed lands; stream corridors; passive, low-impact activities; no land disturbance; and/or trails for non-motorized activities.

**park** – An area of land set aside for public use, as:

- A piece of land with few or no buildings within or adjoining a town, maintained for recreational and ornamental purposes
- A landscaped city square
- A large tract of rural land kept in its natural state and usually reserved for the enjoyment and recreation of visitors.

**pedestrian friendly** – A built environment that is safe and pleasant for foot traffic because of design features that increase comfort and accessibility such as visually interesting buildings, quality sidewalks, crosswalks, and landscaping.

**people with disabilities** – Any person who has a physical or mental impairment that substantially limits one or more major life activities; has a record of such impairment; or is regarded as having such an impairment.

**placemaking** – The process of creating squares, plazas, parks, streets and waterfronts that will attract people because these place are pleasurable or interesting.

**plan** – A detailed proposal for achieving something or solving problems.

**plan framework** – A set of "topical" building blocks (land use and transportation, housing and neighborhoods, economy, etc.) that identify strategic directions for action to achieve the Imagine Austin vision.

**planning** – The process of setting development goals and policy, gathering and evaluating information, and developing alternatives for future actions based on the evaluation of the information.

**planning area** – The geographic area covered by Imagine Austin includes land within the city limits and extraterritorial jurisdiction combined. See Figure 2.1.

**policy** – A specific statement that guides decisions on a wide array of topics and is the foundation for actions, programs, goals or objectives. Imagine Austin's Polices (listed in the building blocks section in Chapter 4) work in tandem with the growth concept map to guide longterm department strategies to achieve the vision and should be incorporated into departmental master plans and budgeting.

**potential woodlands** – Areas that have the potential to contain priority or other significant woodlands.

**preservation** – Restoration or protection from deterioration of features having environmental, cultural, historic, or other resource value.

**preserve** – An area of land set aside and protected from development.

**priority programs** – A systematic organization of Imagine Austin's key Policies and actions into related groups to facilitate the plan's implementation. For more detailed information on priority programs, see p. 186 of the plan.

**public health** – Science and art of preventing disease, prolonging life and promoting health through the organized efforts and informed choices of society, organizations, public and private, communities, and individuals.

**quality of life** – The attributes or amenities that combine to make an area a good place to live and include the availability of political, educational, and social support systems; entertainment and cultural opportunities; good relations among constituent groups; a healthy physical environment; and economic opportunities for both individuals and businesses.

**reclaimed water** – The restoration of wastewater to a state that will allow its beneficial reuse.

**redevelopment** – Development on a previously developed sites.

**region** – The area surrounding Austin, including neighboring municipalities and counties. Typically refers to the Austin-Round Rock Metropolitan Statistical Area, but may also be Central Texas or the Texas Triangle.

**regional center** – The most urban of the three activity centers outlined in the growth concept map. These centers are and will be the retail, cultural, recreational, and entertainment destinations for Central Texas. These are the places where the greatest density of people and jobs and the tallest buildings in the region will be located. The densities, buildings heights, and overall character of a center will vary depending on location. For more detailed information on regional centers, see the discussion on p. 104 of the plan.

**regional planning** – The practice of coordinated, efficient land use activities, investments, and infrastructure for the sustainable growth of a region. It is a method to address issues that cross jurisdictional boundaries such as those related to the environment and economy.

**regional rail** – Rail service that connects different cities and regions, typically using existing railroad lines; typically used to travel longer distances between large cities.

**residential** – An area or structure dedicated to where people live or reside. Types of residential housing may include single family houses, duplexes, triplexes, four-plexes, townhouses, condominiums, apartment buildings and mobile homes.

**riparian zone** – Ecosystems located along the banks of rivers, streams, creeks, or any other water networks and serves as an interface between the stream and the land.

**small area plan** – A plan focusing on a sub-area within a municipality in a detailed way addressing its unique needs and include neighborhood, corridor, and station area plans. For more detailed information on small area plans, see p. 219 of the plan.

**small business** – A business that is privately owned and operated, with a small number of employees, has a relatively low volume of sales, and is not dominant in its field on a

national basis. Small business size standards vary widely, and may be determined by revenue or number of employees, depending on industry.

**SMART Housing** – An initiative of the City of Austin promoting sustainable and equitable housing development for low to moderate-income households. SMART stands for:

• **S**afe

• **M**ixed-Income

• **A**ccessible

• **R**easonably-Priced

• **T**ransit-Oriented Development

**social equity** – The goal of all people within a specific society or group having the same status in a certain respect and includes equal rights under the law, such as security, voting rights, freedom of speech, and assembly, the extent of property rights, and equal access to social goods and services.

**sprawl** – A pattern of land use, transportation and economic development used to describe areas characterized by separated land uses, low-density development, car-centric road networks, and a lack of transit options.

**stakeholder** – A person, group, organization, or system who affects or can be affected by an organization's process and resulting actions.

**station area plan** – A small area plan that address areas around an existing or proposed high capacity transit station. These plans address:

• Building scale

• Public realm and open space

• Public art

• Bicycle, pedestrian, transit, and automobile movement.

**streetscape** – The visual elements of a street, including the road, the orientation, scale and design adjoining buildings, street furniture, trees, and open spaces that combine to form the street's character.

**sustainability** – Is a broad-based concept that is founded upon three overarching goals:

(1) prosperity and jobs: (2) conservation and the environment: and (3) community health, equity,and cultural vitality. In relation to urban planning it is development that meets the needs of the present without compromising the ability of future generations to meet their own needs.

**sustainable development** – Development that maintains or enhances economic opportunity and community well-being while protecting and restoring the natural environment upon which people and economies depend. Characteristics of sustainable communities include compact mixed-use development, green building, transit-oriented development, pedestrian-friendly and bicycle friendly neighborhoods, common open space, and diversity in housing opportunities.

**Texas Triangle** – One of eleven mega-regions in the United States. A mega-region consists of a large network of metropolitan regions linked by environmental systems and geography, infrastructure systems, economic linkages, settlement patterns, and shared culture and history. The "triangle" describes the highway network (Interstate 45, Interstate 10, and Interstate 35) connecting the major cities of the mega-region (Houston, San Antonio, Dallas, Austin and Fort Worth). The Texas Triangle contains 5 of the 16 largest cities in the US, and is home to more than 70% of all Texans.

**town center** – The middle-sized of the three activity centers outlined in the Growth Concept Map. It is less urban than a regional center, but more dense than a neighborhood center. These centers will have a variety of housing types and a range of employers with regional customer and employee bases, and provide goods and services for the center as well as the surrounding areas. These centers will also be important hubs in the transit system. For more detailed information on town centers, see the discussion on p.105 of the plan.

**transit** – a shared passenger transportation service which is available for use by the general public and includes buses, commuter trains, high-speed rail, subways, streetcars, urban rail, and ferries.

**transit-oriented development (TOD)** – A mixed-use residential or commercial area designed to maximize access to public transport, increase economic activity, and often incorporates features to encourage transit ridership. A TOD typically has a center with a transit station or stop (train station, metro station, or bus stop), surrounded by relatively high-density development with progressively lower-density development spreading outward from the center.

**transfer of development rights (TDR)** – The exchange of zoning entitlements from areas with low population needs, such as farmland, to areas of high population needs, such as downtown areas: these transfers allow for the preservation of open spaces and historic landmarks, while allowing urban areas to expand and increase in density.

**tree canopy** – The layer of leaves, branches and stems of trees that cover the ground when viewed from above.

**urban design** – Concerns the arrangement, appearance and functionality of towns and cities, and in particular the shaping and uses of urban public space.

**urban forest** – The tree canopy of a city.

**urban rail** – An electrified service that can operate in mixed traffic, in its own lane, or in separate rights-of-way: typically used to travel in urban locations and can be used to link transit systems.

**urban trail** – A multi-use public path that creates an active transportation corridor through a built environment to provide mobility for active transportation and create greenways through developed areas and provide expanded travel choices.

**USDA Prime Farmland** – A designation of the U.S. Department of Agriculture defined as land most suitable for producing food, feed, forage, fiber, and oilseed crops.

**vision statement** – An aspirational statement in Imagine Austin describing the type of place Austin should be in 2039. The vision statement begins on p. 81 of the plan.

**walkable** – Areas conducive to walking.

**wastewater** – Liquid waste discharged by domestic residences, commercial properties, industry, and/or agriculture and can encompass a wide range of potential contaminants and concentrations. Its most common usage refers to the municipal wastewater that contains a broad spectrum of contaminants resulting from the mixing of wastewaters from different sources.

**watershed** – a large area of land that drains water into a river, creek or into an aquifer (an underground reservoir or lake). In Central Texas, water draining into an aquifer usually flows into recharge features such as caves or fractures in the ground.

**waterway** – A body of water, such as a river, channel, or canal.

**weird** – Strikingly odd or unusual: Austin.

**workforce development** – A wide range of policies and programs related to education and training for acquiring skills needed to enter, or re-enter, the labor force.

**working group** – Group of volunteers who convened regularly to formulate actions for each building block: groups were open to the public and drew a great deal of expertise in each topic area.

**zero waste** – An approach to waste management where all discarded materials are designed to become resources for others to use and designing and managing products and processes to systematically avoid and eliminate the volume and toxicity of waste and materials, conserve and recover all resources, and not burn or bury them.

**zoning** – The process by which a local government legally controls the use of property and physical configuration of development upon tracts within its jurisdiction. In Texas, only municipalities have been granted the authority to implement zoning by the Legislature. The Austin City Charter mandates that zoning regulations be in alignment with the comprehensive plan.





# APPENDIX D. CENTERS AND CORRIDORS

**APPENDIX D**

## FACTORS USED IN IDENTIFYING CENTERS

Centers are marked with circles to designate the general area for the center to be located. Where there is an adopted plan with a Future Land Use Map or equivalent, the shape for the center is drawn to approximate the features from that plan that correspond to the center.

| | |
|---|---|
| **Existing City Plans** | Areas with existing small-area plans intended to promote denser, mixed use development, such as Downtown, East Riverside corridor, station-area plans, and North Burnet/Gateway. |
| **CAMPO centers** | Centers identified in the Capital-Area Metropolitan Planning Organization's 2035 plan (Map XX: Centers Concept). |
| **High capacity transit service** | High-frequency or high-capacity transit service, such as multiple local or express bus routes, bus rapid transit, or urban or commuter rail. |
| **Access to major roads** | Either limited access roads (such as Lamar  Blvd and Rundberg Ln) or at the intersection of major arterials. |
| **Land Availability** | Areas with vacant land or land identified for redevelopment by neighborhood plans (generally, but not exclusively, by calling for one of the mixed use future land use categories). |
| **Existing development agreements** | Areas already in the process of being developed at the scale of an activity center. |
| **Proximity to incompatible land uses (job centers only)** | Proximity to existing land uses incompatible with residential or mixed use development, such as landfills or existing industrial development. |
| **Other** | In addition to these general factors, other factors were also occasionally considered. Examples of other factors include lack of other Growth Concept Map features (Southside regional center, Pleasant Valley corridor through Dove Springs, or 71/Ross neighborhood center in Del Valle) or discouraging future residential development near the Decker Power Station. |

## FACTORS USED IN IDENTIFYING CORRIDORS

Corridors are marked with a yellow line identifying the length of the corridor.

| Connecting the city | Routes that connected multiple activity or job centers or major transportation features. |
|---|---|
| Core Transit Corridors and Future Core Transit Corridors | Routes identified by the City's Commercial Design Standards, which require wider sidewalks and street trees. |
| Strategic Mobility Plan | Corridor studies included in the Strategic Mobility Plan. |
| Land availability | Areas with vacant land or land identified for redevelopment by neighborhood plans (generally, but not exclusively, by calling for one of the mixed use future land use categories). |

## GROWTH CONCEPT MAP CENTERS KEY

Centers are listed below and shown with the corresponding number on the growth concept map on the opposite page.

| ID | Name | Center Type |
|---|---|---|
| 1 | Lakeline Station | Regional Center |
| 2 | Robinson Ranch Station | Regional Center |
| 3 | North 1325 Center | Job Center |
| 4 | 1825 Strip | Neighborhood Center |
| 5 | 183/McNeil | Neighborhood Center |
| 6 | North Burnet/Gateway Station | Regional Center |
| 7 | Tech Ridge | Neighborhood Center |
| 8 | Harris Branch | Neighborhood Center |
| 9 | 290 & 130/Wildhorse PUD | Town Center |
| 10 | BFI Center | Job Center |
| 11 | Decker Center | Job Center |
| 12 | Whisper Valley PUD | Town Center |
| 13 | Four Points | Activity Center for Redevelopment in Sensitive Environmental Areas |
| 14 | Far West | Neighborhood Center |
| 15 | Anderson Lane Station | Neighborhood Center |
| 16 | Crestview Station | Town Center |
| 17 | Highland Mall Station | Regional Center |

| ID | Name | Center Type |
|---|---|---|
| 18 | Cameron/183 Center | Job Center |
| 19 | Mueller Station | Town Center |
| 20 | Colony Park Station | Neighborhood Center |
| 21 | 969/130 | Neighborhood Center |
| 22 | Rio di Vida | Town Center |
| 23 | Springdale Station | Neighborhood Center |
| 24 | MLK Station | Neighborhood Center |
| 25 | Plaza Saltillo | Neighborhood Center |
| 26 | Downtown | Regional Center |
| 27 | Riverside Stations | Town Center |
| 28 | F1 | Job Center |
| 29 | Carma | Town Center |
| 30 | South Park Meadows | Neighborhood Center |
| 31 | St. Edwards | Neighborhood Center |
| 32 | Lamar/Ben White | Activity Center for Redevelopment in Sensitive Environmental Areas |
| 33 | Barton Creek Mall | Activity Center for Redevelopment in Sensitive Environmental Areas |
| 34 | Oak Hill Center | Activity Center for Redevelopment in Sensitive Environmental Areas |



| 35 | William Cannon/ MoPac | Activity Center for Redevelopment in Sensitive Environmental Areas |
|----|-----------------------|------------------------------------------------------------------|
| 36 | Slaughter Lane Station | Neighborhood Center |
| 37 | Southside Regional Center | Regional Center |
| 38 | Goodnight Ranch | Neighborhood Center |
| 39 | TDS Center | Job Center |
| 40 | 71/Ross | Neighborhood Center |
| 41 | Dove Springs | Neighborhood Center |

| 42 | Cameron/Wells Branch | Neighborhood Center |
|----|----------------------|---------------------|
| 43 | McKinney Center | Job Center |
| 44 | Howard Station | Neighborhood Center |
| 45 | Dessau/Parmer | Neighborhood Center |
| 46 | FM812/130 Center | Job Center |
| 47 | South Austin Combined | Neighborhood Center |
| 48 | Lamar and Rundberg | Neighborhood Center |
| 49 | Colony Park | Neighborhood Center |
| 50 | South Central Waterfront | Regional Center |

## SUPPLEMENTAL ANALYSIS OF THE PREFERRED SCENARIO AND GROWTH CONCEPT

# Background

The purpose of Imagine Austin Community Forum Series (CFS) 2 was to have the public create "broad-brush" planning scenarios through the use of a map chip exercise. These types of exercises have been used throughout the Country, including Austin during the 2003 Envision Central Texas effort. The public created 64 chip exercise maps, which were digitally processed by Staff in Geographic Information Systems (GIS) for further analysis. The scenarios were refined into five scenarios, from which the public chose a Preferred Scenario during CFS 3. Eventually, the Preferred Scenario informed the creation of the Growth Concept through additional meetings.

Staff created a Supplemental Analysis of the Preferred Scenario and a previous version of the Growth Concept by using Geographic Information Systems (GIS) to highlight any Centers or Corridors that might be severely restricted by environmental features, and to make sure the conceptual distribution of population and jobs were in line with community interests.

The results of this analysis informed the planning effort and should not be referred to for specific policy decisions. This is partly due to significant changes that were made to later versions of the Growth Concept map after this analysis. An older version of the Growth Concept is used for mapping comparisons in order to recognize conflicts with environmental features. The Preferred Scenario is used for GIS analysis of population and jobs, as it was during the planning effort.

During the mapping exercises, the chips represented additional population and jobs, not existing. For the purposes of clarity and simplicity, most of the analysis corresponds to that distinction. What follows is a brief explanation of how the chip maps were converted to GIS, and then the various feature comparisons to the Preferred Scenario and older Growth Concept.

# Converting Chip Exercise Maps into GIS

Sixty-four chip exercise maps were collected as part of Community Forum Series 2. The image below represents a sample area of a chip exercise map.



These maps were converted into GIS by placing a point at each chip location, and buffering the point to the approximate area where the chip was located. The grids then are overlaid with the various feature layers that are represented in the maps that follow. The result of these overlays is a GIS layer that contains population, jobs, and the features we are interested in.



## Resulting Preferred Scenario Maps

Once the population and jobs are allocated by grid cells, a map of the entire area showing the intensity of population or jobs is created, as seen below. The colors indicate the added population or jobs for each 10 acre cell. The grids then are overlaid with the various feature layers that are represented in the maps that follow.  The result of these overlays is a GIS layer that contains population, jobs, and the features we are interested in.

## Comparison of Preferred Scenario by City Jurisdictions



Preferred Scenario Population Concept

Preferred Scenario Jobs Concept



Preferred Scenario Population Concept East and West of I-35



The table below shows the existing and additional amount of population by City jurisdictions, while the second table shows additional jobs. Both correspond to the GIS layer that was used in the above maps.

| Preferred Scenario Population Concept by City Jurisdictions | | | | | | | |
|---|---|---|---|---|---|---|---|
| Jurisdiction | Existing | | | Concept Added 2009-2039 | | Concept Total by 2039 | |
| | People | Acres | Gross Density: Persons/Ac. | People | % | People | Gross Density: Persons/Ac. |
| Extraterritorial Juris. (ETJ) | 208,225 | 198,906 | 1.0 | 139,880 | 19% | 348,105 | 1.8 |
| City Limits | 812,025 | 196,998 | 4.1 | 610,120 | 81% | 1,422,145 | 7.2 |
| Grand Total | 1,020,250 | 395,904 | 2.6 | 750,000 | 100% | 1,770,250 | 4.5 |

| Preferred Scenario Jobs Concept by City Jurisdictions | | |
|---|---|---|
| Jurisdiction | Concept Added 2009-2039 | |
| | Jobs | % Distribution |
| Extraterritorial Juris. (ETJ) | 53,990 | 18% |
| Full and Limited Purpose | 246,199 | 82% |
| Grand Total | 300,189 | 100% |

For comparison, the table at right shows the population and density of other cities. Austin has a lower gross density than Dallas and Houston. This may owe to the amount of open space in the City of Austin extraterritorial jurisdiction. Nonetheless, it shows Austin's density is similar to other auto-oriented cities across the nation.

| Population and Density of Other City Limits | | | |
|---|---|---|---|
| City | People | Acres | Gross Density: Persons/Ac. |
| Houston | 2,099,451 | 384,832 | 5.5 |
| Dallas | 1,197,816 | 246,912 | 4.9 |
| New York City | 8,175,133 | 300,096 | 27.2 |
| Portland, OR | 583,776 | 93,056 | 6.3 |
| Columbus | 787,033 | 136,064 | 5.8 |
| Fort Worth | 741,206 | 217,472 | 3.4 |

## Preferred Scenario Concept by Edwards Aquifer Zones

Population



Jobs



| Preferred Scenario Population and Jobs Concept by Edwards Aquifer Zones | | | | |
|---|---|---|---|---|
| Recharge Zone | Concept Added 2009-2039 | | Percentage of Grand Total | |
| | Population | Jobs | Population | Jobs |
| Barton Springs Contributing Zone | 15,981 | 5,263 | 2.1% | 1.8% |
| Barton Springs Recharge Zone | 20,533 | 6,632 | 2.7% | 2.2% |
| Total in Barton Edwards Aquifer Zone | 36,514 | 11,895 | 4.9% | 4.0% |
| N. Edwards Recharge Zone | 107,851 | 41,219 | 14.4% | 13.7% |
| Total in Edwards Aquifer Zones | 144,365 | 53,114 | 19.2% | 17.7% |
| Rest of ETJ/City Limits | 605,635 | 246,885 | 80.8% | 82.3% |
| Grand Total | 750,000 | 300,000 | 100% | 100% |

## Preferred Scenario Concept by SH130/45 Areas

Population





Population Concept by SH 130/45 South

620,584, 82%

33,935, 5%   95,481, 13%

■ Within 1 mile
■ Within 2 miles
□ Rest of ETJ/City Limits

Jobs





Jobs Concept by
SH 130/45 South

252,977,
85%

12,858, 4%    34,165,
11%

- ■ Within 1 mile
- ■ Within 2 miles
- ■ Rest of ETJ/City Limits

### Preferred Scenario Population and Jobs Concept by SH 130/45 Areas

| Area | Concept Added 2009-2039 | | Percentage of Grand Total | |
|---|---|---|---|---|
| | Population | Jobs | Population | Jobs |
| Within 1 mile | 95,481 | 34,165 | 12.7% | 4.6% |
| Within 2 miles | 33,935 | 12,858 | 4.5% | 1.7% |
| Total within 2 miles | 129,416 | 47,023 | 17.3% | 15.7% |
| Rest of ETJ/City Limits | 620,584 | 252,977 | 82.7% | 84.3% |
| Grand Total | 750,000 | 300,000 | 100% | 100% |

## Growth Concept by Floodplains







## Growth Concept by Stream Buffers







## Growth Concept by Proposed Headwaters







## Growth Concept by Steep Slopes







## Watershed Environmental Integrity Index Scores And Growth Concept



## Preferred Scenario Population Concept per Acre by Watershed Zones



Preferred Scenario Jobs Concept per Acre by Watershed Zones



## What are Watershed Environmental Integrity Index Scores ?

The Environmental Integrity Index (EII) is a water quality monitoring tool used to assess the ecological integrity and the degree of impairment of Austin's watersheds. The EII combines biological and physical criteria with chemical and toxicity data to provide a comprehensive assessment of the structure and integrity of the aquatic ecosystem.

As part of the City's master plan process, the EII scores are integrated with flood and erosion assessments in order to evaluate the current water quality conditions of Austin's watersheds. The integrated scores have been used to develop a prioritized list of problem areas and will be used in the future to assess the effectiveness of solutions.  In this manner, the EII contributes to the Department's mission to serve the citizens of Austin by using environmentally responsible and cost-effective water resource management to protect lives, property, and the quality of life. Because the EII is cost-effective, comprehensive and direct means of monitoring the health of Austin's receiving waters, it was also incorporated into the City of Austin's National Pollution Discharge Elimination System (NPDES) permit program as a Reasonable and Prudent Measure (RPM) for Barton Springs Salamander protection.

Index scores are an integer between 0 and 100 with the scores classified as such: Excellent 88-100, Very Good 76-87, Good 63-75, Fair 51-62, Marginal 38-50, Poor 26-37, Bad 13-25, Very Bad 0-12.  Problem Scores are an integer between 1 and 100 with 1 being "No Problem" and 100 being a highest priority.

**USDA Data: Areas Suitable for Prime Farmland**







## USDA Data: Soils Suitable for Dwellings







| Additional Soil Data Acreage Analysis | | |
|---|---|---|
| **Dwellings Soil Suitability** | **Acres** | |
| | Centers | Corridors |
| Not limited | 288 | 303 |
| Not rated | 4,328 | 5,413 |
| Somewhat limited | 5,367 | 9,419 |
| Very limited | 20,233 | 15,157 |
| Grand Total | 30,216 | 30,292 |

| **Prime Farmland** | **Acres** | |
|---|---|---|
| | Centers | Corridors |
| All areas prime farmland | 7,807 | 22,409 |
| Not in prime farmland | 5,241 | 25,051 |
| Grand Total | 30,216 | 30,292 |

## About the USDA Soil Data

This data consists of general soil association units. It was developed by the National Cooperative Soil Survey and supersedes the State Soil Geographic (STATSGO) data set published in 1994. It consists of a broad based inventory of soils and non-soil areas that occur in a repeatable pattern on the landscape and that can be cartographically shown at the scale mapped. The data set was created by generalizing more detailed soil survey maps. Where more detailed soil survey maps were not available, data on geology, topography, vegetation, and climate were assembled, together with Land Remote Sensing Satellite (LANDSAT) images. Soils of like areas were studied, and the probable classification and extent of the soils were determined.

This data is not designed for use as a primary regulatory tool in permitting or citing decisions, but may be used as a reference source. When data from the Digital General Soil Map of U.S. are overlaid with other data layers, caution must be used in generating statistics on the co-occurence of the land use data with the soil data. The composition of the soil map unit can be characterized independently for the land use and for the soil component, but there are no data on their joint occurrence at a more detailed level. Analysis of the overlaid data should be on a map polygon basis. Source: USDA.

## Preferred Scenario Population Concept per Acre by Enterprise Zones



Note: The current configuration of corridors are shown.  Some zones along corridors may not show population or jobs because they were added after the preferred scenario was created.



## Preferred Scenario Jobs Concept per Acre by Enterprise Zones





## What are Enterprise Zones?

• Any block group within the State of Texas that has a poverty rate of 20% or more, as determined by the U.S. Census Bureau during each decennial census is a state enterprise zone.  The block group will remain an enterprise zone until it no longer qualifies, as a result of a subsequent decennial census.

• Any distressed county in Texas is an enterprise zone.  A county is considered to be a distressed county if it has a poverty rate above 15.4 percent based on the most recent decennial census: in which at least 25.4 percent of the adult population does not hold a high school diploma or high school equivalency certificate based on the most recent decennial census; and that has an unemployment rate that has remained above 4.9 percent during the preceding five years, based on Texas Workforce Commission data.

• Any federally designated empowerment zone, enterprise community or renewal community is also a State enterprise zone, for the duration of the federal designation.





# APPENDIX E. FRAMEWORK FOR DECISION-MAKING

As potential capital improvement projects, budget priorities, bond packages, programs, regulatory changes, initiatives, plans, and even zoning cases are considered, it is important for the City of Austin to have a clear and objective framework for decision-making. The following checklist is intended to be used to extend and refine the Imagine Austin vision, making it easier to use for departmental decision-making.

The checklist can also be used by other organizations seeking funding to guide the development of their projects and programs to increase the likelihood of funding. As part of the comprehensive plan's annual review, changes may be made to the checklist as conditions and priorities change.

### Natural and Sustainable

• The proposal adds to or enhances the City of Austin's green infrastructure system.

• The proposal reduces water or energy demands, uses or generates alternative energy, or provides alternative transportation options.

• The proposal results in compact and walkable places, use of public transit, infill development, or reuse of previously developed sites.

### Prosperous

• The proposal creates jobs or serves a need in an industry that is not currently represented in its neighborhood or in the city at large.

• The proposal develops new technologies or makes technology more widely available.

• The proposal provides job training or skills development.

### Livable

• The proposal is designed to increase the perception of safety.

• The proposal includes affordable housing.

• The proposal is within a half mile of a neighborhood anchor, such as a school, library, train station, community center, park, or recreation center.

• The proposal is within a half mile of retail or services and connected by sidewalks and/or bicycle lanes.

• The proposal achieves the highest standard of design.

• The proposal preserves cultural resources.

## Mobile and Interconnected

• The proposal increases transportation options.

• The proposal provides connections to multiple modes of transportation.

• The proposal provides connections to community/recreation centers.

## Educated

• The proposal provides educational opportunities.

• The proposal is supported by a partnership with a neighborhood school.

• The proposal is supported by a partnership with a college or university.

## Creative

• The proposal involves events or creates areas that cater to residents and visitors.

• The proposal provides arts or cultural activities supported by the community.

## A Community that Values and Respects People

• The proposal increases access to park, library, public safety, or health and human services facilities.

• The proposal increases the variety of housing types available in its neighborhood.

• The proposal provides an opportunity to engage grassroots stakeholders and community members.

• The proposal has a champion and is sponsored by a City agency.

## Additional Criteria

• The proposal coincides with or enhances already funded proposals.

• The proposal reduces life cycle costs or facility maintenance and management.

• The applicant has site control, or commitments for control have been made.

• The proposal is attractive to other funders or has a credible, long-term funding plan to finance improvements.

• A realistic timeframe has been identified, and all significant obstacles to achieving that timeframe have been addressed.

• The proposal is highly visible or presents a unique set of opportunities.

• The proposal is planned to stimulate increased tourism or to enhance the tourist experience.

F

APPENDIX

## APPENDIX F. RELATED REGIONAL PLANNING INITIATIVES

There are multiple regional planning efforts that informed development of Imagine Austin and will be implemented in parallel. These efforts require coordination between the City of Austin, neighboring municipalities, the Capital Area Metropolitan Planning Organization (CAMPO), the Capital Area Council of Governments (CAPCOG), businesses, and organizations going forward.

### Capital Area Metropolitan Planning Organization 2035 Regional Transportation Plan.

This plan seeks to develop a regional transportation system that improves economic opportunity, quality of life, and environmental stewardship. The 2035 Regional Transportation Plan builds on the vision set by Envision Central Texas to direct new growth to compact activity centers for jobs, housing, and services, connected by both roads and transit. This integrated land-use/transportation approach represents a significant shift for the 5-County Central Texas region. This plan is a critical tool as the region works to ensure transportation investments are effectively coordinated and efficiently implemented.

### Austin Strategic Mobility Plan.

This planning effort focuses on short and long-term transportation needs and new and improved alternatives to driving alone. The Austin Strategic Mobility Plan includes mobility corridor studies to identify ways to improve safety, increase mobility and accessibly for drivers, pedestrians, bicyclists, and transit users, and create better regional connections. The corridor planning studies include selected mixed-use corridors illustrated on the Growth Concept Map (Figure 4.4). The Strategic Mobility Plan also established a new prioritization project for Austin's mobility investments that scores how well projects meet community objectives, such as mobility choices and environmental stewardship, to evaluate all transportation spending.

### Sustainable Places Project.

The Capital Area Council of Governments, working with a consortium of regional and local stakeholders, was awarded a federal Sustainable Communities Planning Grant to plan future development at activity centers (identified in the 2035 Regional Transportation Plan) throughout the region. The project uses an innovative model for planning future development that integrates economic development opportunities and housing choices with mobility. The Sustainable Places project provides technical assistance at selected activity centers to support communities in understanding the fiscal and economic impact of different development approaches. Results of the demonstration site projects help to inform Imagine Austin's implementation.

### Capital Area Council of Governments Greenprint for Growth.

The Texas Greenprint for Growth is a tool that combines community stakeholder input about conservation goals and priorities with Geographic Information Systems mapping and modeling technology to produce graphic illustrations highlighting opportunity areas for conservation that meet multiple goals. Working with individual counties, the Capital Area Council of Governments has completed conservation priority reports for Central Texas, Travis County, Bastrop County, and Hays County.

### Community Action Network Community Dashboard.

The Community Action Network is a public-private partnership to track and monitor key indicators measuring socioeconomic well-being in Austin and Travis County. Yearly reports summarize how the region is performing, or where we stand on each indicator, and describe ongoing initiatives to improve each of the indicators.



# APPENDIX G. ATTACHED PLANS

In Austin, neighborhood planning provides an opportunity for residents to get involved in the local planning process. Since 1996, community members have used this planning process to address local issues and concerns. The neighborhood planning process addresses land use, zoning, transportation, and urban design issues. The goal is to bring diverse interests together to develop a shared neighborhood vision. The following adopted small area, neighborhood plans, and station area plans are attached to and included in the Imagine Austin Comprehensive Plan.

## Neighborhood Plans

- Bouldin
- Brentwood/Highland Combined
- Central Austin Combined
- Central East Austin
- Central West Austin Combined
- Chestnut
- Crestview/Wooten Combined
- Dawson
- Downtown Plan
- East Cesar Chavez
- East MLK Combined
- East Riverside/Oltorf Combined
- Govalle/Johnston Terrace Combined
- Greater South River City Combined
- Heritage Hills/Windsor Hills Combined
- Holly
- Hyde Park
- Montopolis
- North Austin Civic Association
- North Burnet/Gateway
- North Lamar/Georgian Acres Combined
- North Loop
- Oak Hill Combined
- Old West Austin
- Rosewood
- St. John/Coronado Hills
- South Austin Combined
- South Congress Combined
- Southeast Combined
- Upper Boggy Creek
- University Hills/Windsor Park Combined

## Specific Area Plans

- Lamar/Justin Ln. TOD
- Waller Creek
- MLK JR. Blvd. TOD
- Plaza Saltillo TOD
- East Riverside Corridor Master Plan
- Colony Park
- South Central Waterfront Vision Framework

## Citywide Plans

- Age-Friendly Austin Plan
- Austin Area Master Community Workforce Plan
- Austin Metropolitan Area Transportation Plan
- Austin Strategic Housing Blueprint
- Bicycle Master Plan
- Vision Zero Action Plan





