# EXHIBIT F

# Austin Demographic Landscape

HOUSING & PLANNING

## Non-Hispanic Black Geographic Distribution by Census Tract

## 2020 Population

Percent of Total

Percentage of the Total Population that is Non-Hispanic Black

- 0% to 5%
- 6% to 10%
- 11% to 15%
- 16% to 25%
- 26% to 40%
- Austin City Limits

Author/Date: City of Austin Housing and Planning Department
8.24.2021
Credit: U.S. Census Bureau, 2020 Decennial Census P.L. 94-171 File

## 2010-2020 Population

Numeric Change

Total change in the population that is Non-Hispanic Black

- -790 to -250
- -249 to 0
- 1 to 250
- 251 to 500
- 501 to 1,092
- Austin City Limits

## 2010-2020 Population

Percent Change

Percent change in the population that is Non-Hispanic Black

- -70% to -25%
- -24% to 0%
- 1% to 100%
- 101% to 200%
- 201% to 463%
- Austin City Limits

# Austin Demographic Landscape

HOUSING & PLANNING

## Hispanic/Latino Geographic Distribution by Census Tract

## 2020 Population

### Percent of Total

Percentage of the Total Population that is of Hispanic Origin

- 6% to 15%
- 16% to 25%
- 26% to 40%
- 41% to 50%
- 51% to 83%
- Austin City Limits

Author/Date: City of Austin
Housing and Planning Department
8.24.2021
Credit: U.S. Census Bureau, 2020 Decennial Census P.L. 94-171 File

## 2010-2020 Population

### Numeric Change

Total change in the population that is of Hispanic Origin

- -1,030 to -500
- -499 to 0
- 1 to 500
- 501 to 1,500
- 1,501 to 3,366
- Austin City Limits

## 2010-2020 Population

### Percent Change

Percent change in the population that is of Hispanic Origin

- -53% to -25%
- -24% to 0%
- 1% to 100%
- 101% to 200%
- 201% to 311%
- Austin City Limits




