EXHIBIT G



RACIAL EQUITY ANTI-DISPLACEMENT TOOL

# NOTHING ABOUT US WITHOUT US!

ACCOUNTABILITY TO THE COMMUNITY

# Land Acknowledgement

We wish to recognize and respect Native and Indigenous Peoples as the original stewards of the land before it came to be known as Austin, Texas, and the enduring relationship that exists between Native and Indigenous Peoples and their traditional territories. To recognize the land is an expression of gratitude and appreciation to those whose territory we reside on, and a way of honoring the Native and Indigenous Peoples who have been living and working on the land from time immemorial. Land acknowledgements do not exist in a past tense or historical context. Colonialism is a current and ongoing process, and we remember that we are participating in it by living on colonized land.

We acknowledge, with respect, that the land we are on is the traditional and ancestral homelands of the Tonkawa, the Apache, the Ysleta del sur Pueblo, the Lipan Apache Tribe, the Texas Band of Yaqui Indians, the Coahuiltecan, and all other tribes not explicitly stated. Additionally, we acknowledge and pay respect to the Alabama-Coushatta Tribe of Texas, the Kickapoo Tribe of Texas, Carrizo & Comecrudo, Tigua Pueblo, Caddo, Comanche, Kiowa, Wichita, Chickasaw, Waco nations, and all the Native and Indigenous Peoples and communities who have been or have become a part of these lands and territories in Texas, here on Turtle Island. Not all Native and Indigenous peoples listed claim Texas as ancestral lands, as many were forcibly relocated to Texas from their ancestral homelands.

It is important to understand the long history that has brought us to reside on the land and to seek to acknowledge our place within that history. The State of Texas is a product of violence carried out by colonial powers who were invested in upholding white supremacy. Multiple genocides were committed on the Native and Indigenous peoples of central Texas as they were hunted, detained, converted, and colonized in successive waves. Many peoples were also assimilated, including most peoples labeled Coahuiltecan and many Lipan Apache with no treaties or recognition.

Land development here is inextricably linked to humanity's long history of inequality and injustice, perpetuated by legacies of colonialism and slavery, based on the exploitation of people, land and natural resources. Today, the ongoing displacement of Black, Indigenous, and People of Color (BIPOC) in East Austin is connected to legacies of extraction of labor, theft of land, transformation of landscapes, and erasure of cultures. In the pursuit of resources, governments have historically destroyed, and continue to destroy, many of the ecosystems, traditional human knowledge, and interactions necessary for preventing climate change. Therefore, we need to be intentional about how we build respect for The Land and its Indigenous Peoples.

# Acknowledgements

This is dedicated to those who have already been displaced from Austin and people currently bearing the pressures and challenges of gentrification and lack of affordability in our community.

## The Voters of the City of Austin

### Racial Equity Catalysts

Ana Aguirre
Moni Alcantara
Susana Almanza
Marcia Beckford
Nikki Birdsong
Gavino Fernandez Jr.
Valerie Fruge
Corey Hill
Melonie House
Margaret Horton
Linda Jackson
Kristiana Jeffers
Christian Jordan
Noor K
Lunar Lanas
Daniel Llanes
Ari Luna
Lacretia Nieko Malcom
Elizabeth Massey
Crystal Maxwell
Tamika Quinn
Lesbia Ramos
Bettye Taylor
Serena Tijerina
Lyric Wardlow
Stephanie Webb
Jasmine Willis
Lanis Young

### City of Austin Project Leads

Nefertitti Jackmon, Community Displacement Prevention Officer, Housing and Planning Department
Brion Oaks, Chief Equity Officer, Equity Office

### Additional City of Austin Staff

Prakhar Bajpai, Office of Innovation
Cara Bertron, Housing and Planning Department
Susana Carbajal, Economic Development Department
Kellee Coleman, Equity Office
Liane Conte, Project Connect Office
Jennifer Golech, Project Connect Office
Amanda Jasso, Equity Office
Erica Leak, Housing and Planning Department
Lacy Patterson, Housing and Planning Department
Kerry O'Connor, Office of Innovation
Alba Sereno, Office of Innovation
Sam Tedford, Housing and Planning Department
Rachel Tepper, Housing and Planning Department

### Equitable Development Consultants

Ryan Curren
Nora Liu

This report was co-created with Racial Equity Catalysts in partnership with City of Austin staff, and facilitated by the Equitable Development Consultants.

# Table of Contents

**Land Acknowledgement** ............................................................................ **2**

**Acknowledgements** ................................................................................ **3**

**Chapter 1: What is a Racial Equity Anti-Displacement Tool?**................... **7**



Chapter 1 describes the need for the Tool, how it was developed, racial equity principles, and key definitions. Shared definitions of key terms are critical to understanding and reversing disparities and displacement.

**Chapter 2: Vision and Drivers for Racial Equity** ........................................ **27**



Chapter 2 lays out the vision, mission, and six Racial Equity Drivers. It presents an integrated fabric of ideas, each of which addresses a component of the vision for an equitable future.

**Chapter 3: Root Causes and Current Day Inequities** ................................ **39**



Chapter 3 provides an overview of existing disparities and their historical origins. A companion online tool allows users to see displacement risks and access to opportunities in an interactive map.

## Chapter 4: Racial Equity Anti-Displacement Tool ..................................... 53



Chapter 4 is an interactive scorecard to evaluate proposals for the Anti-Displacement Fund and other policies, plans, programs, and projects. It is designed to be used by a broad audience, including the Austin Transit Partnership, Capital Metro, the City of Austin, partner institutions, and community members, especially those most impacted by displacement.

## Chapter 5: Community-Led Implementation and Accountability .......... 65



Chapter 5 outlines seven strategies and actions for implementing the Tool in a way that builds trust and is accountable to the community.

**Conclusion** ........................................................................................... 84

**Appendix I** ............................................................................................. 85

**Appendix II** ........................................................................................... 86

**Appendix III** .......................................................................................... 87

*Cover and chapter title pages designed by Jasmine Willis, Racial Equity Catalyst*



# Chapter 1: What is a Racial Equity Anti-Displacement Tool?

**Using community priorities, data, and inquiry to center a vision for racial equity in all Project Connect decisions**

## A Call to Action
**Policies and systems play an essential role in equity.**

Austin's electorate issued a bold call to action when it approved a $300 million Anti-Displacement Fund to accompany Project Connect. The fund demands that the Austin Transit Partnership, Capital Metro, and the City of Austin work in partnership with, and in support of those most impacted by displacement pressures to strengthen our foundations and become a city whose outcomes match our values.

Austin has broad appeal as a city of innovation and entrepreneurial spirit. In fact, it is among the fastest-growing metropolitan areas in the country, attracting large tech corporations. However, these changes cease to become assets when we leave behind communities of color and low-income neighbors, as our strengths are built on the foundation of our cultural, racial, and economic diversity.

Inequities hurt everybody–not just people in the lower rungs of the social and economic ladder. Regions and countries with greater economic equality, have more sustained and robust economic growth and improved outcomes for the broader community.[1] We all gain from creating a place where all people can live out their dreams and contribute their best. Equity enables everyone to share in the American dream and help grow and strengthen our city.

The challenge for the City of Austin, Austin Transit Partnership, and Capital Metro, is creating a fair and just system where the optimum conditions exist for all residents. Safe and affordable housing, healthy food, clean, water and connection to one's community are basic human needs. Yet from neighborhood to neighborhood, access to these essentials vary widely. Race, income, and ZIP code are major predictors of how healthy we are and even how long we live. Equity calls for the expansion of opportunities for the betterment of those communities in most need, and creating more choices for those who have few so that all segments of the community thrive.

---

[1] America's Tomorrow: Equity is the Superior Growth Model, PolicyLink 2011

Affordable housing, local employment, and everyday resources such as healthy food, quality medical care, quality education, and effective transportation should be attainable regardless of a person's race, ethnicity, income, or ZIP code. Yet our institutions and policies shape who has access to wealth, health, and prosperity. The disparities in how these resources are distributed are maintained by a network of intricately woven forces. For instance, we know that students struggle to perform well in school when they are hungry or ill; therefore, food, healthcare, and education are all essential for our youth to be prepared for life. To make these resources fully attainable by all segments of the community requires addressing the entire network of forces.

Communities of color and low-income communities regularly experience institutional racism in the form of decisions being made for them, and of having their voices, priorities, and strengths disregarded. It is imperative that all of Austin's residents are included in decision-making, planning, development, benefits, and prosperity. The most meaningful, just, and sustainable solutions are generated in partnership with communities with lived experience and knowledge and expertise of what is needed to be healthy and thrive must be recognized and acted upon.

The solution needs to be comprehensive. A skilled workforce is important for the jobs of the future. Eliminating barriers to full employment in all sectors brings in more skills and creativity. A quality educational system can meet the needs of tomorrow's economy. Families benefit, are healthier, and can succeed if they have strong and vibrant neighborhoods, access to affordable and healthy foods, safe and efficient transportation, and affordable and quality housing. All Austinites must be able to fully contribute to Austin's economy as managers, owners, and innovators.

This Racial Equity Anti-Displacement Tool provides the guidance and structure needed for the City of Austin, Austin Transit Partnership, and Capital Metro to make this growing region one in which everyone is able to achieve their full potential.

## Why is the Racial Equity Anti-Displacement Tool needed?

The Eastern Crescent holds a richness of culture, identity and history in part created by a history of racial covenants and racial discrimination that existed broadly in Austin. As a result of these policies and practices, people of color were not able to live where they desired and were excluded from even visiting many neighborhoods, businesses, public facilities (including schools and libraries), and other establishments.[2] Racially discriminatory practices that explicitly restricted the ability of people of color to lease, purchase or even occupy property to a limited number of neighborhoods created tight districts that included the critical structures of a complete community. Homes, goods and services, cultural venues, and places of worship were generally all located within these tight boundaries. As a result, these neighborhoods became clearly identifiable centers with intact social networks and cultural hubs central to the vitality of these communities. This is still true today, even long after the people have moved out or been displaced. At the same time, the history of redlining has left these communities under-resourced and ill-prepared to thrive in our aggressive economy.

Disinvestment in infrastructure, under-resourced schools, and restrictions on commercial and residential lending have left a lasting imprint on these neighborhoods and their people. As regional real estate values continue to rise, the central location and affordability of these neighborhoods makes them desirable even as they are still home to many of those who are least able to withstand the pressures of residential, commercial, and community displacement. We must protect those most at risk in order to retain a community of richly diverse culture.

Transit investments can provide benefits to communities, but these improvements can also raise property values and spark new development. Both of these changes can increase property taxes, rents, and the cost of running a business or community organization. Low-income families, renters, small business owners, and other vulnerable groups who can't afford higher costs of living are likely to be forced out of their homes. To avoid this negative impact, voters approved $300 million for displacement prevention alongside funds for Project Connect in the November 2020 election. The Racial Equity Anti-Displacement Tool will guide how the $300 million should be spent.

---

[2] Austin Restricted: Progressivism, Zoning, Private Racial Covenants, and the Making of a Segregated City

## How was the Racial Equity Anti-Displacement Tool developed?

In an effort to improve racial equity and minimize displacement, Racial Equity Catalysts—community members with a depth of racial equity expertise borne of lived experience—worked closely with City staff and equitable development consultants to develop the Racial Equity Anti-Displacement Tool ("Tool").

The Tool uses community priorities, data, and inquiry to center racial equity in policy, planning, program, and funding decisions. It was developed over four months through a series of workshops and discussions.

The Tool will help the elected officials, leadership and staff of the Austin Transit Partnership, Capital Metro, and the City of Austin; community members; and other partners to:

1. evaluate and shape $7.1 billion in transit investments for more equitable outcomes, and
2. direct $300 million toward community-identified projects that redress past displacement harm and prevent future displacement.

The Tool is a part of Project Connect, a citywide rapid transit system that will include light rail, rapid buses, new Park & Ride facilities, and bicycle and pedestrian improvements. $7.1 billion in federal and local funds will be invested to build the system over 13 years.

City Council outlined broad eligible uses of the $300 million anti-displacement funds for land acquisition, economic mobility investments, and affordable housing financing tools.[3] The Tool includes community-identified priorities for these categories and others.

---

[3] City Council Resolution No. 20200423-038

# Purpose of the Racial Equity Anti-Displacement Tool

The Tool is designed to integrate explicit consideration of racial equity in decisions. It is both a product and a process. Use of the Tool can help develop strategies and actions that eliminate racial inequities, namely displacement, and improve success for all groups.

Simultaneously, consistent use of the Tool will develop new community engagement and partnership strategies to foster meaningful participation in governmental decision-making and improve the ability of government to serve all its constituents. It will build trust with the community. Institutionalizing the use of the Tool will result in governance structures that are more equitable, accountable, and transparent.

## Racial Equity Anti-Displacement Principles[4]

The Tool is designed with the following principles:

- Fix systems, not people; change policies and institutions at the root of the inequities across all indicators of success.
- Center those most impacted: ensure that solutions are grounded in and emerge from the experience of communities of color by engaging leaders of color who are accountable to those communities.
- Understand the root causes of existing inequities and how Project Connect actions can make these better, rather than worse.
- Use community-vetted data to identify impacts and racial disparities and set measurable, results-based equity goals. Accommodate integration of new relevant metrics as new data layers become available. Data alone cannot drive practices, but data are central. Data are qualitative and quantitative—from the voices of community members and from local health, demographic, and other sources.
- Prevent inequitable consequences or burdens on communities most impacted.
- Advance racial equity in all actions and decision-making.
- Use data disaggregated by race and ethnicity to target strategies to the greatest need, and regularly evaluate and report on the impacts of those strategies to stakeholders.

---

[4] Modified from Race Forward's Principles for Racially Equitable Policy Platforms

# Operationalizing the City's Commitment to Racial Equity

The City of Austin, Austin Transit Partnership, and Capital Metro have codified their commitment to using an equity tool in numerous legislation and governance policies.[5] This legislation, including the City's Contract with Voters, authorizes the use of the Tool to:

- Work with communities at risk of displacement or who have experienced displacement to develop neighborhood-level and citywide strategies to prevent displacement and increase economic opportunity.
- Help Austin Transit Partnership's board to evaluate decisions to equitably deliver the transit project and project-related amenities.
- Design and implement structures of transparency to the public for the equitable development of Project Connect.
- Track progress toward equity goals.
- Track barriers in communities participating in the process and accessing resources.

The City's Equity Officer and Community Displacement Prevention Officer have taken a leadership role with other City departments in designing and stewarding the use of the Tool to align with the City's commitment to racial equity. In practice, this includes:

- Centering the City's values of, and shared mandate for, racial equity
- Rebalancing power and centering communities most impacted by displacement in decision-making structures
- Being accountable to those most directly impacted by displacement pressures.

---

[5] City Council Resolution No. 20200807-003, Memorandum to Mayor and City Council related to displacement (7/21/2020)

# Advancing Racial Equity and Preventing Displacement Harm

In an equitable approach to growth, the City will view all policies, programs, and investments through a race and social equity lens. This approach will manage growth to prevent displacement of Black, Indigenous, and People of Color (BIPOC) and other priority populations, and increase their access to opportunity. The Tool is one such lens.

Transit investments can improve a community's transportation access to opportunity, but they can also trigger significant neighborhood-level increases in rents, land, and home sales prices beyond broader citywide increases in the cost of living or running a small business. The resulting displacement of residents, businesses, and community institutions is disproportionately experienced by communities of color, perpetuating hundreds of years of systemic government-supported removal and relocation of these communities.

Unintended consequences of transit-rich neighborhoods include displacing the transit system's most frequent riders who are most dependent on transit for trips outside of commuting. This reduces transit ridership and farebox revenues.[6] Displaced residents are replaced by higher-income residents with higher rates of car ownership who use transit primarily for commuting, resulting in higher vehicle miles traveled and greenhouse gas emissions.[7]

Project Connect could be the model for construction investment in BIPOC communities through joint ventures, partnerships, and use of BIPOC-owned prime and subcontractors, and design and project management consultants; as well as workforce programs and community organization partnerships. BIPOC included at every level from owners to interns, apprentices, and unskilled labor. Use of the Tool to develop proposals and evaluate decisions will reduce inequities, avoid costly unintended consequences, and lead to better outcomes for all.

---

[6] In Portland, Economic Displacement May Be a Driver of Transit Ridership Loss
[7] Maintaining Diversity in America's Transit-Rich Neighborhoods: Tools for Equitable Neighborhood Change

## Community-Centered and City-Supported Co-Creation Process

The Tool was developed by the Racial Equity Catalysts, community members most harmed by displacement pressures, who provided racial equity and anti-displacement expertise. The Catalysts worked together over four months to develop a shared understanding of racial equity, create the tool, and build community power.

An interdepartmental team of City staff, including the Chief Equity Officer and the Community Displacement Prevention Officer, worked alongside the Catalysts to support the creation of this Tool. Staff provided support in the form of administration of compensation, translation / interpretation, project management, and coordination, technical information, data analysis, and public communications.

Thirty Racial Equity Catalysts were selected from 117 community applications based on characteristics linked to vulnerability to displacement. The opportunity was made widely available to the public with specific care to reach people who bear more displacement risk and those who may have already been displaced; the application opportunity was shared digitally with groups and organizations who serve or are composed of people bearing most risk. Facebook was a particular focus, especially pages where people conduct daily life activities such as micro commerce of culturally relevant goods and services, and cultural / demographic affinity groups. Due to Covid-19, limited in-person engagement was conducted by City staff, but information was shared with entities that were conducting their own in-person activities such as distributing food, delivering information on available aid or public health campaigns, or those that may be regularly conducting community organizing activities with relevant populations.



**FEBRUARY 2021**

*Select residents most at risk of displacement to co-create the tool*

**MARCH**

*Develop a shared understanding of racial equity*

**APRIL**

*Catalysts co-create components of the tool in five policy workshops*

**MAY**

**SUMMER ONWARD**

*Begin using the tool to ensure Project Connect investments benefit residents most at risk of displacement*

*Figure 1. Development timeline*

Nearly all of the Catalysts are Black, Indigenous, and People of Color (BIPOC), current or former residents of the Eastern Crescent, and earn less than Austin's median income; half do not have access to a car.

Catalysts and consultants created the Tool over four months in a series of virtual workshops and discussions that fostered meaningful engagement while complying with social distancing requirements.



**88%** CURRENT OR FORMER RESIDENTS OF THE EASTERN CRESCENT

**100%** EARN LESS THAN THE MEDIAN INCOME FOR AUSTIN



**50%** NO PERSONAL VEHICLE OR DEPEND ON TRANSIT

**90%** ARE PEOPLE OF COLOR

**57%** African American

**37%** Hispanic, Latino/a, Latinx, Chicanx

**20%** Indigenous

**7%** Asian American, Native Hawaiian, or Pacific Islander

**13%** White

**Note**: Some members identify as more than one racial or ethnic group

*Figure 2. Catalyst demographics*

The process kicked off with the Catalysts and staff from the City of Austin, Austin Transit Partnership, and Capital Metro going through two initial trainings, focused on racial equity, equitable development, and community power. Subsequently, during the course of five workshops, the Catalysts created the following components of the Tool:

1. Vision, Mission, and drivers for racially equitable development
2. People, place, and purpose priorities for the Anti-Displacement Fund
3. Scoring criteria for evaluating Anti-Displacement Fund proposals and other policies, plans, programs, and projects
4. Community resources for long-term engagement in Project Connect and capacity for community-led development projects
5. Principles and guardrails for equitable decision-making
6. Systems change needed in addition to the Anti-Displacement Fund
7. Community-identified data for monitoring process, progress, and outcomes

# Key Definitions

Shared definitions of key terms are critical to the success of the Project Connect Anti-Displacement Fund approved by the voters. For this reason, the process to create the Tool started with two working sessions that included the Catalysts, as well as staff from the City, Capital Metro, and Austin Transit Partnership to create a shared understanding of the forces that created, and continue to perpetuate the disparities and displacement pressures we see; and the shared definitions and framework to reverse these pressures. These concepts underpin the Tool. The following are definitions of key terms useful to understand and implement the Tool. They are listed in order so that the understanding of one term helps with the understanding of subsequent terms.

**Power:** Power means "to be able to." It can result in the ability to define reality for other people and deny people the ability to determine reality for themselves.

> "Displacement is about power. Power over the market, over policy, over the identity of place. Displacement is the erasure of cultural meaning."
> — *Manuel Pastor, University of Southern California*

**Community Power:** The ability of community(ies) that face systemic inequities to determine reality for themselves.

**Racial Equity:** When race no longer predicts success and outcomes improve for all.

**Structural Racism:** When policies, practices, and procedures across multiple institutions work better for white people at the expense of people of color—even if unintentional—over decades and generations. Structural racism has created a far-reaching system with devastating impact on communities of color.

**Root Causes**: By leading with racial justice, we are committing to taking on the root causes of displacement and inequitable growth to focus solutions that have the biggest impact and address the greatest needs. A root cause of racial inequity is the underlying condition that set in motion the entire cause and effect reaction that ultimately led to the inequities we see today in wealth, health, housing, income, and other quality of life outcomes. The legacies of slavery, colonialism, private speculation, and municipal disinvestment in Black and Brown communities is enshrined in our legal, political, land use, and economic systems. Displacement is an extension of this legacy. Short-term solutions to displacement such as rental assistance for individuals are important, but longer-term solutions addressing root causes are essential to eliminate displacement pressures more broadly and

proactively. A partial list of actions by local governments that have and continue to support inequitable growth are listed in Appendix I. In short, the racial disparities we see are not inherent or biological; they were created by and perpetuated by structural racism. Since these disparities were created, they can be "uncreated" by intentionally addressing the root causes.

**BIPOC:** Black, Indigenous, and People of Color are people from all backgrounds. Their ability to access amenities, advantages, and/or achievements has been determined by structural racism; they bear the burdens of structural racism.

**Racially Equitable Development:** As a result of structural racism, BIPOC communities generally do not benefit from public and private investments. Either their neighborhoods suffer public and private disinvestment, or when such investments are finally made, they cause an increase in real estate values and impose displacement pressures that, because of a number of root causes (under-employment, discrimination for personal or business loans, decreased property values leading to underfunded schools, lack of legal support in the face of predatory real estate practices, etc), BIPOC communities are least prepared to withstand. Therefore, racially equitable development must achieve the following:

- Quality of life outcomes are equitably experienced by the people currently living and working in a neighborhood, as well as for new people moving in; as opposed to current residents, generally BIPOC communities, being displaced while new ones benefit from public investments and an improved quality of life.
- Public and private investments, programs, and policies meet the needs of residents, including communities of color; reduce racial disparities; and take into account past history and current conditions.

**Intersectionality:** People live multiple and layered identities. All historically marginalized groups — BIPOC, LGBTQ people, women, people with disabilities, and low-income households, to name a few — experience systemic inequity. Many people and communities live at the intersection of these identities and experience multiple inequities at once. It is important to respond to the intersecting ways that barriers limit opportunities for people to reach their full potential. By focusing on race and racism, the City of Austin recognizes its ability to impact all communities. The institutional and structural approaches to addressing racial inequities can and will be applied for the benefit of other marginalized groups.

**Access to Opportunity:** When barriers to life's essential components are removed. This includes the removal of barriers to a good education, career-path living wage

jobs, culturally relevant goods and services, healthy foods, effective safe transit, civic amenities, and other key determinants of social, economic, mental, and physical well-being.

**Capacity Building:** Establishing long-term partnerships with community-based organizations that have a history and commitment of being led by, working with, serving, and being accountable to BIPOC communities to deliver successful outcomes by supporting leadership development, organizational and partnership infrastructure, and movement-building to grow sustained civic capacity to actualize equity policy after policy, issue after issue, year after year.

**Anti-Displacement:** Recognizing that all people have a right to exist within a space regardless of their ability to create profit. This includes not alienating working class residents based on the appeal of market-based investors and respecting healthy socio-ecosystems, including diverse socioeconomic experiences.

**Affordable Housing:** Housing that is safe, decent, right-sized, and right-priced over the long term for that neighborhood's residents who are either currently at risk of displacement or who were previously displaced. This must include deeply affordable housing and public housing, as well as rental and homeownership units. A studio affordable to a person or couple earning 80% of the area median income (AMI) developed in a neighborhood where people have raised families on an income of $35,000 will raise the area rents and cause displacement. This does NOT meet the definition of "affordable housing."

**Cultural Anchors:** Community-based organizations that are essential to their community's stability. They provide services, support, and advocacy to their community while also serving as places of gathering to reinforce cultural identity. Cultural Anchors are essential components of intact communities.

**Displacement:** When people are forced to leave their homes and neighborhoods due to direct, economic, cultural, or climate pressures.

**Drivers of Displacement:** Transit can be a significant driver of displacement.[8] Understanding drivers of displacement can help balance investments to provide the full range of community anchors needed for community stability.

---

[8] City Council Resolution No. 20200423-038 states "that transportation improvements, while needed for our community, can lead to higher property values and rents. These results can eventually lead to displacement, disproportionately affecting lower income residents."



**Figure 3.** *Drivers of displacement (Credit: PolicyLink)*

- **Direct:** People, businesses, and community organizations are forced to leave through a number of possible actions. Eminent domain, eviction, foreclosure, habitability problems due to poor management, incarceration, lease termination, and sale of rental property by the owner are just a few.

- **Economic:** People, businesses, and community organizations cannot afford to stay, whether due to exorbitant real estate escalation or the loss of income or revenue because of a failing economy. The costs can include rent, property taxes, and utilities, among others.

- **Cultural:** People leave because they feel they don't belong anymore, whether because new neighbors impose their own expectations on others or because the businesses that provided familiar goods and services were displaced. As the scale of residential change advances, and shops and services shift to focus on new residents, remaining residents may feel a sense of dislocation despite physically remaining in the neighborhood. This may also reflect the changing racial or ethnic character of the neighborhood—not just its class composition.

- **Climate:** People are forced to leave due to climate or environmental events, whether or not the events were exacerbated by human or institutional practices.

**Racial Equity Drivers** (see chapter 2)**:** An integrated fabric of ideas, each of which addresses one specific component of the vision for an equitable future. The racial equity drivers and outcomes are not intended to be viewed independently; correctly designed, coordinated, and timed investments are fundamental to undoing the structural racism creating today's disparities. Considered separately, they will result in transactional wins that do not produce lasting change. Achieved together, they have the potential to make the transformative systems change needed to shift from the current trajectory of unwieldy economic growth that marginalizes far too many and compromises the diversity that makes Austin an attractive place to live, work, and play.

1. Prevent Residential, Commercial, and Community Displacement. Enact policies and programs that allow priority populations, businesses, and community organizations to stay and thrive in their neighborhoods.

2. Advance Economic Mobility and Opportunity. Promote economic opportunities for priority populations, support entrepreneurship, and enhance cultural anchors. Provide access to quality education, training, and living-wage career path jobs.

3. Build on Local Community Assets. Respect local community character, cultural diversity, small businesses, and values. Preserve and strengthen cultural communities and build the capacity of their residents, leaders, organizations, small businesses, and coalitions to have greater self-determination.

4. Promote Transportation Mobility and Connectivity. Prioritize investment in effective and affordable transportation that supports transit-dependent communities.

5. Develop Healthy and Safe Neighborhoods. Create neighborhoods that enhance community health through access to public amenities; healthy, affordable, and culturally relevant food; and safe environments for everyone.

6. Equitable Access to All Neighborhoods. Leverage public and private developments to fill gaps in amenities, expand the supply and variety of housing and employment choices, and create equitable access to neighborhoods with a high access to opportunity.

**Racial Equity Anti-Displacement Tool Priorities** (see chapter 5):
Priorities identified by Catalysts for which people and places should benefit from the Anti-Displacement Fund and for what purposes funds should be invested.

1. **People.** BIPOC at risk of displacement.

   **Priority Populations:** BIPOC at risk of displacement with a special subset whose positions are even more tenuous, including African American, Native and Indigenous, Latinx, or immigrants who are also renters, senior homeowners, low-wage workers, LGBTQ people, people with disabilities, families with school-age children, youth who are homeless, and/or people who were formerly incarcerated.



*Figure 4. Priority Populations*

**Place–Eastern Crescent:** The area most vulnerable to displacement is informally referred to as the "Eastern Crescent." It is shaped like a backward letter "C" and is loosely defined by three highways: I-35 on the west (especially north of the Colorado River), US 183 on the north and east, and south of US 71. Generations of people who have lived in the Eastern Crescent have suffered forced displacement into the area, followed by segregation, redlining, and disinvestment. More recently, the Eastern Crescent has suffered gentrification and new cycles of displacement out of the area.



*Figure 5. Map of the Eastern Crescent*

**Priority Places:** In order to have the greatest impact mitigating displacement pressures imposed by new transit investments, the *Uprooted Project* and the City's work mapping [displacement risk](#) provide important guidance for where to focus Anti-Displacement Fund investments.[9] Fund investments should be focused on areas within a mile of Project Connect stations in areas that are Vulnerable, Active or Chronic displacement risk (mapped below).



*Figure 6. Image from the Project Connect Racial Equity Anti-Displacement Map showing displacement risk areas within 1 mile of a Project Connect Station (Link to [online map](#))*

---

[9] [Uprooted: Residential Displacement in Austin's Gentrifying Neighborhoods and What Can Be Done About It](#)

2. **Priority Purposes:** Catalysts determined the need for a balanced approach to investing funds to address their precarious position as a result of the long history of public and private disinvestment in their communities and neighborhoods. They see the need to address past, current, and future displacement risks and offer solutions that reflect the complex dynamic nature of displacement pressures. While residential displacement and affordable housing are a top priority, it is clear that funds must also prevent business and cultural displacement pressures as well. See Appendix II for the results of a survey asking Catalysts how they might allocate funding.

The Priority Purposes are listed from largest to smallest recommended allocation of the Anti-Displacement Fund to create balance and maximize impact.

1. *Affordable Housing*
   ◊ Purchase existing low-cost market-rate rental housing, when cost effective, and convert it to regulated affordable housing with long-term affordability requirements (99 years) and rents affordable to local residents at risk of displacement rather than using regional median income. When possible, prioritize incremental development by purchasing and rehabilitating dilapidated and abandoned properties.
   ◊ Construct new multi-family and mixed-use affordable housing with the same long-term affordability requirements described above. New construction should reflect the household sizes and bedroom needs of local residents.
   ◊ Construct or convert rental homes (scattered-site homes, townhomes, and multi-family units) for homeownership opportunities that are affordable to low-income BIPOC households to provide an entry point into wealth-building. Cooperative shared equity models can be designed to create lasting affordability and community wealth while also creating household wealth, or individual equity models could be used to create household wealth.

2. *BIPOC-Owned Businesses*
   ◊ Provide resources, including quality low-cost loans for items such as payroll, equipment rental, and leases, among others; technical assistance to start and grow a business; and grants for tenant improvements, etc.
   ◊ Provide access to capital to preserve existing and build new affordable commercial space with below-market rents and technical assistance for emerging and expanding businesses.

**3.  *Minimize Immediate BIPOC Resident Displacement***

- ◊  Offer Cash assistance, rent or mortgage relief, and utility assistance to low-income tenants and homeowners.
- ◊  Institute property tax relief and payment of delinquent taxes for low-income long-time homeowners.
- ◊  Offer utility relief to low-income tenants and homeowners.

**4.  *High-Quality Jobs***

- ◊  Create and expand workforce programs that provide apprenticeships, job training, and career pathways to employment in living-wage jobs for BIPOC workers experiencing systemic barriers to employment.
- ◊  Improve job quality with livable family wages and benefits, including for service jobs.
- ◊  Remove barriers to good quality career-path, living-wage jobs, especially in industries with high-quality jobs and racially inequitable workforces.

**5.  *Cultural Anchors***

- ◊  Provide capital for BIPOC-run nonprofit organizations serving as cultural anchors to create long-term stability by buying their own space or expanding or improving a space they already own.

**6.  *Land Bank***

- ◊  Purchase land to be held for the benefit of Priority Populations, especially those most at risk of displacement, who will inform and guide future use of the property. Future use of the properties must address the requirements and priorities of the Anti-Displacement Fund.
- ◊  Emphasize the purchase of land that is demonstrably abandoned.
- ◊  Purchase properties that are facing foreclosure, seizure, auctions, etc. to create new construction of homeownership opportunities for long-term BIPOC residents harmed by the foreclosure crisis.

**7.  *Community Power and Capacity*** (See *Community Capacity-Building Fund* description)

- ◊  Provide funds to support BIPOC-led and BIPOC-serving community-based organizations that deliver successful outcomes.

**8.  *Strengthen Tenant and Homeowner Rights***

- ◊  Provide legal and financial aid for tenants and homeowners facing eviction, foreclosure, or experiencing predatory realty practices.
- ◊  Support tenant and homeowner education and outreach.
- ◊  Support Priority Population tenants in purchasing their buildings and bringing them up to quality housing standards.