4. **Balanced Allocation Priorities:** The racial disparities of who experiences displacement pressure is caused by structural racism, a network of institutional policies, programs, and procedures that work better for white people than for BIPOC. Alleviating displacement pressures requires coordinated and balanced investments across systems.



*Figure 7.* *Illustration created by Racial Equity Catalyst Jasmine Willis. Balanced Allocation Priorities to be achieved as a result of using the Tool.*

5. **Systems Change Priorities**: Changes in policy, practices and spending across institutions will magnify the impact of the anti-displacement funds by addressing displacement at a systems, or root cause, level. These changes should be made by the City of Austin, Austin Transit Partnership, and Capital Metro and paid for **outside** of the Anti-Displacement Fund.



# Vision & Drivers for Racial Equity

# Chapter 2: Vision and Drivers for Racial Equity

A vision for Project Connect success where no one is displaced and everyone thrives as a result of this investment in transit and community-building.

## Vision and Mission

Establishing a desired equitable outcome and strategies to eliminate inequities are critical components of the Racial Equity Anti-Displacement Tool. The following is a vision and mission statement for the use of the tool.

### Vision

> *We envision an Austin renowned for its strong communities and inclusive neighborhoods and its economic and racial diversity as the foundation which fuels the City's innovative and entrepreneurial spirit. We envision an Austin that welcomes all incoming ethnic groups, new BIPOC transplants, and one that values its Native and long-time BIPOC residents, businesses, and community organizations. We see a future in which all of us Austinites, regardless of race or means, thrive with the power to determine our futures.*

This vision was crafted during Catalyst discussions about what they loved about their neighborhoods and what they envisioned for their communities if Project Connect is successful, where no one is displaced and everyone thrives.

> *Sería bonito vivir en una comunidad, libre de diferencias raciales, religión, políticas, social, compartiendo y ayudándonos unos con otros, transparencia política, que el salario de los trabajadores sea justo y equilibrado al esfuerzo físico, no importando idiomas ni nacionalidades. Un lugar feliz todo un cuento de hadas.*
> *– Lesbia Ramos, Racial Equity Catalyst*

### Mission

> *We will achieve this vision by preventing displacement of people, businesses, and community organizations; providing the right to return for those who have been displaced; making sure households have decent right-sized and right-priced housing; making sure people have decent-wage jobs; and our neighborhoods are safe and healthy; all while being accountable to BIPOC communities at risk of displacement.*

This mission statement was crafted during Catalyst discussions about strategies to ensure communities most at risk of displacement thrive because of, rather than be displaced by, Project Connect investments.



*Figure 8.* Word cloud responses to: "What do you love most about your neighborhood?" (Credit: Catalyst discussions)



*Figure 9.* Word cloud responses to: "What are antidotes to the drivers of displacement? What helps communities thrive rather than be displaced as the city grows?" (Credit: Catalyst discussions)

## Racial Equity Drivers

Achieving this vision and operationalizing the mission requires sustained focus on and investments in (1) strong communities and people and (2) great places with equitable access.

- **Strong communities and people:** People and communities with stability and resilience in the face of displacement pressures fare better. An intact community in which people, regardless of race, ethnicity, or background, are able to have high-quality jobs and financial security; culturally appropriate goods, services, and support; and strong social networks that support the inclusion of a range of cultures has better outcomes.
- **Great places with equitable access:** A city where all neighborhoods are healthy, safe, and provide their residents access to the key determinants of well-being that promote inclusion.

The Racial Equity Tool is built around **six Racial Equity Drivers** designed to mitigate harm and improve equitable outcomes for priority populations. Distributing resources equitably, rather than equally, is necessary to produce equitable outcomes. Though targeted to specific neighborhoods with the greatest need, these drivers will benefit all neighborhoods throughout the city. Some drivers should target specific priority populations with the greatest disparities, such as unemployment among Black youth. Decreasing displacement pressures will require the implementation of all of these drivers together in a balanced manner.

Catalysts' deeper discussions about strategies to advance the first three drivers are captured in word bubbles below the descriptions.

     

**Driver One:** Prevent Residential, Commercial, and Community Displacement

**Driver Two:** Advance Economic Mobility and Opportunity

**Driver Three:** Build on Local Cultural Assets

**Driver Four:** Promote Transportation Mobility and Connectivity

**Driver Five:** Develop Healthy and Safe Neighborhoods

**Driver Six:** Equitable Access to All Neighborhoods

*Figure 10.* Racial Equity Drivers



## Driver One: Prevent Residential, Commercial and Community Displacement

The ability for Austin to remain an international city that is culturally, racially, and economically diverse requires an anti-displacement commitment to structures that are vital to communities: their homes, businesses that provide culturally essential goods, services and jobs, and community anchors that provide support and strengthen cultural identity and preservation.

This will require a coordinated and scaled-up focus on the following equitable outcomes:

- **Prevent Residential Displacement**:
    - *Manage Growth*–equitably distribute growth so that priority populations are protected from increased indirect displacement risks of large-scale community change.
    - *Prevent Loss*–equitably distribute burdens and benefits of rising housing costs and demolition, redevelopment, and conversion of affordable housing especially family-sized units.
    - *Create and Maintain Affordable Housing*–close racial disparities in rental and ownership housing cost burden, especially for families with children. Housing must be decent, safe, right-sized, and right-priced for current residents and affordable over the long-term. This includes rental and owned units.
    - *Mitigate Increased Costs*–equitably distribute burdens and benefits of property taxes, levies, and bonds.
- **Prevent Commercial Displacement:**
    - *Manage Growth*–equitably distribute growth so that businesses that serve priority populations are protected from increased indirect displacement risks from large-scale community change.
    - *Prevent Loss*–equitably distribute burdens and benefits of rising rents and demolition and redevelopment of commercial space occupied by businesses that serve priority populations.
    - *Create Affordable Commercial Space*–close racial disparities in the cost burden of commercial spaces for businesses that serve priority populations.
    - *Access to Capital*–close racial disparities in access to capital for small businesses , especially BIPOC-owned businesses.

- ◊ *Mitigate Increased Costs–*equitably distribute burdens and benefits of policies, permitting, taxes, and fees, especially on businesses that serve priority populations.
- **Prevent Community Displacement:**
    - ◊ *Manage Growth–*equitably distribute growth and make targeted improvements to increase access to opportunity so that the complex structure of a community is able to remain intact and priority populations have the ability to thrive in place.
    - ◊ *Prevent Loss–*equitably distribute burdens and benefits of rising rents, demolition, and redevelopment so that these key components of an intact community are not diminished, displaced, or disrupted.
    - ◊ *Cultural Anchors–*retain and strengthen community-serving establishments that provide critical goods, services, advocacy, and support, and are the heart of a community.
    - ◊ *Culturally Appropriate Goods and Services–*preserve and strengthen businesses and business districts that serve priority populations.
    - ◊ *Cultural Business Districts–*preserve and strengthen cultural business districts as they are the real and symbolic centers of their communities.
    - ◊ *Social Networks–*preserve and protect from disruption the informal relationships that together comprise "the village" and support individuals, families, and communities.

## Strategies to Prevent Displacement:
Anti-Displacement Fund Priorities





## Driver Two: Advance Economic Mobility and Opportunity

The ability for people to contribute to and benefit from our strong economy requires effective education and training, clear pathways and open doors to high-quality careers, financial security, and a local economy with entrepreneurial opportunities at a variety of scales and types.

This will require a coordinated and scaled-up focus on the following equitable outcomes:

- **Effective Education:** Close racial disparities in educational success and attainment at all levels from Pre-K through post-secondary.
- **Financial Security:** Close racial disparities in employment, wages, and job sectors.
    - *Good Jobs–*increase living-wage, career-path, family-sustaining jobs (including in the service economy) and middle-class jobs for people in all neighborhoods.
    - *Effective Training–*all people can enter career-path living-wage jobs.
    - *Open Doors–*remove barriers to career-path, living-wage jobs and high-quality careers; prevent labor discrimination; close racial disparities across the breadth and hierarchy of the region's workforce.
- **Wealth:** Close racial disparities in wealth. Wealth provides the resilience to withstand emergencies and to afford post-secondary education for adults and the next generation. Wealth, in the form of inheritance, especially when accrued over generations, provides a leg up for our children; and homeowners have an added level of housing stability that renters do not have. Wealth does not come from being an employee and a renter.
    - *Equitable Homeownership–*remove barriers to wealth; close racial disparities on homeownership.
    - *Strong Local Economy–*close racial disparities in business success.
    - *Strong Small Businesses–*close racial disparities in access to capital, access to entrepreneurial opportunities; and in long term sustainability.

## Strategies to Advance Economic Mobility and Opportunity:
**Anti-Displacement Fund Priorities**



## Driver Three: Build on Local Cultural Assets

The ability for priority populations to thrive in place and for Austin to continue to benefit from its identity as a cosmopolitan city requires that priority populations have the ability to shape their futures and that those assets that distinguish and strengthen them are strong and clearly identifiable. Community character, cultural identifiers, and values are important to respect and enhance. Together, they are essential components of an intact community.

This will require a coordinated and scaled-up focus on the following equitable outcomes:

- **Intact Communities:** Protect social networks and build on local assets and the resources of priority populations to close the racial disparities of who lives in complete neighborhoods that are safe and have convenient access to culturally appropriate goods and services, with intact social networks. This includes a variety of housing options, affordable healthy food and other commercial services, quality public schools, public open spaces and recreational facilities, affordable active transportation options, and civic amenities.

- **Community Character:** Protect local community character, cultural diversity, small businesses, and community values to close the racial disparities of who benefits from and who bears the burdens of neighborhood change.
- **Cultural Anchors and Networks:** Equitably distribute resources to cultural anchors that sustain and provide stability for their communities, and close the racial disparities of who benefits from and who bears the burdens of neighborhood change. Support a network of cultural anchors as a structure for effective and engaged community leadership. They are essential to a complete anti-displacement effort.
- **Self-Determination:** Close racial disparities of which communities have the ability to influence City policies, programs, and investments by supporting the development of strong community leaders, organizations, and coalitions that represent, serve, and are accountable to priority populations.

## Strategies to Build on Local Cultural Assets:
Anti-Displacement Fund Priorities





## Driver Four: Promote Transportation Mobility and Connectivity

The ability for people to thrive requires effective and affordable public transportation, especially for those most dependent on it. These trips may be very different from the typical professional commute from residential community to job center during commute hours. For many who rely on public transportation, a complete network is essential to make trips to jobs, schools, shops, services, and other key destinations at a wide variety of times of day.

This will require a coordinated and scaled-up focus on the following equitable outcomes:

- **Complete Networks:** Close racial disparities in commute times to work and access to those other facets of daily life such as schools, quality childcare, goods and services, cultural anchors, and recreation by prioritizing the completion of networks that meet destination and scheduling needs for transit-dependent and priority populations in high-displacement-risk neighborhoods.
- **Affordable Transportation:** Close racial disparities in transportation costs by enacting policies and programs to reduce fares for priority populations. Encourage employers to create flexible working conditions that allow people to work from home.
- **Equitable Transit Access:** Create equitable access to all neighborhoods via affordable and reliable transit to neighborhoods throughout the city.



## Driver Five: Develop Healthy and Safe Neighborhoods

The ability for priority people and communities to thrive is dependent on their ability to live in healthy and safe neighborhoods where they can meet basic needs. It is essential to create neighborhoods that enhance community health through access to public amenities (schools, economic opportunity, quality childcare, civic infrastructure, transportation, parks, open space, health care, and other services), affordable and culturally relevant food, and safe and healthy environments for everyone.

This will require a coordinated and scaled-up focus on the following equitable outcomes:

- **Decent Housing:** Close racial disparities in housing discrimination, quality, and insecurity by enacting policies and programs that create safe, well-managed, right-sized, and right-priced housing; and that enforce fair housing laws, strong tenant protections, and decent housing quality standards.

- **Healthy Food:** Close racial disparities in cost and availability of affordable healthy foods by enacting policies, programs, and investments that make culturally appropriate healthy food available to priority populations, providing community gardens in multi-family developments and requiring community benefits agreements when businesses that raise the costs of healthy food displace existing businesses or enter neighborhoods that are home to people at risk of displacement.

- **Safe Neighborhoods:** Close racial disparities of accidents, crime, and emergency response times by protecting safety of priority populations from crime and accidents. Close racial disparities in public safety actions. Address land use issues that create flooding and erosion and contaminate creeks and other water sources.

- **Healthy Environments**: Close racial disparities in population and neighborhood health indicators like asthma and exposure to toxins through environmental mitigation investments and pollution regulation measures. Close racial disparities in neighborhood indicators that provide health benefits such as in the quantity and quality of tree canopies, especially street trees,[10] and safe and accessible sidewalk networks. Equitably address land use issues that add to the heat island effect.

---

[10] [Why Urban Tree Canopy is Important for Cities](#)



## Driver Six: Equitable Access to All Neighborhoods

It is important to leverage private developments to fill opportunity gaps in amenities in areas with high displacement risk while also expanding the supply and variety of housing and employment choices to create equitable access to neighborhoods with histories of exclusion and current-day barriers to BIPOC households and workers.

This will require a coordinated and scaled-up focus on the following equitable outcomes:

- **Leverage Private Sector:** Close racial disparities in wages and provide equitable access to jobs by creating policies that require private commercial investments to provide apprenticeships, job training, and pathways to employment for BIPOC workers experiencing systemic barriers to employment.

- **Equitable Access:** Close racial disparities in who lives in neighborhoods with histories of exclusionary real estate practices by:
  - Affirmatively furthering fair housing through public investment in affordable housing.
  - Requiring new private development to provide affordable housing, as allowed by state law.
  - Pairing these policies with additional investments in culturally relevant services and organizations that build social cohesion and inclusion across communities.
  - Denying access to City resources when companies demonstrate patterns of unwillingness to create affordable housing or allow access to BIPOC for highly paid positions.

Racial Equity Drivers and equitable outcomes are not intended to be viewed independently. Correctly designed, coordinated, and timed investments are fundamental to undoing the structural racism that creates today's disparities. Considered separately, they will result in transactional wins that do not produce lasting change. They present an integrated fabric of ideas, each of which addresses one specific component of the Vision for an equitable future. Achieved together, it has the potential to make the transformative systems change needed to shift from the current trajectory of unwieldy economic growth that marginalizes far too many and compromises the diversity that makes Austin an attractive place to live, work, and play.


2013 Jan Sorensen www.jansorensen.com


"Suffocating Black Wealth" an OtherWords cartoon by Khalil Bendib




"Equality Hurdles" Emanu


"Native Suppression" Clay Jones claytoonz.com

# WHAT YOU BELIEVE IS GOOD FOR ALL IS NOT ALWAYS THE CASE AND IT SHOWS IN YOUR LIFE-ALTERING POLICIES & ACTIONS!

# Chapter 3: Root Causes and Current Day Inequities

Austin's history of inequitable growth is evident in today's outcomes

## Austin's History of Systemic Racism

Understanding existing disparities and their historical origins is critical to using the Racial Equity Anti-Displacement Tool to design for better outcomes.

Austin's long history of systemic racism led to disparities in housing, transportation, health, education, and economic outcomes.[11] Many of the racial inequities that exist today are a direct result of past and current laws, ordinances, and city planning, including:

- **Genocide and colonization of Native and Indigenous Peoples**: Multiple genocides were committed on the native people of Central Texas. Natives were hunted, detained, converted, and colonized in successive waves of white, Mexican, and other occupations. Amongst the violence, Natives were racialized in a way that slated them for extermination and denied them the most basic notion of human agency.[12] Systematic displacement and massacre of indigenous peoples is documented by their words at council meetings, treaty parlays, trade encounters, journalistic interviews, and more. Ethnic cleansing as a strategy, sometimes explicit—sometimes implicit—was thoroughly employed.[13]

- **Enslavement and colonization of African people:** Exploitation of the labor of enslaved African people was part of the original colonization of Texas under Spanish rule. Despite being outlawed under Mexican rule following their independence from Spain, Stephen F. Austin and many white settlers actively worked to guarantee their right to hold slaves. Slavery was legal in the Republic of Texas and free Black people were banished from Texas under the constitution. The enslavement of Black people continued when Texas joined the United States and, later, the Confederate States of America. Even after the Emancipation Proclamation legally ended slavery, white plantation owners refused to release their enslaved workers until Federal troops were sent to Texas to enforce the Proclamation two years later. Discrimination and violence by white people against Black people continued well after emancipation and for many decades in the Jim Crow South. The lives of African Americans in Central Texas have been shaped by enslavement, violence, and legal discrimination for centuries.

---

[11] [Inheriting inequality: Austin's segregation and gentrification](#)
[12] [Finding Loston–Tane Ward](#)
[13] [Texas history: What happened to the Native Americans in Texas?](#)