## C. Purpose

| | Strong (deserves 5) | | | | Weak (deserves 0) | |
|---|---|---|---|---|---|---|
| | **Does this proposal....** | | | | *Scoring Criteria* | SCORE |
| **FOR ANTI-DISPLACEMENT FUND PROPOSALS** Criteria 1-3 must EACH achieve a score of 4 or higher for the proposal to be considered. | C1. Represent a substantial effort to address a minimum of 3 Racial Equity Drivers, including at least 1 of Equity Drivers 1-3, equally? | | ........or....... | | Is the proposal mostly about one Racial Equity Driver with others thrown in to comply with the application rules? | |
| | C2. Advance at least one Priority Purpose for use of anti-displacement funds? | | ........or....... | | Does the proposal not meaningfully address how it advances at least one Priority Purpose? | |
| | C3. Address displacement at a root cause level by explicitly removing displacement pressures (e.g. protecting from real estate speculation)? | | ........or....... | | Does the proposal only provide a minimal or temporary fix, but not meaningfully address a root cause of displacement? | |
| | C4. Identify measurable outcomes to advance the Equity Drivers? | | ........or....... | | Does the proposal just use the appropriate vocabulary, without demonstrating an understanding of the structures and measures needed? | |
| | C5. Show a clear connection between the project and Equity Drivers? | | ........or....... | | Does the proposal lack a clear connection to Equity Drivers? | |
| | C6. Provide an opportunity to transfer property to community ownership? | | ........or....... | | Is this a market-rate development, or does it only address the immediate crisis (e.g., eviction prevention or rental assistance) rather than a long-term solution (e.g., tenant acquisition of their property or incorporating the property into a community land trust)? | |
| | C7. Address a historic injustice (e.g. invest in communities who experienced historic disinvestment or were displaced, support the preference policy, etc.)? | | ........or....... | | Is the proposal silent on how it addresses historic injustices and/or does it reference "the market" as justification? | |
| | C8. Address an existing need or leverage an amenity identified by the community? | | ........or....... | | Is the proposal unrelated to existing needs of the community? | |
| | C9. Address the needs of communities at risk of displacement at a sufficient scale to create real benefit for communities at risk of displacement? | | ........or....... | | Is the proposed impact so minimal that the benefit to communities at risk of displacement will be negligible or non-existent? | |
| | **II. Community Priorities: C. Purpose- Total Score (45 points maximum)** | | | | | |

# III. Community Guardrails: Prevent Displacement Harm

In order to advance racial equity and growth without displacement, proposals must include guardrails against increased displacement or economic harm to BIPOC residents, businesses, and community organizations.

| Strong (deserves 5) | | | | Weak (deserves 0) | |
|---|---|---|---|---|---|
| **In this proposal….** | | | | *Scoring Criteria* | SCORE |
| 1. Are potential unintended harmful consequences on BIPOC communities or people with lower incomes clearly identified, and are meaningful measures to mitigate harm proposed? | | …..or….. | | Is it likely to disproportionly burden BIPOC communities or people with lower incomes? | |
| 2. Is there clarity on how it decreases, or mitigates its contribution to any of the following types of displacement pressures on high-risk populations: direct, economic, cultural, and environmental? | | …..or….. | | Does it not even consider how its unintended consequences may increase direct, economic, cultural or environmental displacement on these populations while focusing only on economic growth? | |
| 3. Is there an analysis of who benefits from and who bears the burden of financial costs associated with this proposal (e.g. taxes, bonds or fees; use fees or fares; construction and development costs; etc.), and are the benefits and burdens equitably distributed? | | …..or….. | | Do BIPOC households, businesses, and/or community organizations pay an inequitable share of the costs? | |
| 4. Have all decision-makers taken the Undoing Racism® Community Organizing Workshop as well as read the "Uprooted" report, and are effectively using those materials to transform how they do their work as well as shape the goals and outcomes of their proposal? | | …..or….. | | Are decision-makers creating greater harm by perpetuating institutional racism, increasing racial disparities, and increasing displacement pressures on those who are most at risk of displacement? | |
| 5. Are there strong structures to prevent conflicts of interest, or even the appearance of conflicts of interest, by requiring elected or appointed decision-makers who could themselves, or their family members, benefit financially from the proposal to recuse themselves? | | …..or….. | | Is there a possibility that decision-makers are motivated by self-interest? | |
| **III. Community Guardrails - Total Score (25 points maximum)** | | | | | |

# IV. Reasonableness - for Anti-Displacement Fund only

It is important that this proposal can be successfully implemented.

| | Strong (deserves 5) | | | | Weak (deserves 0) | |
|---|---|---|---|---|---|---|
| | **In this proposal....** | | | | *Scoring Criteria* | **SCORE** |
| Criteria 1-2 must EACH achieve a score of 4 or higher for the proposal to be considered. | 1. Does the leadership (Board and Executives) of the applicant reflect the racial / ethnic demographics of the community being served? | | ......or..... | | Does the leadership (Board and Executives) of the applicant NOT reflect the racial / ethnic demographics of the community being served? | |
| | 2. Does the project budget adequately resource all community partners in the proposal? | | ......or..... | | Does the project rely on the unreimbursed or underpaid work of partner organizations and residents? | |
| | 3. Does the applicant, factoring in proposed capacity-building efforts including formal partnerships, have the ability to deliver on the proposal? | | .....or..... | | Is the proposal clearly outside of the ability of the organization to be able to accomplish? | |
| | 4. Does the applicant have a clear idea of how to deliver on the programming aspects of the proposal demonstrated with previous examples? | | .....or..... | | Are the actual operations of the project entirely theoretical? | |
| | 5. Does the proposal reflect realistic costs and equitably fund BIPOC staff and partners? | | ......or..... | | Does the proposed budget not reflect realistic costs or inequitably fund BIPOC staff or partners? | |
| | 6. Has the proposal adequately identified potential risks and mitigations? | | ......or..... | | Are there significant issues that are not addressed that could limit the project's success? | |
| | **IV. Reasonableness - Total Score (30 points maximum)** | | | | | |

| | **TOTALS** |
|---|---|
| **I. Community-Driven: Depth of Relationship and Accountability** | |
| **II. Community Priorities: Advance Racial Equity - A. People** | |
| **II. Community Priorities: Advance Racial Equity - B. Place** | |
| **II. Community Priorities: Advance Racial Equity - C. Purpose** | |
| **III. Community Guardrails: Prevent Displacement Harm** | |
| **IV. Reasonableness - for Anti-Displacement Fund only** | |
| *COMBINED TOTAL* | |

## Balanced Fund Portfolio Requirements - for Anti-Displacement Fund only

The goal is for balanced investments in each round and the portfolio in totality. For example, funds should be distributed across Priority Purposes to stave off displacement pressures, rather than entirely allocated towards one use such as affordable housing. Prior to final Anti-Displacement Fund award decisions, evaluators must step back to review high-scoring proposals within the current context of the community, displacement pressures, and within other proposals in this round, as well as the entire portfolio to ensure that funded projects achieve a balance of the following:

**People**
- A balance of priority populations

**Place**
- A balance of neighborhoods within the Eastern Crescent in different displacement risk categories (Vulnerable, Active, Chronic)

**Purpose**
- A balance of projects in areas in different displacement risk categories to prevent further displacement, address active displacement, or redress the harm to those already displaced
- A balance of priorities for soft (community and organizational capacity-building) and hard investments (land, construction, or program)
- A balance of projects that strengthen collaboration and build combined political will across funder networks, government agencies, and community coalitions to fight displacement
- A balance of projects likely to model systems change and innovate beyond typical public funding sources

Community-Led
Implementation
&
Accountability

# Chapter 5: Community-Led Implementation and Accountability

**Building power of those most impacted by displacement to use the Racial Equity Anti-Displacement Tool**

The structure and actions described below to implement the Tool in an accountable and community-led way have the potential to cause transformative change, both within government and the broader community. They require Project Connect partners to embrace innovation, experimentation, learning, and ongoing improvement. The structure and actions are:

1. Build an Inside and Outside Accountability Structure
2. Build and Resource Community Power for Self-Determination and Ownership
   A. Establish a Community Capacity-Building Fund
   B. Shift Decision-Making Power to Community
3. Establish Principles and Guardrails for Equitable Decision-Making
4. Design the Anti-Displacement Fund to address the Equity Drivers, Priority Purposes, and Balanced Allocation Priorities
5. Make Systems Change to Leverage Anti-Displacement Impact
6. Convene a Cross-Department Racial Equity Anti-Displacement Core Team
7. Monitor and Report on Progress and Outcomes

## 1. Build an Inside and Outside Accountability Structure

Success requires ongoing partnership between government and community leadership. Community-led decision-making processes and a clear government accountability structure are needed to ensure decisions lead to equitable outcomes. **Leadership, staff capacity, internal accountability,** and **external accountability** are all critical to shifting power for those most impacted by displacement to have greater self-determination in how Austin grows. These four quadrants form a framework for an accountability structure discussed in further detail below.



*Figure 20.* Diagram adapted from City of Seattle's Equitable Development Initiative Implementation Framework

## Leadership

Elected City officials, the Austin Transit Partnership Board of Directors, and leaders of Capital Metro must continue to raise and demonstrate greater public and internal awareness about the urgency of prioritizing and addressing racial equity in all Project Connect decisions. Agency leaders must also prioritize budget resources, cultivate external partnerships, develop and enable staff to lead, and actively remove barriers to success.

## Staff Capacity

All agency staff involved must be given the training, resources, and support to identify and act on equity issues, and be charged with executing their duties in accordance with the new knowledge and priorities. At a minimum, this means an understanding of the Tool, partnering with community leaders, and collecting and using racially disaggregated data for decision-making. The City's Equity Office must work in close partnership with the Displacement Prevention Division to consistently center racial equity and community voices in the use of the Tool.

## Internal Accountability

The City of Austin's internal mechanisms to prioritize and promote equity through use of the Tool should include an ongoing cross-departmental coordination team to facilitate use of the Tool, administrative support for the Anti-Displacement Fund, and a robust monitoring program. Austin's Equity Officer and Community Displacement Prevention Officer must work closely with Project Connect leadership and the cross-departmental coordination team to support and coordinate the four quadrants of the implementation framework.

## External Accountability

Communities most impacted by displacement have a sophisticated understanding of the burdens of inequitable growth and the effectiveness of community-designed solutions. Institutions must defer to the leadership and expertise of these communities and be accountable to them. Governments' paid partnership with these communities during this upcoming period of institutional change and Tool implementation will be critical. Project Connect resources must first be made available to these leaders, organizations, and coalitions so their expertise can help shape policies, programs, and investments. This includes funding:

- Deep and sustained community capacity-building to implement anti-displacement solutions,
- Long-term community leadership in planning,
- Compensated participation in decision-making structures, and
- Reports of Project Connect's and the Anti-Displacement Fund's impacts on community well-being and displacement risk, and holding Project Connect and the Anti-Displacement Fund accountable.

## 2. Build and Resource Community Power for Self-Determination and Ownership

Building community power of those most affected by displacement pressures is a priority in the Tool's development and use. In creating the Tool, the Catalysts emphasized that using the Tool and making anti-displacement investments should rebalance power by centering community in paid decision-making structures. Catalysts were in consensus that Project Connect decision-making structures must use a collaborative or deferential model of partnership with the community. These structures require clear recognition of authority and early and sustained funding for community leaders and community-based organizations to lead and/or meaningfully participate.

### Establish a Community Capacity-Building Fund

$27 million of the $300 million Anti-Displacement Funds are intended to support BIPOC-led and BIPOC-serving community-based organizations that deliver successful outcomes. Funding agreements will require that awardees demonstrate specific deliverables and benchmarks that show how the additional capacity will be able to assist them in delivering the proposed outcomes of the Tool to decrease displacement pressures and close opportunity gaps for those most at risk of displacement. Organizations are strongly encouraged to include coalition partners in the uses of funds, and those who repeatedly fail to meet benchmarks may forfeit further participation.

A Community Capacity-Building Fund should be established for the following categories of uses:

1. **Community Leadership:** Form coalitions, and train emerging community leaders.

2. **Community Pipeline of Projects:** Build the capacity of BIPOC-led organizations and BIPOC-owned businesses to prepare for proposing and implementing projects, potentially including hiring and training staff, contracting for technical assistance, strategic planning, and resource development.

3. **Community Partnership:** Build the capacity of BIPOC-led organizations to partner with the City, Austin Transit Partnership, and Capital Metro for outreach to and engagement of communities impacted by displacement around Project Connect.

4. **Community Planning**: BIPOC community-led planning activities for projects that will later seek larger capital dollars from the Anti-Displacement Fund, such as community workshops, events, research, visioning, and site design.

## Shift Decision-Making Power to Community

The Spectrum of Community Engagement to Ownership (on the next page) should be used to design and evaluate decision-making structures for using the Tool and deciding which proposals receive resources from the Anti-Displacement Fund.[26]

---

[26] Spectrum of Community Engagement to Ownership



▸▸▸▸▸▸ INCREASED EFFICIENCY IN DECISION-MAKING AND SOLUTIONS IMPLEMENTATION ▸▸▸▸▸▸ EQUITY

| STANCE TOWARDS COMMUNITY | 0 IGNORE | 1 INFORM | 2 CONSULT | 3 INVOLVE | 4 COLLABORATE | 5 DEFER TO |
|---|---|---|---|---|---|---|
| **IMPACT** | **Marginalization** | **Preparation or Placation** | **Limited Voice or Tokenization** | **Voice** | **Delegated Power** | **Community Ownership** |
| **COMMUNITY ENGAGEMENT GOALS** | Deny access to decision-making processes | Provide the community with relevant information | Gather input from the community | Ensure community needs and assets are integrated into process & inform planning | Ensure community capacity to play a leadership role in decision-making and the implementation of decisions. | Foster democratic participation and equity through community-driven decision-making; Bridge divide between community & governance |
| **MESSAGE TO COMMUNITY** | ***Your voice, needs & interests do not matter*** | ***We will keep you informed*** | ***We care what you think*** | ***You are making us think, (and therefore act) differently about the issue*** | ***Your leadership and expertise are critical to how we address the issue*** | ***It's time to unlock collective power and capacity for transformative solutions*** |
| **ACTIVITIES** | Closed door meeting<br>Misinformation<br>Systematic Disenfranchisement<br>Voter suppression | Fact sheets<br>Open Houses<br>Presentations<br>Billboards<br>Videos | Public Comment<br>Focus Groups<br>Community Forums<br>Surveys | Community organizing & advocacy<br>Interactive workshops<br>Polling<br>Community forums<br>Open Planning Forums with Citizen Polling | MOU's with Community-based organizations<br>Citizen advisory committees<br>Collaborative Data Analysis<br>Co-Design and Co-Implementation of Solutions<br>Collaborative Decision-Making | Community-driven planning and governance<br>Consensus building<br>Participatory action research<br>Participatory budgeting<br>Cooperative models |
| **RESOURCE ALLOCATION RATIOS** | **100%** Systems Admin | **70-90%** Systems Admin<br>**10-30%** Promotions and Publicity | **60-80%** Systems Admin<br>**20-40%** Consultation Activities | **50-60%** Systems Admin<br>**40-50%** Community Involvement | **20-50%** Systems Admin<br>**50-70%** Community Partners | **80-100%** Community partners and community-driven processes ideally generate new value and resources that can be invested in solutions |

***Figure 21.*** *The Spectrum of Community Engagement to Ownership by Facilitating Power (Click here or on the image to view the chart online)*

# 3. Establish Principles and Guardrails for Equitable Decision-Making

Principles and guardrails for equitable decision-making are critical elements to protect against misuse of the Tool and mis-spending of Anti-Displacement Funds. These should be built into governing documents of Project Connect implementation structures.

## Principles

1. Prioritize the vision and goals of BIPOC most at risk of displacement
2. Be accountable to BIPOC most at risk of displacement
3. Give authority to BIPOC most at risk of displacement to make decisions; compensate them for their expertise
4. Resource community organizing and building power to accomplish this work
5. Transform institutions through use of the Tool beyond Project Connect

## Guardrails

1. Eliminate conflicts of interest of elected and appointed officials: for example, officials who are landlords, received funding support from potential Fund applicants, etc.
2. Provide full public transparency on all decisions, funds spent, actions accomplished, who benefits, what is next, etc.
3. Require the Undoing Racism® Community Organizing Workshop and practice for all elected officials, board and commission members, and government staff working on Project Connect.
4. Annual monitoring program report to BIPOC communities with Council and media attention, including Community-Level Outcomes, Early Warning Signals, Performance Measures, and Accountability in Decision-Making and Implementation
5. Enforce consequences for inequitable decision-making by City leaders; i.e., lose the right to decide

## Community Uses the Tool and Governs the Anti-Displacement Fund

Catalysts unanimously stated that members of communities most impacted by displacement must play a role in using the Tool and oversight of the Anti-Displacement Fund. The CAC will promote that it is essential for those most

impacted by displacement pressures to be decision-makers. To that end, the CAC will promote the use of the Tool for Project Connect decisions and support the decisions of those most impacted. While the form of this relationship has yet to be determined, the function is clear. Communities most impacted by displacement should use the Tool to:

1. **Guide the Anti-Displacement Fund.** Potential responsibilities include the design and approval of Fund goals and guidelines, annual budget allocation spending plan, Request for Proposal criteria, and underwriting criteria.

2. **Make Anti-Displacement Fund award decisions.** This involves scoring proposals and making recommendations for award amounts.

3. **Hold the City of Austin accountable for spending the Anti-Displacement Fund per the racial equity framework and priorities expressed in this Tool.** This includes independently monitoring and evaluating the success of the Anti-Displacement Fund performance and process. If an evaluation finds funds were spent out of alignment with the racial equity framework and priorities expressed in the Tool, then a BIPOC-led and BIPOC-serving community-based organization should be given the authority to manage the program independent of the City's control.

4. **Evaluate Project Connect planning and policy decisions.** The following elements of Project Connect, ranked in order of priority, should use the Tool for design and decision-making:

   A. Neighborhood anti-displacement strategies

   B. Contracting and hiring local BIPOC firms and residents

   C. Outreach and relocation assistance programs for small businesses, homeowners, and renters

   D. Redevelopment plans around stations (e.g. Transit-Oriented Development policies and zoning plans)

   E. Purchasing properties for rights of way

   F. Choosing light rail station locations

   G. Use of surplus Austin Transit Partnership, Capital Metro, and City properties

   H. Placement of and planning for Park & Ride locations

# 4. Design the Anti-Displacement Fund with Tool Priorities

As Catalysts designed the Tool, they provided direction on the priorities for the Anti-Displacement Fund: which people and neighborhoods should benefit, and for what purpose funds should be awarded. The People, Place and Purpose Priorities listed below, including the Balanced Allocation Priorities, will be codified in the City's spending plan. The Tool can then be used to score proposals to ensure individual projects collectively achieve these priorities.

**People:** Black, Indigenous, and People of Color at risk of displacement are the priority populations to benefit from anti-displacement investments. More specific Priority Populations are described in Chapter 1.

**Places:** Neighborhoods within 1 mile of a Project Connect station in the Eastern Crescent have the greatest need for anti-displacement investments. See Chapter 1 for more details.

**Purposes:** The Priority Purposes are summarized below in order of largest to smallest allocation. Click on the links for additional details described in Chapter 1.

1. Affordable Housing: Purchase, preserve, and build rental and ownership housing affordable for a neighborhood's residents, whether currently at risk of displacement or previously displaced.

2. BIPOC-Owned Businesses: Create resources and affordable commercial space so BIPOC-owned businesses thrive.

3. Minimize Immediate BIPOC Resident Displacement: Provide cash assistance, rent, and property tax relief to those at risk of displacement.

4. High-Quality Jobs: Create access and remove barriers to career-path living-wage jobs.

5. Cultural Anchors: Support BIPOC-run nonprofit organizations that provide services to support and sustain specific cultural communities and also maintain and celebrate their cultures for current and future generations.

6. Land Bank: Purchase land for community-led projects.

7. Community Power and Capacity: Form community development corporations (CDCs), coalitions, leadership development, and community organizing.

8. Strengthen Tenant and Homeowner Rights: Provide legal and financial support to protect tenants and homeowners from unfair and predatory activity.

# 5. Recommendations for Systems Change to Leverage Anti-Displacement Impact

Systems changes in policy, practices, and spending across institutions will magnify the impact of the Anti-Displacement Fund. Catalysts identified systems change priorities to be made by the City of Austin, Austin Transit Partnership, and Capital Metro in addition to, and paid for **outside** of the Anti-Displacement Fund.

1. **Require "Undoing Racism® Community Organizing Workshop" and practice** for all elected officials, boards and commission members, and government staff working on Project Connect.[27]

2. **Cut Red Tape to Remove Barriers to Public Resources:** Reduce paperwork to access the MBE/WBE/DBE process, remove inequitable barriers such as construction insurance and bonding, and requirement for a physical office space. Support and expedite approval to be certified as a preferred vendor for the City of Austin, Austin Transit Partnership, and Capital Metro. Reduce paperwork for accessing affordable housing and small business programs.

3. **Right-Priced Affordable Housing Policy:** Define affordability to be 30% of a household's income based on neighborhood-level income data, not regional data.

4. **Long-term Affordability:** Require all new and preserved affordable housing to be affordable for 99 years.

5. **Grandfather Long-time Residents into the Housing Density Bonus Program**

6. **Preference Policy for BIPOC Residents and Businesses:** Give preference to BIPOC harmed by displacement when government resources are made available for affordable housing and business support in the areas they were displaced from.

7. **City, Austin Transit Partnership, and Capital Metro Land Prioritized for Anti-Displacement Projects:** Provide publicly owned land at no cost to mission-driven nonprofit developers to help meet the Anti-Displacement Fund goals while also boosting ridership and contributing to inclusive neighborhoods within walking distance of transit.[28]

---

[27] About the Undoing Racism® Community Organizing Workshop
[28] Sound Transit TOD Program and affordable housing policy

8. **Compensate Businesses Impacted by Project Connect:** Provide financial support for business loss, beyond the federal minimum requirements, especially for business owners who rent their space. Equitably mitigate Project Connect impacts on businesses, particularly those most at risk of displacement.

9. **Be Proactive:** Create, strengthen and/or improve protective laws such as just cause eviction, minimum housing quality standards, etc.

10. **Create Accountability:** Enforce consequences for regular offenders such as real estate or financial predators, property owners who do not meet minimum housing quality standards, etc.

11. **Project Connect Local Hire or Priority Hire Policy:** Provide preference for career-path, living-wage jobs, pathways, and training for Priority Populations in Priority Places, and reduce access for all others. This is NOT just creating and filling a small number of the lowest wage temporary positions.[29]

12. **Remove Barriers to Full and Desirable Employment:** Remove barriers, especially in sectors with high-quality careers in which these barriers are rampant.

13. **Require Community Benefits Agreements of Large Businesses:** Require businesses to remove barriers to full, desirable employment and to provide training and support for Priority Populations to enter, thrive, and advance in the company; provide affordable housing; contract with MBE/WBE/DBE businesses for goods and services; and provide livable family wages for all employees; among others.

14. **Prioritize MBE Businesses for Institutional Contracts in all Project Connect Investments.**

15. **Remove Barriers for MBE/WBE/DBE Construction Companies:** Remove requirements for insurance, bonding, financial solvency, and warehouse/commercial yards that create inequitable barriers for businesses that have historically been denied access to capital.

---

[29] Seattle Priority Hire Program

16. **Remove Barrier Requirement of Legally Insurable Spaces:** Remove specific barriers for businesses by allowing short-term leases on City-owned lots to MBE/WBE/DBE contractors during construction booms.

17. **Remove Barriers to Ownership (Home and Business), Capital, and Commerce.**

18. **Remove Barriers Preventing Businesses From Becoming Licensed and Provide Incentives:** Employ a variety of strategies to support historically BIPOC-owned businesses such as food, construction, hair and nail salons, barbers, cultural and ethnic merchandise stores, and entertainment.

19. **Ensure That Schools Provide All Children Skills They Need To Succeed:** Make equitable education investments within the school district and examine the role of curriculum and disciplinary policies in creating disparate outcomes.

20. **Support Tenant Ownership with a First Right to Purchase Policy:** Give tenants first right to purchase before properties are sold; allow them to transfer that right to a nonprofit.

21. **Create Equitable Tax Relief Structures for Low-Income Homeowners**: Support homeowners with new property tax exemptions, tax caps, tax subsidies, and tax amnesty programs.

22. **Create Wealth-Building Opportunities Through Equitable Zoning, Expedited Permitting, and Construction Grants:** Enact measures that support BIPOC homeowners in rezoning and building new units on their lots.

## 6. Convene a Cross-Departmental Racial Equity Anti-Displacement Coordination Team

The Equity Office and the Displacement Prevention Division of the Housing and Planning Department are well-positioned to co-convene a cross-departmental team to develop systems that support the four quadrants of the accountability structure, including use of the Tool. This team will be able to elevate challenges and opportunities to leadership during the rollout and use of the Tool, then marshal resources and develop solutions.

Cross-departmental synergies that leverage each department's expertise will better deliver on racial equity. In addition to the Equity Office and the Housing and Planning Department, at least the following departments should be included in the team:

- The Office of Innovation which help establish new practices in measuring equitable outcomes;
- The Office of Sustainability, which furthers new and effective climate justice and community collaboration practices;
- The Economic Development Department which executes demonstrable commitment to workforce development, provides small business resources, and supports historic districts and cultural organizations; and
- The Transportation Department, which updates infrastructure standards and expands multimodal transportation systems with a focus on equity and anti-displacement. Staff from these offices will be critical members of the team, requiring dedicated time in their work plan.

Using the Tool with communities impacted by displacement will be a charge of the team. Early on, this team must partner with paid Catalysts to provide training on using the Tool and understanding race and social equity as they pertain to growth and transit investments. The Community Advisory Committee, Austin Transit Partnership Board, Capital Metro, and City leadership are initial audiences for this training.

Partnering with communities impacted by displacement will be an ongoing role for the team. Early activities will include contracting with Catalysts to roll out the Tool, establish the Community Capacity-Building Fund, and partnering with the Community Advisory Committee on the design of a data dashboard as part of the Project Connect monitoring program.

Sharing and developing best practices of equitable development will be a key focus of this team, including but not limited to the institutional change priorities identified by Catalysts. Through these discussions, the team will share lessons learned and identify new policy approaches to be referred to the Community Advisory Committee, City leadership, Capital Metro leadership, and the Austin Transit Partnership Board for adoption.

# 7. Monitor and Report on Process, Progress, and Outcomes

The Community Advisory Committee of Austin Transit Partnership is charged with assisting the community in the design of a data dashboard for greater accountability and transparency to the community. Regular reporting on the dashboard as part of a Project Connect monitoring program is a valuable opportunity to elevate and renew the conversation among policymakers and the community about how equitably Austin is growing and demonstrate how the Contract with Voters is being kept.

Metrics that are meaningful to communities impacted by displacement and racial inequity must be prioritized. The Catalysts identified data in three categories that should be considered for use:

- Community-level indicators measuring displacement and access to opportunity
- Early warning signals of displacement and predatory real estate practices
- Performance and accountability measures for Anti-Displacement Fund

In addition, data should be presented annually on the process used to allocate awards from the Anti-Displacement Fund, including decisions made, funds spent, actions accomplished, and who benefits.

## Outline of a Monitoring Program

Interdepartmental coordination is key to measuring a structural issue like displacement. Data analysts from the cross-departmental coordination team should manage the monitoring program; compile and analyze data in partnership with community members; and present annual reports.

Presentations to Priority Population leadership, the Community Advisory Committee, Austin Transit Partnership Board, and Capital Metro and City leadership, will occur on a schedule that informs Project Connect-related deadlines and **prior to** the budgeting process to inform annual spending plan adjustments and resource needs.

Traditional data sources provide limited information. The community must have a role in identifying effective quantitative and qualitative data and analyzing the significance of findings. It requires a strong commitment to valuing the expertise of those most impacted by inequities to guide anti-displacement and transit

investments. Implementation of community-based research to capture innovative quantitative and qualitative data is required. This could include providing funding and support to enable communities to collect data that provides fuller insights into displacement of residents, businesses, and cultural institutions occurring in their communities and the response needed.

## Designing the Measures

Developing the final measures should be done with transparency and in consultation with the members of communities most impacted by displacement. What is measured gets done so measure what matters. Examples of potential indicators are shown below. The indicators selected for inclusion in the monitoring program will be based on further outreach and research.

### Community-Level Outcomes

Long-term indicators of outcomes in the community will serve as a North Star as Project Connect invests to achieve equity goals over the 13-year transit expansion. It is important to measure trends over time and geographic differences citywide to determine whether outcomes are improving for all people and places.

Indicators should be designed to meet specific purposes, namely gauging progress towards closing racial disparities. They can be substantially impacted through the inter-agency work on equitable development. Finally, they must be actionable, providing feedback that the City, Austin Transit Partnership, and Capital Metro can use to adjust policies and strategies.

Indicators should be consistent with the following best practices:

- Be based on available, reliable data that can be disaggregated by race and income
- Encompass a broadly meaningful outcome rather than an overly narrow aspect (no "small steps")
- Be compelling and easy to understand and use by those most impacted by displacement
- Have potential for measurable change within a period of time
- Have long-term relevance

Examples of community-level indicators include:

- % of households and businesses, disaggregated by race and ethnicity, that received anti-displacement funds who either remain in their neighborhoods

or return to neighborhoods from which they were displaced

- Racial/ethnic composition in the Eastern Crescent and the city as a whole
- Racial/ethnic composition of student body at each public school
- Homeownership disaggregated by race and ethnicity
- Shares of owner and renter households, by race/ethnicity, that are severely housing-cost-burdened
- Affordability and availability of rental housing by income level and number of bedrooms
- Supply of rent- and income-restricted housing units
- Homeownership rates by race and ethnicity
- Rate of poverty by race and ethnicity
- Business ownership by race and ethnicity
- Business closures or relocations by race and ethnicity
- Business longevity by race and ethnicity
- Business access to public and private financing by race and ethnicity of owner
- Jobs by sector, race, and ethnicity
- Closures or relocations of cultural anchors
- Shares of residents, by race and ethnicity, in proximity to frequent transit
- Shares of residents, by race and ethnicity, in proximity to parks and open space
- Shares of school-aged residents, by race and ethnicity, in proximity to well-resourced schools
- % of acres with multi-family dwelling zoning vs. % of acres with single-family dwelling zoning in majority BIPOC neighborhoods vs. majority white neighborhoods

**Early Warning Signals**

Short-term measures will give real-time information to react to the ever-changing real estate market and focus attention on highest needs residents and neighborhoods in the Eastern Crescent receiving Project Connect investments. Overlaying this data with historic redline maps and walksheds showing proximity to transit investments can provide context for these signals.

Early warning signals of displacement pressures provide insight into overall trends in degree of displacement pressure. Early warning signals also indicate neighborhoods where displacement risk is imminent or greatest, types of households or organizations (businesses or institutions) most at risk, and the source of harm being done, in the form of speculative real estate practices.

Example indicators for early warning signals point to speculation:

- Above-average increases in neighborhood rent or decreases in vacancy rates of older apartments compared to citywide and countywide trends
- Clustering of sales of older apartment buildings serving as a proxy for low-cost market-rate housing
- Home sales price escalation above citywide and countywide trends
- Home flipping: purchase and resale in fewer than two years, with above-average increase in value
- Building permit activity: early design guidance and construction permits with additional data on unit sizes (studios vs. 3 BR)
- Neighborhood residential and commercial real estate market forecasts or market-strength indices
- Above-average increases in neighborhood rent or decreases in vacancy rates of older commercial spaces compared to broader citywide and countywide trends
- Signals of displacement or increased risk
    - ◊ % of mortgages near or greater than the property value
    - ◊ % of properties with liens (private money lenders on a deed, second mortgages, property tax lender loans on public record, mechanic's liens)
    - ◊ % of eligible homeowners not taking property or homestead exemptions
    - ◊ Formal and informal evictions
    - ◊ Delinquent property taxes
    - ◊ Utility disconnections and payment arrangements

Signs of Displacement



## Performance and Accountability Measures

Performance and accountability measures can inform adjustments to the annual spending plan and Anti-Displacement Fund goals to correct course and build on progress. Data can also be collected to analyze how and by whom the Tool is being used, providing opportunities to strengthen the Tool's effectiveness in guiding anti-displacement investments.

- **People:**
    - ◊ % of awarded funds awarded by Priority Populations
    - ◊ # of people, businesses, and community organizations directly benefiting from Anti-Displacement Fund
- **Place:**
    - ◊ % of funds awarded by neighborhoods in the Eastern Crescent
    - ◊ % of funds awarded by displacement risk category
- **Purpose:**
    - ◊ % of funds awarded by Equity Driver
    - ◊ % of funds awarded by Priority Purpose
- **Process:**
    - ◊ % of funds invested in BIOC-led organizations, businesses, and projects
    - ◊ Demographics of who uses the Tool, including race, ethnicity, income level, and position of authority

## Accountability in Decision-Making and Implementation

It is essential that design and implementation decisions about all aspects of this project, including the Anti-Displacement Fund, are publicly tracked and reported. This project calls for governmental agencies to transform their decision-making processes in order to be fully inclusive, breaking from the habit of responding more fully to those who have power and money. This will require openness to evaluations by those most impacted, receiving criticism (or praise), admitting errors, learning, re-aligning, and improving. Decision evaluations will occur at a number of levels: the interagency partnership implementing Project Connect, individual agencies, and for decision-makers, especially elected officials,
at an individual level.

Those creating the implementation plan for the Anti-Displacement Fund must establish clear criteria and timeframes to evaluate how and to whom the funds are awarded, with the clear mandate that the funds are transferred to a BIPOC-led community-based organization in the event of repeated or egregious missteps. Similarly, agencies and individuals who repeatedly decide to not advance racial equity or to increase displacement pressures must be removed from decision-making. It is through growing a decision-making infrastructure that understands and is committed to advancing racial equity and working against displacement that this project will successfully achieve the mandate of City of Austin voters.

# Conclusion

Austin is poised for success. We have tremendous resources at our disposal, including a citywide commitment to eliminating institutional racism, community leaders committed to making real change, a workforce well-trained to understand racial inequities, a growing community development sector, a private sector well-positioned to invest in equitable outcomes, and Austinites that take pride in their values and concern for the well-being of their neighbors. All of these assets and more will be essential to making lasting change.

The vision of equitable growth without institutionalized racism and displacement is bold and the rewards for Austin are incredibly high. Should the vision be achieved, Austin will establish the national template for how to marry transit expansion and sound economic growth with equitable outcomes for all of its residents. It will be a 21st century global city unrivaled in its combination of racial equity, climate resilience, cultural diversity, and shared economic prosperity.



*Figure 22. Community power graphic (Credit: Race Forward)*

# Appendix I

## Government Causes of Inequitable Growth[30]

1.  A history of land ownership limited, for generations, to white people

2.  Land as a profit investment

3.  Government budgets rely on property taxes which are dependent on land value

4.  Tax system and government resources investing disproportionately in white homeownership

5.  A private finance system that privileges white people and rewards speculation

6.  Cities make public investments to attract wealthy residents into neighborhoods

7.  Lack of public and private investment in Black and Brown neighborhoods

8.  Public infrastructure projects and discriminatory code enforcement target displacement in Black and Brown neighborhoods

9.  Zoning protects wealth and whiteness in exclusive neighborhoods and encourages displacement in Black and Brown communities

10. Government privileges relations with developers, landowners, and the civic organizations that support them

---

[30] Race Forward

# Appendix II

## Prioritizing Anti-Displacement Funds Survey Results

Catalysts were asked how they would spend $100 on the priority purposes. The results of the survey are shown in the figure below. These survey results do not represent allocation guidelines; they serve as an example of what may be surfaced by the implementation of the tool from community members most affected by displacement or displacement risk during the process to allocate anti-displacement funds for Project Connect.



*Figure 23.* Results of Prioritizing Anti-Displacement Funds Survey

# Appendix III

## Project Connect Racial Equity Anti-Displacement Maps Data List

Link to online map

| Map Layers | Description | Source |
|---|---|---|
| **Displacement Risk** | | |
| **Project Connect Proposed Stops** | Project Connect proposed stops and stations. The exact location of these bus stops and light rail stations is subject to change | Capital Metropolitan Transportation Authority (CMTA), Project Connect System Plan, 2020 |
| **Project Connect Stops Buffers** | One quarter mile, one half mile, and one mile distance buffers around the Project Connect proposed stops and stations | City of Austin, 2021 |
| **Project Connect Routes** | Project Connect transit routes including light rail lines, commuter rail lines, and rapid bus routes | Capital Metropolitan Transportation Authority (CMTA), Project Connect System Plan, 2020 |
| **Project Connect Routes Buffers** | One quarter mile, one half mile, and one mile distance buffers around the Project Connect transit routes including light rail line, commuter rail lines, and rapid bus routes | City of Austin, 2021 |
| **Proximity to a Project Connect Station or Stop (Walkshed)** | Areas within a 5, 10, 15 and 20-minute walk time to a Project Connect proposed stop or station | City of Austin, 2021 |
| **Displacement Risk Areas within 1 mile of a Project Connect Stop** | This layer shows displacement risk areas that are within 1 mile of a Project Connect proposed stop or station | City of Austin, 2021 |
| **HOLC Investment Grade Map (1934)** | This layer is a digitized version of an original 1934 Investment Grade map produced by the Home Owners' Loan Corporation. These maps assigned neighborhoods across the country a rating to determine their lending risk and suitability for the substantial public investment and subsidies that were granted in the following decades. The grades were "A - Best," "B - Still desirable," "C - Definitely Declining," and "D - Hazardous." In Austin like many other cities across the nation, the assignment of these subjective grades were closely correlated to the location of racial concentrations. Exclusively White neighborhoods in Central and West Austin were considered "Best" and "Desirable" for investments. Predominantly Black and Latinx neighborhoods in East and South Austin were considered "Declining" and "Hazardous" for investment and thus prevented from receiving mortgages backed by the federal government. "Hazardous" areas were often targeted with polluting infrastructure. | Mapping Inequality, University of Richmond, updated 2019 |

| Map Layers | Description | Source |
|---|---|---|
| **Displacement Risk (continued)** | | |
| **Displacement Risk Areas Outline** | This layer is based off the methodology used for research at the University of Texas for the 2018 Uprooted report and mapping. The methodology includes a three-part analysis to measure neighborhood level displacement risk: the presence of vulnerable populations, housing market appreciation, and demo-graphic change. City of Austin Housing and Planning Department staff updated the data in 2019 and simplified the categories. | City of Austin, 2021 |
| **Displacement Risk Areas (2019)** | This layer is based off of the methodology used for research at the University of Texas for the 2018 Uprooted report and mapping. The methodology includes a three-part analysis to measure neighborhood level displacement risk: the presence of vulnerable populations, housing market appreciation, and demographic change. City of Austin Housing and Planning Department staff updated the data in 2019 and simplified the categories. The four displacement risk categories are as follows:- Vulnerable: Vulnerable populations present, no significant demographic change, some tracts are near high value and high appreciation areas- Active: Vulnerable populations present, active demographic change, accelerating or appreciating housing market- Chronic: Vulnerable populations have been displaced, significant demographic change has occurred, housing market is high value and appreciated- Historical Exclusion: These areas have historically excluded vulnerable populations and are not subject to gentrification and displacement in the same ways. | City of Austin, 2021 |
| **City of Austin Boundary** | City of Austin Full Purpose Jurisdiction Boundary | City of Austin, 2021 |
| **BIPOC Population Percentage (2019)** | Percentage of the population within each census tract in the Austin Metropolitan Statistical Area that is Black, Indigenous, or a Person of Color | American Community Survey, Table B03002: Hispanic or Latino Origin by Race, 2019 5-year estimates |
| **Black Population (2019)** | Population within each census tract in the Austin Metropolitan Statistical Area that is Black or African American including Hispanic and Non-Hispanic ethnicities | American Community Survey, Table B03002: Hispanic or Latino Origin by Race, 2019 5-year estimates |
| **Latinx Population (2019)** | Population within each census tract in the Austin Metropolitan Statistical Area that is ethnically Hispanic and of any race | American Community Survey, Table B03002: Hispanic or Latino Origin by Race, 2019 5-year estimates |
| **Asian Population (2019)** | Population within each census tract in the Austin Metropolitan Statistical Area that is Asian including Hispanic and Non-Hispanic ethnicities | American Community Survey, Table B03002: Hispanic or Latino Origin by Race, 2019 5-year |

| Map Layers | Description | Source |
|---|---|---|
| **Displacement Risk (continued)** | | |
| **Clusters of One, Two, and Three Star Multifamily Housing Units** | This layer shows clusters of One, Two, and Three Star Multifamily Housing Units summarized within a half mile hexagonal grid. 1, 2, and 3 star multi-family properties are rated by CoStar and are used here as a proxy for relatively affordable housing due to their older age or standard designs compared to newly constructed or luxury apartments. | CoStar Data Extract, June 2021 |
| **Average Commute Time (2019)** | This layer shows the average commute time of census tracts within the Austin Metropolitan Statistical Areas. Areas within shorter commute times can be used as a proxy for proximity to job centers. | American Community Survey, Table B08012: Travel Time to Work, 2019 5-year Estimates |
| **Ratio of BIPOC Homeowners to BIPOC Renters** | This layer shows the ratio of BIPOC homeowners to BIPOC renters by census tracts within the Austin Metropolitan Statistical Area. The color of the census tracts corresponds to whether the BIPOC population within is either majority homeowners or majority renters. | American Community Survey, Table S2502: Housing Tenure, 2019 5-year Estimates |

| Map Layers | Description | Source |
|---|---|---|
| **Access to Opportunity** | | |
| **City of Austin Assets** | This layer shows land owned or managed by the City of Austin including land owned by the Austin Housing Finance Corporation. This layer shows land that may be currently used a parks, offices, or otherwise in use in addition to undeveloped or surplus land. | City of Austin, 2021 |
| **Proximity to Healthy Food that Accepts SNAP Benefits (Walkshed; 2017)** | This layer shows areas within a 5, 10, 15, and 20-minute walk to food stores that sell fresh produce and accept SNAP benefits. This layer is based on a census of all food retail locations conducted by the City of Austin in 2017. | City of Austin, 2021 |
| **Proximity to a Vaccine Provider (Walkshed; Proxy for Healthcare Access)** | This layer shows areas within a 5, 10, 15, and 20-minute walk of a Covid-19 vaccine distribution sites as of December 2020 in Travis County, including pharmacies, private medical practices, hospitals, community health facilities, and more. This can be used as a proxy to show the areas with access to healthcare facilities. | City of Austin, 2021 |
| **Proximity to a Public Community Center** | Areas within a 5, 10, 15 and 20-minute walk to a City of Austin community recreation center. | City of Austin, 2021 |
| **Proximity to a Public Library** | Areas within a 5, 10, 15 and 20-minute walk to a City of Austin public library. | City of Austin, Communications and Technology, 2021 |
| **Closed Schools (2019)** | This layer can be viewed alongside the other layers showing public schools to denote the schools that were closed by the Austin Independent School District (AISD) for the 2019 school year. | Austin Independent School District, 2019 |

| Map Layers | Description | Source |
|---|---|---|
| **Access to Opportunity (continued)** | | |
| **All Schools** | This layer shows the location of all Texas elementary, middle, and high school campuses including public, private, and charter schools. | Texas Education Agency, 2021 |
| **Proximity to Public AISD Schools (Walkshed)** | This layer shows areas within a 5, 10, 15, and 20-minute walk to a Public School within the Austin Independent School District. | Texas Education Agency, 2021 |
| **High Injury Network (All Modes Combined)** | The High Injury Network (HIN) was developed by the Austin Transportation Department (ATD) and identifies streets in Austin with a relatively high number of serious injury and fatal crashes on all modes of transportation including driving, biking, and walking. | City of Austin, 2021 |
| **Pedestrian High Injury Network** | The Pedestrian High Injury Network identifies streets in Austin with a relatively high number of serious injury and fatal crashes involving pedestrians. | City of Austin, 2021 |

# How to Use the Project Connect Racial Equity Anti-Displacement Map

Use the legend to understand what is being displayed on the map. Use the layer list to view different information and customize the map to explore relationships between datasets. Zoom in to a particular area to see additional details and click on an area to generate a pop-up window with more information.

## Guide to the components of the map tool

### Sidebar

- The sidebar on the left side of the screen contains the map legend and the layer list.

- Use the arrows at the bottom of the sidebar to collapse or expand it. This will adjust how much space the sidebar takes up on your screen.

- To view the full sidebar again, you can either click the arrows at the bottom of the sidebar once more or select the legend or layer list icons on the sidebar.



### Legend

- The legend displays a visual key for all layers "turned on" or visible on the map.

- The legend will update as layers are turned on or off in the layer list.



**Layer List**

- The layer list displays a list of all map layers available to view.
- To view a layer, click the checkbox next to its name.
- To turn off a layer, uncheck the box next to its name.
- To view some layers, it may be helpful to turn off other layers to improve map readability. Layer information will stack on top of all other layers listed and can become confusing if too many layers are visible at once.



**Adjust Layer Transparency**

- You can adjust the opacity and transparency of a layer by clicking the three dots next to the layer name in the layer list. Once a list of options appears, select "Transparency." A slider tool will appear and allow you to adjust the layer's transparency.



**Zoom In and Out**

- Use the plus sign button to zoom in closer to the map to see more details.

- Use the minus sign button to zoom out further on the map to see a larger area.

- You can also use the scrolling wheel on a mouse to zoom in and out of the map view.

- On a device with a touch screen, you can place two fingers on the screen and pull together or push them apart to zoom in or out of the map view.



**Pan**

- To move around the map, click and drag the map to move the map view around the window.

**Pop-Up Information Window**

- Some layers have additional information available when you select a particular area on the map.

- Click on an area on the map to generate a pop-up window with information about that dataset. Click the "X" on the top right of the pop-up window to close the pop-up.

- Not all layers have pop-up windows and additional information available.



**Map Tabs**

- The tabs at the top of the tool offer two distinct map layer lists: one for Displacement Risk and the other for Access to Opportunity.

