EXHIBIT J



# I-35 CORRIDOR
## ADVISORY COMMITTEE PLAN

### AUGUST 2011





This is a dynamic document and will continue to be re-evaluated and updated by the Committee as needed. The MY 35 Plan contains the ideas and recommendations of the I-35 Advisory and Segment Committees and does not contain proposals by the Texas Department of Transportation.

Document versions released to date:
January 2011
August 2011

## Executive Summary

The Interstate 35 (I-35) Corridor Advisory Committee was formed two years ago by the Texas Transportation Commission as a way to increase citizen participation in the transportation planning process for the I-35 corridor. In addition to the Advisory Committee, which oversees the entire I-35 corridor, four I-35 Corridor Segment Committees were also formed. The four Segment Committees are divided geographically along the I-35 corridor and provide a direct, local perspective of communities' transportation needs along I-35.

The I-35 Corridor Advisory Committee represents the most robust, direct and longest running public involvement effort in the history of transportation in Texas. This concept, using citizen planning committees, is the first of its kind to be used in the nation and is hopefully the beginning of a permanent tradition.

Because I-35 is vital to the state in ensuring a smart, efficient transportation system, the Advisory Committee was tasked with identifying the transportation needs of this lifeline, then developing a plan - the MY 35 Plan - for future improvements based on local needs and public and business input.

I-35 is the hub of transportation in Texas, serving varied users daily such as commuters, freight trucks, and business travelers. The diverse users of I-35 create substantial demand, with some sections of I-35 seeing over 200,000 vehicles a day. In fact, sections of I-35 made up 11 of the 100 Most Congested Roadways in Texas for 2010. With Texas' population growing over 20 percent in the last ten years, we can expect an even greater demand on the I-35 corridor.

In developing the MY 35 Plan, the Corridor Advisory Committee knew a dynamic roadway like I-35 would require a comprehensive approach. Conditions on one section of I-35 affect other areas of I-35 and the statewide transportation system. Congested conditions result in lost work time, increased fuel costs, and reduced public health and safety. The Committee recognized that constructing only a few projects along I-35 and expecting conditions to dramatically improve was not realistic. Instead, the MY 35 Plan contains both near-term projects, to alleviate congestion today, and long-term projects, to allow I-35 to continue serving our mobility needs in the future.

The Committee recommends operational improvements that will allow for more efficient travel along I-35, such as a corridor-wide incident management system and use of technology tools that provide travelers with traffic information,

alternative routes, and other solutions. The Committee also recommends offering discounted toll fees for truck traffic to bypass metro areas, and that studies be completed on passenger rail ridership and revenue, as well as on freight origins and destinations.

In addition to these improvements, the Committee recommends near-term and long-term roadway and rail projects to further improve mobility along the I-35 corridor, including the following:

Tower 55 improvements

I-35E improvements from I-635 to Loop 12

I-35E improvements from I-20 to Hillsboro

Redesignating SH 130 from Georgetown to SH 45 SE as I-35, removing the tolls on this portion of SH 130 and widening it to six lanes. Additionally, convert one lane in each direction of the current I-35 to a dynamically priced managed-lane.

I-10 improvements from I-35 to SH 130

The Committee took a holistic approach to I-35 improvements, recommending highway and rail projects, as well as ideas to be considered for financing these projects.  These recommendations make up the MY 35 Plan – encompassing local level needs identified by all four of the Segment Committees and public and business input – a needs-based plan for the entire I-35 corridor that allows this interstate to continue meeting Texas' economic and transportation demands.

## Table of Contents

Letter from Corridor Advisory Committee Chair ...................................... 3

Message from the I-35 Corridor Advisory Committee ............................. 5

Introduction ............................................................................................ 8
    Corridor Advisory Committee Members .............................................9
    MY 35 Vision Statement ......................................................................10

The MY 35 Planning Process ...................................................................... 11
    MY 35 Goal and Strategies ....................................................................12
    Role of the Corridor Segment Committees ........................................13

Public Involvement ....................................................................................15
    Corridor Advisory Committee Public Outreach ............................... 15
        Business Listening Sessions ............................................................. 15
        Citizen Focus Groups....................................................................... 16
        University of Texas I-35 Research Survey ..................................... 16
    Corridor Segment Committee Public Outreach ............................... 17

Innovative Approaches and Rail Solutions ............................................... 19

Recommendations ......................................................................................25
    Operational Improvement Recommendations ..................................25
    Right-of-Way Recommendations..........................................................26
    Planning and Design Recommendations ............................................26
    Funding Recommendations ..................................................................27
    High Priority Study Recommendations...............................................28
    Project Recommendations ....................................................................29
        Near-Term Projects............................................................................ 29
        Rail .....................................................................................................30

Roadway .................................................................................................31

    Corridor Segment 1......................................................................31

    Corridor Segment 2......................................................................32

    Corridor Segment 3......................................................................33

    Corridor Segment 4......................................................................34

Long-Term Projects ................................................................................35

    Rail – Long-Term – Priority 1 .........................................................35

    Roadway – Long-Term – Priority 1.................................................35

        Corridor Segment 1......................................................................35

        Corridor Segment 2......................................................................35

        Corridor Segment 3......................................................................36

        Corridor Segment 4......................................................................36

    Roadway – Long-Term – Priority 2.................................................36

        Corridor Segment 1......................................................................36

        Corridor Segment 3......................................................................36

        Corridor Segment 4......................................................................36

    Roadway – Long-Term – Priority 3.................................................37

        Corridor Segment 1......................................................................37

        Corridor Segment 2......................................................................37

Projects Not Recommended by the Corridor Advisory
Committee ...........................................................................................37

Conclusion .............................................................................................38

Bibliography ...........................................................................................39

Project Information.................................................................................40

    High Priority Studies......................................................................44

    Near-Term Projects .......................................................................46

    Long-Term Projects .......................................................................96

## Letter from the Chair

This report is the culmination of an ongoing effort to examine the challenge Texas faces with respect to the most economically important but congested transportation corridor in the mid-North American Continent.

This process really started in the early nineties when local and state officials began to contemplate the anticipated surge in international commercial traffic associated with the North American Free Trade Agreement (NAFTA). This, coupled with recognized trends in population growth, threatened the viability of the existing infrastructure serving the I-35 corridor (and other key corridors). A number of grassroots efforts sprang up urging congressional action to address the problem through special funding measures. These efforts rested on two assumptions: first, since I-35 is part of the federal highway system, it was thought that the problem would appropriately be addressed through the federal government; and second, it was assumed that the scope of the challenge would require federal assistance. These efforts yielded no significant results. By the early years of this decade, it had become clear that Texas could no longer wait for federal action. Any solutions would have to be initiated by the state.



*Tim Brown, Chairman, I-35 Corridor Advisory Committee*

In 2003, a bold and innovative concept was offered to bring private capital into the mix through the use of public-private partnerships. The concept was rolled out as the Trans-Texas Corridor (TTC) initiative and was received with substantial and escalating opposition.

This impasse led to the creation of the Trans-Texas Corridor Advisory Committee, a group of individuals from across the state, representing a wide range of philosophical perspectives, tasked with taking a hard look at the TTC concept to identify strengths and weaknesses in the concept and make recommendations about where to go next. This group met regularly for two years before being disbanded and replaced by two similar committees, one tasked with focusing on the I-35 corridor, and the other on I-69. These groups were given absolute freedom to determine the direction of their courses of inquiry and, in fact, examined a wide range of possible solutions and funding mechanisms. Consensus was reached on only three points: first, that the challenge is real and demands attention; second, that complexity of the problem would require a mix of various transportation modes; and finally, that the TTC concept had been doomed from the beginning by a lack of public involvement on the front end.

This finding led to the creation of the I-35 Advisory Committee and the four Segment Committees that work under it. The idea is to provide a process that operates from the ground up. The Segment Committees were tasked with examining the corridor-related challenges from a more local perspective and offering recommendations, which have been assimilated by the Advisory Committee in this report. The range of recommendations illustrates the complexity of the problem in Texas. Even along a corridor like I-35, which functions as a single system, identified needs vary markedly from one region to the next. For instance, moving traffic through the Dallas/Fort Worth metroplex would involve several separate projects to add capacity on the existing highway, however the existing capacity of the DFW roadways would be more than adequate in other parts of the state. Connectivity and access issues are part of the solution in many areas. And perhaps most importantly, it seems clear that a new paradigm for moving heavy freight across the state is needed. Again, no single solution will suffice. Providing adequate mobility for Texas will require a blend of new infrastructure (both rail and asphalt), expansion of existing infrastructure, and the application of better management tools.

I think it is appropriate to mention the dilemma the committees faced with respect to the funding question. At various points along the way, committee discussions became bogged down over the funding questions. Was it appropriate or meaningful to discuss projects for which funding does not exist? Ultimately, it was decided that this was not the task of the committee. We have taken it as a foregone conclusion that existing funding mechanisms are not sufficient to meet the staggering needs of this fast-growing state. A major commitment to new funding will be needed. But that challenge can only be addressed by the Texas Legislature and the United States Congress.

It should be noted that throughout this entire process, starting with the TTC Advisory Committee, TxDOT staff has facilitated the process and provided technical support, but the various committees have enjoyed the freedom to set their own agendas and determine the course of their discussions. We owe a debt of gratitude to the Texas Transportation Commission and to TxDOT staff for the opportunity to work on this problem. And I want to personally thank the members of all of these committees for their time and dedication to this important task.

Tim Brown, Chairman, I-35 Advisory Committee

LETTER FROM THE CHAIR

### Message from the I-35 Corridor Advisory Committee

The Interstate 35 (I-35) Corridor Advisory Committee first met two years ago in response to a call from the Texas Transportation Commission for increased citizen participation in the transportation planning process for the I-35 corridor. ***The I-35 Corridor Advisory Committee represents the most robust, direct and longest-running public involvement effort in the history of transportation in Texas and is the first of its kind to be used in the nation.*** We hope it is the beginning of a permanent tradition. This unique committee was tasked with identifying transportation needs in the I-35 corridor because this corridor is vital to the state in ensuring a smart, efficient transportation system. ***The MY 35 plan signals a start in looking at innovative ways to move people and goods along the I-35 corridor.*** This plan includes our recommendations to the Commission and the Texas Department of Transportation (TxDOT) for projects and policies based on needs expressed at the local and regional levels of the areas and sectors we represent.



*The I-35 Corridor Advisory Committee has met periodically since 2008 to develop the MY 35 Plan.*

In presenting these projects and policies, it's important that readers also understand the context in which we make these recommendations and the urgency with which we speak. Texas, along with all other states, is facing major transportation funding challenges**. *Most experts agree that our traditional funding mechanisms - motor fuels taxes - are insufficient to meet future transportation needs,***

***even in the near-term.*** Our transportation system is aging and in need of major repair and, in some cases, replacement. At the same time, the state's population is projected to continue increasing dramatically. The population in the counties along the I-35 corridor is expected to increase from 11.3 million to 17 million between 2010 and 2040, an increase of just over 50 percent.[1] The projected funding needed to meet this future demand between 2009 and 2030, is $487 billion, yet projected revenues are only $155 billion, leaving a remaining funding challenge of $332 billion.[2] Although demand is increasing, the financial resources needed to meet that demand are shrinking.

***The need to address these issues is urgent because the stakes are high.*** If we accept these projections, we cannot expect to maintain, much less expand, our transportation system at current funding levels using current planning and design approaches. ***Because Texas is located in the heart of national and international trade routes, the state of the Texas transportation system has a direct impact on the Texas, national and international economy.*** Our roadways are the arterial system of our economy and, as such, they support our quality of life. The goods we need to support our standard of living, the amount of time we spend getting safely to and from work, the quality of the air we breathe – all depend on the quality of our transportation system. When goods don't get to market, profits are lost. When workers can't get to work because of congestion, productivity goes down and personal time is wasted. Unsafe roadways jeopardize our future as well. Even as safety conditions improve on Texas roads, more than 15,000 crashes occurred and over 80 people lost their lives on I-35 in 2009.

Many of the projects recommended in this plan were needed yesterday. Currently, an Austinite loses more than 34 hours a year to delays on congested roadways. At current transportation funding levels that number is expected to grow to 102 hours by 2030. That same Austin resident spent $820 on congestion costs in 2008 and should expect to spend as much as $2,431 in 2030 (in 2008 dollars).[3]

Our current funding system is unsustainable if Texas is to maintain a safe transportation infrastructure and be economically competitive; the time to act is

---

1    U.S. Census 2010; Texas State Data Center, *Population Projections Program*, 0.5 Migration Scenario. February 2009.

2    *Funding the Future – A Forecast of Transportation Finance,* Jointly Produced by the Texas Association of Metropolitan Planning Organizations, Texas Transportation Institute, Center for Transportation Research, and Texas Department of Transportation. July 2009.

3    Texas 2030 Committee, *Texas Transportation Needs Report, Appendix D*. February 2009.

now. Like the maintenance of our homes or our cars, the longer the maintenance of our transportation system is deferred, the more expensive the system will be to revive. Already we are seeing a slow-down in the delivery of transportation projects here in Texas. TxDOT has announced that after fiscal year 2012, it will no longer begin the development of any new projects for new roadways or lanes. This fast-approaching deadline only reinforces the need to rethink how we move goods and people throughout the state.

*We find ourselves at a pivotal moment, facing the opportunity to either fall behind other states and countries, or to be a leader in transportation and in the world economy.* This moment calls for a willingness to consider all transportation modes, not just roads. It calls for an enthusiastic embrace of technology suited to our need for sophisticated communication and statewide connectivity. This moment calls for new and innovative thinking required for a healthy, sustainable future. If no changes are made in *the way we deliver transportation in Texas, we compromise the competitiveness of our economy and the livelihoods of our citizens.*

Towards that end, *we recommend freight and passenger rail projects that will shift traffic off our roadways*. We recommend *roadway design changes that separate cars and trucks to increase safety* for all drivers and make freight delivery more efficient. We recommend *managed lanes to ease congestion and provide relief to transportation funding*. We recommend *integrated, real-time traffic information systems that alert drivers to delays and provide alternate routes* in order to relieve congestion and improve safety. We even recommend *re-designating and renaming parts of I-35 in Central Texas to divert interstate traffic away from metropolitan areas*.

Some of our recommendations may be easily implemented while others require policy changes and potential legislative action. *Many of our recommendations would involve an expansion of I-35 or existing highways in the I-35 corridor.* We urge our fellow citizens and lawmakers to act now for change.

# Introduction

I-35 serves as the major artery for the state of Texas and is used every day by freight trucks and business travelers as they move from one end of the state to another, as well as commuters in cities and suburbs to travel to work and school. The varied and dynamic users of I-35 create substantial demand on the system, so it's no surprise that sections of I-35 made up 11 out of the 100 Most Congested Roadways in Texas for 2010, as shown in the figure below. These congested conditions are only expected to worsen, as Texas' exploding population places an even greater burden on the I-35 corridor.



*In developing a plan to improve this vital lifeline through the state, the I-35 Corridor Advisory Committee knew that I-35 is a roadway that calls for a comprehensive approach, where each section affects other areas of the state.* Taking this comprehensive approach, the Corridor Advisory Committee believes it is not realistic to simply prioritize a list of projects along the I-35 corridor, construct a few top priority projects, and expect I-35 to dramatically improve.

Instead, a holistic approach to I-35 improvements is necessary. Congestion along I-35 affects other parts of the state economically with lost work time and lost fuel costs for the freight industry – costs which are ultimately passed on to the consumer. Congestion also plays a role in the public

health and quality of life enjoyed by Texans by reducing air quality, safety and limiting the amount of time Texans can spend at work, play or with their families.

The Corridor Advisory Committee believes that transportation is critically underfunded. However, *the Committee's recommendation is to consider the projects discussed in this report as an overarching plan of action to solve the entire I-35 puzzle for the health of the Texas economy, and to address safety and quality of life for current and future Texans*.

### Corridor Advisory Committee Members

The Corridor Advisory Committee is comprised of citizens who are interested in the future of the I-35 corridor. Committee membership includes business professionals, environmental planners, rail advocates, professors, local officials and residents that live and do business in the I-35 corridor. They were appointed to the committee by the Texas Transportation Commission. Since 2008, the Corridor Advisory Committee has met periodically to establish the framework for the MY 35 planning process and coordinate public involvement efforts. The Corridor Advisory Committee meetings were open to the public. Members include:

- Tim Brown – Corridor Advisory Committee Chair, Commissioner, Bell County

- Stephen Bonnette – Senior Vice-President, Pape-Dawson Engineers, Inc., San Antonio

- Maria Elena Camarillo – Director of Environmental Planning, Poznecki-Camarillo, Inc., San Antonio

- William L. Conley – Chief Executive Officer, The Bondurant Group, LLC, Fort Worth

- Sheila Cox – Retired Realtor, Former Teacher, Gainesville

- Bob Daigh – Senior Director of Infrastructure, Williamson County*

- Christina De La Cruz –Traffic Engineering and Planning Manager, City of San Antonio*

- John P. Erwin, Jr., M.D. – Mayor, City of Hillsboro

- Don Greene – Professor of Earth Sciences, Baylor University, Waco

- Tom Krampitz – Attorney, Fort Worth

Peter J. LeCody – President, Texas Rail Advocates, Dallas

Ross Milloy – President, Austin-San Antonio Corridor Council, Austin

Susan Narvaiz – Former Mayor, City of San Marcos [†]

Jeff Neal – Program Manager, North Central Texas
    Council of Governments, Dallas/Fort Worth*

Donna Parker – Senior Director, Jacobs Engineering, Dallas/Fort Worth

Grady Smithey Jr. – City Councilmember, City of Duncanville*

Chris Steuart – Vice-President, Norco Corporation, Saginaw

Lana Wolff – City Councilmember, City of Arlington

*These members also served on an I-35 Corridor Segment Committee and were appointed by their committee to represent their respective segment on the Corridor Advisory Committee during preparation of the MY 35 Plan.*

## MY 35 Vision Statement

Early in the planning process, the Corridor Advisory Committee developed an overarching vision statement for the I-35 corridor based on the guiding principles in their November 2008 *Citizens' Report*. The vision statement, as modified by the I-35 Corridor Advisory Committee, reads:

**The I-35 corridor will be an adequately funded, comprehensive multi-modal transportation system in Texas that is shaped by input from citizens, community leaders, and other stakeholders and addresses mobility needs over time, preserves and promotes economic vitality, is environmentally sensitive and safe, and supports quality of life for the citizens of Texas.**

# The MY 35 Planning Process

The MY 35 planning process was developed by the Corridor Advisory Committee in response to a charge by the Texas Transportation Commission to develop a grassroots planning process for looking at the short-term and long-term needs in the I-35 corridor. The Corridor Advisory Committee presented the MY 35 planning process to the Texas Transportation Commission in October 2009. The process incorporates a flow of communication from the ground-up through a number of public involvement activities, and also between the Corridor Advisory and I-35 Corridor Segment Committees. The intent of the MY 35 planning process is to provide a framework to collaborate with the public in identifying desired improvements along the I-35 corridor. The result of the process is a plan that reflects the interests and concerns of citizens through local and regional recommendations for meeting short- and long-term mobility needs along the I-35 corridor.

***The purpose of the solutions and projects recommended in the MY 35 Plan is to increase capacity and improve mobility in the I-35 corridor, specifically on I-35.*** The MY 35 Plan differs from Metropolitan Planning Organization (MPO) plans because it focuses specifically on the I-35 corridor from the Texas-Mexico International border to the Texas-Oklahoma state line. Several sections of the I-35 corridor lie outside of an MPO boundary. Therefore, the MY 35 Plan recommends projects within the I-35 corridor from MPO plans as well as those that are outside the MPO planning boundaries to create a unified, statewide solution.

Recommendations for regional improvements to the I-35 corridor were developed by the Corridor Segment Committees with input from the public, and then were considered by the



Citizens' Corridor Advisory Committee

**6** Prepare MY 35 Corridor Plan with Segment Committee Representation

**5** Finalize Segment Committee Recommendations

**4** Prioritize Solutions Based on Public Input

Citizens' Corridor Segment Committees

**3** Seek Public Input

**2** Evaluate Solutions and Include in Draft Segment Committee Recommendations

**1** Propose Solutions to Meet the Identified Needs

Identify Transportation Needs

Corridor Advisory Committee during preparation of the MY 35 Plan. The MY 35 Plan was prepared by the Corridor Advisory Committee and included one member appointed by each segment committee. The MY 35 Plan includes a list of projects developed from the Corridor Segment Committees' recommendations for implementation in the near-term (within five to 10 years). A list of long-term projects (to be implemented in 10 to 30 years) are also included, but the Corridor Advisory Committee does not consider these projects as urgent in relieving congestion on the I-35 corridor as those in the near-term. The Corridor Advisory Committee prioritized the long-term projects in the order in which they should be studied and recommends that studies on the long-term projects be initiated in the near-term so that these projects are ready for implementation in the future. Other recommendations regarding operational improvements, right of way, planning, design, and funding are also included in the MY 35 Plan.

In addition, the Corridor Advisory Committee recommends that its role be expanded by the Texas Transportation Commission in the future to inform and engage local and state elected officials, business groups, stakeholders and the general public regarding the MY 35 Plan and the continuing need to address critical capital needs in the I-35 corridor.

### MY 35 Goal and Strategies

Building off of their November 2008 *Citizens' Report*, the Corridor Advisory Committee identified **the main goal of the MY 35 planning effort as improving efficiency and mobility for passengers and freight throughout the I-35 corridor**, which extends from the Texas-Mexico border to the Texas-Oklahoma border.

The Corridor Advisory Committee also identified several strategies to help meet this goal which include:

> **Improve existing highway segments, where feasible,**
>
> **Continue planned expansion of I-35 and prioritize projects based on the greatest needs,**
>
> **Create new infrastructure segments where existing urban density makes expansion impractical,**
>
> **Consider rail options, such as double tracking or new alignments to move passenger and freight rail traffic, such as the Lone Star Rail Passenger and Freight Rail Relocation Project, and**

**Involve local leadership throughout the planning process and conduct outreach activities so that stakeholders can participate in the decision-making process.**

### Role of the Corridor Segment Committees

*The four Corridor Segment Committees were formed by the Texas Transportation Commission to assist the Corridor Advisory Committee in developing a plan for the I-35 corridor that reflects the local and regional interests of citizens*. This figure shows the location and boundaries of the four I-35 corridor segments. While the Corridor Segment Committees held organizational meetings in 2009, their work on MY 35 began in January 2010. The Corridor Segment Committees held monthly meetings to identify I-35 corridor needs, and to present and evaluate potential solutions. All Corridor Segment Committee meetings were open to the public. In September 2010, the Corridor Segment Committees held 20 planning workshops throughout the corridor to gather public input on their proposed solutions. The Corridor Segment Committees met in October 2010 to develop their final recommendations. *Input from the public was considered by the Corridor Segment Committees and reflected in their final recommendations to the Corridor Advisory Committee for the MY 35 Plan.*



It was not the role of the Corridor Segment Committees to consider funding while preparing their recommendations, as their efforts were focused on proposing solutions that would best meet the regional needs in the corridor. Funding for projects selected for the MY 35 Plan may be considered in future planning efforts.

The cost information included in the individual project sheets is intended to provide readers with a high-level estimate of the funding needs for each solution. When available, project costs were provided from published sources such as MPO long range plans. Other costs were developed using historic data for similar project types. It should be noted that these costs could change based upon further scope refinement,

market conditions at the time of bidding, and project-specific conditions. Additionally, the feasibility, right-of-way requirements or environmental constraints related to any of the proposed corridor solutions in the final Corridor Segment Committees' recommendations and MY 35 Plan have not been studied by the Corridor Segment or Corridor Advisory Committees.

PUBLIC INVOLVEMENT

# Public Involvement

## Corridor Advisory Committee Public Outreach

The Corridor Advisory Committee developed a public involvement plan for MY 35 in December 2009 that was presented to the Corridor Segment Committees in January 2010. The public involvement plan identified public involvement activities for both the Corridor Advisory Committee and Corridor Segment Committees. The Corridor Advisory Committee focused on a corridor-wide approach, which included business listening sessions and citizen focus groups conducted by the Texas Transportation Institute (TTI), as well as a research survey conducted by the University of Texas at Austin. Results from the business listening sessions, citizen focus groups and research survey were considered by the Corridor Advisory Committee during the development of the MY 35 Plan and were shared with the Corridor Segment Committees for consideration during development of their recommendations.

### Business Listening Sessions

As part of the Corridor Advisory Committee effort, TTI was tasked with gathering public input of current and future needs on the I-35 corridor. TTI conducted four business listening sessions on behalf of the Corridor Advisory Committee at the following locations along the I-35 corridor: Dallas/Fort Worth, Austin, San Antonio and Laredo. The listening sessions were comprised of individuals from businesses within the corridor or from businesses that regularly used I-35 for transporting their goods. Many of the representatives in the business listening sessions indicated they see increasing congestion as a serious problem that has or will impact their businesses and/or employees. There was no clear consensus on what should be done to address this problem. There was some support among the group for increased availability of alternative transportation modes, such as rail, primarily in the San Antonio area. Other issues discussed included transportation project financing, utilization of existing infrastructure, design issues on existing I-35 and facilitating trade with Mexico. There was unanimous support for ending transportation fund diversions and strong support for increasing and/or indexing the motor fuels tax to inflation. A few people mentioned that the motor fuels tax would not be sustainable in the future and that other ideas, such as vehicle miles traveled (VMT) fees, should be explored now.

**Citizen Focus Groups**

In addition to the business listening sessions, TTI conducted eight citizen focus groups as part of the Corridor Advisory Committee public outreach effort. Citizen focus group sessions were held in the following locations: Dallas, Fort Worth, Gainesville, Waxahachie, Waco/Temple/Belton, Jarrell, Austin and Laredo. The focus groups were comprised of members of the general public that were recruited from the locations listed above. Participants were recruited via flyers, past recruitment lists, online advertising, newspaper advertising and posts to Facebook groups. All participants had noticed increased traffic on I-35 over the past several years and, whether a rural or urban participant, recognized the need to proactively plan for solutions. The participants also said that Texas will continue to grow and, in order to remain economically competitive, a suitable transportation network must be provided. Most participants recognized that solutions need to be both short-term "quick fixes" and long-term. Some of the short-term solutions suggested include:

**Provide more traveler information, especially about route choices,**

**Provide more education on transportation system use,**

**Encourage flexible schedules and telecommuting,**

**Address the truck issue on I-35 (congestion/safety issue),**

**Fix roadway design problems (smooth out bumps, fix horizontal and vertical curves so that average speeds increase, take out left exits, improve short entrance and exit ramps, etc.), and**

**Begin education about transportation funding.**

Some of the long-term solutions suggested include:

**Add capacity to I-35 (widen where able, double-deck other areas), and**

**Encourage/provide alternate modes (managed lanes, passenger rail, etc.).**

**University of Texas I-35 Research Survey**

As another component of the Corridor Advisory Committee public outreach effort, the University of Texas at Austin conducted a research survey to get a sense of citizen perceptions of the I-35 corridor. The University of Texas research study was a high-level telephone survey that included cell phone users and focused on the needs

within the I-35 corridor and was conducted during the last two weeks of June 2010. Three hundred adult Texans were surveyed for each of the four segments; some of the surveys were conducted in Spanish. The response rate for the 53-question survey was 34 percent, which is slightly higher than the normal response rate. The main points that resulted from the survey are summarized below:

- **Respondents are not dissatisfied with roads, highways, or transportation options,**

- **Respondents are very dissatisfied with congestion and traffic in a few trouble spots,**

- **Respondents are open to a wide range of ideas for addressing traffic in these trouble spots, and**

- **Respondents expect traffic and transportation to get much worse in the next 10 years[4].**

## Corridor Segment Committee Public Outreach

In September 2010, the Corridor Segment Committees held 20 public planning workshops to get input from the general public on their proposed road and rail solutions for each segment of the I-35 corridor. The workshop locations are depicted in the figure. The general workshops information is presented in the table on page 18. The planning workshops were advertised at www. MY35.org, via social media sites (Facebook, Twitter), through newspaper legal notifications, press releases, flyers and in announcements on the radio throughout the I-35 corridor. The workshops provided opportunities for the public to review the Corridor Segment Committees' proposed solutions, ask questions of Committee members, and learn more about the MY 35 planning process in an open-house format. The public was invited to complete a questionnaire to give feedback on the Corridor Segment Committees' proposed roadway and rail solutions. The questionnaire and all workshop materials were also



**Public Workshop Facility Locations**
*(Corridor Segment Committees 1 - 4)*

4        Presentation by James Henson and Darren Shaw to the MY 35 Corridor Advisory Committee, October 20, 2010

available at www.MY35.org beginning on September 7, 2010. The questionnaire and other comments on the Corridor Segment Committees' recommendations were accepted online or through the mail until October 6, 2010. The Corridor Segment Committees received a total of 610 completed questionnaires during the public workshop comment period.

In addition, at the request of the Corridor Segment 1 and 2 Committees, the North Central Texas Council of Governments (NCTCOG) presented the projects proposed by the Corridor Segment 1 and 2 Committees in the Dallas/Fort Worth Metroplex at regional meetings they held on September 14, 2010 in Cedar Hill and Lewisville, and September 15, 2010 in Keller.

| Workshop Date | City | Location | Corridor Segment | Public Attendance |
|---|---|---|---|---|
| September 7, 2010 | Temple, TX | Frank W. Mayborn Civic & Convention Center | 2 | 26 |
| September 8, 2010 | Waco, TX | Waco Convention Center | 2 | 7 |
| September 9, 2010 | Addison, TX | Addison Conference Center | 1 | 3 |
| September 10, 2010 | Waxahachie, TX | Waxahachie Civic Center | 2 | 11 |
| September 13, 2010 | Denton, TX | University of North Texas | 1 | 8 |
| September 13, 2010 | Burleson, TX | Burleson Recreation Center | 2 | 5 |
| September 14, 2010 | Gainesville, TX | Gainesville Civic Center | 1 | 33 |
| September 14, 2010 | Hillsboro, TX | Outlets at Hillsboro | 2 | 11 |
| September 15, 2010 | Dallas, TX | Hilton Garden Inn Dallas Market Center | 1,2 | 13 |
| September 15, 2010 | Pearsall, TX | Pearsall High School | 4 | 14 |
| September 16, 2010 | Laredo, TX | TxDOT Laredo District | 4 | 5 |
| September 20, 2010 | Round Rock, TX | Allen R. Baca Center | 3 | 18 |
| September 20, 2010 | Fort Worth, TX | Education Service Center Region XI | 1, 2 | 10 |
| September 21, 2010 | New Braunfels, TX | New Braunfels Civic Center | 3 | 28 |
| September 22, 2010 | Austin, TX | TxDOT Austin District | 3 | 10 |
| September 23, 2010 | Manor, TX | Manor High School | 3 | 29 |
| September 23, 2010 | San Antonio, TX | VIA Metropolitan Transit | 3, 4 | 18 |
| September 27, 2010 | San Marcos, TX | San Marcos Activity Center | 3 | 40 |
| September 28, 2010 | Live Oak, TX | Live Oak Civic Center | 3, 4 | 24 |
| September 29, 2010 | Seguin, TX | Seguin-Guadalupe County Coliseum | 3, 4 | 18 |

# Innovative Approaches and Rail Solutions

Through the MY 35 planning process, the Corridor Segment and Corridor Advisory Committees quickly realized that in the long-term, managing congestion with a highways-only approach would not accommodate the growth anticipated in the I-35 corridor. Therefore, the committees explored innovative approaches and rail solutions to make the best use of the existing transportation system and to determine new methods to move people and goods.

The projects recommended in this plan are products of numerous studies conducted and reviewed over the last several decades by transportation professionals, local governments and the public at-large. One consistent result from these studies is that with significant right-of-way limitations, financial constraints and environmental effects, the sole addition of general purpose lane capacity is not and should not be the only mobility solution.

A large majority of the projects described in this report, particularly those within congested urban areas, draw from a large and ever-expanding toolkit of roadway design and operational solutions, and typically employ multiple solutions as well. Some examples include managed lanes, electronic tolling, intelligent transportation systems (ITS) and truck lane restrictions. Investigation into adding or combining other modes of transportation, such as freight rail or passenger rail, are also being considered for many corridors. However, some elements used in one location may not always be suitable or practical in another location. This is becoming increasingly clear as project stakeholders continue to expand their research into the strong and widely varied connections between transportation, land use, economic vitality, community cohesion and quality of life. Understanding and applying these connections, complex as they are, have prompted additional innovations, and the Corridor Advisory Committee greatly encourages the continued application and evolution of these ideas.

One example of such an approach recommended by the Corridor Advisory Committee is the I-35/SH 45SE/SH 130 Alternative (see full description in Project Information on Page 78). This solution would require improvements to the existing system as well as policy changes in order to move through-traffic onto SH 130 and away from the downtown Austin area, where I-35 expansion is constrained by development and historic properties. As proposed, this solution would convert one I-35 general purpose lane in each direction to a dynamically-priced managed lane, re-designate I-35 as a non-interstate facility, and, on SH 130,

remove tolls and re-designate SH 130 as I-35. The Corridor Advisory Committee recognizes the challenge and complexity of this solution. For example, many complex legal and policy changes would need to occur, the initial SH 130 project bond financing would need to be revisited, federal approval would be needed for the interstate re-designation, environmental studies may have to be completed, and public consensus would need to be achieved at several of these milestones. Despite these challenges, the Corridor Advisory Committee believes that this type of innovative solution is needed to address the transportation demand in this area of the corridor. The Corridor Advisory Committee recommends that this solution be studied immediately and implemented in the near-term to relieve congestion in this segment of the I-35 corridor through Central Texas.

The Corridor Segment and Corridor Advisory Committees recognize that for Texas to maintain its competiveness in national and world-wide markets, rail solutions are critical to move both people and goods in the I-35 corridor. As a state, we cannot talk about comprehensive transportation solutions without including rail. In the urban areas of the I-35 corridor, such as Dallas/Fort Worth, Austin and San Antonio, it is simply not possible to construct enough roadways to meet the anticipated traffic demand that will come as the state's population doubles in size over the next three decades. Increased movement of trade goods due to NAFTA, and the current improvements to the Panama Canal in particular, must be addressed if the jobs, economic development and other benefits of that trade are to continue their contribution to the state and national economies (currently about $900 billion per year, and doubling every four to five years). The Corridor Segment and Corridor Advisory Committees believe that both freight and passenger rail will play a critical role in sustaining economic growth, easing congestion (or at least giving travelers an alternative to it), reducing air pollution, increasing energy efficiencies and improving the quality of life for all Texans.

Moreover, the general public agrees. Surveys done on behalf of the committees found that 75 percent of citizens polled said they were in favor of using existing taxes to fund intercity passenger rail and when asked if 'additional resources' should be used for rail, 78 percent said yes. Further, while most passenger travel within the range of 250 to 300 miles is currently served by private passenger vehicles, buses and airlines, the percentage of travelers of all those who travel by air on many short-haul air routes has dropped significantly since the 1990's. Among

the reasons for this reduction could be higher fares, increased airport security hassles, new technology for video meetings - even as the total number of passengers boarding U.S. airlines has increased.

According to U.S. Bureau of Transportation Statistics data:

> In 1990, people flying on short-haul routes, 400 miles or less, made up nearly 34 percent of domestic passengers on U.S. airlines. By 2009, the percentage had dropped to 26.6 percent.

> Southwest Airlines, a popular low-cost carrier based in Texas, saw its short-haul percentage decline from nearly 59 percent of its passengers in 1990 to just under 35 percent by 2009.

> The average Southwest passenger in 1990 traveled 482 miles each way. In 2009, that average trip lengthened to 727 miles, a 51 percent increase.[5]

The Committee also believes as traffic congestion and fuel prices increase, more Texans will turn to passenger rail as a cost-effective, time-saving, energy-saving solution, and the state of Texas is strongly encouraged to begin laying the groundwork – that is, the financial and planning infrastructure, to support that transition. The importance of inter-agency, inter-regional coordination and public-private partnerships in such an effort cannot be understated. Just as different roadways provide various levels of functionality and are integrated and interconnected within a larger thoroughfare system, the success of passenger rail will be driven by its ability to provide accessible, efficient, and seamless links across all service areas and service types. In the Dallas-Fort Worth region, for example, links have been established to ensure smooth service transitions between the area's three transit providers: Dallas Area Rapid Transit (DART), the Fort Worth Transportation Authority (FWTA), and the Denton County Transportation Authority (DCTA). The April 2011 approval of a Memorandum of Understanding (MOU) between the Regional Transportation Council (RTC) of North Central Texas and the Lone Star Rail District of the Austin-San Antonio region creates additional linkages and coordination, enabling the cooperative development of future large-scale passenger rail projects that will have both local and statewide effects on congestion reduction, economic development and quality of life.

---

5    *Air Carrier Statistics Database, T-100 Domestic Market Table*, U.S. Department of Transportation, Research and Innovative Technology Administration, Bureau of Transportation Statistics, Office of Airline Information. 1990-2009.

In addition to requirements for cooperation and coordination among transit service providers, regional and intercity passenger rail service solutions are also dependent upon forming agreements with the freight railroads that own the existing lines and right of way. Texas railroads have capacity limits, with mostly single track lines and passing sidings to allow for train movement.

The public and private sectors would both benefit from increased capacity of rail lines. An increase in capacity would result in improved service that would keep long-haul freight rail service fluid, a benefit for Texas shippers and businesses. While we realize that the "final miles" of freight delivery are almost always accomplished by trucking, and some categories and origin/destination segments are not viable by rail, moving even a portion of the long-haul freight from road to rail would offer a degree of congestion relief, ease roadway wear and tear, offer lower emissions for better air quality and be a more efficient transportation mode.

The public benefits of rail improvements include re-routing existing freight rail traffic outside of major cities and moving hazardous cargo outside of populated areas. Development of regional and intercity passenger rail service allows Texans a transportation choice. Benefits are similar to those specified above.

TxDOT, through their recently created Rail Division, has already completed a statewide rail plan for the state's freight and passenger rail systems. The plan includes a short-term program which identifies further freight studies in various regions of the state, as well as the prioritization and study of existing and potential passenger rail corridors. A number of passenger and freight rail improvement programs that parallel the I-35 corridor are already in levels of progress, while others have been proposed for future study and development:

> The Rail Relocation and Improvement Fund (RRIF) was approved by Texas citizens in 2005. One of the proposed projects would result in moving long-distance freight trains out of the congested Austin-San Antonio corridor via a bypass and allow for the development of regional passenger rail service. The RRIF has not yet been funded by the Texas Legislature.

> A $5.6 million dollar USDOT planning grant has been awarded to complete a service development plan for passenger rail service between Oklahoma City and South Texas.

INNOVATIVE APPROACHES AND RAIL SOLUTIONS

TxDOT will conduct a statewide Passenger Rail Ridership Forecasting Model Project, scheduled to begin in late 2011. One of the areas of study will include travel dynamics between the Dallas-Fort Worth area and the Austin-San Antonio region.

Improvements to freight rail traffic flow at Fort Worth's Tower 55, one of the most congested rail crossings in the country, have received environmental clearance and are under final review. The state was approved for a $34 million TIGER II grant in October 2010 for this project.

A USDOT grant has been awarded to increase speeds on the daily Heartland Flyer passenger rail service line between Fort Worth and Oklahoma City. This project would decrease travel time between the Red River and Fort Worth, making it an even more viable transportation option on I-35. This service has seen strong ridership growth.

The Rail Division is applying for federal funding to improve grade crossing safety in corridors such as the federally designated passenger rail corridor between Fort Worth and San Antonio.

The committee urges TxDOT to diligently complete these studies and projects so that the state can be in a position to pursue additional funding opportunities, under various federal or state programs to implement intercity passenger rail service. Leveraging matching federal-state funding opportunities, as is now accomplished with highways, would further the efforts to facilitate the implementation of intercity passenger rail service on the I-35 corridor.

Moreover, the Committee believes TxDOT and the Texas Legislature should increase the overall resources made available to the TxDOT Rail Division and develop a sustainable long-term funding strategy for freight and passenger rail improvements, including funding for the RRIF.

The Committee believes that the fastest approach to developing passenger rail service in the corridor would be a strategy that includes a public-private partnership with the existing freight railroads, and improving and using existing railroad right of way to increase the frequency of train service. By improving existing freight rail corridors, goods can be moved more efficiently and with greater safety and speed, thus drawing more long-haul freight movements off of trucks on the highways and onto freight trains.

Relocating long-distance freight trains off existing freight rail lines and around metropolitan areas, where feasible, can create added capacity for passenger trains between urban areas. It would also result in moving long-distance hazardous cargo around, rather than through, metropolitan areas. This approach leverages existing rights of way versus having to condemn vast amounts of new property for dedicated passenger rail lines (with attendant more complicated environmental clearances). Using existing right of way can result in establishing passenger rail service in a shorter time frame; however, any changes to existing rail lines will still require environmental scrutiny, can result in track and signal upgrades and potential changes in track geometry to accommodate higher speeds, and will require close cooperation with existing freight railroads for deliveries to local customers. The cost of relocating and operating long-distance rail freight traffic out of metropolitan areas will be determined through public-private partnerships and the future benefits derived by each stakeholder. Rail Relocation will also provide badly needed NAFTA rail capacity along a federally-recognized 'nationally significant trade corridor' (I-35) versus no new added freight rail capacity.

A rail corridor study from Oklahoma to South Texas now underway by the TxDOT Rail Division will determine best practices for developing intercity passenger rail service. The study includes analyses of ridership, speed of service, frequency of service, connectivity with local and regional transportation modes, equipment requirements, infrastructure needs, and other factors. Three levels of passenger rail service, under recent federal criteria, will be examined:

   Core Express Corridor: Up to 500 miles of rail serving major population centers, with frequent electrified express service, dedicated tracks, and speeds from 125-250 miles per hour

   Regional Corridors: 100-500 miles of rail serving mid-sized urban areas and small communities, with frequent non-express service, dedicated and shared tracks and speeds from 90-125 miles per hour

   Emerging Corridors/Feeder Routes: 100-500 miles of rail serving moderate population centers and smaller more distant areas, with shared tracks and speeds up to 90 miles per hour

Lastly, the Committee believes that the Texas Legislature and the TxDOT should work to create a level playing field for financing transportation modes. For example, there is currently no system in place to fund rail projects. We recommend that the

# Recommendations

legislature develop mechanisms to fund rail and other modes to maximize the overall effectiveness of the state's transportation system.

The Corridor Advisory Committee spent the month of November 2010 reviewing the Corridor Segment Committees' recommendations. The Corridor Advisory Committee, along with one member appointed by each Corridor Segment Committee, met on December 1, 2010 to develop the final list of recommendations for the MY 35 Plan. At this meeting, the Corridor Advisory Committee considered the recommendations from the four Corridor Segment Committees which included operational, right of way, planning, design, funding and study recommendations, as well as a list of recommended near-term (five to 10 years) roadway and rail projects. A Preliminary Draft of the MY 35 Plan was officially released in January 2011 and presented to the Texas Transportation Commission as a dynamic document that would continue to change with further review of the Committee. The Corridor Advisory Committee met again on April 25, 2011 and June 15, 2011 to refine and finalize the recommendations to be included in the updated MY 35 Plan. The Corridor Advisory Committee also included a list of long-term (10 or more years) solutions in the MY 35 Plan. The final MY 35 recommendations are listed below.

### Operational Improvement Recommendations

The Corridor Advisory Committee recommends the following operational improvements as part of the MY 35 Plan:

Use and improve upon technology, such as electronic signs, use of AM and FM radio frequencies, smart phone applications, and on-board vehicle communications systems to provide updated traffic information, alternate routes and other traffic management solutions to travelers on I-35.

Develop and implement a corridor-wide incident and traffic management program from Gainesville to Laredo (i.e., a comprehensive communications, technology and coordination program for the entire I-35 corridor to improve safety and traffic conditions within and between metropolitan areas). Such a program should consider innovative incident management methods to improve accident and disabled vehicle response times. In addition, corridor-wide incident management will also improve overall mobility, reduce congestion, improve air quality and enhance the economic vitality of I-35.

Incentivize the use of SH 130 for all truck trips that are not destined for the cities between Georgetown and Seguin (i.e. encourage trucks to use SH 130 to travel around the congested areas by providing discounted toll fees).

Impose left lane restrictions for trucks through downtown areas and congested sections of I-35 in those portions of the corridor that currently have 6 or more lanes.

Offer new managed lanes (e.g., truck only, transit only, High-Occupancy Vehicle, High-Occupancy Toll, toll, congestion-priced toll or some combination of these) to manage congestion.

Explore ramp modifications in congested areas to improve safety, decrease weaving, and provide congestion management and emergency access.

## Right-of-Way Recommendations

The Corridor Advisory Committee recommends the following right-of-way solutions as part of the MY 35 Plan:

Maximize utilizations of existing rights of way, and keep improvements near I-35, where feasible.

Consider common rights of way for rail and highway/multi-modal alignments, where feasible.

Minimize displacements of business/industry and impacts to farmland through project engineering and design.

Consider acquiring right of way for future expansion, where feasible.

## Planning and Design Recommendations

The Corridor Advisory Committee recommends the following planning and design recommendations as part of the MY 35 Plan:

Consider double-tracking rail lines to accommodate more freight and intercity passenger rail, where feasible.

Coordinate transportation planning with other state, local and regional infrastructure and land use planning.

Construct continuous frontage roads in the urban areas where gaps currently exist as a standard practice on all future I-35 improvements.

Implement one-way frontage road design to improve traffic movement, safety and access.

Prioritize new projects based on congestion relief, safety considerations and operational efficiencies in the most congested areas of I-35 by utilizing a "worst first" criteria in determination of the priority status of projects.

Determine any appropriate improvements to nearby highways/roads that could be used to minimize traffic congestion delays in the proposed project construction zones following the prioritization of new projects, (e.g. use of continuous frontage roads, nearby highways and Farm-to-Market roads, and/or streets).

**Funding Recommendations**

The Corridor Advisory Committee recognizes the critical link between the viability of our transportation systems and the vitality of the state's economy. Compounded by projected population growth, it is imperative that transportation be a priority for Texas, as demonstrated in the *2030 Committee: Texas Transportation Needs Report.* The Corridor Advisory Committee recommends that the legislature undertake a focused study of the status of transportation funding for all modes, with the goal of developing an integrated transportation policy for the State with adequate dedicated funding for needed system improvements. This study should include an examination of alternative funding mechanisms to supplement and/or replace those currently in place, including the potential future expansion of funding options recently addressed by the 82nd Texas Legislature.  Potential alternative funding mechanisms to be considered include, but are not limited to the following:

Reallocating current non-transportation state revenues

Adjusting the motor fuel tax

Indexing the motor fuel tax

Adjusting the vehicle registration fee

Dedicating 100 percent of existing transportation funding sources

Reinstating comprehensive development agreement (CDA) authority for local regions

Providing options for counties to access revenues from local mobility improvement fees, vehicle registration fees and motor fuel tax

Expanding options for local governments to pursue Transportation Reinvestment Zones (TRZs)

Providing a dedicated source of revenue for freight and passenger rail improvements in accordance with the 2005 voter-passed constitutional amendment creating the Texas Rail Relocation Fund, which remains unfunded

Utilizing an Intercity Passenger Rail User Fee similar to the current passenger facility charge (PFC) levied on air travel passengers

Study alternative mechanisms to supplement and/or replace the motor fuels tax (such as VMT, carbon-based fuel taxes, alternative means of collection by vehicle type, etc.).

Other existing funding sources already in use should be examined to optimize their contribution to needed revenues. Good examples of these include those that are in place relating to the Cotton Belt Rail Innovative Funding Initiative. These elements may create additional revenue for rail projects, but they may also generate funds for specific roadway projects as well. These include:

Land Development Value Capture

Public/Private Joint Development Ventures

Improvement District Tax Revenue Sharing (TIF, PID, MMD, etc.)

Expansion of Loan/Grant Opportunities (TIFIA, RIF, etc.)

Non-transportation Corridor Access Concessions (fiber optics, etc.)

Whatever revenue source is adopted should not be contingent on mode and should focus on maximizing effectiveness across all modes as a key consideration.

### High Priority Study Recommendations

The Corridor Advisory Committee recommends the following two high priority studies in the MY 35 Plan:

Passenger Rail Ridership and Revenue Study[6]

Freight Origin and Destination Study

---

6    The Committee notes that the Lone Star Rail Project (Austin – San Antonio) has already completed ridership and revenue studies and we recommend implementation of this project.

# Project Recommendations

### Near-Term Projects

***The Corridor Advisory Committee recommends 25 near-term projects in the MY 35 Plan.*** The near-term is defined as construction of these projects beginning within five to 10 years. The projects are prioritized within each corridor segment. Three are rail and 22 are roadway projects. ***Studies have been conducted and funding already identified for some of the projects recommended as near-term***. Although some of these projects are under way, they are included in the MY 35 Plan to show the Corridor Advisory Committee's support for continued funding and implementation of these projects. Also, some of these near-term projects have been identified as comprehensive development agreement (CDA) projects.

### Rail

The Corridor Advisory Committee identified three near-term rail projects: Tower 55 improvements; the Cotton Belt Rail Line; and Lone Star Rail Project and Freight Rail Relocation. These three projects are shown on the map below.



## Roadway

The Corridor Advisory Committee identified 22 near-term roadway projects as part of the MY 35 Plan. The projects are prioritized within each corridor segment.

## Corridor Segment 1

The Corridor Advisory Committee identified six near-term roadway projects in corridor segment 1. These six projects are listed in order of priority and shown on the map below.

1   I-35E from I-635 to Loop 12

2   I-35W – North Tarrant Express

3   I-35E from US 380 to I-635

4   Project Pegasus and Trinity Parkway

5   I-35E from Loop 12 to SH 183

6   Outer Loop – I-35 to SH 121



## Corridor Segment 2

The Corridor Advisory Committee identified seven near-term roadway projects in corridor segment 2. These seven projects are listed in order of priority and shown on the map below.

1   I-35E from I-20 to Hillsboro

2   I-35 Interchange Improvements

3   I-35W from I-30 to Hillsboro

4   I-35/US 67 Southern Gateway Project

5   Loop 12/Spur 408/I-20 Bypass

6   Outer Loop from I-20 (E) to SH 121 Chisholm Trail Parkway (W); Includes Loop 9

7   SH 360 Extension from I-30 to US 67



PROJECT RECOMMENDATIONS

**Corridor Segment 3**

The Corridor Advisory Committee identified four near-term roadway projects in corridor segment 3. These four projects are listed in order of priority and shown on the map below.

1   I-35/SH 45SE/SH 130 Alternative

2   I-35/Loop 1604 and I-35/I-410 Interchange Improvements

3   Loop 1604 Improvements

4   US 183 Improvements from US 290 East to SH 71



**Corridor Segment 4**

The Corridor Advisory Committee identified five near-term roadway projects in corridor segment 4. These five projects are listed in priority order and shown on the map below.

1   I-10 Improvements

2   Loop 20 Improvements

3   I-35 from the Atascosa County Line to Loop 20

4   I-410 Improvements

5   Loop 1604 Improvements



PROJECT RECOMMENDATIONS

**Long-Term Projects**

The Corridor Advisory Committee recommends 22 long-term projects in the MY 35 Plan. Long-term is defined as the construction of these projects beginning in 10 or more years. The projects are prioritized within each corridor segment. Two are rail and 20 are roadway projects.

Although the Corridor Advisory Committee recommends the projects listed below as long-term projects, some may need to be studied sooner so that they are ready to implement in the recommended time frame. Depending on the type of project and stage of development, the projects may require feasibility studies, traffic and revenue studies, planning studies, or National Environmental Policy Act (NEPA) documents. Therefore, the Corridor Advisory Committee has prioritized the long-term projects as priority one, two and three by corridor segment to indicate the order in which these projects should be studied. Priority one projects would be studied first, priority two projects studied second and priority three projects last.

**Rail – Long-Term – Priority 1**

The Corridor Advisory Committee recommends the two long-term rail projects as priority one projects.

> Passenger Rail between Laredo and Dallas/Fort Worth
>
> Improved Freight Rail between Laredo and Dallas/Fort Worth

**Roadway – Long-Term – Priority 1**

The Corridor Advisory Committee recommends 12 of the long-term roadway projects as priority one projects. The priority one roadway projects are listed by corridor segment below.

Corridor Segment 1

> I-35 from Denton to the Cooke County Line
>
> I-35W from I-35/I-35E to SH 114

Corridor Segment 2

> I-35 from Hillsboro to Williamson/Bell County Line (widening beyond six lanes)
>
> US 67 Gateway Horizon

Outer Loop from Southwest Parkway (East) to I-20 (West)

Loop 363 around Temple

<u>Corridor Segment 3</u>

I-35 Improvements from Williamson/Bell County Line to I-10

I-35 Managed Lane from SH 45SE to I-10

US 183 Improvements from SH 71 to SH 45SE

SH 21/SH 80/New Braunfels Connectors from I-35 to SH 130

<u>Corridor Segment 4</u>

I-35 Improvements from US 90 to the Atascosa County Line

I-35 Improvements from Shiloh Drive to Loop 20

### Roadway – Long-term - Priority 2

The Corridor Advisory Committee recommends four of the long-term roadway projects as priority two projects. The priority two roadway projects are listed by corridor segment below. No priority two projects were recommended in corridor segment 2.

<u>Corridor Segment 1</u>

I-35 in Cooke County

<u>Corridor Segment 3</u>

New Braunfels Outer Loop

San Marcos Outer Loop

<u>Corridor Segment 4</u>

Laredo Outer Loop

**Roadway – Long-term - Priority 3**

The Corridor Advisory Committee recommends four of the long-term roadway projects as priority three projects. The priority three roadway projects are listed by corridor segment below. No priority three projects were recommended in corridor segments 3 and 4.

Corridor Segment 1

> Outer Loop East SH 121 to I-20 and Outer Loop West I-35 to I-20

Corridor Segment 2

> SH 360 Extension from US 67 to Hillsboro
>
> SH 34 Improvements
>
> Waco Western Bypass

**Projects Not Recommended by the Corridor Advisory Committee**

Five important regional projects were identified by the Corridor Segment Committees but the Corridor Advisory Committee did not include these in the MY 35 Plan because improvements to these facilities did not affect traffic on I-35. These projects include:

Corridor Segment 1

> US 75 Improvements

Corridor Segment 2

> US 77 Improvements
>
> SH 6 Improvements

Corridor Segment 3

> Passenger Rail from Austin to Elgin

Corridor Segment 4

> US 83 Improvements
>
> US 90 Improvements

## Conclusion

In order for Texas to remain globally competitive and to maintain the high quality of life Texans have come to expect, transportation challenges in the I-35 corridor desperately need to be addressed. The MY 35 Plan is the start of that process. This comprehensive corridor plan uses a holistic approach to address the growing transportation demands on the I-35 system. Recommendations from the Corridor Advisory Committee reflect the concerns and interests of Texans as supported by the public planning workshops, business listening sessions, citizen's focus groups and the University of Texas research survey.

Of course, none of the projects or studies discussed in this plan can be implemented without sufficient funding. Texas' traditional funding mechanism, the motor fuels tax, is insufficient to meet future transportation needs and even to maintain the existing system. This is further complicated by limited project delivery options currently available. Further, the Rail Relocation Fund created in 2005 has yet to be funded. The Corridor Advisory Committee strongly recommends that the Texas Legislature look to traditional, new and innovative methods, such as those suggested in this report, to sufficiently fund transportation. Because transportation is critical to the growth and prosperity of the state of Texas, we as citizens, are urging our state's leadership to give our transportation infrastructure the priority it deserves so Texans will continue to be economically competitive and enjoy a high quality of life for generations to come.

# Bibliography

*Funding the Future – A Forecast of Transportation Finance*, Jointly Produced by the Texas Association of Metropolitan Planning Organizations, Texas Transportation Institute, Center for Transportation Research, and Texas Department of Transportation. July 2009.

*Texas Transportation Needs Report, Appendix D.,* Texas 2030 Committee. February 2009.

*Population Projections Program*, Texas State Data Center, 0.5 Migration Scenario. February 2009.

*Air Carrier Statistics Database, T-100 Domestic Market Table*, U.S. Department of Transportation, Research and Innovative Technology Administration, Bureau of Transportation Statistics, Office of Airline Information. 1990-2009.

## Project Information
## High Priority
## Studies

Passenger Rail Ridership and Revenue Study .................................. 44

Freight Origin and Destination Study from Laredo to
    Dallas/Fort Worth .......................................................................... 45

## Project Information
## Near-Term Projects

### Rail

Tower 55 Improvements ................................................................ 46

Cotton Belt Rail Line .................................................................... 48

Lone Star Rail Project and Freight Rail Relocation ................ 50

### Roadway

#### Segment 1

First Priority - I-35E from I-635 to Loop 12.............................. 52

Second Priority - I-35W – North Tarrant Express .................. 54

Third Priority - I-35E from US 380 to I-635 ............................ 56

Fourth Priority - I-35E Project Pegasus and Trinity Parkway 58

Fifth Priority - I-35E from Loop 12 to SH 183 ........................ 60

Sixth Priority - Outer Loop - I-35 to SH 121............................ 62

#### Segment 2

First Priority - I-35E from I-20 to Hillsboro............................. 64

Second Priority - I-35 Interchange Improvements ................. 66

Third Priority - I-35W from I-30 to Hillsboro ......................... 68

Fourth Priority - I-35/US 67 Southern Gateway Project ....... 70

Fifth Priority - Loop 12/Spur 408/I-20 Bypass ........................ 72

Sixth Priority - Outer Loop from I-20 (E) to SH 121
    Chisholm Trail Parkway (W); Includes Loop 9 ................ 74

Seventh Priority - SH 360 Extension from I-30 to US 67 ...... 76

#### Segment 3

First Priority - I-35/SH 45SE/SH 130 Alternative .................. 78

Second Priority - I-35/Loop 1604 and I-35/I-410
    Interchange Improvements .................................................... 80

Third Priority - Loop 1604 Improvements ................................ 82

Fourth Priority - US 183 Improvements from US 290 E
    to SH 71 ...................................................................................... 84

**Segment 4**

First Priority - I-10 Improvements ............................................. 86
Second Priority - Loop 20 Improvements ................................. 88
Third Priority - I-35 from the Atascosa County Line to
    Loop 20 ..................................................................... 90
Fourth Priority - I-410 Improvements ....................................... 92
Fifth Priority - Loop 1604 Improvements ................................. 94

**Project Information
Long-Term Projects**

**Rail - Priority One**

Passenger Rail Between Laredo and Dallas/Fort Worth ........ 96
Improved Freight Rail Between Laredo and
    Dallas/Fort Worth .................................................... 97

**Roadway - Priority One**

**Segment 1**

I-35 from Denton to the Cooke County Line ........................... 98
I-35W from I-35/I-35E to SH 114 ............................................. 99

**Segment 2**

I-35 from Hillsboro to the Bell County Line .......................... 100
US 67 Gateway Horizon ............................................................ 101
Outer Loop from Chisholm Trail Parkway to I-20 (W) ........ 102
Loop 363 around Temple ........................................................... 103

**Segment 3**

I-35 Improvements from the Williamson/Bell County Line
    to I-10 ..................................................................... 104
I-35 Managed Lane from SH 45SE to I-10 .............................. 105
US 183 Improvements from SH 71 to SH 45SE .................... 106
SH 21/SH 80/New Braunfels Connectors from
    I-35 to SH 130 ....................................................... 107

**Segment 4**

I-35 Improvements from US 90 to the Atascosa County
    Line .......................................................................... 108
I-35 Improvements from Shiloh Drive to Loop 20 .............. 109