# Project Information
# Long-Term Projects
**continued**

**Roadway - Priority Two**

**Segment 1**
I-35 in Cooke County ...................................................................110

**Segment 3**
New Braunfels Outer Loop ..........................................................111
San Marcos Outer Loop ...............................................................112

**Segment 4**
Laredo Outer Loop .......................................................................113

**Roadway - Priority Three**

**Segment 1**
Outer Loop East SH 121 to I-20 and Outer Loop West
    I-35 to I-20 ...............................................................................114

**Segment 2**
SH 360 Extension from US 67 to Hillsboro............................115
SH 34 Improvements ...................................................................116
Waco Western Bypass ..................................................................117



**High Priority Studies**

# Passenger Rail Ridership and Revenue Study

Throughout the course of their deliberations, several of the Interstate 35 (I-35) Corridor Segment Committees were interested in passenger rail transport, specifically regional and intercity rail options, as an innovative way to alleviate congestion in the I-35 corridor. However, many of the Segment Committees noted that additional studies would need to be completed in order to determine the projected ridership, financial implications, route alignment, train speeds, service frequency and rail technology before more specific discussions on implementing rail in the I-35 corridor could take place.

These studies may be facilitated through the April 2011 approval of a Memorandum of Understanding (MOU) between the Regional Transportation Council (RTC) of North Central Texas and the Lone Star Rail District of the Austin-San Antonio region. Additional agreements may be necessary to ensure appropriate inter-agency and inter-regional planning, coordination, and funding for such large-scale studies.

The I-35 Corridor Advisory Committee recommends that a passenger rail ridership and revenue study be initiated as a high-priority study. This study will explore the opportunities and limitations for implementing regional and/or intercity rail service in the I-35 corridor. This study should also explore the market for implementing passenger rail in the I-35 corridor and provide decision-makers with enough information to justify capital expenditures. TxDOT recently received $5.6 million in federal High-Speed and Intercity Passenger Rail planning funds to conduct a feasibility study of passenger rail service from Oklahoma City to the Dallas/Fort Worth Metroplex, with a possible extension through San Antonio to South Texas.

# Freight Origin and Destination Study from Laredo to Dallas/Fort Worth

As a result of the international trade originating at the Texas-Mexico border, the I-35 Corridor Advisory Committee has growing concerns about the effects of freight transportation on the I-35 corridor. The I-35 Corridor Advisory Committee recommends that a freight origin and destination study be initiated as a high-priority study for the entire I-35 corridor, from Laredo to Dallas/Fort Worth. Such a study is needed to better understand freight movement within the I-35 corridor and to determine what improvements need to be made to the freight system to accommodate the growing movement of goods within the I-35 corridor.

This study may be facilitated through the April 2011 approval of a Memorandum of Understanding (MOU) between the Regional Transportation Council (RTC) of North Central Texas and the Lone Star Rail District of the Austin-San Antonio region. Additional agreements may be necessary to ensure appropriate inter-agency and inter-regional planning, coordination, and funding for a study of such magnitude.

**Near-Term Projects: Rail**

# Tower 55 Improvements



*I-35 Corridor Segment 1 includes the region from the Oklahoma-Texas border to I-30 between Dallas and Fort Worth and I-20 west of Fort Worth and east of Dallas. The I-35 Corridor Segment 2 boundary includes the region from I-30/I-20 to the Bell/Williamson County line in Central Texas.*

### Existing Facility

Tower 55 is located beneath the interchange of Interstate 35 West (I-35W) and Interstate-30 (I-30). It is currently one of the busiest at-grade rail intersections in the United States, with movements in excess of 100 trains per day. The rail congestion at Tower 55 adversely impacts freight and passenger rail movements throughout Texas and the southern portion of the United States, with delays stretching up to several hundred miles away from the intersection.

### Project Proposed by the I-35 Corridor Advisory Committee

The I-35 Corridor Advisory Committee recommends improvements to the Tower 55 intersection as a near-term rail project, consistent with the *Tower 55 Rail Reliever Study and Environmental Assessment (EA)* being prepared by the North Central Texas Council of Governments (NCTCOG).  Burlington Northern Santa Fe (BNSF) Railway, Union Pacific (UP) Railroad, TxDOT, and the City of Fort Worth recently agreed on a series of improvements to increase capacity at Tower 55. In addition, the state was approved for a $34 million TIGER II grant in October 2010 for improvements to this intersection.

### Conceptual Project Cost Estimate

The package of short-term improvements identified by BNSF Railway, UP Railroad and the City of Fort Worth has an estimated cost of $94 million. The two remaining long-term improvement alternatives each have an estimated cost of $800 million.



**Near-Term Projects: Rail**

# Cotton Belt Rail Line



*I-35 Corridor Segment 1 includes the region from the Oklahoma-Texas border to I-30 between Dallas and Fort Worth and I-20 west of Fort Worth and east of Dallas.*

### Existing Facility

The Cotton Belt Corridor is a proposed east-west rail corridor passing through portions of Collin, Dallas, and Tarrant Counties in North Central Texas. Dallas Area Rapid Transit (DART) acquired 52 miles of this corridor in 1990 for the purpose of right-of-way preservation for future transportation use.

### Project Proposed by the I-35 Corridor Advisory Committee

The I-35 Corridor Advisory Committee recommends the Cotton Belt Rail Project as a near-term rail project. The Cotton Belt Rail Project, as described in the NCTCOG *Mobility 2035 Plan,* includes construction of the North Crosstown Route from the Dallas-Fort Worth International (DFW) Airport A/B Terminal (western terminus) to the Dallas Area Rapid Transit (DART) Red Line light-rail corridor in Plano/Richardson (eastern terminus), as well as the Fort Worth Transportation Authority's (FWTA) TEXRail Project from DFW Airport (eastern terminus) to Sycamore School Road in southwest Fort Worth (western terminus).  This major rail project would provide cross-connections to/from the DART Green, Orange, and Red Line light-rail corridors, the Denton County Transportation Authority (DCTA) A-train, and also be the foundation for development of other planned regional passenger rail corridors throughout the Dallas-Fort Worth Metropolitan Area.

### Conceptual Project Cost Estimate

According to the NCTCOG's *Mobility 2035 Plan,* the project is estimated to cost $1.9 billion.



**Near-Term Projects: Rail**

# Lone Star Rail Project and Freight Rail Relocation



*I-35 Corridor Segment 3 includes the region from the Bell/Williamson County line to I-10 in San Antonio. I-35 Corridor Segment 4 includes the region from I-10 in San Antonio to the Texas-Mexico border.*

### Project Proposed by the I-35 Corridor Advisory Committee

The I-35 Corridor Advisory Committee recommends the Lone Star Rail Project between Austin and San Antonio as a near-term rail project. The Lone Star Rail passenger rail project is a key initiative in Central and South Texas to help alleviate the congestion and safety problems on I-35 due to extraordinary population growth and increased North American Free Trade Agreement (NAFTA) traffic. The locally preferred alternative–adopted in 2005 by the Rail District Board as well as the Austin and San Antonio Metropolitan Planning Organizations (MPOs)–is a 112-mile regional passenger rail system located in the existing Union Pacific rail corridor for most of its length. Fifteen stations are planned along the route, which is anchored by the Austin and San Antonio metropolitan areas with additional stations in Schertz, New Braunfels, San Marcos, Kyle/Buda, Round Rock, and Georgetown.

A component of this project is the relocation of Union Pacific's through-freight into a new corridor which would speed NAFTA goods to their commercial destinations in a safer, more energy-efficient manner and encourage diversion of freight loads currently moving by truck on I-35 to rail, thus helping to improve operations and reduce maintenance costs on the Interstate.

Lone Star Rail has already completed preliminary engineering, feasibility, and ridership studies. In January 2010, Lone Star Rail initiated the environmental clearance process on the passenger rail project. A significant public outreach effort will be part of this phase. Key outcomes will be updated project costs, final station locations, and a financial plan. The environmental process will take 2 to 3 years to complete.

### Conceptual Project Cost Estimate

According to the Lone Star Rail District, the estimated cost for the Lone Star Rail passenger component is $600 to $800 million depending upon the train speed at the time of deployment. The cost for the Freight Rail Relocation component is estimated at $1.5 to $1.7 billion.



**Near-Term Projects: Roadway – Segment 1 – First Priority**

# I-35E from I-635 to Loop 12



*I-35 Corridor Segment 1 includes the region from the Oklahoma-Texas border to I-30 between Dallas and Fort Worth and I-20 west of Fort Worth and east of Dallas.*

### Existing Facility

The existing Interstate 35 East (I-35E) facility is ten lanes from Interstate 635 (I-635) to State Highway Loop 12 (Loop 12).

### Project Proposed by the I-35 Corridor Advisory Committee

The I-35 Corridor Advisory Committee recommends improvements to I-35E from I-635 to Loop 12 as the first priority near-term roadway project in Segment 1. I-35E from I-635 to Loop 12, as described in the NCTCOG *Mobility 2035 Plan*, consists of reconstruction for this section to ten general purpose lanes with six concurrent managed lanes, as well as new continuous frontage roads.

### Conceptual Project Cost Estimate

According to the NCTCOG *Mobility 2035 Plan,* the project is estimated to cost $473.9 million, including right of way, in year of expenditure dollars. On September 4, 2009, TxDOT officials executed a comprehensive development agreement (CDA) with the LBJ Infrastructure Group to design, construct, finance, operate and maintain the 13-mile LBJ-635 corridor in Dallas County.



**Near-Term Projects: Roadway – Segment 1 – Second Priority**

# I-35W - North Tarrant Express



*I-35 Corridor Segment 1 includes the region from the Oklahoma-Texas border to I-30 between Dallas and Fort Worth and I-20 west of Fort Worth and east of Dallas.*

### Existing Facility

The existing I-35W facility is four lanes from State Highway (SH) 114 to U.S. Highway (US) 81/US 287, six lanes from US 81/US 287 to Basswood Boulevard, four lanes from Basswood Boulevard to SH 183, six lanes from SH 183 to SH 121, and eight lanes from SH 121 to I-30. The existing Interstate 820 (I-820) facility is four lanes from I-35W to SH 121/SH 183/SH 26, eight lanes from SH 121/SH 183 to SH 121/SH 10, and four lanes from SH 121/SH 10 to Randol Mill Road. The existing SH 121 facility is six lanes from I-820 to Minnis Road, six lanes from I-820 to SH 183, and four lanes from SH 183 to Farm to Market Road (FM) 157/Mid-Cities Boulevard. The existing SH 183 facility is six lanes from SH 121 to SH 161.

### Project Proposed by the I-35 Corridor Advisory Committee

The I-35 Corridor Advisory Committee recommends the North Tarrant Express (NTE) project as the second priority near-term roadway project in Segment 1. NTE, as described in the NCTCOG *Mobility 2035 Plan,* includes the following improvements to I-35W, I-820, SH 121 and SH 183:

**A. I-35W:** widen I-35W from SH 114 to US 81/US 287 to six general purpose lanes and four concurrent managed lanes; widen I-35W from US 81/US 287 to Basswood Blvd. to eight general purpose lanes and four concurrent managed lanes; widen I-35W from Basswood Blvd. to I-820 to eight general purpose lanes and six concurrent managed lanes; widen I-35W from I-820 to SH 183 to eight general purpose lanes and four concurrent managed lanes; and widen I-35W from SH 183 to SH 121/I-30 to eight general purpose lanes, four concurrent managed lanes, and four/eight collector-distributor lanes.

**B. I-820:** widen I-820 from I-35W to SH 121/SH 183/SH 26 to six general purpose lanes and four concurrent managed lanes; widen I-820 from SH 121/SH 183 to SH 121/SH 10 to ten general purpose lanes and one concurrent managed lane; and widen I-820 from SH 121/SH 10 to Randol Mill Rd. to eight general purpose lanes.

**C. SH 121:** widen SH 121 from I-820 to Minnis Rd. to eight general purpose lanes and one concurrent managed lane; widen SH 121 from FM 157/Mid-Cities Blvd. to SH 183 to six general purpose lanes; and widen SH 121 from SH 183 to I-820 to six general purpose lanes and six concurrent managed lanes.

**D. SH 183:** widen SH 183 from SH 121 to SH 360 to six general purpose lanes and six concurrent managed lanes; and widen SH 183 from SH 360 to SH 161 to eight general purpose lanes and six concurrent managed lanes, with four collector-distributor lanes from SH 360 to International Parkway.

### Conceptual Project Cost Estimate

According to the NCTCOG *Mobility 2035 Plan,* the project is estimated to cost $3.9 billion, including right of way, in year of expenditure dollars. On June 23, 2009, TxDOT awarded two CDAs for planning and construction, finance, operation and maintenance of the NTE project to NTE Mobility Partners.



**Near-Term Projects: Roadway – Segment 1 – Third Priority**

# I-35E from US 380 to I-635



*I-35 Corridor Segment 1 includes the region from the Oklahoma-Texas border to I-30 between Dallas and Fort Worth and I-20 west of Fort Worth and east of Dallas.*

### Existing Facility

The existing I-35E facility is four lanes from US 380 to Corinth Parkway, six lanes from Corinth Parkway to SH 121, and six lanes with two high-occupancy vehicle (HOV) lanes from SH 121 to I-635.

### Project Proposed by the I-35 Corridor Advisory Committee

The I-35 Corridor Advisory Committee recommends improvements to I-35E from US 380 to I-635 as the third priority near-term roadway project in Segment 1. I-35E from US 380 to I-635, as described in the NCTCOG *Mobility 2035 Plan,* includes widening I-35E from US 380 to I-35E/I-35W to ten general purpose lanes with four concurrent managed lanes; widening I-35E from I-35/I-35W to US 377 to six general purpose lanes with two concurrent managed lanes; widening I-35E from US 377 to US 77 South to eight general purpose lanes with two concurrent managed lanes; widening I-35E from US 77 South to SH 121 to eight general purpose lanes with four concurrent managed lanes; widening I-35E from SH 121 to the President George Bush Turnpike (PGBT) to six general purpose lanes with six/eight managed collector distributor lanes and four concurrent managed lanes; and, widening I-35E from the PGBT to I-635 to eight general purpose lanes with four concurrent managed lanes. The total project length is approximately 29 miles (individual segments of large projects such as I-35E are typically implemented in phases based on need and priority).

### Conceptual Project Cost Estimate

According to the NCTCOG *Mobility 2035 Plan,* the project is estimated to cost $4.6 billion, including right of way, in year of expenditure dollars.



**Near-Term Projects: Roadway – Segment 1 – Fourth Priority**

# I-35E - Project Pegasus and Trinity Parkway



*I-35 Corridor Segment 1 includes the region from the Oklahoma-Texas border to I-30 between Dallas and Fort Worth and I-20 west of Fort Worth and east of Dallas.*

### Existing Facility

Project Pegasus involves improvements to I-30 and I-35E. The existing I-30 facility is six lanes with four collector-distributor lanes from I-35E to I-45. The existing I-35E facility is ten lanes from SH 183 to I-30, and eight lanes from I-30 to 8th Street. The Trinity Parkway is a proposed six-lane controlled-access toll road corridor to be constructed inside the east levee of the Trinity River between the SH 183/I-35E interchange and I-45.

### Project Proposed by the I-35 Corridor Advisory Committee

The I-35 Corridor Advisory Committee recommends Project Pegasus (I-30/I-35E) and Trinity Parkway as the fourth priority near-term roadway project in Segment 1.

**A & B.** Project Pegasus, as originally approved by the Federal Highway Administration (FHWA) in 2005, recommended full reconstruction with extra capacity for the I-35 corridor from SH 183 to 8th Street, as well as the I-30 corridor from Sylvan Avenue to I-45 adjacent to the Dallas Central Business District (CBD). However, due to tightening financial constraints and efforts to meet critical needs for other radial and circumferential roadways in the Dallas-Fort Worth region, several portions of this project were deferred from NCTCOG's *Mobility 2035 Plan*. Nevertheless, funding remains identified for improvements to the most severe bottleneck within the project, the I-30/I-35E Mixmaster interchange, and replacement of the I-30 and I-35E bridges across the Trinity River. Combined together, these elements form a new project coined as the I-30/I-35E Horseshoe. As described in the *Mobility 2035 Plan*, the I-30/I-35 Horseshoe will widen I-35E from Woodall Rodgers Freeway to I-30 to ten general purpose lanes, plus two reversible managed lanes and four/six collector-distributor lanes; widen I-35E from I-30 to Colorado Boulevard to six/ten general purpose lanes, plus two reversible managed lanes and ten collector-distributor lanes; and, widen I-35E from Colorado Boulevard to 8th Street to ten general purpose lanes, plus two reversible managed lanes. I-30 from Sylvan Avenue to I-35E will be widened to ten general purpose lanes, plus one reversible managed lane and new frontage roads across the Trinity River to/from Riverfront Boulevard. The I-35E improvements are approximately four miles in length, and the I-30 improvements are approximately one mile in length. The I-30/I-35E Horseshoe is shown as "A" on the project map, while the deferred portion of the project is shown as "B."

**C.** The Trinity Parkway Project, as described in NCTCOG's *Mobility 2035 Plan*, includes constructing the Trinity Parkway from I-35E to I-45/US 175 as six toll lanes, including a new interchange at SH 183/I-35E; and constructing the Trinity Parkway from I-45/US 175 to US 175/SH 310 to six lanes (non-tolled), including a new interchange at US 175 near I-45. The Trinity Parkway Project is approximately nine miles in length.

### Conceptual Project Cost Estimate

According to the NCTCOG's *Mobility 2035 Plan,* the portion of Project Pegasus identified as the I-30/I-35E Horseshoe is estimated to cost approximately $944.5 million, and the Trinity Parkway is estimated to cost $1.8 billion, including right of way, in year of expenditure dollars. The deferred portions of Project Pegasus remain significant transportation needs for the Dallas-Fort Worth region, and efforts to secure funding for those sections in future metropolitan transportation plans will be a chief priority (subject to evaluation among all planned regional projects).



**Near-Term Projects: Roadway – Segment 1 – Fifth Priority**

# I-35E from Loop 12 to SH 183



*I-35 Corridor Segment 1 includes the region from the Oklahoma-Texas border to I-30 between Dallas and Fort Worth and I-20 west of Fort Worth and east of Dallas.*

### Existing Facility

The existing I-35E facility is six lanes from Loop 12 to SH 183.

### Project Proposed by the I-35 Corridor Advisory Committee

The I-35 Corridor Advisory Committee (CAC) recommends improvements to I-35E from Loop 12 to SH 183 as the fifth priority near-term roadway project in Segment 1. Originally approved by the Federal Highway Administration in 2005, this project includes widening I-35E from Loop 12 to Regal Row to eight lanes, and widening I-35E from Regal Row to SH 183 to ten lanes. The project length is approximately three miles.

Due to tightening financial constraints and efforts to meet critical needs for other radial and circumferential roadways throughout the Dallas-Fort Worth region, this project was deferred from NCTCOG's *Mobility 2035 Plan*. However, local governments and the I-35 Corridor Segment Committee recognize that this segment will become a critical future bottleneck between two major toll road/managed lane projects: LBJ Express (which includes I-35E from I-635 to Loop 12, a first priority near-term roadway project by the I-35 CAC) and the Trinity Parkway (a fourth priority near-term roadway project by the I-35 CAC).

### Conceptual Project Cost Estimate

Since this project was deferred by NCTCOG's *Mobility 2035 Plan*, the latest year of expenditure cost estimates identified for this project was $455.6 million by the previous long-range transportation plan in 2009 (*Mobility 2030 Plan – 2009 Amendment*). Despite its deferral, this project remains a significant transportation need for the Dallas-Fort Worth region, and efforts to secure funding in future transportation plans will be a chief priority (subject to evaluation among all planned regional projects).



**Near-Term Projects: Roadway – Segment 1 – Sixth Priority**

# Outer Loop - I-35 to SH 121



*I-35 Corridor Segment 1 includes the region from the Oklahoma-Texas border to I-30 between Dallas and Fort Worth and I-20 west of Fort Worth and east of Dallas.*

### Project Proposed by the I-35 Corridor Advisory Committee

The I-35 Corridor Advisory Committee recommends the Dallas/Fort Worth (DFW) Regional Outer Loop section between I-35 and SH 121 as the sixth priority near-term roadway project in Segment 1. This project involves the construction of six tolled lanes from I-35 to SH 121.

The Regional Outer Loop is identified as a series of separate limited-access facilities with independent utility that could form a system to facilitate circumferential travel around the Dallas-Fort Worth (DFW) Metroplex. The entire DFW Regional Outer Loop system, as described in NCTCOG's *Mobility 2030 Plan – 2009 Amendment*, included improvements to existing I-35, I-35W, SH 170, SH 360, and new-location roadways in the eastern and western portions of the Metroplex, as well as the proposed Loop 9 Southeast Project.* The I-35 Corridor Advisory Committee (CAC) selected all of these improvements, with the exception of incorporating a section of existing US 67 as an alternative for the southwest portion of the Regional Outer Loop.

As envisioned by the Committee and the *Mobility 2030 Plan – 2009 Amendmen*t, the Regional Outer Loop would provide a bypass route of the DFW Metroplex urban core and enable a greater distribution of traffic around congested radial facilities such as I-35E and I-35W. However, tightening financial constraints and concurrent efforts to meet other critical needs in the region caused substantial portions of the corridor to be deferred from NCTCOG's current long-range transportation plan (*Mobility 2035 Plan*). Nevertheless, funding remains identified for two segments where the corridor traverses through high-growth areas around the Metroplex: Loop 9 Southeast (in southern Dallas, northern Ellis, and extreme western Kaufman Counties) and the Collin County portion of the Regional Outer Loop from the proposed Dallas North Tollway extension to SH 121. The I-35 CAC recommends that the extension of the northern Regional Outer Loop segment to I-35 in Denton County is a suitable sixth-priority near-term project because of its potential to alleviate future congestion and redistribute traffic around some of the fastest growing cities in both Texas and the nation. With the ultimate construction of six tolled lanes and discontinuous frontage roads, this project will constitute

the 'backbone' of the future Regional Outer Loop around the northern portions of the Metroplex.

### Conceptual Project Cost Estimate

According to NCTCOG's *Mobility 2035 Plan*, the Regional Outer Loop section in Collin County from SH 121 to the proposed Dallas North Tollway extension is estimated to cost approximately $1.5 billion, including right of way, in year of expenditure dollars. Updated year of expenditure cost estimates for the Regional Outer Loop extending west to I-35 in Denton County were not generated since the section was deferred. NCTCOG's previous metropolitan transportation plan, *Mobility 2030 Plan – 2009 Amendment*, projected that all components of the DFW Regional Outer Loop system are estimated to cost $21.9 billion, including right of way, in year of expenditure costs.

*See NCTCOG *Mobility 2030 Plan – 2009 Amendment* for full Outer Loop system description and detailed limits of proposed improvements.



**Near-Term Projects: Roadway – Segment 2 – First Priority**

# I-35E from I-20 to Hillsboro



*I-35 Corridor Segment 2 includes the region from I-30 between Dallas and Fort Worth and I-20 west of Fort Worth and east of Dallas to the Bell/Williamson County line in Central Texas.*

### Existing Facility

The existing I-35E facility is four lanes from Hillsboro to approximately ten miles south of I-20, where it transitions to six and then eight lanes.

### Project Proposed by the I-35 Corridor Advisory Committee

The I-35 Corridor Advisory Committee recommends improvements to I-35E from I-20 to Hillsboro as the first priority near-term roadway project in Segment 2. This project would widen I-35E from I-20 to US 287 to eight lanes, a distance of approximately 24 miles, and widen I-35E from US 287 to the merge of I-35E and I-35W at Hillsboro to six lanes, a distance of approximately 37 miles.

### Conceptual Project Cost Estimate

The estimated cost for the conceptual project is between $1.2 billion and $1.75 billion, including design and construction. This cost, in 2010 dollars, does not include the purchase of right of way. The estimated project costs could increase due to right-of-way purchases and potential impacts to properties.



**Near-Term Projects: Roadway – Segment 2 – Second Priority**

# I-35 Interchange Improvements



*I-35 Corridor Segment 2 includes the region from I-30 between Dallas and Fort Worth and I-20 west of Fort Worth and east of Dallas to the Bell/Williamson County line in Central Texas.*

### Project Proposed by the I-35 Corridor Advisory Committee

The I-35 Corridor Advisory Committee recommends several interchange improvements as the second priority near-term roadway project in Segment 2. These improvements would upgrade the following locations to fully-directional interchanges:

**A.** I-35E and US 287 (Waxhachie)

**B.** I-35W and US 67 (Alvarado)

**C.** US 67 and US 287 (Midlothian)

**D.** An interchange study at the I-35E/I-35W split interchange in Hillsboro

**E.** State Highway Loop 340 (Loop 340) north and south connections with I-35 in Waco

**F.** State Highway Loop 363 (Loop 363) north and south connections with I-35 in Temple

Roadway sections adjacent to these interchanges will also be improved as appropriate to alleviate potential upstream/downstream bottlenecks prior to implementation of large-scale reconstruction efforts.

### Conceptual Project Cost Estimate

The estimated cost for the conceptual interchange improvements is between $1.45 billion and $2.1 billion, including design and construction. This cost, in 2010 dollars, does not include the purchase of right of way. The estimated project costs could increase due to right-of-way purchases and potential impacts to properties.