

**Near-Term Projects: Roadway – Segment 2 – Third Priority**

# I-35W from I-30 to Hillsboro



*I-35 Corridor Segment 2 includes the region from I-30 between Dallas and Fort Worth and I-20 west of Fort Worth and east of Dallas to the Bell/Williamson County line in Central Texas.*

### Existing Facility

The existing I-35W facility is four lanes from Hillsboro to SH 174 and six to eight lanes from SH 174 to I-30.

### Project Proposed by the I-35 Corridor Advisory Committee

The I-35 Corridor Advisory Committee recommends improvements to I-35W from I-30 to Hillsboro as the third priority near-term roadway project in Segment 2. This project includes widening I-35W for approximately 13 miles from I-30 to SH 174 to eight general purpose lanes and four managed lanes for a total of 12 lanes, widening I-35W for approximately 11 miles from SH 174 to US 67 to eight general purpose lanes, and widening I-35W from US 67 to Hillsboro to six lanes for a distance of approximately 27 miles.

### Conceptual Project Cost Estimate

The estimated cost for the conceptual project is between $2.15 billion and $3.05 billion, including design and construction. This cost, in 2010 dollars, does not include the purchase of right of way. The estimated project costs could increase due to right-of-way purchases and potential impacts to properties.



**Near-Term Projects: Roadway – Segment 2 - Fourth Priority**

# I-35/US 67 Southern Gateway Project



*I-35 Corridor Segment 2 includes the region from I-30 between Dallas and Fort Worth and I-20 west of Fort Worth and east of Dallas to the Bell/Williamson County line in Central Texas.*

### Existing Facility

The existing I-35E facility has eight general purpose lanes and one HOV lane from 8th Street to US 67 and six lanes from US 67 to I-20. The existing US 67 facility has four general purpose lanes and two HOV lanes from I-35E to I-20, and four lanes from I-20 to FM 1382.

### Project Proposed by the I-35 Corridor Advisory Committee

The I-35 Corridor Advisory Committee recommends the Southern Gateway project as the fourth priority near-term project in Segment 2. The Southern Gateway project, as approved by the Federal Highway Administration (FHWA) in 2006, includes I-35E reconstruction from 8th Street to US 67 to accommodate ten general purpose lanes (plus auxiliary lanes) and two reversible managed lanes; reconstruction of I-35E from US 67 to I-20 to provide six general purpose lanes (plus auxiliary lanes) and one reversible managed lane; reconstruction of US 67 from I-35E to I-20 to accommodate six general purpose lanes (plus auxiliary lanes) and two reversible managed lanes; and, reconstruction of US 67 from I-20 to FM 1382 to provide six general purpose lanes (plus auxiliary lanes) and one reversible managed lane. The proposed I-35E improvements are approximately eight miles in length, and the proposed US 67 improvements are approximately ten miles in length.

Due to tightening financial constraints and efforts to meet other critical needs in the region, the I-35E portion of the Southern Gateway project from US 67 to I-20 was deferred from NCTCOG's *Mobility 2035 Plan*. However, local governments and the I-35 Corridor Advisory Committee recognize that the segment will become a critical future bottleneck once major improvements to the north and south are completed. Efforts to secure funding for that segment in future metropolitan transportation plans will be a chief priority (subject to evaluation among all planned regional projects).

### Conceptual Project Cost Estimate

According to the *Mobility 2035 Plan,* the combined total cost of the northern I-35E segment and the entire US 67 segment of the Southern Gateway

project is estimated to be $1.4 billion, including right of way, in year of expenditure dollars. An updated year of expenditure cost estimate for the southern I-35E segment (US 67 to I-20) was not generated since that portion of the project was deferred.



**Near-Term Projects: Roadway – Segment 2 – Fifth Priority**

# Loop 12/Spur 408/I-20 Bypass



*I-35 Corridor Segment 2 includes the region from I-30 between Dallas and Fort Worth and I-20 west of Fort Worth and east of Dallas to the Bell/Williamson County line in Central Texas.*

### Existing Facility

The existing Loop 12 facility is eight lanes from Spur 408 to SH 356 and six lanes from SH 356 to I-35E. The existing Spur 408 facility is six lanes from Loop 12 to I-20. The existing I-20 facility is eight lanes from Spur 408 to I-35E.

### Project Proposed by the I-35 Corridor Advisory Committee

The I-35 Corridor Advisory Committee recommends the Loop 12/Spur 408/I-20 bypass project as the fifth priority near-term roadway project in Segment 2. This project would widen Loop 12 from I-35E to Spur 408 to eight general purpose lanes plus two reversible managed lanes for a total of ten lanes at a distance of approximately 11 miles; widen Spur 408 from Loop 12 to I-20 to eight lanes at a distance of approximately four miles; and, widen I-20 from Spur 408 to I-35E to ten lanes at a distance of approximately eight miles. This bypass option would provide an alternative to the proposed Trinity Parkway project. The Committee also supports constructing continuous frontage roads along I-20 as part of this project.

Improvements to Loop 12 (originally approved by the Federal Highway Administration in 2002) and I-20 have been incorporated into previous metropolitan transportation plans. However, due to tightening financial constraints and efforts to meet other critical needs in the region, these projects (with the exception of continuous I-20 frontage roads) were deferred from the NCTCOG's *Mobility 2035 Plan*. Nevertheless, these critical improvements remain the fifth Segment 2 priority of the I-35 Corridor Advisory Committee

### Conceptual Project Cost Estimate

Since this project was deferred by the *Mobility 2035 Plan*, updated year of expenditure cost estimates have not been identified. However, NCTCOG and the I-35 Corridor Advisory Committee concur that a substantial need for improvements in these corridors will remain, and efforts to secure funding in future metropolitan transportation plans will be a chief priority. In the interim, funding has been identified through NCTCOG's Regional Bottleneck Program to address two key bottlenecks on Loop 12

in the cities Dallas and Irving: between I-35E and SH 183, and between
SH 183 and Shady Grove Road. This will enable Loop 12 to carry four
continuous general purpose lanes in each direction between I-35E and
Spur 408 without significant reconstruction.



**Near-Term Projects: Roadway – Segment 2 – Sixth Priority**

# Outer Loop from I-20 (E) to SH 121 Chisholm Trail (W); Includes Loop 9



*I-35 Corridor Segment 2 includes the region from I-30 between Dallas and Fort Worth and I-20 west of Fort Worth and east of Dallas to the Bell/ Williamson County line in Central Texas.*

### Project Proposed by the I-35 Corridor Advisory Committee

The DFW Regional Outer Loop concept is discussed in detail on page 62.

As mentioned in that discussion, tightening financial constraints and concurrent efforts to meet other critical needs in the region caused substantial portions of the Regional Outer Loop to be deferred from NCTCOG's current long-range transportation plan (*Mobility 2035 Plan*). Nevertheless, funding remains identified for two segments where the corridor traverses through high-growth areas around the Metroplex: Loop 9 Southeast (in southern Dallas, northern Ellis, and extreme western Kaufman Counties) and the Collin County portion of the Regional Outer Loop from the proposed Dallas North Tollway extension to SH 121. The I-35 CAC recommends that the Loop 9 Southeast Project (six tolled lanes and discontinuous frontage roads from I-20 to US 287) and the conversion of US 67 to a four/six-lane non-tolled limited access facility be carried forward as the sixth-priority near-term roadway project. Together, these facilities will constitute the 'backbone' of the future Regional Outer Loop around the southern portion of the Metroplex.

### Conceptual Project Cost Estimate

According to NCTCOG's *Mobility 2035 Plan*, the Loop 9 Southeast Project is estimated to cost approximately $5.8 billion, including right of way, in year of expenditure dollars. Funding also remains programmed for conversion of the US 67 Cleburne Bypass to a four-lane limited access facility, estimated to cost approximately $78.1 million, including right-of-way, in year of expenditure dollars. Updated year of expenditure cost estimates for the US 67 portion of the Regional Outer Loop between Loop 9 in Midlothian and the eastern end of the US 67 Cleburne Bypass were not generated since the section was deferred. NCTCOG's previous metropolitan transportation plan, Mobility 2030 Plan – 2009 Amendment, projected that all components of the DFW Regional Outer Loop system would cost $21.9 billion, including right of way, in year of expenditure costs.

*See NCTCOG *Mobility 2030 Plan – 2009 Amendment* for full Outer Loop system description and detailed limits of improvements.



**Near-Term Projects: Roadway – Segment 2 – Seventh Priority**

# SH 360 Extension from I-30 to US 67



*I-35 Corridor Segment 2 includes the region from I-30 between Dallas and Fort Worth and I-20 west of Fort Worth and east of Dallas to the Bell/Williamson County line in Central Texas.*

### Existing Facility

The existing SH 360 facility is six general purpose lanes (with discontinuous frontage roads) between I-30 and I-20, four general purpose lanes (with continuous frontage roads) from I-20 to Sublett/Camp Wisdom Road, four frontage road lanes from Sublett/Camp Wisdom Road to Heritage Parkway, and two frontage road lanes from Heritage Parkway to US 287.

### Project Proposed by the I-35 Corridor Advisory Committee

The I-35 Corridor Advisory Committee (CAC) recommends improvements to SH 360 south of I-30 as the seventh-priority near-term project for Segment 2. According to NCTCOG's *Mobility 2035 Plan*, this project would reconstruct SH 360 from I-30 to I-20 to accommodate eight general purpose lanes (plus auxiliary lanes) and continuous frontage roads. It would also build the long-awaited fully directional interchange between SH 360 and I-30, eliminating the obsolete 1950's-style "trumpet" interchange from when I-30 was originally built as the Dallas-Fort Worth Turnpike. Further south, the project would construct SH 360 as a six/eight-lane controlled access toll facility (plus auxiliary lanes) with continuous frontage roads from I-20 to US 287, including a 4-lane tolled collector-distributor facility that would provide direct connections to/from SH 161 (President George Bush Turnpike – Western Extension). From US 287 to US 67, the project would construct a six-lane controlled access toll facility (plus auxiliary lanes) with continuous frontage roads on new location. Improvements to the SH 360 corridor extend approximately 16 miles. Combined with future construction of the Regional Outer Loop (including the Loop 9 Southeast Project), improvements to SH 360 corridor would provide congestion relief to I-35E and I-35W segments in Dallas and Fort Worth, respectively, and enable alternative traffic routes to/from growing cities in the heart of the Dallas-Fort Worth (DFW) Metroplex and DFW International Airport.

### Conceptual Project Cost Estimate

According to NCTCOG's *Mobility 2035 Plan*, the SH 360 project from I-30 to US 67 (including the SH 161/SH 360 Toll Connector) is estimated to cost $1.2 billion, including right of way, in year of expenditure dollars.



**Near-Term Projects: Roadway – Segment 3 – First Priority**

# I-35/SH 45SE/SH 130 Alternative



*I-35 Corridor Segment 3 includes the region from the Bell/Williamson County line to I-10 in San Antonio.*

### Existing Facility

The existing I-35 facility from US 195 north of Georgetown to State Highway 45 Southeast (SH 45SE) northeast of Buda varies from six to eight lanes. The existing SH 130 facility from I-35 to SH 45SE in Mustang Ridge is four tolled lanes, and an extension of the four tolled lanes is planned from Mustang Ridge to I-10 northeast of Seguin. The existing SH 45SE facility from I-35 to SH 130 is also four tolled lanes.

### Project Proposed by the I-35 Corridor Advisory Committee

The I-35 Corridor Advisory Committee's recommendation involves the following actions:

**A.** Converting one general purpose lane on I-35 in each direction to a dynamically-priced managed lane while maintaining two non-tolled lanes in each direction from US 195 to SH 45SE, and re-designating the existing I-35 facility from an interstate to a non-interstate facility

**B.** Removing the tolls on SH 130 from US 195 north of Georgetown to SH 45SE in Mustang Ridge, and re-designating this portion of SH 130 as I-35

**C.** Removing the tolls on SH 45SE from Mustang Ridge northeast of Buda to I-35, and re-designating this roadway as I-35

Other actions related to this recommendation include Federal, State, and Local government approval; public consent; revisiting the initial Central Texas Turnpike System bonding that included SH 130; environmental study; and Federal Highway Administration approval of Interstate TxDOTre-designation.

### Conceptual Cost Estimate

Because of the complexity of this solution, additional studies would be required to develop a cost estimate.



**Near-Term Projects: Roadway – Segment 3 – Second Priority**

# I-35/Loop 1604 and I-35/I-410 Interchange Improvements



*I-35 Corridor Segment 3 includes the region from the Bell/Williamson County line to I-10 in San Antonio.*

### Existing Facility

The existing I-35 interchanges at Interstate 410 (I-410) and Loop 1604 are on the north side of San Antonio.

### Project Proposed by the I-35 Corridor Advisory Committee

The I-35 Corridor Advisory Committee recommends improving the two north/northeastern San Antonio I-35/I-410 interchanges and the I-35/Loop 1604 interchange in north San Antonio as the second priority near-term roadway project in Segment 3.

### Conceptual Project Cost Estimate

The estimated cost for the conceptual projects is between $600 million and $900 million, including design and construction. This cost, in 2010 dollars, does not include the purchase of right of way. The estimated project costs could increase due to right-of-way purchases and potential impacts to properties.



**Near-Term Projects: Roadway – Segment 3 – Third Priority**

# Loop 1604 Improvements



*I-35 Corridor Segment 3 includes the region from the Bell/Williamson County line to I-10 in San Antonio.*

### Existing Facility

The existing Loop 1604 facility from I-35 Northeast in Live Oak to Interstate 10 East (I-10 E) south of Converse varies from two to four lanes.

### Project Proposed by the I-35 Corridor Advisory Committee

The I-35 Corridor Advisory Committee recommends upgrading Loop 1604 S to a six-lane controlled access facility from I-35 NE in Live Oak to I-10 E south of Converse, for a distance of approximately eight miles as the third priority near-term roadway project in Segment 3.

### Conceptual Project Cost Estimate

The estimated cost for the conceptual project is between $300 million and $400 million, including design and construction. This cost, in 2010 dollars, does not include the purchase of right of way. The estimated project costs could increase due to right-of-way purchases and potential impacts to properties.



**Near-Term Projects: Roadway – Segment 3 – Fourth Priority**

# US 183 Improvements from US 290 E to SH 71



*I-35 Corridor Segment 3 includes the region from the Bell/Williamson County line to I-10 in San Antonio.*

### Existing Facility

The existing US 183 facility from US 290 E northeast of downtown Austin to SH 71 southeast of downtown Austin is four lanes.

### Project Proposed by the I-35 Corridor Advisory Committee

The I-35 Corridor Advisory Committee recommends upgrading US 183 to a four-lane, full freeway from US 290 northeast of downtown Austin to SH 71 southeast of downtown Austin for a distance of approximately eight miles as the fourth priority near-term roadway project in Segment 3. A portion of the project area exists as a four-lane controlled access facility reducing the project area to a distance of approximately seven miles.

### Conceptual Project Cost Estimate

The estimated cost for the conceptual project is between $200 million and $300 million, including design and construction. This cost, in 2010 dollars, does not include the purchase of right of way. The estimated project costs could increase due to right-of-way purchases and potential impacts to properties.



**Near-Term Projects: Roadway – Segment 4 – First Priority**

# I-10 Improvements*



*I-35 Corridor Segment 4 includes the region from I-10 in San Antonio to the Texas-Mexico border.*

### Existing Facility

The existing I-10 facility from I-35 in downtown San Antonio to SH 130 northeast of Seguin is four lanes.

### Project Proposed by the I-35 Corridor Advisory Committee

The I-35 Corridor Advisory Committee recommends widening I-10 from I-35 to SH 130 to six lanes for a distance of approximately 42 miles as the first priority near-term roadway project in Segment 4. Improving the connection between I-35 and SH 130 would make SH 130 more accessible as an alternative route and reliever to I-35.

### Conceptual Project Cost Estimate

The estimated cost for the conceptual project is between $950 million and $1.4 billion, including design and construction. This cost, in 2010 dollars, does not include the purchase of right of way. The estimated project costs could increase due to right-of-way purchases and potential impacts to properties.

* In the context of the Segment 3 area, the I-10 improvements are recommended as a priority one long-term project.



**Near-Term Projects: Roadway – Segment 4 – Second Priority**

# Loop 20 Improvements



*I-35 Corridor Segment 4 includes the region from I-10 in San Antonio to the Texas-Mexico border.*

### Existing Facility

Existing connectivity between I-35 and US 83 is provided by Loop 20/Bob Bullock Loop in Laredo. Loop 20 varies from four to six lanes between I-35 and US 83.

### Project Proposed by the I-35 Corridor Advisory Committee

The I-35 Corridor Advisory Committee recommends upgrading Loop 20 to a six-lane controlled access facility from I-35 to US 83 for a distance of approximately 21 miles as the second priority near-term roadway project in Segment 4.

### Conceptual Project Cost Estimate

The total project cost is estimated to range from approximately $640 million to $740 million.

According to the *Laredo Transportation Improvement Program FY 2011-2014,* project improvements from US 59 to SH 359 are estimated to cost $29 million, including upgraded intersections.

According to the Laredo Urban Transportation Study, Metropolitan Planning Organization's *2010-2035 Metropolitan Transportation Plan,* adopted December 11, 2009, various project components along Loop 20 are estimated to cost $257 million (2010 dollars), including segment widening, segment mainlane additions and overpass/ramp construction at four intersections.

The estimated cost for the remaining conceptual project components is between $350 million and $450 million, including design and construction. This cost, in 2010 dollars, does not include the purchase of right of way. The estimated project costs could increase due to right-of-way purchases and potential impacts to properties.



**Near-Term Projects: Roadway – Segment 4 – Third Priority**

# I-35 from the Atascosa County Line to Loop 20



*I-35 Corridor Segment 4 includes the region from I-10 in San Antonio to the Texas-Mexico border.*

### Existing Facility

The existing I-35 facility between the Atascosa County line and Loop 20 north of Laredo is four lanes.

### Project Proposed by the I-35 Corridor Advisory Committee

The I-35 Corridor Advisory Committee recommends adding a lane in each direction of I-35 from the Atascosa County line to Loop 20 north of Laredo, with truck traffic restricted to designated lanes through signage for a distance of approximately 125.5 miles, as the third priority near-term roadway project in Segment 4.

### Conceptual Project Cost Estimate

The estimated cost for the conceptual project is between $2.5 billion and $3.55 billion, including design and construction. This cost, in 2010 dollars, does not include the purchase of right of way. The estimated project costs could increase due to right-of-way purchases and potential impacts to properties.

