**Near-Term Projects: Roadway – Segment 4 – Fourth Priority**

# I-410 Improvements



*I-35 Corridor Segment 4 includes the region from I-10 in San Antonio to the Texas-Mexico border.*

### Existing Facility

The existing I-410 facility from I-35 east of Macdona to I-10 south of Kirby is four lanes.

### Project Proposed by the I-35 Corridor Advisory Committee

The I-35 Corridor Advisory Committee recommends widening I-410 to six lanes from I-35 South to I-10 East for a distance of approximately 20 miles as the fourth priority near-term roadway project in Segment 4.

### Conceptual Project Cost Estimate

The estimated cost for the conceptual project is between $450 million and $650 million, including design and construction. This cost, in 2010 dollars, does not include the purchase of right of way. The estimated project costs could increase due to right-of-way purchases and potential impacts to properties.



**Near-Term Projects: Roadway – Segment 4 – Fifth Priority**

# Loop 1604 Improvements



*I-35 Corridor Segment 4 includes the region from I-10 in San Antonio to the Texas-Mexico border.*

### Existing Facility

The existing Loop 1604 South facility is two lanes from I-10 south of Converse to US 90 north of Macdona.

### Project Proposed by the I-35 Corridor Advisory Committee

The I-35 Corridor Advisory Committee recommends upgrading Loop 1604 S to a six-lane controlled access facility from I-10 (NE) to US 90 for a distance of approximately 51 miles as the fifth priority near-term roadway project in Segment 4.

### Conceptual Project Cost Estimate

The estimated cost for the conceptual project is between $1.8 billion and $2.6 billion, including design and construction. This cost, in 2010 dollars, does not include the purchase of right of way. The estimated project costs could increase due to right-of-way purchases and potential impacts to properties.



**Long-Term Projects: Rail - Priority One**

# Passenger Rail Between Laredo and Dallas/Fort Worth



### Project Proposed by the I-35 Corridor Advisory Committee

The I-35 Corridor Advisory Committee recommends the implementation of passenger rail service along the I-35 corridor from the Dallas/Fort Worth Metroplex to Laredo as a priority one long-term rail project. This area of I-35 is located within the federally designated South Central High-Speed Rail (HSR) Corridor. TxDOT recently received $5.6 million in federal High-Speed and Intercity Passenger Rail planning funds to conduct a feasibility study of passenger rail service from Oklahoma City to South Texas.

### Conceptual Project Cost Estimate

An estimated cost cannot be determined for this project at this time without more information on ultimate alignment, train speed, service frequency, and type of passenger rail technology.



For reference, the core line of the "Texas T-Bone" high-speed passenger rail system proposed by the Texas High-Speed Rail and Transportation Corporation is estimated to cost from $30 to $50 million per mile.

*The I-35 Corridor Segment Areas extend from the Oklahoma-Texas border to the Texas-Mexico border.*

**Long-Term Projects: Rail – Priority One**

# Improved Freight Rail Between Laredo and Dallas/Fort Worth

### Project Proposed by the I-35 Corridor Advisory Committee

The I-35 Corridor Advisory Committee recommends the implementation of freight rail solutions along the I-35 corridor that will provide an alternate freight route to allow regional and/or intercity passenger rail travel along the I-35 corridor, increase freight capacity and enhance safety. This improvement is recommended as a priority one long-term rail project. The committee recognizes that individual activities to address specific problems in the corridor may already be underway. Any new construction should make every reasonable effort to avoid productive agricultural lands.

### Conceptual Project Cost Estimate

An estimated cost cannot be determined at this time without more specific project details and a proposed alignment.





*The I-35 Corridor Segment Areas extend from the Oklahoma-Texas border to the Texas-Mexico border.*

**Long-Term Projects: Roadway – Segment 1 – Priority One**

# I-35 from Denton to the Cooke County Line



### Existing Facility

The existing I-35 facility is four lanes from I-35E/I-35W to FM 3002.

### Project Proposed by the I-35 Corridor Advisory Committee

The I-35 Corridor Advisory Committee recommends improvements to I-35 from Hillsboro to the Bell County line as a priority one long-term project in Segment 2. This project would involve widening I-35 from I-35E/I-35W to FM 3002, as defined in the ongoing Environmental Assessment being prepared by the TxDOT – Dallas District. It includes reconstruction of I-35 from the I-35E/I-35W split to Loop 288 to ten general purpose lanes (plus auxiliary lanes) with four concurrent managed lanes; reconstruction of I-35 from Loop 288 to FM 156 to eight general purpose lanes (plus auxiliary lanes) with four concurrent managed lanes; and reconstruction of I-35 from FM 156 to FM 3002 to eight general purpose lanes (plus auxiliary lanes).

Due to tightening financial constraints as well as concurrent efforts to meet other critical needs in the region, this project was deferred from NCTCOG's *Mobility 2035 Plan*. Nevertheless, it still remains a top priority long-term Segment 2 project of the I-35 Corridor Advisory Committee.

### Conceptual Project Cost Estimate

Since this project was deferred by the *Mobility 2035 Plan,* an updated year of expenditure cost estimate was not calculated. However, the most recent cost calculation from NCTCOG's previous metropolitan transportation plan (*Mobility 2030 Plan – 2009 Amendment*), estimated costs of approximately $1.05 billion, including right of way, in year of expenditure dollars. Efforts to secure funding for this project in future metropolitan transportation plans will be a chief priority (subject to evaluation among all planned regional projects).



*I-35 Corridor Segment 1 includes the region from the Oklahoma-Texas border to I-30 between Dallas and Fort Worth and I-20 west of Fort Worth and east of Dallas.*

# I-35W from I-35/I-35E to SH 114

### Existing Facility

The existing I-35W facility is four lanes from the I-35/I-35E split to SH 114.

### Project Proposed by the I-35 Corridor Advisory Committee

The I-35 Corridor Advisory Committee recommends improvements to I-35W from I-35/I-35E to SH 114 as a priority one long-term project in Segment 1. I-35W from I-35/I-35E to SH 114, as defined in various scoping documents used by the TxDOT – Dallas District for upcoming preparation of an Environmental Assessment, includes reconstruction of I-35W from I-35/I-35E to FM 2449 to six general purpose lanes plus two concurrent managed lanes, and reconstruction of I-35W from FM 2449 to SH 114 to six general purpose lanes plus four concurrent managed lanes. The total project length is approximately 19 miles (individual segments of large projects, such as I-35W from I-35/I-35E to SH 114, are typically implemented in phases based on need and priority).



Due to tightening financial constraints as well as concurrent efforts to meet other critical needs in the region, this project was deferred from NCTCOG's *Mobility 2035 Plan*. Nevertheless, it still remains a top Segment 2 long-term priority of the I-35 Corridor Advisory Committee.

### Conceptual Project Cost Estimate

Since this project was deferred by the *Mobility 2035 Plan* an updated year of expenditure cost estimate was not calculated. The most recent cost calculation from NCTCOG's previous metropolitan transportation plan (*Mobility 2030 Plan – 2009 Amendment*), estimated costs of approximately $1.23 billion, including right of way, in year of expenditure dollars. Efforts to secure funding for this project in future metropolitan transportation plans will be a chief priority (subject to evaluation among all planned regional projects).



*I-35 Corridor Segment 1 includes the region from the Oklahoma-Texas border to I-30 between Dallas and Fort Worth and I-20 west of Fort Worth and east of Dallas.*

**Long-Term Projects: Roadway – Segment 2 – Priority One**

# I-35 from Hillsboro to the Bell County Line



### Existing Facility

The majority of existing I-35 between the Williamson/Bell County line and Hillsboro is four lanes, with six-lane sections in Waco, Temple and the southern part of Bell County.

### Project Proposed by the I-35 Corridor Advisory Committee

The I-35 Corridor Advisory Committee recommends improvements to I-35 from Hillsboro to the Bell County line as a priority one long-term project in Segment 2. This project would involve widening I-35 to eight lanes from Hillsboro to the Williamson/Bell County line for a distance of approximately 93 miles.

The Committee believes that this entire section of I-35 should be expanded to six-lanes before eight-lane expansion is undertaken. Also, the six-lane expansion currently underway should be completed in such a way that it can accommodate an ultimate section of eight lanes.



*I-35 Corridor Segment 2 includes the region from I-30 between Dallas and Fort Worth and I-20 west of Fort Worth and east of Dallas to the Bell/Williamson County line in Central Texas.*

### Conceptual Project Cost Estimate

According to the TxDOT *Waco District Improvement Plan,* the cost for expanding I-35 to six lanes through this area is estimated at approximately $1.5 billion. Funding for the six-lane expansion of I-35 was obtained from Proposition 12 bonds, Proposition 14 bonds, and the American Recovery and Reinvestment Act (ARRA) of 2009, and is currently under way. The estimated cost for expanding I-35 from six to eight lanes is between $2.25 billion and $3.25 billion, including design and construction. This cost, in 2010 dollars, does not include the purchase of right of way. The estimated project costs could increase due to right-of-way purchases and potential impacts to properties.

# US 67 Gateway Horizon

### Existing Facility

The existing US 67 corridor is a four-lane controlled access facility with discontinuous frontage roads from FM 1382 in Cedar Hill to Ward Road in Midlothian, and a four-lane non-controlled access facility between Ward Road and FM 157 in Venus.

### Project Proposed by the I-35 Corridor Advisory Committee

The I-35 Corridor Advisory Committee (CAC) recommends the US 67 Gateway Horizon as a priority one long-term project for Segment 2. This project would consist of US 67 reconstruction to six general purpose lanes (plus auxiliary lanes) and one reversible managed lane from FM 1382 to Loop 9, as well as six general purpose lanes (plus auxiliary lanes) with continuous frontage roads from Loop 9 to FM 157. The total project length is approximately 16 miles.

Due to tightening financial constraints as well as concurrent efforts to meet other critical needs in the region, the US 67 project was deferred from NCTCOG's *Mobility 2035 Plan*. Nevertheless, it still remains a top Segment 2 long-term priority of the I-35 Corridor Advisory Committee.

### Conceptual Project Cost Estimate

Since this project was deferred by the *Mobility 2035 Plan*, an updated year of expenditure cost estimate was not calculated. The most recent cost calculation was from NCTCOG's previous metropolitan transportation plan (*Mobility 2030 Plan – 2009 Amendment*), estimated costs of approximately $353.8 million, including right of way, in year of expenditure dollars. Efforts to secure funding for this project in future metropolitan transportation plans will be a chief priority (subject to evaluation among all planned regional projects).



*I-35 Corridor Segment 2 includes the region from I-30 between Dallas and Fort Worth and I-20 west of Fort Worth and east of Dallas to the Bell/Williamson County line in Central Texas.*

**Long-Term Projects: Roadway – Segment 2 – Priority One**

# Outer Loop from Chisholm Trail Parkway to I-20 (W)



**Project Proposed by the I-35 Corridor Advisory Committee**

The DFW Regional Outer Loop concept is discussed in detail on page 62.

Financial constraints and concurrent efforts to meet other critical needs in the region caused substantial portions of the Regional Outer Loop to be deferred from NCTCOG's current long-range transportation plan (*Mobility 2035 Plan*). Nevertheless, funding remains identified for two segments : Loop 9 Southeast (in southern Dallas, northern Ellis, and extreme western Kaufman Counties) and the Collin County portion from the proposed Dallas North Tollway extension to SH 121. The I-35 CAC recognizes that this portion of the Regional Outer Loop will serve a more distant need in northwestern Johnson, extreme southwestern Tarrant, and eastern Parker Counties where growth, though strong, is comparatively slower than in other portions of the Metroplex. Therefore, the I-35 CAC recommends the Outer Loop section from Chisholm Trail Parkway (E) to I-20(W) as a priority one long-term project in Segment 1.



*I-35 Corridor Segment 2 includes the region from I-30 between Dallas and Fort Worth and I-20 west of Fort Worth and east of Dallas to the Bell/ Williamson County line in Central Texas.*

**Conceptual Project Cost Estimate**

Because this section of the Regional Outer Loop was deferred from NCTCOG's *Mobility 2035 Plan*, an updated cost estimate was not generated. The most recent cost calculation from NCTCOG's *Mobility 2030 Plan – 2009 Amendment*, estimated costs of approximately $2.0 billion, including right-of-way, in year of expenditure dollars. Efforts to secure funding for this project will be a chief priority in the future; however, it is probable that other Regional Outer Loop segments will be funded first.

*See NCTCOG *Mobility 2030 Plan – 2009 Amendment* for full Outer Loop system description and detailed limits of improvements.

# Loop 363 Around Temple

### Existing Facility

The existing Loop 363 facility is two lanes from SH 53 (W) to US 190 (SE), and four lanes on the remaining southern portion of the loop.

### Project Proposed by the I-35 Corridor Advisory Committee

The I-35 Corridor Advisory Committee recommends improvements to Loop 363 around Temple as a priority one long-term project in Segment 2. This project would upgrade Loop 363 around Temple to a four-lane controlled access facility, a distance of approximately 18 miles.

### Conceptual Project Cost Estimate

The estimated cost for the conceptual project is between $500 million and $700 million, including design and construction. This cost, in 2010 dollars, does not include the purchase of right of way. The estimated project costs could increase due to right-of-way purchases and potential impacts to properties.





*I-35 Corridor Segment 2 includes the region from I-30 between Dallas and Fort Worth and I-20 west of Fort Worth and east of Dallas to the Bell/Williamson County line in Central Texas.*

**Long-Term Projects: Roadway – Segment 3 – Priority One**

# I-35 Improvements from the Williamson/Bell County Line to I-10



### Existing Facility

The existing I-35 facility from the Williamson/Bell County line to I-10 in San Antonio varies from four to ten lanes; most of the facility, approximately 95 miles, is six lanes.

### Project Proposed by the I-35 Corridor Advisory Committee

The I-35 Corridor Advisory Committee recommends widening I-35 from the Williamson/Bell County line to I-10 in San Antonio to a minimum eight-lane controlled access facility for a distance of approximately 124 miles as a priority one long-term project in Segment 3.

### Conceptual Project Cost Estimate

The estimated cost for the conceptual project is between $2.7 billion and $3.85 billion, including design and construction. This cost, in 2010 dollars, does not include the purchase of right of way. The estimated project costs could increase due to right-of-way purchases and potential impacts to properties.



*I-35 Corridor Segment 3 includes the region from the Bell/Williamson County line to I-10 in San Antonio.*

# I-35 Managed Lane from SH 45SE to I-10

### Existing Facility

The existing I-35 facility from SH 45SE northeast of Buda to I-10 in San Antonio varies from four to eight lanes; most of the facility, approximately 47 miles, is six lanes.

### Project Proposed by the I-35 Corridor Advisory Committee

The I-35 Corridor Advisory Committee recommends adding a managed lane in each direction from SH 45SE northeast of Buda to I-10 in San Antonio for a distance of approximately 69 miles as a priority one long-term project in Segment 3.

### Conceptual Project Cost Estimate

The estimated cost for the conceptual project is between $6.2 billion and $8.85 billion, including design and construction. This cost, in 2010 dollars, does not include the purchase of right of way. The estimated project costs could increase due to right-of-way purchases and potential impacts to properties.





*I-35 Corridor Segment 3 includes the region from the Bell/Williamson County line to I-10 in San Antonio.*

**Long-Term Projects: Roadway – Segment 3 – Priority One**

# US 183 Improvements from SH 71 to SH 45SE



### Existing Facility

The existing US 183 facility from SH 71 southeast of downtown Austin to SH 45SE in Mustang Ridge is four lanes.

### Project Proposed by the I-35 Corridor Advisory Committee

The I-35 Corridor Advisory Committee recommends upgrading US 183 to a four-lane, full freeway from SH 71 southeast of downtown Austin to SH 45SE in Mustang Ridge for a distance of approximately ten miles as a priority one long-term project in Segment 3. In addition, the I-35 Corridor Advisory Committee recommends the study of upgrading this project area to a six-lane, full freeway.

### Conceptual Project Cost Estimate

The estimated cost for upgrading to a four-lane, full freeway is between $250 million and $400 million, including design and construction. The estimated cost for upgrading to a six-lane, full freeway is between $350 million and $500 million, including design and construction. These costs, in 2010 dollars, do not include the purchase of right of way. The estimated project costs could increase due to right-of-way purchases and potential impacts to properties.

*I-35 Corridor Segment 3 includes the region from the Bell/Williamson County line to I-10 in San Antonio.*

# SH 21/SH 80/New Braunfels Connectors from I-35 to SH 130

**Project Proposed by the I-35 Corridor Advisory Committee**

The I-35 Corridor Advisory Committee recommends:

**A.** SH 21: Upgrading SH 21 to a four-lane controlled access facility from SH 80 east of San Marcos to SH 130 north of Mendoza for a distance of approximately 17 miles (SH 21 from San Marcos to Bastrop has been identified by the CAMPO as a highly congested corridor in 2010 and 2035 and is currently under study)

**B.** SH 80: Upgrading SH 80 to a four-lane controlled access facility from I-35 east of San Marcos to SH 130 north of Fentress for a distance of approximately 11 miles

**C.** New Braunfels Connector: Constructing a new four-lane controlled access facility from I-35 in New Braunfels to SH 130 north of Kingsbury

These connector improvements are recommended as a priority one long-term project in Segment 3.



**Conceptual Project Cost Estimate**

The estimated cost for the SH 21 conceptual project is between $450 million and $700 million, including design and construction. The estimated cost for the SH 80 conceptual project is between $300 million and $450 million, including design and construction. These costs, in 2010 dollars, do not include the purchase of right of way. The estimated project costs could increase due to right-of-way purchases and potential impacts to properties.

An estimated cost cannot be determined for the New Braunfels Connector at this time because a project alignment has not been determined. If the project proceeds, detailed environmental and engineering studies as well as additional public involvement would need to be conducted to determine potential project costs.



*I-35 Corridor Segment 3 includes the region from the Bell/Williamson County line to I-10 in San Antonio.*

**Long-Term Projects: Roadway – Segment 4 – Priority One**

# I-35 Improvements from US 90 to the Atascosa County Line



### Existing Facility

The existing I-35 facility from US 90 in San Antonio to the Atascosa County line varies from four to six lanes.

### Project Proposed by the I-35 Corridor Advisory Committee

The I-35 Corridor Advisory Committee recommends widening I-35 to eight lanes from US 90 in San Antonio to the Atascosa County line for a distance of approximately 20 miles as a priority one long-term project in Segment 4.

### Conceptual Project Cost Estimate

According to San Antonio – Bexar County Metropolitan Planning Organization's *Mobility 2035 Metropolitan Transportation Plan,* approved December 7, 2009, the project is estimated to cost $150 million, including the interchange construction (Phase 1) at I-410 Southwest.



*I-35 Corridor Segment 4 includes the region from I-10 in San Antonio to the Texas-Mexico border.*

# I-35 Improvements from Shiloh Drive to Loop 20

### Existing Facility

The existing I-35 facility from Loop 20 north of Laredo to Shiloh Drive in Laredo is four lanes.

### Project Proposed by the I-35 Corridor Advisory Committee

The I-35 Corridor Advisory Committee recommends widening I-35 to six lanes from Loop 20 north of Laredo to Shiloh Drive in Laredo for a distance of approximately two miles as a priority one long-term project in Segment 4.

### Conceptual Project Cost Estimate

According to the Laredo Urban Transportation Study, Metropolitan Planning Organization's *2010-2035 Metropolitan Transportation Plan,* adopted December 11, 2009, project components from Shiloh Drive to Loop 20 are estimated to cost $210 million, including direct connectors at Loop 20.





*I-35 Corridor Segment 4 includes the region from I-10 in San Antonio to the Texas-Mexico border.*

Long-Term Projects: Roadway – Segment 1 – Priority Two

# I-35 in Cooke County



### Existing Facility

The existing I-35 facility in Cooke County is four lanes.

### Project Proposed by the I-35 Corridor Advisory Committee

The I-35 Corridor Advisory Committee recommends improvements to I-35 in Cooke County as a priority two long-term project in Segment 1. Improvements to I-35 in Cooke County would involve widening I-35 from the Denton/Cooke County line to the Red River at the Texas-Oklahoma state line to eight lanes, a length of approximately 21 miles (individual segments of large projects such as I-35 in Cooke County are typically implemented in phases based on need and priority).

### Conceptual Project Cost Estimate

The estimated cost for the conceptual project is between $450 million and $600 million. This cost, in 2010 dollars, does not include the purchase of right of way. The estimated project costs could increase due to right-of-way purchases and potential impacts to properties.



*I-35 Corridor Segment 1 includes the region from the Oklahoma-Texas border to I-30 between Dallas and Fort Worth and I-20 west of Fort Worth and east of Dallas.*

**Long-Term Projects: Roadway – Segment 3 – Priority Two**

# New Braunfels Outer Loop

### Project Proposed by the I-35 Corridor Advisory Committee

The I-35 Corridor Advisory Committee recommends constructing a four-lane loop around the city of New Braunfels as a priority two long-term project in Segment 3. TxDOT's *New Braunfels Outer Loop Study Report,* August 2008, recommends a preferred corridor that is approximately 40 miles in length.

The Outer Loop is a proposed future bypass route around the city of New Braunfels. As currently envisioned, the New Braunfels Outer Loop will include improvements to existing roadways and the construction of new location facilities.

### Conceptual Project Cost Estimate

An estimated cost cannot be determined at this time. TxDOT's *New Braunfels Outer Loop Study Report,* August 2008, notes that "costs will be determined during future planning and environmental studies."





*I-35 Corridor Segment 3 includes the region from the Bell/Williamson County line to I-10 in San Antonio.*

**Long-Term Projects: Roadway – Segment 3 – Priority Two**

# San Marcos Outer Loop



### Project Proposed by the I-35 Corridor Advisory Committee

The I-35 Corridor Advisory Committee recommends constructing a four-lane loop around the city of San Marcos as a priority two long-term project in Segment 3. The *San Marcos Transportation Master Plan,* July 2004, recommends a preferred corridor that is approximately 20 miles in length.

The Outer Loop, FM 110, is a proposed future bypass route around the city of San Marcos. As currently envisioned, the San Marcos Outer Loop will include improvements to existing roadways and the construction of new location facilities.

Hays County and the city of San Marcos indicate that the alignment for the western segment of the loop, as depicted in the current *San Marcos Transportation Master Plan,* will be updated based upon the opening of the Wonder World Drive Extension and development in the vicinity. This update is anticipated by 2012.

### Conceptual Project Cost Estimate

According to the *San Marcos Transportation Master Plan,* July 2004, the project is estimated to cost approximately $264 million.

The first two phases of the Outer Loop (FM 110) are listed in the *CAMPO FY 2008-2011 Transportation Improvement Program,* adopted February 12, 2007. The estimated cost of FM 110 from I-35/McCarty Road to SH 123 is $34 million.



*I-35 Corridor Segment 3 includes the region from the Bell/Williamson County line to I-10 in San Antonio.*

**Long-Term Projects: Roadway – Segment 4 – Priority Two**

# Laredo Outer Loop

### Project Proposed by the I-35 Corridor Advisory Committee

The I-35 Corridor Advisory Committee recommends the Laredo Outer Loop as a priority two long-term project in Segment 4. The Laredo Outer Loop project would be a four-lane controlled-access facility that is approximately 37 miles in length, as described in the Laredo Urban Transportation Study, Metropolitan Planning Organization's *2010-2035 Metropolitan Transportation Plan,* adopted December 11, 2009.

### Conceptual Project Cost Estimate

According to the Laredo Urban Transportation Study, Metropolitan Planning Organization's *2010-2035 Metropolitan Transportation Plan,* adopted December 11, 2009, the proposed Laredo Outer Loop is estimated to cost $330 million.





*I-35 Corridor Segment 4 includes the region from I-10 in San Antonio to the Texas-Mexico border.*

**Long-Term Projects: Roadway – Segment 1 – Priority Three**

# Outer Loop East SH 121 to I-20 / Outer Loop West I-35 to I-20



**Project Proposed by the I-35 Corridor Advisory Committee**

The DFW Regional Outer Loop concept is discussed in detail on page 62.

Financial constraints and concurrent efforts to meet other critical needs in the region caused substantial portions of the corridor to be deferred from NCTCOG's current long-range transportation plan, *Mobility 2035 Plan*. Nevertheless, funding remains identified for two segments : Loop 9 Southeast (in southern Dallas, northern Ellis, and extreme western Kaufman Counties) and the Collin County portion from the proposed Dallas North Tollway extension to SH 121. The I-35 CAC recognizes that these portions of the Regional Outer Loop will serve more distant needs in Parker, Wise, Denton, Collin, Rockwall, and Kaufman Counties where growth, though strong, is comparatively slower than in other portions of the Metroplex. Therefore, the I-35 CAC recommends these Outer Loop sections as priority three long-term projects in Segment 1.

**Conceptual Project Cost Estimate**

Because these sections of the Regional Outer Loop were deferred from NCTCOG's *Mobility 2035 Plan*, updated cost estimates were not generated. The most recent calculations were from NCTCOG's *Mobility 2030 Plan – 2009 Amendment*, which estimated a total cost of approximately $7.0 billion for both sections, including right of way, in year of expenditure dollars. Efforts to secure funding for this project will be a chief priority in the future ; however, it is probable that other Regional Outer Loop segments will be funded first.



*I-35 Corridor Segment 1 includes the region from the Oklahoma-Texas border to I-30 between Dallas and Fort Worth and I-20 west of Fort Worth and east of Dallas.*

*See NCTCOG *Mobility 2030 Plan – 2009 Amendment* for full Outer Loop system description and detailed limits of proposed improvements.

# SH 360 Extension from US 67 to Hillsboro

### Existing Facility

The existing SH 360 facility is four lanes from I-30 to Sublett Road, four frontage lanes from Sublett Road to Lone Star Road, and two frontage lanes from Lone Star Road to US 287.

### Project Proposed by the I-35 Corridor Advisory Committee

The I-35 Corridor Advisory Committee recommends the extension of SH 360 from US 67 to Hillsboro as a priority three long-term project in Segment 2. This project involves extending SH 360 from US 67 to Hillsboro as a four-lane controlled access facility, a distance of approximately 27 miles.

### Conceptual Project Cost Estimate

The estimated cost for the conceptual SH 360 extension south of US 67 to Hillsboro is between $1.05 billion and $1.5 billion, including design and construction. This cost, in 2010 dollars, does not include the purchase of right of way. The estimated project costs could increase due to right-of-way purchases and potential impacts to properties.





*I-35 Corridor Segment 2 includes the region from I-30 between Dallas and Fort Worth and I-20 west of Fort Worth and east of Dallas to the Bell/ Williamson County line in Central Texas.*

**Long-Term Projects: Roadway – Segment 2 – Priority Three**

# SH 34 Improvements



### Existing Facility

The majority of this section of existing SH 34 is two lanes, with four-lane sections in Ennis, Kaufman and Terrell.

### Project Proposed by the I-35 Corridor Advisory Committee

The I-35 Corridor Advisory Committee recommends improvements to SH 34 as a priority three long-term project in Segment 2. This project would upgrade SH 34 to a four-lane controlled access facility from I-35E in Italy to I-20 in Terrell, a distance of approximately 54 miles.  The project would also provide a future direct connection to the DFW Regional Outer Loop.

### Conceptual Project Cost Estimate

The estimated cost for the conceptual project is between $1.8 billion and $2.6 billion, including design and construction. This cost, in 2010 dollars, does not include the purchase of right of way. The estimated project costs could increase due to right-of-way purchases and potential impacts to properties.



*I-35 Corridor Segment 2 includes the region from I-30 between Dallas and Fort Worth and I-20 west of Fort Worth and east of Dallas to the Bell/Williamson County line in Central Texas.*

### Long-Term Projects: Roadway – Segment 2 – Priority Three

## Waco Western Bypass

### Existing Facility

The existing FM 2837 and FM 185 are two-lane facilities. The existing Speegleville Road (proposed for FM 2837 extension) is a two-lane local road.

### Project Proposed by the I-35 Corridor Advisory Committee

The I-35 Corridor Advisory Committee recommends a bypass on the western side of Waco as a priority three long-term project in Segment 2. This project, as depicted in the Waco Metropolitan Planning Organization (MPO) *Connections 2035 Plan,* consists of improvements to existing FM 2837 and FM 185, and extensions to these facilities, for a total project distance of approximately 32 miles.

### Conceptual Project Cost Estimate

According to the Waco MPO *Connections 2035 Plan*, the project is estimated to cost approximately $190 million.





*I-35 Corridor Segment 2 includes the region from I-30 between Dallas and Fort Worth and I-20 west of Fort Worth and east of Dallas to the Bell/ Williamson County line in Central Texas.*





Scan this with your smartphone's QR code reader app for more information.



www.my35.org

