

# Waller Creek
Design Plan, 05.24.2018 Update

**Waterloo Park & Symphony Square**

**Connectivity: 5th–11th St**

**The Refuge**

**Creek Delta & Palm Park**

**Pontoon Bridge**

117



## Waterloo Park & Symphony Square

The largest in the Chain of Parks, Waterloo will be a central gathering space for the City of Austin. Within the park, visitors will enjoy a civic lawn, a 5,000 capacity performing arts venue, food service, unique hill country gardens, wetlands, and extensive nature-based play areas. This link will also offer a connection to Symphony Square, restoration of the creek from 11th St. to 15th St., and improvements to the adjacent open spaces along Red River St.

# Waterloo Park







## Connectivity:
## 5th to 11th Street

Connecting Waterloo Park and the Creek Delta will be achieved through trail improvements between 5th and 11th Street along the creek. An extensive network of protected, universally accessible trails will pass through an ecologically restored creek providing visitors with a unique experience of nature in the city.



## The Refuge

A completely new park between 7th and 9th Street will be created where the current Austin Police Department Headquarters and Municipal Court are located. The Refuge will offer an immersive natural experience for visitors to engage with the creek. This will provide a vital programmatic space to connect all members of our community, especially children, to meaningful experiences in nature.



## Creek Delta & Palm Park

Creek Delta will be the gateway to the Waller Creek District. It will connect Lady Bird Lake and the beloved Ann and Roy Butler (Butler) Trail system with Palm Park and downtown Austin. Stretching from Lady Bird Lake to 4th Street, the Creek Delta meanders through a densely urban environment creating opportunities for diverse natural landscapes and a stable channel within Waller Creek. The hike and bike trail will follow the path of the creek, allowing users to experience the natural ecology of the creek and the lush tree canopy. At strategic locations, the trail system will connect at street level sidewalks, the expanded Downtown MetroRail Station, on-street bike infrastructure, and the Rainey Street District.

122



## Palm Park (detail)

Along the Creek Delta, the historic Palm Park will be revitalized. Calling on the history of surrounding neighborhoods and the adjacent Palm School, Palm Park will be an important gathering place for families and children in the center of our city. The park will feature nature-based playscapes, splash pads, picnic and grilling areas, and provide connections to nearby East Austin.

123

# Palm Park: Creek Restoration
## Re-imagined relationship between Waller Creek and the city



View: Facing northeast from Waller Creek into Palm Park



124



## Pontoon Bridge

A unique bridge will connect the north and south shore of Lady Bird Lake and the Butler Trail System to the Waller Creek District. Once complete, the bridge will open up access to downtown, the University of Texas, and beyond. Residents of South Austin will be able to walk or bike from South Austin, off of the busy streets, all while enjoying Lady Bird Lake and access to a restored Waller Creek.

125