EXHIBIT Y

