**EXHIBIT CC**

# Austin and the EPA's PM$_{2.5}$ NAAQS

Dave Sullivan, Ph.D.

Email bc-David.Sullivan@austintexas.gov; Cell 512-914-4710

City of Austin Environmental Commission

June 7, 2023

# Background

- U.S. Environmental Protection Agency (EPA) regulates America's environmental quality based on authorization from the Congress & President.
- One tool for judging and regulating air quality are the National Ambient Air Quality Standards (NAAQS), which are applied to:
    - Ozone
    - Nitrogen dioxide
    - Sulfur dioxide
    - Carbon monoxide
    - Lead
    - Particulate matter

# Particulate Matter 101

- **Particulate Matter (PM)**
    - Total suspended particles (TSP) includes all airborne particles and the Lead NAAQS is regulated by measuring TSP and isolating the Lead component.
    - PM10 is particulate matter less than 10 microns in diameter and is inhalable. Sources include dust, mold, pollen.
    - PM2.5 is particulate matter less than 2.5 microns in diameter and penetrates into the lung. Sources include smoke, sulfate, fine crustal material, vehicle exhaust.
    - PM can be measured on a filter after air has passed through it for 24 hours. This is the Federal Reference Method. Sample analyzed later in a lab. Samples generally taken every 6th day.
    - PM can also be measured by measuring the energy absorbed from beta particles (electrons) as they pass through particulate matter (PM) collected on a filter media. This produces continuous hourly data.

https://www.epa.gov/pm-pollution/particulate-matter-pm-basics





- TCEQ had 16 Regions
- Air Quality is judged based on MSA/CMSAs
- For Austin, our MSA is Travis, Hays, Williamson, Burnet, and Caldwell Counties

5

# EPA PM NAAQS

| | | | | | |
|---|---|---|---|---|---|
| Particle Pollution (PM) | $PM_{2.5}$ | primary | 1 year | 12.0 **µg/m³** | annual mean, averaged over 3 years |
| | | secondary | 1 year | 15.0 µg/m³ | annual mean, averaged over 3 years |
| | | primary and secondary | 24 hours | 35 µg/m³ | 98th percentile, averaged over 3 years |
| | $PM_{10}$ | primary and secondary | 24 hours | 150 µg/m³ | Not to be exceeded more than once per year on average over 3 years |

# Air monitoring station (CAMS 1068)



# Current PM$_{2.5}$ status in Texas

- Downloaded raw data & data summaries.
- Crunched the data.
- NAAQS determination generally required three year of complete data.
- Excluded stations with less than complete data.
- Results follow….

8

| Station | 98th P-tile mean | 3yr mean |
|---|---|---|
| 9525 1/2 Clinton Dr, Houston, Harris County, HGB Area | 23.7 | 10.3 |
| 20420 Park Road, Corpus Christi, Kleberg County, Corpus Christi Area | 30.7 | 10.3 |
| 1262 1/2 Mae Drive, Houston, Harris County, HGB Area | 23.0 | 10.2 |
| 4510 1/2 Aldine Mail Rd, Houston, Harris County, HGB Area | 23.7 | 10.2 |
| 7210 1/2 Bayway Drive, Baytown, Harris County, HGB Area | 22.0 | 10.1 |
| Mines Road 11601 Fm 1472, Laredo, Webb County, Laredo Area | 27.3 | 10.1 |
| 2700 New Boston Rd, Texarkana, Bowie County, Texarkana Area | 23.0 | 10.0 |
| **8912 N Ih 35 Svrd Sb, Austin, Travis County, Austin Area** | **22.0** | **9.3** |
| **2600b Webberville Rd, Austin, Travis County, Austin Area** | **22.0** | **9.2** |
| 800 S San Marcial Street, El Paso, El Paso County, El Paso Area | 21.7 | 9.2 |
| 3317 Ross Ave, Fort Worth, Tarrant County, DFW Area | 23.3 | 9.1 |
| 344 Porter Drive, Brownsville, Cameron County, BH Area | 28.7 | 9.1 |
| 4514 1/2 Durant St, Deer Park, Harris County, HGB Area | 24.7 | 9.0 |
| 600 1/2 Congress St, Fort Worth, Tarrant County, DFW Area | 24.3 | 8.9 |
| 1198 California Parkway North, Fort Worth, Tarrant County, DFW Area | 23.3 | 8.8 |
| 3810 Huisache Street, Corpus Christi, Nueces County, CC Area | 24.0 | 8.6 |
| 6655 Bluebird Lane, San Antonio, Bexar County, San Antonio Area | 22.3 | 8.5 |
| 9904 Ih 35 N, San Antonio, Bexar County, San Antonio Area | 20.7 | 8.5 |
| 2200 Jefferson Drive, Port Arthur, Jefferson County, BPA Area | 20.3 | 8.2 |
| Intersection Of Tx Hwys 62 And 12, West Orange, Orange County, BPA Area | 19.3 | 8.2 |
| 265 Foster Maldonado, Eagle Pass, Maverick County, Eagle Pass Area | 22.7 | 7.9 |
| 9511 Avenue V 1/2, Galveston, Galveston County, HGB Area | 22.7 | 7.9 |
| Denton Airport South, Denton, Denton County, DFW Area | 20.0 | 7.5 |
| 8406 Georgia Avenue, Temple, Bell County, KT Area | 21.0 | 7.4 |
| 2700 Disney, Odessa, Ector County, Odessa Area | 19.3 | 7.4 |
| 14620 Laguna Rd, San Antonio, Bexar County, San Antonio Area | 21.7 | 7.1 |
| 6500 Amarillo Blvd West, Amarillo, Potter County, Amarillo Area | 15.3 | 6.0 |
| 3901 East 12th Street, Lubbock, Lubbock County, Lubbock Area | 18.7 | 5.7 |

# EPA Proposal to Strengthen PM$_{2.5}$ NAAQS

- Earlier this year, EPA announced its proposed decision to revise the primary (health-based) annual PM$_{2.5}$ standard from its current level of 12.0 µg/m$^3$ to within the range of 9.0 to 10.0 µg/m$^3$.
- See: https://www.epa.gov/pm-pollution/national-ambient-air-quality-standards-naaqs-pm

# Federal law (CAA sec 179B) allows removal of some data from NAAQS calculations

- An air agency has the authority under section 179B to develop and submit to EPA a demonstration that its SIP would be adequate to … maintain the NAAQS …, but for emissions emanating from outside the U.S. (https://www.epa.gov/sites/default/files/2020-12/documents/final_caa_179b_guidance_december_2020_with_disclaimer_ogc.pdf)
- In Many cases, smoke from agricultural fires in Central America and Southern Mexico and airborne dust from North African deserts impact the Texas coast and inland areas.

11

# Application of CAA 179B



- **June 26 & 27, 2020 TCEQ Forecast**: Heavy amounts of African dust will arrive along the coast & begin moving inland over the course of the day … daily PM2.5 AQI is forecast to reach the middle to upper end of the "Unhealthy for Sensitive Groups" range in parts of the Brownsville-McAllen area; the lower to middle end of the "Unhealthy for Sensitive Groups" range in parts of the Beaumont-Port Arthur, Corpus Christi, Houston, Laredo, & Victoria areas.

12

# June 26-27, 2020 African Dust Case in Austin





# TCEQ will likely adjust the annual means to remove African dust cases and other "outside the US" origin PM$_{2.5}$

- Have not looked at the effect of removing "out of US" days on the annual means.
- Happy to answer questions…


- The End

14