# Exhibit HH

 GREENFIRE LAW, PC

**Rae Lovko <rlovko@greenfirelaw.com>**

---

## Rethink case
1 message

---

**Rae Lovko** <rlovko@greenfirelaw.com>                                    Wed, Oct 9, 2024 at 5:10 PM
To: Lisa Mitchell <lisa.mitchell@oag.texas.gov>

I'm finishing up the motion to complete/supp the administrative record. I would like to ask that the record be supplemented or the court grant judicial notice of Complaint under Title VI of the Civil Rights Act of 1964 that was filed back in February for this project. Would you agree to either?
--

Rae Lovko, Esq.
**Greenfire Law, PC**
2748 Adeline Street, Suite A
Berkeley, CA 94703
T: 510.900.9502 x 710
rlovko@greenfirelaw.com

PRIVILEGE AND CONFIDENTIALITY NOTICE
This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 U.S.C. Section 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This transmission, and any attachments, may contain confidential attorney-client privileged information and attorney work product. If you are not the intended recipient, any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. Please contact me immediately by return e-mail or at 510-900-9502 x 2, and destroy the original transmission and its attachments without reading or saving in any manner.