IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| RETHINK35, et al. § | |
| § | |
| *Plaintiffs,* § | |
| v. § | |
| § | |
| TEXAS DEPARTMENT OF § | |
| TRANSPORTATION, § | |
| § | CIVIL ACTION NO. 1:24-CV-00092-DII |
| *Defendant.* § | |

**ORDER GRANTING TXDOT'S OPPOSED MOTION FOR LEAVE
TO EXTEND RESPONSE TIME TO PLAINTIFF'S MOTION TO COMPLETE
AND SUPPLEMENT THE ADMINISTRATIVE RECORD AND,
IN THE ALTERNATIVE, REQUEST FOR JUDICIAL NOTICE**

The Court, having reviewed and considered the Opposed Motion for Leave to Extend Response Time to Plaintiff's Motion to Complete and Supplement the Administrative Record and, in the Alternative, Request for Judicial Notice extending the deadline for responses to November 25, 2024, is of the opinion that the motion is meritorious and is therefore GRANTED.

SIGNED this _____ day of _____, 2024.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE