# Exhibit 1

# TxDOT Index of the Second Supplement to the Administrative Record
# I-35 Capital Express - Central Project

| Doc No. | Admin Rec No. | Doc Date | Doc Type | From/ Author(s) | To/* With | Source | Description CC:* Attachments/Enclosures (A/E)* |
|---|---|---|---|---|---|---|---|
| C-AR247 | AR52862-AR52957 | 1/14/1928 | Report | Koch & Fowler Consulting Engineers | City of Austin Planning Commission | University of Texas | City Plan for Austin, Texas 1928 |
| C-AR248 | AR52958-AR53020 | 3/22/1928 | Meeting Materials | City of Austin | N/A | City of Austin | Regular Meeting of the City Council - Minutes |
| C-AR249 | AR53021-AR53060 | 12/10/1997 | Guidance | Council on Environmental Quality | N/A | Council on Environmental Quality | Environmental Justice Guidance under the National Environmental Policy Act |
| C-AR250 | AR53061-AR53094 | 7/1/1999 | Guidance | U.S. EPA | N/A | U.S. EPA | Final Guidance for Consideration of Environmental Justice in Clean Air Act 309 Reviews |
| C-AR251 | AR53095-AR53216 | 8/1/2011 | Plan | TxDOT | N/A | TxDOT | I-35 Corridor Advisory Committee Plan |
| C-AR252 | AR53217-AR53564 | 6/15/2012 | Plan | City of Austin | N/A | City of Austin | Imagine Austin Comprehensive Plan; Amended 2013, 2014, 2015, 2016, 2017, and 2018 |
| C-AR253 | AR53565-AR53683 | 11/14/2012 | Report | Eliot M. Tretter | N/A | University of Texas | Austin Restricted: Progressivism, Zoning, Private Racial Covenants, and the Making of a Segregated City |
| C-AR254 | AR53684-AR53730 | 12/1/2013 | Report | Texas A&M Transportation Institute | N/A | Texas A&M Transportation Institute | Establishing Mobility Investment Priorities Under TxDOT Rider 42: Final Report |
| C-AR255 | AR53731-AR53742 | 5/8/2014 | Paper | Eric Tang, PhD and Chunhui Ren, PhD - University of Texas | N/A | University of Texas | Outlier: The Case of Austin's Declining African American Population |
| C-AR256 | AR53743-AR53824 | 4/1/2015 | Guidance | Federal Highway Administration | N/A | FHWA | Federal Highway Administration Environmental Justice Reference Guide |
| C-AR257 | AR53825-AR53892 | 11/23/2015 | Report | TxDOT - Austin District | N/A | TxDOT | I-35 Future Transportation Corridor Planning and Environmental Linkages Study – Final Report |
| C-AR258 | AR53893-AR53948 | 3/1/2016 | Report | Federal Interagency Working Group on Environmental Justice & NEPA Committee | N/A | U.S. EPA | Promising Practices for EJ Methodologies in NEPA Reviews |
| C-AR259 | AR53949-AR54080 | 1/1/2018 | Report | Heather Way, Elizabeth Mueller, and Jake Wegmann - University of Texas | N/A | University of Texas | Uprooted: Residential Displacement in Austin's Gentrifying Neighborhoods and What Can Be Done About It |
| C-AR260 | AR54081-AR54082 | 1/17/2018 | Resolution | City of Austin | N/A | City of Austin | Resolution to adopt Right to Stay and Right to Return Programs for East Austin |
| C-AR261 | AR54083-AR54210 | 5/24/2018 | Ordinance | Austin City Council | N/A | City of Austin | An Ordinance Approving Amendment No. 2 to the Project and Financing Plan for Tax Increment Financing Reinvestment Zone No. 17 (Waller Creek Tunnel Project) |
| C-AR262 | AR54211-AR54245 | 10/1/2018 | Report | TxDOT | N/A | TxDOT | Statewide On-Road Greenhouse Gas Emissions Analysis and Climate Change Assessment |

**\*Note: To, CC, and Attachments will be listed if applicable**    **Index of TxDOT I-35 Capital Express Central Second Supplement to the Administrative Record**

| Doc No. | Admin Rec No. | Doc Date | Doc Type | From/ Author(s) | To/* With | Source | Description CC:* Attachments/Enclosures (A/E)* |
|---|---|---|---|---|---|---|---|
| C-AR263 | AR54246-AR54300 | 3/1/2019 | Report | Federal Interagency Working Group on Environmental Justice and NEPA Committee | N/A | U.S. Dept. Energy | Community Guide to Environmental Justice and NEPA Methods |
| C-AR264 | AR54301-AR54352 | 5/5/2020 | Report | Urban Land Institute | N/A | Urban Land Institute | The I-35 Corridor, Austin, Texas: Providing an Integrated Approach to Transportation Planning and Managing Growth - A ULI Advisory Services Panel Report |
| C-AR265 | AR54353-AR54426 | 10/1/2020 | Article | Deborah N. Archer | N/A | Vanderbilt Law Review | "White Men's Roads through Black Men's Homes": Advancing Racial Equity through Highway Reconstruction |
| C-AR266 | AR54427-AR54439 | 12/29/2020 | Comments | City of Austin | N/A | City of Austin | City of Austin's Comments on the following I-35 Capital Express Central Documents: - Draft Purpose and Need - Draft Range of Alternatives Technical Report - Draft Agency Coordination Plan |
| C-AR267 | AR54440-AR54442 | 6/10/2021 | News Release | U.S. EPA | N/A | U.S. EPA | EPA to Reexamine Health Standards for Harmful Soot that Previous Administration Left Unchanged |
| C-AR268 | AR54443-AR54444 | 8/24/2021 | Map/ Graphic | City of Austin | N/A | City of Austin | Austin Demographic Landscape Maps - Black and Hispanic/Latino Geographic Distribution by Census Tract |
| C-AR269 | AR54445-AR54538 | 9/16/2021 | Report | City of Austin | N/A | City of Austin | Nothing About Us Without Us! – Accountability to the Community: A Racial Equity Anti-Displacement Tool |
| C-AR270 | AR54539-AR54545 | 12/20/2021 | Executive Order | The White House | N/A | The White House | Executive Order 13985 on Advancing Racial Equity and Support for Underserved Communities through the Federal Government |
| C-AR271 | AR54546-AR54873 | 5/1/2022 | Report | U.S. EPA | N/A | U.S. EPA | Supplement to the 2019 Integrated Science Assessment for Particulate Matter |
| C-AR272 | AR54874-AR56142 | 1/1/2023 | Data/ Statistics | TxDOT | N/A | TxDOT | Running emission rate table for Mobile Source Air Toxics Analyses |
| C-AR273 | AR56143-AR56160 | 1/1/2023 | Data/ Statistics | TxDOT | N/A | TxDOT | Idling emission rate table for use in Carbon Monoxide Traffic Air Quality Analysis for intersection queueing |
| C-AR274 | AR56161-AR56583 | 1/1/2023 | Data/ Statistics | TxDOT | N/A | TxDOT | Running emission rate table to be used solely for the Carbon Monoxide Traffic Air Quality Analysis |
| C-AR275 | AR56584-AR56587 | 1/6/2023 | News Release | U.S. EPA | N/A | U.S. EPA | EPA Proposes to Strengthen Air Quality Standards to Protect the Public from Harmful Effects of Soot |
| C-AR276 | AR56588-AR56749 | 1/27/2023 | Document | U.S. EPA | N/A | Federal Register | 88 FR 5558 Proposed Rule - Reconsideration of the National Ambient Air Quality Standards for Particulate Matter |
| C-AR277 | AR56750-AR56763 | 6/7/2023 | Presentation | Dave Sullivan, PhD - City of Austin | N/A | City of Austin | Austin and the EPA's PM2.5 NAAQS Presentation |
| C-AR278 | AR56764-AR56766 | 7/31/2023 | Document | Council Members Zo Qadri, Chito Vela, and Ryan Alter - City of Austin | Austin City Council | City of Austin | I-35 Update posted on the City of Austin Council Message Board |
| C-AR279 | AR56767-AR56770 | 9/26/2023 | Letter | Travis County Commissioners Court | Marc Williams, Executive Director - TxDOT | Travis County Commissioners Court | The Travis County Commissioners Court has expressed concerns that TxDOT has not adequately addressed environmental impact issues related to the I-35 Capital Express Central project in the FEIS and ROD A/E: Draft Environmental Impact Statement Comments (February 28, 2023) |
| C-AR280 | AR56771-AR56777 | 10/19/2023 | Resolution | City of Austin | N/A | City of Austin | City of Austin Resolution No. 20231019-045 |

**\*Note: To, CC, and Attachments will be listed if applicable**     **Index of TxDOT I-35 Capital Express Central Second Supplement to the Administrative Record**

| Doc No. | Admin Rec No. | Doc Date | Doc Type | From/ Author(s) | To/* With | Source | Description<br>CC:*<br>Attachments/Enclosures (A/E)* |
|---|---|---|---|---|---|---|---|
| C-AR281 | AR56778-AR56813 | 1/26/2024 | Letter | Robert J. "Bobby" Levinski - Attorney, Save Our Springs Alliance | The Honorable Pete Buttigieg, Secretary - US DOT; Shailen Bhat, Administrator - FHWA; Gloria M. Shepherd, Executive Director - FHWA | TxDOT | Complaint under Title VI of the Civil Rights Act of 1964 – I-35 Capital Express Central – PODER, Austin Justice Coalition, Rethink35, Save Our Springs Alliance, AURA, Mueller Neighborhood Association, East Town Lake Citizens Neighborhood Association, Bertha Rendon Delgado<br>**A/E:** Complaint Under Title VI of the Civil Rights Act of 1964; Memorandum from John Zamurs, Ph.D. (Zamurs and Associates, LLC) to Heyden Walker, Reconnect Austin |
| C-AR282 | AR56814-AR56817 | 2/7/2024 | Website | U.S. EPA | N/A | U.S. EPA | Proposed Decision for the Reconsideration of the National Ambient Air Quality Standards for Particulate Matter (PM) - accessed 9/4/2024 |
| C-AR283 | AR56818-AR57022 | 3/6/2024 | Document | U.S. EPA | N/A | Federal Register | 89 FR 16202 Final Rule Reconsideration of the National Ambient Air Quality Standards for Particulate Matter |
| C-AR284 | AR57023-AR57023 | 10/4/2024 | Website | U.S. FWS | N/A | U.S. FWS | Interactive map that shows the range of the Texas Fatmucket (Lampsilis bracteata) |
| C-AR285 | AR57024-AR57031 | 11/4/2024 | Memo | Tim Wood - TxDOT | Doug Booher through Rodney Concienne - TxDOT | TxDOT | Inquiry on potential for Capital Express-Central Supplemental Environmental Impact Statement due to U.S. EPA lowering of the annual national ambient air quality standard for particulate matter of 2.5 microns or smaller. |

*Note: To, CC, and Attachments will be listed if applicable     Index of TxDOT I-35 Capital Express Central Second Supplement to the Administrative Record