# Exhibit A

# Lisa Mitchell

| | |
|---|---|
| **From:** | Rae Lovko <rlovko@greenfirelaw.com> |
| **Sent:** | Friday, June 28, 2024 5:48 PM |
| **To:** | Lisa Mitchell |
| **Cc:** | Rachel Doughty; Ryan Bates; Matt Gamboa-Lutz; Aidan Read |
| **Subject:** | Re: Rethink35 et al. v. Texas Dep't of Transp., No. 1:24-CV-00092 |
| **Attachments:** | AR Supp .pdf |

As regards the administrative record, there are a number of documents missing before it should be considered complete. Attached is a list of documents that are identified in either the DEIS or FEIS but which are not part of the record. Can you please supplement the administrative record to include these? In addition, the administrative record contains comment letters and emails but does not contain attachments that accompanied these comments. For example, Rethink Austin attached a significant number of documents pertaining to air pollution, health hazards, and more. All attachments should be included in the administrative record.

Please let me know if you are willing to add these documents. We can thereafter address a briefing schedule.

Much appreciated,

Rae

On Fri, Jun 28, 2024 at 3:01 PM Lisa Mitchell <Lisa.Mitchell@oag.texas.gov> wrote:

> Counsel,
>
> Now that the administrative record has been filed, we should start discussing a briefing schedule for this case. Please let us know what you have in mind on timing and approach so we can discuss and then perhaps present a schedule to the Court.
>
> I will be out of the office next week but will be back July 8 and will be back in touch then.
>
> Thanks,
>
> Lisa
>
> **Lisa McClain Mitchell**
>
> Assistant Attorney General

Transportation Division

Office of the Attorney General of Texas

P.O. Box 12548 (MC-020)

Austin, Texas 78711-2548

Direct: (512) 936-1431

Fax:    (512) 936-0888


Lisa.Mitchell@oag.texas.gov





**Confidentiality Notice:**  The information contained in this email and any attachments is intended only for the recipient(s) listed above and may be privileged and confidential.  If you are not the intended recipient and have received this message in error, please notify the sender immediately at the email address above and destroy any and all copies of this message.



--

Rae Lovko, Esq.
**Greenfire Law, PC**
2748 Adeline Street, Suite A
Berkeley, CA 94703
T: 510.900.9502 x 710
rlovko@greenfirelaw.com

PRIVILEGE AND CONFIDENTIALITY NOTICE
This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 U.S.C. Section 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This transmission, and any attachments, may contain confidential attorney-client privileged information and attorney work product. If you are not the intended recipient, any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. Please contact me immediately by return e-mail or at 510-900-9502 x 2, and destroy the original transmission and its attachments without reading or saving in any manner.

| DOCUMENT | REFERENCED |
|---|---|
| 2016. Practitioner's Handbook #12 Assessing Indirect Effects and Cumulative Impacts under NEPA. https://environment.transportation.org/wp-content/uploads/2021/05/ ph12-2.pdf. Accessed 7 September 2, 2022. | in DEIS - p 467 |
| Capital Area Metropolitan Planning Organization. 2020. CAMPO Baseline 2045 Demographic Forecast. | in DEIS - p 467 |
| Capital Area Metropolitan Planning Organization. 2020. Regional Transportation Plan 2045. | in DEIS - p 467 |
| Centers for Disease Control and Prevention. 2022. "National Environmental Public Health Tracking Network - Info By Location," 2022. http://ephtracking.cdc.gov/InfoByLocation/. Accessed September 7, 2022. | in DEIS - p 468 |
| Council of Environmental Quality. 1997. Environmental Justice: Guidance Under the National Environmental Policy Act. October 19, 2021. https://www.epa.gov/sites/default/files/2015-02/documents/ej_guidance_nepa_ceq1297.pdf. | in DEIS - p 468 |
| City of Austin. 1985. Municipal Maintenance Agreement. | in DEIS - p 468 |
| City of Austin. 2013. Multiple Use Agreement. | in DEIS - p 468 |
| City of Austin. 2018. Imagine Austin Comprehensive Plan. https://www.austintexas.gov/ sites/default/files/files/Imagine_Austin/IACP_2018.pdf. Accessed April 27, 2022. | in DEIS - p 468 |
| City of Austin. 2018. Resolution to Adopt Right to Stay and Right to Return Programs for East Austin. | in DEIS - p 468 |
| City of Austin. 2021. Non-Hispanic Black Geographic Distribution by Census Tract. | in DEIS - p 469 |
| City of Austin. 2021. Hispanic/Latino Geographic Distribution by Census Tract. | in DEIS - p 469 |
| City of Austin. n.d. Historic Review Process Chart: Demolition and Relocation Permit Applications | in DEIS - p 469 |
| City of Austin. n.d. Nothing About Us Without Us. https://www.austintexas.gov/sites/default/files/files/Housing_&_Planning/Equity%20Tool/Nothing%20About%20Us%20Without%20Us%20Racial%20Equity%20Anti-Displacement%20Tool_Final.pdf. | in DEIS - p 469 |
| EPA. 2022. Global Greenhouse Gas Emissions Data. February. | in DEIS - p 470 |
| EPA. 2022. Climate Change Indicators: Greenhouse Gases. April. | in DEIS - p 470 |

| | |
|---|---|
| EPA. 2022. "EJScreen Report (Version 2.0) the User Specified Area TEXAS, EPA Region 6," https://ejscreen.epa.gov/mapper/ejscreen_SOE.aspx. | in DEIS - p 470 |
| EPA. 2022. "National Air Toxics Assessment". https://www.epa.gov/national-air-toxics-assessment. Accessed October 10, 2022. | in DEIS - p 470 |
| Executive Order 13985 of January 20, 2021. | in DEIS - p 470 |
| Executive Order 13990 Protecting Public Health and the Environment and Restoring Science To Tackle the Climate Crisis. | in DEIS - p 477 |
| Executive Order 14008 Tackling the Climate Crisis at Home and Abroad. January. | in DEIS - p 477 |
| HHM, Inc. 2000. City of Austin, Texas – Historic Resources Survey of East Austin. Prepared for the City of Austin, December 2000. https://www.austintexas.gov/edims/document.cfm?id=242864. | in DEIS - p 470 |
| HHM, Inc. 2004. Interstate Highway 35 Corridor, Austin, Travis County, Texas, Historic Resources Investigations, Intensive-Level Surveys, Segments 1-4. Prepared for the Texas Department of Transportation, 2004. | in DEIS - p 470 |
| HHM, Inc. 2016. City of Austin Historic Resources Survey: Final Report, Volumes I-V. Prepared for the City of Austin, October 2016. https://www.austintexas.gov/page/historic-survey#. | in DEIS - p 470 |
| Tang, E. & Ren, C. 2014. Outlier: The Case of Austin's Declining African-American Population. The Institute for Urban Policy Research & Analysis. The University of Texas at Austin. https://www.ebony.com/wpcontent/uploads/2014/08/Austin20AA20pop20policy20brief_FINAL.pdf. Accessed September 2, 2022. | in DEIS - p 472 |
| Texas Commission on Environmental Quality. 2015. MOVES2014 On-road Trend Emissions Inventories for 1990 to 2050. https://www.tceq.texas.gov/airquality/airmod/project/pj_report_mob.html. Accessed June 8, 2021. | in DEIS - p 473 |
| Texas Department of Transportation. 1994. IH 35 Design Concepts through Austin. Austin District. Advanced Project Development. July 11, 1994. | in DEIS - p 473 |
| Texas Department of Transportation. 2011. I-35 Advisory Committee Plan. August 2011. https://ftp.txdot.gov/pub/txdot-info/my35/advisory_plan.pdf. Accessed October 21, 2022. | in DEIS - p 473 |

| | |
|---|---|
| Texas Department of Transportation. 2014. I-35 Future Transportation Corridor Planning and Environmental Linkages Study. TxDOT Austin District. https://ftp.txdot.gov/pub/txdot/my35/capital/projects/sh45n-sh45se/final-report.pdf. Accessed February 19, 2021. | in DEIS - p 473 |
| Texas Department of Transportation. 2018. Technical Report. Statewide On-Road Greenhouse Gas Emissions Analysis and Climate Change Assessment. October. https://ftp.txdot.gov/pub/txdot/get-involved/sat/loop-1604-from-sh16-i-35/091020-greenhouse-gas-report.pdf. | in DEIS - p 473 |
| Texas Department of Transportation. Air Quality Toolkit. https://www.txdot.gov/inside-txdot/division/environmental/compliance-toolkits/air-quality.html. | in DEIS - p 474 |
| Tretter, E. 2012. Austin Restricted: Progressivism, Zoning, Private Racial Covenants, and the Making of a Segregated City. The University of Texas at Austin, University of Texas Libraries. https://repositories.lib.utexas.edu/handle/2152/21232. | in DEIS - p 475 |
| USDOT. 2012. FHWA Order 6640.23A – FHWA Actions to Address Environmental Justice in Minority Populations and Low-Income Populations. October 19, 2021. https://www.fhwa.dot.gov/legsregs/directives/orders/664023a.cfm. | in DEIS - p 475 |
| USDOT. 2015. Environmental Justice Reference Guide 2015. October 19, 2021. https://www.fhwa.dot.gov/environment/environmental_justice/publications/reference_guide_2015/index.cfm. | in DEIS - p 475 |
| USDOT. n.d. "Transportation Equity." https://www.planning.dot.gov/planning/topic_transportationequity.aspx. Accessed August 1, 2022. | in DEIS - p 475 |
| University of Texas at Austin. 2018. Uprooted: Residential Displacement in Austin's Gentrifying Neighborhoods and What Can Be Done About It. September 28, 2021.https://sites.utexas.edu/gentrificationproject/austin-uprooted-report-maps/. | in DEIS - p 476 |
| University of Texas at Austin Center for Transportation Research. "IH-35 South Environmental Justice Assessment." https://my35capex.com/projects/i-35-capital-express-south/. Accessed August 1, 2022. | in DEIS - p 476 |
| Urban Land Institute. 2020. The I-35 Corridor Austin, Texas: A ULI Advisory Services Panel Report. https://downtownaustin.com/wp-content/uploads/2020/05/ULI-ASP_Report_Austin_I-35_FINAL.pdf. Accessed September 2, 2022. | in DEIS - p 476 |

| | |
|---|---|
| WRT. 2015. Imagine Austin Comprehensive Plan as amended 2015. https://www.wrtdesign.com/work/imagine-austin. | in DEIS - p 477 |
| Zehr, D. 2015. Inheriting Inequality. Austin American Statesman. https://projects.statesman.com/news/economic-mobility/. | in DEIS - p 477 |
| CapEx. "VOICES Presentation." July 6, 2021. | in App T to FEIS - p 29 |
| Reconnect Austin and Black and Vernooy Architecture and Design. "Reconnect Austin: Reimagining I-35." November 2020. | in App T to FEIS - p 29 |
| Rethink35. Website. https://www.rethink35.com/, retrieved June 28, 2021. | in App T to FEIS - p 29 |
| Downtown Austin Alliance. A New Future for I-35: A Community Project for Enhancing the Public Realm. Opportunities and Constrains Report, September 2020. | in App T to FEIS - p 29 |
| City of Dallas. Operations and Maintenance Agreement. Woodall Rodgers Deck Plaza Facility. CSJ: 0196-07-027; 0196-07-029. July 2009. | in App T to FEIS - p 29 |
| Tim Lomax, Phil Lasley, David Ellis, Bill Stockton, et al. Mobility Investment Priorities Project. Texas A&M Transportation Institute, October 2013. http://tti.tamu.edu/documents/TTI-2013-25.pdf, retrieved June 28, 2021. | in App T to FEIS - p 29 |
| Texas Department of Transportation. Unified Transportation Program. https://www.txdot.gov/inside-txdot/division/transportation-planning/utp.html, retrieved July 29, 2021. | in App T to FEIS - p 29 |
| Texas Department of Transportation. "Deck Parks in Dallas: A Look at Funding." PowerPoint presentation, April 1, 2021. | in App T to FEIS - p 29 |
| TxDOT. March 2023. Environmental Guide: Volume 2 Activity Instructions. | in App P to FEIS - p 1 |