# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |  |
|---|---|---|
| RETHINK35, et al. | § | |
| | § | |
| *Plaintiffs,* | § | |
| v. | § | CIVIL ACTION NO. 1:24-CV-00092-DII |
| | § | |
| TEXAS DEPARTMENT OF TRANSPORTATION, | § | |
| | § | |
| *Defendant.* | § | |

**JOINT MOTION TO EXTEND SCHEDULING REPORT DEADLINE**

Plaintiffs Rethink35, et al., and Defendant Texas Department of Transportation ("TxDOT") respectfully ask the Court to extend the 14-day time limit for submission of the parties' joint report proposing a briefing schedule for dispositive motions in this matter. The current deadline, pursuant to the scheduling order adopted by the Court, is January 3, 2025, fourteen days after the Court's order resolving Plaintiffs' motion to supplement the administrative record. The parties request a 10-day extension of that scheduling order deadline, to January 13, to align the joint report submission deadline with the existing January 13 deadline for submission of another report by the parties concerning their positions on completion of the administrative record.

A brief delay in submission of the joint report is principally warranted due to the holiday period that intervened between the Court's order and the current deadline. While the parties have met and conferred regarding the briefing schedule, discussions remain ongoing, and providing additional time would be helpful in reaching agreement. No party will be prejudiced by the deadline extension requested.

WHEREFORE, Plaintiffs and Defendant jointly respectfully request that the Court modify the scheduling order to extend the 14-day deadline for submission of a joint report proposing a briefing schedule by 10 days, to January 13, 2025.

Respectfully submitted,

| | |
|---|---|
| KEN PAXTON<br>Attorney General of Texas<br><br>BRENT WEBSTER<br>First Assistant Attorney General<br><br>RALPH MOLINA<br>Deputy First Assistant Attorney General<br><br>JAMES LLOYD<br>Deputy Attorney General for Civil Litigation<br><br>NANETTE M. DINUNZIO<br>Chief, Transportation Division<br><br>/s/ Lisa McClain Mitchell<br>LISA MCCLAIN MITCHELL<br>Texas Bar No. 90001724<br>MATT GAMBOA-LUTZ<br>Texas Bar No. 24136835<br>Admitted Pro Hac Vice<br>AIDAN READ<br>Texas Bar No. 24138747<br>Admitted Pro Hac Vice<br>Assistant Attorneys General<br>Transportation Division<br>P.O. Box 12548<br>Austin, Texas 78711-2548<br>Telephone: (512) 936-1431<br>Facsimile: (512) 936-0888<br>Email: lisa.mitchell@oag.texas.gov<br>Email: matt.gamboa-lutz@oag.texas.gov<br>Email: aidan.read@oag.texas.gov | /s/ J.Rae Lovko (with permission)<br>Rachel S. Doughty<br>*Admitted Pro Hac Vice*<br>J. Rae Lovko<br>*Admitted Pro Hac Vice*<br>GREENFIRE LAW, PC<br>2748 Adeline St., Ste. A<br>Berkeley, California 94703<br>Tel.: (510) 900-9502<br>rdoughty@greenfirelaw.com<br>rlovko@greenfirelaw.com<br><br>Robert J. Levinski<br>Texas Bar No. 24097993<br>Victoria Rose<br>Texas Bar No. 24131088<br>William G. Bunch<br>Texas Bar No. 0334520<br>SAVE OUR SPRINGS ALLIANCE<br>4701 Westgate Blvd., Ste. D-401<br>Austin, Texas 78745<br>Tel.: (512) 477-2320<br>bobby@sosalliance.org<br>victoria@sosalliance.org<br>bill@sosalliance.org<br><br>*Attorneys for Plaintiffs*<br>*Rethink35, et al.* |

RYAN P. BATES
Texas Bar No. 24055152
Bates PLLC
919 Congress Avenue, Suite 1305
Austin, Texas 78701
Telephone: (512) 694-5268
Email: rbates@batespllc.com

*Attorneys for Defendant*
*Texas Department of Transportation*

## CERTIFICATE OF CONFERENCE

    I certify that on January 3, 2025, counsel for Plaintiffs indicated that Plaintiffs join in the request for relief sought in this motion.

    /s/ Lisa McClain Mitchell
    LISA MCCLAIN MITCHELL
    Assistant Attorney General

## CERTIFICATE OF SERVICE

    I hereby certify that on January 3, 2025, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system, which will send notification to registered users.

    /s/ Lisa McClain Mitchell
    LISA MCCLAIN MITCHELL
    Assistant Attorney General