IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| RETHINK35, et al. | § § § | |
| *Plaintiffs,* | § | |
| v. | § § | |
| TEXAS DEPARTMENT OF TRANSPORTATION, | § § § § | CIVIL ACTION NO. 1:24-CV-00092-DII |
| *Defendant.* | § § | |

**ORDER GRANTING JOINT MOTION
TO EXTEND SCHEDULING ORDER DEADLINE**

The Court, having reviewed and considered the parties' Joint Motion to Extend Scheduling Order Deadline seeking to extend the deadline for the parties to submit a joint report proposing a briefing schedule for dispositive motions in this matter to January 13, 2025, is of the opinion that the motion is meritorious and is therefore GRANTED.

SIGNED this _____ day of _____, 2025.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE