# TxDOT Index of the Third Supplement to the Administrative Record
# I-35 Capital Express - Central Project

| Doc No. | Admin Rec No. | Doc Date | Doc Type | From/ Author(s) | To/* With | Source | Description CC:* Attachments/Enclosures (A/E)* |
|---|---|---|---|---|---|---|---|
| C-AR286 | AR57032-AR57098 | 7/29/2009 | Agreement | TxDOT and City of Dallas | N/A | TxDOT | Operations and Maintenance Agreement for the Woodall Rodgers Deck Plaza Facility with the City of Dallas (On-System) CSJs: 0196-07-027; 0196-07-029<br>**A/E:** Attachment A - Original Executed Agreement with Amendments 1, 2 & 3<br>Attachment B- Resolution Approving This Agreement (Maintenance)<br>Attachment C - Location Map (Maintenance)<br>Attachment D - Scope of Work and Work Responsibilities (Maintenance)<br>Attachment E - Inspection and Maintenance Schedule (Maintenance) Mechanical System/Electrical System by Local Government |
| C-AR287 | AR57099-AR57132 | 1/18/2015 | Articles | Dan Zehr - Austin American Statesman | N/A | The Wayback Machine | Inheriting Inequality - three-part series on the racial divides |
| C-AR288 | AR57133-AR57268 | 8/17/2015 | Document | TTI for TCEQ | N/A | TCEQ | On Road, Mobile Source Trend Emissions Inventories for All 254 Counties in Texas for 1999 - 2050 |
| C-AR289 | AR57269-AR57288 | 2/7/2020 | Document | Capital Area Metropolitan Planning Organization | N/A | CAMPO | CAMPO Baseline 2045 Demographic Forecast |
| C-AR290 | AR57289-AR57528 | 8/27/2020 | Document | TxDOT | N/A | TxDOT | Unified Transportation Program 2021 |
| C-AR291 | AR57529-AR57609 | 9/1/2020 | Report | Downtown Austin Alliance | N/A | Downtown Austin Alliance | A New Future for I-35: A Community Project for Enhancing the Public Realm - Opportunities & Constraints Report |
| C-AR292 | AR57610-AR57632 | 11/12/2020 | Report | Reconnect Austin and Black + Vernooy Architecture and Urban Design | N/A | Reconnect Austin | Reconnect Austin: Reimagining I-35 |
| C-AR293 | AR57633-AR57642 | 3/26/2021 | Presentation | TxDOT | N/A | TxDOT | Deck Parks in Dallas: A Look at Funding |
| C-AR294 | AR57643-AR57654 | 7/12/2021 | Presentation | TxDOT | N/A | TxDOT | CapEx VOICE Meeting #3 presentation |
| C-AR295 | AR57655-AR57857 | 8/30/2022 | Document | TxDOT | N/A | TxDOT | Unified Transportation Program 2023 |
| C-AR296 | AR57858-AR57866 | 1/6/2025 | Website | U.S. EPA | N/A | U.S. EPA | Global Greenhouse Gas Emissions Website |
| C-AR297 | AR57867-AR57873 | 1/6/2025 | Website | U.S. EPA | N/A | U.S. EPA | Climate Change Indicators: Greenhouse Gases Website |
| C-AR298 | AR57874-AR57878 | 1/6/2025 | Website | Rethink35 | N/A | rethink35.org | Rethink35 - website |
| C-AR299 | AR57879-AR57884 | 1/8/2025 | Website | U.S. EPA | N/A | U.S. EPA | 2011 National Air Toxics Assessment Website |

**\*Note: To, CC, and Attachments will be listed if applicable**      Index of TxDOT I-35 Capital Express Central Third Supplement to the Administrative Record