# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| RETHINK35, et al. § | |
| § | |
| *Plaintiffs,* § | |
| § | |
| v. § | |
| § | |
| TEXAS DEPARTMENT OF § | |
| TRANSPORTATION, § | |
| § | CIVIL ACTION NO. 1:24-CV-00092-DII |
| *Defendant.* § | |

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

TO THE HONORABLE JUDGE OF THE DISTRICT COURT:

Came on to be considered this day the Motion to Withdraw as counsel filed by Defendant Texas Department of Transportation ("TxDOT"), seeking Aidan Read's withdrawal as counsel of record for Defendant. Having considered the Motion and noting that the Defendant continues to be represented by Lisa McClain Mitchell, Matt Gamboa-Lutz, and Luke Hill of the Office of the Attorney General and Ryan P. Bates of Bates PLLC, the Court finds that the Motion bears merit and is granted.

**IT IS THEREFORE ORDERED** that Aidan Read is hereby withdrawn as counsel for Defendant TxDOT in this cause.

**SIGNED** this \_\_\_\_\_ day of _____, 2025.

                                                          _____
ALAN D. ALBRIGHT
UNITED STATES DISTRICT JUDGE