# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| RETHINK35, et al., § | |
| § | |
| *Plaintiffs,* § | |
| § | |
| v. § | CIVIL ACTION NO. 1:24-CV-00092 |
| § | |
| TEXAS DEPARTMENT OF § | |
| TRANSPORTATION (TxDOT), et al. § | |
| § | |
| *Defendant.* § | |

## DECLARATION OF JENNIFER RAE LOVKO
## IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

1

I, JENNIFER RAE LOVKO, do declare and state:

1. If sworn as a witness, I could and would testify to my personal knowledge of the facts set forth in this declaration.

2. I am an attorney with Greenfire Law PC, counsel of record for Plaintiffs in this case.

3. Prior to filing Plaintiffs' Motion for Summary Judgment, I obtained from TxDOT an agreement not to challenge standing in its briefing for summary judgment. However, should this Court require, Plaintiffs are amenable and can provide further briefing to establish standing for each Plaintiff.

I make this declaration under penalty of perjury under the laws of the United States of America, executed this 3rd day of April, 2025, in Berkeley, California.

Jennifer Rae Lovko