**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| RETHINK35, et al., § | |
| § | |
| *Plaintiffs,* § | |
| § | |
| v. § | CIVIL ACTION NO. 1:24-CV-00092 |
| § | |
| TEXAS DEPARTMENT OF § | |
| TRANSPORTATION (TxDOT), § | |
| § | |
| *Defendant.* § | |

**ORDER GRANTING AGREED MOTION
TO AMEND SCHEDULING ORDER**

The Court, having reviewed and considered the Agreed Motion to Amend Scheduling Order filed by defendant Texas Department of Transportation, is of the opinion that the motion is meritorious and is therefore GRANTED. The Court ORDERS that the deadlines for the remaining briefing on cross-motions for summary judgment shall be as follows:

- For TxDOT to file its combined response to Plaintiffs' motion for summary judgment and cross-motion for summary judgment shall be extended by 14 days, May 15, 2025;

- For Plaintiffs to file their combined reply in support of their motion for summary judgment and response to TxDOT's cross-motion for summary judgment, June 16, 2025; and

- For TxDOT to file its reply in support of cross-motion for summary judgment, July 7, 2025.

SIGNED this 23rd day of April, 2025.

_____
ALAN ALBRIGHT
UNITED STATES DISTRICT JUDGE