# EXHIBIT 3
# to Declaration of Jennifer Rae Lovko



Rae Lovko <rlovko@greenfirelaw.com>

**Rethink35 et al. v. Texas Dep't of Transp., No. 1:24-CV-00092**

**Rae Lovko** <rlovko@greenfirelaw.com>                    Wed, Jul 10, 2024 at 9:44 AM
To: Lisa Mitchell <Lisa.Mitchell@oag.texas.gov>
Cc: Rachel Doughty <rdoughty@greenfirelaw.com>, Ryan Bates <rbates@batespllc.com>, Matt Gamboa-Lutz <Matt.Gamboa-Lutz@oag.texas.gov>, Aidan Read <Aidan.Read@oag.texas.gov>

I am following up on this request to complete the administrative record. As I will be out of the office for the rest of this week and next, please direct any response to Rachel Doughty.

Thank you.

[Quoted text hidden]