# EXHIBIT 5
# to Declaration of Jennifer Rae Lovko

5/22/25, 2:36 PM
Case 1:24-cv-00092-ADA   Document 76-7   Filed 06/16/25   Page 2 of 2
Greenfire Law, PC Mail - Rethink35 et al. v. Texas Dep't of Transp., No. 1:24-CV-00092



**Rae Lovko <rlovko@greenfirelaw.com>**

---

## Rethink35 et al. v. Texas Dep't of Transp., No. 1:24-CV-00092

**Lisa Mitchell** <Lisa.Mitchell@oag.texas.gov>                    Fri, Aug 16, 2024 at 8:21 AM
To: Rachel Doughty <rdoughty@greenfirelaw.com>
Cc: Rae Lovko <rlovko@greenfirelaw.com>, Ryan Bates <rbates@batespllc.com>, Matt Gamboa-Lutz <Matt.Gamboa-Lutz@oag.texas.gov>, Aidan Read <Aidan.Read@oag.texas.gov>, Catherine Fuller <Catherine.Fuller@oag.texas.gov>, Bobby Levinski <Bobby@sosalliance.org>

As an update, we confirmed with the client that we expect to file the supplemental AR by the end of August.