# EXHIBIT 7
# to Declaration of Jennifer Rae Lovko



Rae Lovko <rlovko@greenfirelaw.com>

# Rethink35 et al. v. Texas Dep't of Transp., No. 1:24-CV-00092

**Rae Lovko** <rlovko@greenfirelaw.com>  Tue, Sep 3, 2024 at 1:05 PM
To: Lisa Mitchell <Lisa.Mitchell@oag.texas.gov>

It was nice talking on the phone. I have decided to wait until after the pretrial conference to file any motion to augment the record, which hopefully will give your clients a bit more time to review the documents that I emailed you this morning.

Thanks,

Rae

[Quoted text hidden]