# EXHIBIT 9
# to Declaration of Jennifer Rae Lovko

5/22/25, 3:37 PM
Greenfire Law, PC Mail - Rethink35 et al. v. Texas Dep't of Transp., No. 1:24-CV-00092
Case 1:24-cv-00092-ADA    Document 76-11    Filed 06/16/25    Page 2 of 2



Rae Lovko <rlovko@greenfirelaw.com>

---

## Rethink35 et al. v. Texas Dep't of Transp., No. 1:24-CV-00092

**Rae Lovko** <rlovko@greenfirelaw.com>  Wed, Sep 11, 2024 at 3:48 PM
To: Rachel Doughty <rdoughty@greenfirelaw.com>

The amended joint scheduling order looks fine to me - but note that it states our request to augment the AR will be filed no later than oct 11. That should be fine IF our expert can respond before that date whether there are any other docs that s/he needs included.

[Quoted text hidden]