# EXHIBIT 11
# to Declaration of Jennifer Rae Lovko



Rae Lovko <rlovko@greenfirelaw.com>

## Rethink Case
3 messages

---

**Rae Lovko** <rlovko@greenfirelaw.com>　　　　　　　　　　　　　　　　Tue, Nov 12, 2024 at 3:14 PM
To: Lisa Mitchell <lisa.mitchell@oag.texas.gov>

Hi Lisa,

You should have received our Rule 26 disclosure by now wherein Plaintiff identified documents and an expert. As you have objected to the expert informally during our emails, I want to schedule a time to talk about either (a) doing another joint scheduling order that incorporates a motion addressing the use of an expert or (b) agree to ask the court for a case management meeting to raise this issue. Do you have time to talk this week? If so, posit a couple days/times that work for you.

Thanks,

Rae

--

Rae Lovko, Esq.
**Greenfire Law, PC**
2748 Adeline Street, Suite A
Berkeley, CA 94703
T: 510.900.9502 x 710

rlovko@greenfirelaw.com

PRIVILEGE AND CONFIDENTIALITY NOTICE

This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 U.S.C. Section 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This transmission, and any attachments, may contain confidential attorney-client privileged information and attorney work product. If you are not the intended recipient, any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. Please contact me immediately by return e-mail or at 510-900-9502 x 2, and destroy the original transmission and its attachments without reading or saving in any manner.

---

**Lisa Mitchell** <Lisa.Mitchell@oag.texas.gov>　　　　　　　　　　　　Wed, Nov 13, 2024 at 3:08 PM
To: Rae Lovko <rlovko@greenfirelaw.com>
Cc: Ken Ramirez <ken@kenramirezlaw.com>, Ryan Bates <rbates@batespllc.com>, Matt Gamboa-Lutz <Matt.Gamboa-Lutz@oag.texas.gov>, Aidan Read <Aidan.Read@oag.texas.gov>

Hi Rae,

TxDOT objects to the use of expert testimony in this case, and thus TxDOT cannot join a scheduling order incorporating a motion addressing the use of an expert and will not ask the court for a case management meeting to raise this issue.

Please copy all attorneys for TxDOT on future correspondence.

Thanks,

Lisa

**Lisa McClain Mitchell**

Assistant Attorney General

Transportation Division

Office of the Attorney General of Texas

P.O. Box 12548 (MC-020)

Austin, Texas 78711-2548

Direct: (512) 936-1431

Fax:     (512) 936-0888

[Lisa.Mitchell@oag.texas.gov](Lisa.Mitchell@oag.texas.gov)



**Confidentiality Notice:**  The information contained in this email and any attachments is intended only for the recipient(s) listed above and may be privileged and confidential.  If you are not the intended recipient and have received this message in error, please notify the sender immediately at the email address above and destroy any and all copies of this message.

[Quoted text hidden]

---

**Rae Lovko** <rlovko@greenfirelaw.com>                                                           Wed, Nov 13, 2024 at 4:35 PM
To: Lisa Mitchell <Lisa.Mitchell@oag.texas.gov>
Cc: Ken Ramirez <ken@kenramirezlaw.com>, Ryan Bates <rbates@batespllc.com>, Matt Gamboa-Lutz <Matt.Gamboa-Lutz@oag.texas.gov>, Aidan Read <Aidan.Read@oag.texas.gov>

Understood and will do.

Thanks.
[Quoted text hidden]