IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| RETHINK35, et al., | § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. 1:24-CV-00092-DII |
| TEXAS DEPARTMENT OF TRANSPORTATION, | § § § § | |
| Defendant. | § | |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO STRIKE PORTIONS OF TIM WOOD'S MEMORANDUM, DATED MAY 8, 2025**

Robert J. Levinski (Texas Bar No. 24097993)
Victoria Rose (Texas Bar No. 24131088)
William G. Bunch (Texas Bar No. 0334520)
SAVE OUR SPRINGS ALLIANCE
4701 Westgate Boulevard, Suite D-401
Austin, Texas 78745
Telephone: (512) 477-2320
bobby@sosalliance.org
victoria@sosalliance.org
bill@sosalliance.org

*Attorneys for Plaintiffs*

Rachel S. Doughty (Cal. Bar No. 255904)
*Admitted Pro Hac Vice*
GREENFIRE LAW, PC
2748 Adeline Street, Suite A
Berkeley, California 94703
Telephone: (510) 900-9502
rdoughty@greenfirelaw.com

*Attorneys for Plaintiffs*

After considering Plaintiffs' Motion to Strike Portions of Tim Wood's Memorandum, Dated May 8, 2025, it is hereby ORDERED that Plaintiffs' Motion to Strike Portions of Tim Wood's Memorandum (ECF 75-3) is GRANTED. The following portions are hereby stricken:

1. Mr. Wood's rebuttal opinions concerning statements made by Plaintiffs' expert, Krish Vijayaraghavan, in his report in this case.

2. Mr. Wood's rebuttal statements attacking Mr. Vijayaraghavan's credibility and expert opinions.

DATED:

                                                            **ROBERT PITMAN**
                                                            **UNITED STATES DISTRICT JUDGE**