IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| RETHINK35, et al. § | |
| § | |
| *Plaintiffs,* § | |
| § | CIVIL ACTION NO. 1:24-CV-00092-ADA |
| v. § | |
| § | |
| TEXAS DEPARTMENT OF § | |
| TRANSPORTATION, § | |
| § | |
| *Defendant.* § | |

**TXDOT'S UNOPPOSED MOTION FOR LEAVE TO EXTEND
RESPONSE TIME TO PLAINTIFFS' MOTION TO STRIKE
PORTIONS OF TIM WOOD'S MEMORANDUM, DATED MAY 8, 2025**

Defendant Texas Department of Transportation respectfully asks this Court for leave to extend the seven-day time limit for responses to motions set out in Local Rule CV-7 D.2, as authorized by Federal Rule of Civil Procedure 6(b). The original response deadline to Plaintiffs' Motion to Strike Portions of Tim Wood's Memorandum, Dated May 8, 2025, pursuant to the Local Rule, is June 23, 2025, and Defendant requests leave to extend this deadline fourteen days to July 7, 2025, to align with Defendant's deadline to file its reply in support of cross-motion for summary judgment. Counsel for Plaintiffs has indicated that they do not oppose the relief sought herein.

WHEREFORE, Defendant respectfully requests that this Court grant it leave to extend the seven-day time limit for responses to motions set out in Local Rule CV-7 D.2 so that the deadline for responding to Plaintiff's Motion to Strike Portions of Tim Wood's Memorandum, Dated May 8, 2025 is July 7, 2025.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

AUSTIN KINGHORN
Deputy Attorney General for Civil Litigation

NANETTE DINUNZIO
Chief, Transportation Division

/s/ Lisa McClain Mitchell
LISA MCCLAIN MITCHELL
Texas Bar No. 90001724
MATT GAMBOA-LUTZ
Texas Bar No. 24136835
Admitted Pro Hac Vice
LUKE W. HILL
Texas Bar No. 24132607
Assistant Attorneys General
Transportation Division
P.O. Box 12548
Austin, Texas 78711-2548
Telephone: (512) 936-1431
Facsimile: (512) 936-0888
Email: lisa.mitchell@oag.texas.gov
Email: matt.gamboa-lutz@oag.texas.gov
Email: luke.hill@oag.texas.gov

RYAN P. BATES
Texas Bar No. 24055152
Bates PLLC
1209 Nueces
Austin, Texas 78701
Telephone: (512) 694-5268
Email: rbates@batespllc.com

Attorneys for Defendant,
Texas Department of Transportation

**CERTIFICATE OF CONFERENCE**

I certify that on June 19, 2025, I conferred with counsel for Plaintiffs who indicated that Plaintiffs do not oppose the relief sought in this motion.

/s/ Lisa McClain Mitchell
LISA MCCLAIN MITCHELL
Assistant Attorney General

**CERTIFICATE OF SERVICE**

I hereby certify that on June 20, 2025, I electronically filed the foregoing TxDOT's Unopposed Motion for Leave to Extend Response Time to Plaintiffs' Motion to Strike Portions of Tim Wood's Memorandum, Dated May 8, 2025 with the Clerk of the Court using the CM/ECF system, which will send notification to registered users.

/s/ Lisa McClain Mitchell
LISA MCCLAIN MITCHELL
Assistant Attorney General