IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| RETHINK35, et al. | § | |
| | § | |
| *Plaintiffs,* | § | |
| v. | § | CIVIL ACTION NO. 1:24-CV-00092-ADA |
| | § | |
| TEXAS DEPARTMENT OF TRANSPORTATION, | § | |
| | § | |
| *Defendant.* | § | |

**ORDER GRANTING TXDOT'S UNOPPOSED MOTION FOR LEAVE TO EXTEND RESPONSE TIME TO PLAINTIFFS' MOTION TO STRIKE PORTIONS OF TIM WOOD'S MEMORANDUM, DATED MAY 8, 2025**

The Court, having reviewed and considered TxDOT's Unopposed Motion for Leave to Extend Response Time to Plaintiff's Motion to Strike Portions of Tim Wood's Memorandum, Dated May 8, 2025, to July 7, 2024, is of the opinion that the motion is meritorious and is therefore GRANTED.

SIGNED this _____ day of _____, 2025.

_____
ALAN D. ALBRIGHT
UNITED STATES DISTRICT JUDGE