UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| RETHINK35, SAVE OUR SPRINGS ALLIANCE, AUSTIN JUSTICE COALITION, PEOPLE ORGANIZED IN DEFENSE OF EARTH AND HER RESOURCES (POD, DOWNTOWN AUSTIN NEIGHBORHOOD ASSOCIATION, PARENTS' CLIMATE COMMUNITY, EAST TOWN LAKE CITIZENS NEIGHBORHOOD ASSOCIATION, SOUTHEAST AUSTIN NEIGHBORS AND RESIDENTS ORGANIZED FOR ENVI, HANCOCK NEIGHBORHOOD ASSOCIATION, MUELLER NEIGHBORHOOD ASSOCIATION, FRIENDS OF AUSTIN NEIGHBORHOODS, FRIENDS OF HYDE PARK, SUNRISE MOVEMENT AUSTIN, ENVIRONMENT TEXAS, TEXAS PUBLIC INFORMATION RESEARCH GROUP, CELIA ISRAEL § § § § § | CIVIL NO: AU:24-CV-00092-ADA |

vs.

TEXAS DEPARTMENT OF TRANSPORTATION (TXDOT), MARC WILLIAMS, UNITED STATES DEPARTMENT OF TRANSPORTATION (USDOT), PETE BUTTIGIEG, UNITED STATES FEDERAL HIGHWAY ADMINISTRATION (FHWA), SHAILEN BHATT

## ORDER SETTING HEARING ON MOTION FOR SUMMARY JUDGMENT VIA ZOOM

   IT IS HEREBY ORDERED that the above entitled and numbered case is set for **HEARING ON MOTION FOR SUMMARY JUDGMENT VIA ZOOM**, on **Wednesday, September 10, 2025 at 02:00 PM**.

IT IS SO ORDERED this 8th day of July, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE