# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | | |
|---|---|---|
| RETHINK35, et al. | § | |
| | § | |
| *Plaintiffs,* | § | |
| v. | § | CIVIL ACTION NO. 1:24-CV-00092-ADA |
| | § | |
| TEXAS DEPARTMENT OF | § | |
| TRANSPORTATION, | § | |
| | § | |
| *Defendant.* | § | |

## JOINT PROPOSED FINAL JUDGMENT

On March 26, 2026, the Court issued an order denying Plaintiffs' motion for summary judgment and granting Defendant's motion for summary judgment. (Dkt. 92). As nothing remains to resolve, the Court renders Final Judgment pursuant to Federal Rule of Civil Procedure 58.

IT IS ORDERED that all of Plaintiffs' claims are denied with prejudice.

IT IS FURTHER ORDERED that each party bear its own costs.

IT IS FURTHER ORDERED that all relief requested and not expressly granted herein is hereby denied.

IT IS FURTHER ORDERED that the case is CLOSED.

SIGNED this 20th day of April, 2026.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE

AGREED:


Rachel Doughty
Typed or Printed Name

Ryan P. Bates
Typed or Printed Name


/s/ Rachel Doughty (with permission)
Signature

/s/ Ryan P. Bates
Signature


ATTORNEY FOR PLAINTIFFS

ATTORNEY FOR DEFENDANTS


## **CERTIFICATE OF SERVICE**

This is to certify that on the 18th day of April, 2026, a true and correct copy of the foregoing document has been sent in accordance to the Texas Rules of Civil Procedure, to the following:

**Via E-Service**

J Rae Lovko
*Admitted Pro Hac Vice*
Rachel S. Doughty
*Admitted Pro Hac Vice*
GREENFIRE LAW, PC
2748 Adeline St., Ste. A
Berkley, California 94703
Tel: (510)-900-9502
rdoughty@greenfirelaw.com
rlovko@greenfirelaw.com

*Attorneys for Plaintiffs,*
*Rethink35. et al*

Robert J. Levinski
Texas Bar No. 24097993
Victoria Rose
Texas Bar No. 24131088
William G. Bunch
Texas Bar No. 0334520
Save Our Springs Alliance
4701 Westgate Blvd., Ste. D-401
Austin, Texas 78745
Tel.: (512) 477-2320
bobby@sosalliance.org
victoria@sosalliance.org
bill@sosalliance.org


/s/ Ryan P. Bates
Ryan P. Bates